IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MALCOLM B. BLANKENSHIP, III,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 08-48C<br>(Chief Judge Damich) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Christopher L. Krafchek, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Christopher L. Krafchek
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 12076
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Christopher L. Krafchek
Christopher L. Krafchek
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 305-0041
FACSIMILE: (202) 514-8624
E-mail: Christopher.Krafchek@usdoj.gov

Dated: February 22, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 22nd day of February, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Christopher L. Krafchek