# In the United States Court of Federal Claims

**No. 08-48C ADR Pilot**

**(Filed March 6, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * *
**MALCOLM B. BLANKENSHIP III,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to a telephonic conference held on this day, the parties are not requesting a meeting for early neutral evaluation. If plans change, the parties shall advise the court accordingly.

IT IS SO ORDERED.

**s/Bohdan A. Futey**
**BOHDAN A. FUTEY**
**Judge**

**cc: Chief Judge Edward J. Damich**