IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MALCOM B. BLANKENSHIP, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-48C |
| v. | ) | |
| | ) | (Chief Judge Damich) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**<u>ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT</u>**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an 8-day enlargement of time, to and including May 16, 2008, to file a response to the complaint. Our response is currently due on May 8, 2008. This is defendant's second request for an enlargement of time for this purpose. Defendant requested a 45-day enlargement of time on March 19, 2008. Defendant's counsel has spoken with plaintiff's counsel about this enlargement of time. Plaintiff's counsel stated that he does not oppose this enlargement.

The enlargement is requested because counsel of record did not receive the complete administrative record and litigation report as required by 28 U.S.C. § 520 from the interested agency, the Department of the Navy until May 5, 2008. Although counsel has diligently been preparing the Government's response to the complaint, additional time is required to enable counsel to complete the Government's response to the complaint and to allow sufficient time to obtain supervisory review of the response.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Bryant G. Snee
BRYANT G. SNEE
Deputy Director

/s/ Christopher L. Krafchek
CHRISTOPHER L. KRAFCHEK
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 305-0041
Fax: (202) 514-8624

May 7, 2008 Attorneys for Defendant

Certificate of Filing

I hereby certify that on this 7th day of May, 2008, a copy of "Defendant's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher L. Krafchek
Christopher L. Krafchek