1

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

### *Privacy Act Statement*

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101. 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification.

**ROUTINE USES:** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

**1. NAME** *(Last, First, Middle)*: BLANKENSHIP, MALCOLM BRITTAIN

**2. SOCIAL SECURITY NUMBER**: 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

**3. HOME OF RECORD** *(Street, City, State, ZIP Code)*: 2250 GODBEY ROAD
WOODLEAF, NC 27054

**4. PLACE OF ENLISTMENT / REENLISTMENT** *(Mil. Installation, City, State)*: RALEIGH, NC

**5. DATE OF ENLISTMENT/ REENLISTMENT** *(YYMMDD)*: 19990803

**6. DATE OF BIRTH** *(YYMMDD)*: 1975 APR 06

| 7. PREV MIL SVC UPON ENL / REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|
| a. Total Active Military Service | | | |
| b. Total Inactive Military Service | | | |

### B. AGREEMENTS

8. I am enlisting /reenlisting in the United States *(list branch of service)* NAVY 0 this date for 8 years and 0 weeks beginning in pay grade E-5. The additional details of my enlistment / reenlistment are in Section C and Annex(es) "A".

a. **FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):**
I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by *(list date (YYMMDD))* ______ for enlistment in the Regular component of the United States *(list branch of service)* ______ for not less than ______ years and ______ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: *(If none, so state.)* NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
*(Initials of Enlistee/Reenlistee)* MBB MBB

*(Continued on reverse side.)*



OFFICIAL RECORD COPY

| NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)* | SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE |
|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN III | 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 |

## D. CERTIFICATION AND ACCEPTANCE

13a. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, X "NONE" and initial.)* [X] NONE MBB *(Initials of enlistee/reenlistee)*

MBB

| b. SIGNATURE OF ENLISTEE / REENLISTEE | c. DATE SIGNED *(YYMMDD)* |
|---|---|
| [signature] | 19990803 |

14. SERVICE REPRESENTATIVE CERTIFICATION

a. On behalf of the United States *(list branch of service)* NAVY, I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| HORTON, SHEILA RENEE | LT | NAVCRUITDIST RALEIGH |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| [signature] | 19990803 | 801 OBERLIN ROAD, SUITE 120<br>RALEIGH, NC 27605-1130 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):

I, MALCOLM BRITTAIN BLANKENSHIP III, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

16. IN THE NATIONAL GUARD (ARMY OR AIR):

I XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of ______ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of ______ and the orders of the officers appointed over me, according to law and regulations. So help me God

17. IN THE NATIONAL GUARD (ARMY OR AIR):

I do hereby acknowledge to have voluntarily enlisted/reenlisted this XXXXXXXXXXXXXX day of XXXXXXXXXXXXXXXXXXXXXXX 19 ______ in the ______ National Guard and as a Reserve of the United States *(list branch of service)* ______ with membership in the ______ National Guard of the United States for a period of ______ years, ______ months, ______ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

| 18a. SIGNATURE OF ENLISTEE / REENLISTEE | b. DATE SIGNED *(YYMMDD)* |
|---|---|
| [signature] | 19990803 |

19. ENLISTMENT / REENLISTMENT OFFICER CERTIFICATION

a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| HORTON, SHEILA RENEE | LT | NAVCRUITDIST RALEIGH |
| **e. SIGNATURE** | **f. DATE SIGNED *(YYMMDD)*** | **g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)*** |
| [signature] | 19990803 | 801 OBERLIN ROAD, SUITE 120<br>RALEIGH, NC 27605-1130 |

DD Form 4/2, MAY 88 *Previous editions may be used.*

OFFICIAL RECORD COPY

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces **REGARDLESS** of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.



OFFICIAL RECORD COPY

AVIATION OFFICER CANDIDATE (1395) PROGRAM SERVICE AGREEMENT

| MALCOLM BRITTAIN BLANKENSHIP III | 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 |
|---|---|
| (Type or Print Full Name) | (Social Security Number) |

1. Having volunteered for Aviation Officer Candidate training under the Aviation Officer Candidate Program, I hereby acknowledge:

a. If entering the program from civilian life

(1) that I will be required to enlist in the Naval Reserve; and

(2) that I will receive orders to active duty for the Aviation Officer Candidate Program and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed; and

(3) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be discharged from my enlisted status. Requests for disenrollment will not normally be entertained prior to the fifth week of training.

b. If entering the program from an enlisted status

(1) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be required to complete my enlistment contract, including any extension thereof; and

(2) (From inactive duty) that I will receive orders to active duty for the Aviation Officer Candidate Program, and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed, furthermore I understand that requests for disenrollment will not normally be entertained prior to the fifth week of training, and;

c. That, in the event I am enrolled in the Aviation Officer Candidate Program and have been recommended to the Chief, Bureau of Medicine and Surgery for separation due to medical reasons, I will normally be reverted to my former paygrade on the date of approval of the recommendation by Chief of Naval Personnel. Where a delay in processing such as determination of disability is involved, I understand I will be retained in paygrade E-5 or higher until such determination has been completed and discharge or execution of orders to a new duty station is imminent.

d. That upon satisfactory completion of all requirements, I will accept an appointment to commissioned grade as a Reserve Officer in the United States Navy, if such a commission is tendered to me, and upon acceptance, will be discharged from my enlisted status;

e. That:

(1) a commission as an Reserve Officer in the United States Navy is held at the pleasure of the President.

(2) upon acceptance of a commission, I will be required to serve at least eight years as a Reserve Officer in the United States Navy from the date of appointment to commissioned grade; and

(3) any portion of this eight-year period not served on active duty will be served on inactive duty; and

(4) a resignation of my commission as a Reserve Officer submitted prior to completion of this eight-year period will normally be rejected and, after this period, may be accepted or rejected by the President, as the needs of the service may then require.

f. That section 671a and 671b of Title 10, United States Code, currently provides as follows:

"671a. Members: Service extension during war.

Unless terminated at an earlier date by the Secretary concerned, the period of active service of any member of an armed force is extended for the duration of any war in which the United States may be engaged and for six months thereafter.

671b. Members: Service extension when Congress is not in session.

(a) Notwithstanding any other provision of law when the President determines that the national interest so requires, he may, if Congress is not in session having adjourned sine die, (without assigning a day for a further meeting or hearing) authorize the Secretary of Defense to extend for not more than six months, enlistments, appointments, periods of active duty for training, periods of obligated service, or other military status, in any other component of the Armed Forces of the United States, that expire before the thirteenth day after Congress next convenes or reconvenes.

(b) An extension under this section continues until the sixtieth day after Congress next convenes or reconvenes or until expiration of the period of extension specified by the Secretary of Defense, whichever occurs earlier, unless sooner terminated by law or Executive order."



OFFICIAL RECORD COPY

g. That Federal statutes and pertinent regulations applicable to personnel in the United States Navy may change without notice and that such changes may affect my status as a Aviation Officer Candidate or a commissioned officer and obligations to serve as such.

2. I consent to serve on active duty as a commissioned officer for a period of eight years for jets and seven years for props/helos from date of designation as a Naval Aviator (unless sooner released to inactive duty or discharged by the Chief of Naval Personnel).

3. I understand that I must serve four years from the date of disenrollment, in the event I fail to qualify as a Naval Aviator or otherwise withdraw from flight training.

4. I understand that to effect release from active duty at the end of the above period, I must notify the Chief of Naval Personnel via my Commanding Officer of this desire at least nine months prior to the end of my obligated service. I understand, further, that failure to so notify the Chief of Naval Personnel of my desire to be released from active duty nine months prior to the end of my obligated service constitutes a desire on my part to be extended on active duty for an indefinite period of time, in which event, I will fall within the provisions of MILPERSMAN Article 3820130.

5. I have read and completely understand the meaning and content of the above. No promises either written or oral have been made to me in connection with my application for enrollment in the Aviation Officer Candidate Program, except as specified above. I acknowledge receipt of a copy of this document.

Sheila R Horton
(Signature of Witnessing Officer)

[signature]
(Signature of Applicant)

SHEILA R. HORTON, LT, USN
(Typed Name, Grade of Witnessing Officer)

MALCOLM BRITTAIN BLANKENSHIP III
(Typed Name of Applicant)

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
(Typed Social Security Number of Witnessing Officer)

3 August 1999
(Date)

NAVCRUIT 1110/106A (Rev. 5-99)



OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**
OFFICER IN CHARGE
PERSUPP DET
421 SAUFLEY ST SUITE B
PENSACOLA FL 32508-5202

1321
SNA 1395
11 JAN 99

BUPERS ORDER 0110 242218324

From: Officer in Charge, Personnel Support Activity Detachment, Naval Air Station, Pensacola, FL
To: Ensign Malcolm Brittain Blankenship III, USNR

Subj: APPOINTMENT ORDER

Ref: (a) COMNAVPERSCOM ltr NPC-433-11b of 14 Apr 81

1. In compliance with reference (a), and upon acceptance of appointment to Ensign, USNR, proceed and report to Naval Aviation Schools Command, NAS Pensacola, FL (30500) for duty under instruction in a flying status involving operational or training flights. Report to Personnel Support Activity Detachment, NAS Pensacola, FL for administrative purposes. You are a designated Student Naval Aviator. These orders constitute assignment to duty in a part of the aeronautic organization of the Navy. Detailed to duty in a flying status involving operational or training flight effective such date as endorsed hereon. You are obligated to serve the number of years indicated on your Aviation Officer Program Service Agreement following date of completion of training within the Naval Air Training Command. Designator change to 1315 will be effective upon designation as a Naval Aviator. The scheduled length of this course of instruction involved in these orders is for a period of more than twenty weeks. You reported for duty under instruction in a flying status involving operational or training flights and are hereby detailed to duty under instruction in a status involving operational or training flights on 28 January 2000. Complete applicable items on both sides of NAVPERS 7041/1. In accordance with current DOD directives, you are directed to report to the appropriate housing referral office prior to negotiation of any agreement for off-base housing. Command delivering orders directed to comply with MILPERSMAN 1810580.

ACCT DATA: N2A0 1701453.2250 R 000022 AE 2A0/6/9/F 2A0 242218324

2. Delivered: You were notified on 11 January 2000 that these orders have been received. You accepted appointment as an Ensign in the U. S. Naval Reserve on 28 January 2000.

3. Your home of record is Woodleaf, NC.
Ordered to active duty from: Raleigh, NC.

A. B. CARPENTER
By direction

Copy to:
COMNAVPERSCOM (NPC-3,433E)

OFFICIAL RECORD COPY

CNATRAINST. 1500.4

# NAVAL AVIATOR AVIATION TRAINING JACKET (ATJ) SUMMARY CARD

| NAME (LAST, FIRST, AND MIDDLE) | RANK / SERVICE | SSN | SEX / RACE / ETHIC CODE |
|---|---|---|---|
| BLANKENSHIP MALCOLM BRITTAIN | O-1 / NAVY | 242-21-832F | M / C / X |

| COLLEGE | MAJOR/DEGREE | PROCUREMENT SOURCE | AQT | FAR | DATE OF COMMISSION |
|---|---|---|---|---|---|
| NORTH CAROLINA STATE UNIV | TEXTILE MAN | 13 | 6 | 8 | 28 JAN 00 |

| PERMANENT HOME OF RECORD | PLACE OF BIRTH | DATE OF BIRTH |
|---|---|---|
| 2250 GODBEY RD, WOODLEAF, NC 27054 | SALISBURY, NC | 06 APRIL 75 |

TYPE OF TRAINING

☒ PILOT ☐ STRIKE ☒ MARITIME ☐ E-2/C-2 ☐ HELICOPTER

☐ NFO ☐ NAV ☐ TN ☐ OJN ☐ RIO ☐ ATDS

AVW ☐ YES ☐ NO

ANTHROPOMETRIC CODE: 4224

| PHASE OF TRAINING | DATE REPORTED | DATE COMPLETED | RAW SCORES FLIGHT | RAW SCORES ACADEMIC | RAW SCORES SIM | STANDARD SCORES FLIGHT | STANDARD SCORES ACADEMIC | STANDARD SCORES SIM | COMPOSITE SCORE |
|---|---|---|---|---|---|---|---|---|---|
| AVIATION INDOC. | 12MAY00 | JUN 2000 | | 97 | | | 59 | | |
| PRIMARY | 18AUG00 | 12APR01 | 1.086 | 92 | | 41.3 | 51 | | |
| INTERMEDIATE | 13APR01 | 6MAY01 | 1.086 | | | 48.8 | | | |
| ADVANCED | 23 May01 | 4Oct01 Inc | 3.006 Inc | 95.43 Inc | | 23.8 INC | 56 INC | | |
| OTHER | | | | | | | | | |

(Each standard score cell includes AVE / SD sub-fields.)

## SUMMARY OF FLIGHT AND SIMULATOR TRAINING IN THE NAVAL AIR TRAINING COMMAND

| SQUADRON | A/C / SIM MODEL | TOTAL NUMBER OF EVENTS SYL | TOTAL NUMBER OF EVENTS N-SYL | TOTAL NUMBER OF HRS. SYL | TOTAL NUMBER OF HRS. N-SYL | FIRST PILOT HRS. SYL | FIRST PILOT HRS. N-SYL | CO-PILOT HRS. SYL | CO-PILOT HRS. N-SYL | SPECIAL CREW HRS. SYL | SPECIAL CREW HRS. N-SYL | NIGHT HRS. SYL | NIGHT HRS. N-SYL | INSTRUMENT HRS. ACTUAL | INSTRUMENT HRS. SIMULATED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VT-28 | T-34C | 44 | – | 94.1 | – | 78.0 | – | 16.1 | – | – | – | 6.2 | – | 3.5 | 12.2 |
| VT-28 | 2B37 | 34 | – | 44.2 | – | 44.2 | – | – | – | – | – | – | – | – | 44.2 |
| VT-28 | T-34C | 13 | – | 26.9 | – | 21.5 | – | 5.4 | – | – | – | 5.0 | – | 2.5 | 15.0 |
| VT-28 | 2B37 | 8 | – | 10.4 | – | 10.4 | – | – | – | – | – | – | – | – | 10.4 |
| VT-31 | T-44 | 49 | – | 141.7 | – | 95.9 | – | 45.8 | – | 22.2 | – | 12.3 | – | 4.5 | 42.9 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

| REASON OF ATTRITION (ENTER CODE) | PHASE / STAGE AT OF TIME ATTRITION | DATE OF ATTRITION |
|---|---|---|
| FCM | Adv / RI-26 | 23 Oct 01 |

| DATE OF DESIGNATION | FLEET REPLACEMENT SQUADRON ASSIGNMENT |
|---|---|
| | |

CNATRA 1542 / 95 (REV. 10 - 93)

CNATRA-GEN 1542/16 (REV. 3-74)
S/N 0197-CFO-4221

## NAVAL AVIATION TRAINING ADVISOR PROGRAM (NATAP) SNA RESPONSIBILITIES

The NATAP Program has been established for the benefit of Student Naval Pilots (SNP). It is the responsibility of each student to use this program throughout all phases of flight training. The advisor is the first link in the chain of command between SNP's and the Flight Leader. All students are specifically responsible for the following:

(1) Contact your advisor within 5 working days from advisor notification to schedule an initial interview and Aviation Training Jacket (ATJ) review. This initial interview shall be completed prior to FAM 0. Failure to do so will result in an Admin Unsat.
NOTE: The purpose of this interview is to familiarize yourself with your advisor, exchange recall data and personal history, discuss any existing conflicts which may detract from training, and to gain an understanding of what is expected to successfully complete flight training.

(2) Immediately notify your advisor of any conflicts of a personal nature which may affect your progress in the program, e.g. emergency leave, legal problems, marital tension, ...

(3) Keep your advisor informed of your progression in the syllabus. At a maximum, biweekly contact should occur via a phone call or an informal meeting in the squadron spaces.

(4) Notify your advisor of upcoming scheduled ATJ reviews and coordinate a time and place to accomplish the review.
NOTE: Scheduling ATJ reviews shall be accomplished within 5 working days from completion of the respective syllabus event. Failure to do so will result in an Admin Unsat. If extenuating circumstances arise, please notify the Student Control Officer.

(5) Immediately notify your advisor if a marginal or unsat event occurs, flight and/or academic. An ATJ review/advisor interview is required and shall be completed before further training can occur.

(6) If any problems arise between SNP and advisor, inform the Student Control Officer and appropriate action will be taken. I HAVE READ AND FULLY UNDERSTAND THE ABOVE POLICY.

[signature]
SIGNATURE/DATE

| SIGNATURE (Instructor) | TRARON | DATE |
|---|---|---|
| [signature] LT/USN | VT-28 | 31 AUG 00 |

STUDENT'S NAME (Last, first, middle initial)

BLANKENSHIP, MALCOLM B

SUPPLEMENTARY JACKET FORM (ATJ)

# PINK SHEET SUMMARY (ATJ)

Record all flight violations, accidents, incidents, unsatisfactory events, delinquency reports, and administrative actions on this sheet. Information concerning accidents/incidents REQUIRE SPECIAL HANDLING IAW OPNAVINST 3750.6. An entry shall be made from each squadron listing NONE where appropriate.

## FLIGHT VIOLATIONS/ACCIDENTS/INCIDENTS

| DATE | ACTIVITY | BRIEF DESCRIPTION | CAUSE | SIGNATURE/TITLE |
|---|---|---|---|---|
| 12 APR 01 | VT-28 | PRIMARY | none | FD |
| 5 May 01 | VT-28 | INTERMEDIATE | NONE | JPQ |
| 23 Oct 01 | VT31 | Advanced | Attrition | M. A[illegible] |
| | | | | |

## UNSATISFACTORY EVENTS STUDENTS

| DATE | TRARON | STAGE/EVENT | MAJOR DIFFICULTY | SIGNATURE/TITLE |
|---|---|---|---|---|
| 2 3 JUN 2000 | NASC | PREFLIGHT | NONE | MW |
| 12 APR 01 | VT-28 | PRIMARY | none | FD |
| 5 May 01 | VT-28 | INTERMEDIATE | NONE | JPQ |
| 25 SEP 01 | VT-31 | RI-24 ADVANCED | BAW | YNSA CTD |
| 05 OCT. 01 | VT-31 | RI-26 ADVANCED | UNSAT HEADWORK/ERRORS | L.B./BNE |
| 23 Oct 01 | VT31 | Advanced | Attrition | M. AD |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## STUDENT PROGRESS DISPOSITION BOARD

| DATE | TRARON | STAGE/EVENT | MAJOR DIFFICULTY | SIGNATURE/TITLE |
|---|---|---|---|---|
| 2 3 JUN 2000 | NASC | PREFLIGHT | NONE | MW |
| 23 OCT | VT-31 | RI-26 ADV | Attrition | M. Do |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

REMARKS

| STUDENTS' NAME (Last, First, Middle Initial) | RANK | SSN |
|---|---|---|
| BLANKENSHIP, MALCOLM B | O1 | 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 |

CNATRA 1542/90 (REV. 3-87)

PINK SHEET SUMMARY (ATJ)

CNATRA-GEN 1542/16 (REV. 3-74)
S/N 0197-CFO-4221

The SMA below has been identified as MID-STAGE MARGINAL. After review of SMA's grade book, the Student Control Officer and SMA's Flight Leader see a trend developing. The SMA has been counseled. The following recommendations are made IAW CNATRA 1500.4F.

Students Name

ENS BLANKENSHIP, MALCOLM

Trend/Difficulty

SSE OPERATIONS IN THE PATTERN AND HIGHWORK.

Recommendation:

2 ET'S AND CONTINUE.

Student Control Officer [signature] Date: 18 Jul 01

- [x] Concur
- [ ] Not Concur

Operations Officer [signature] Date: 18 Jul 01

SMA's progress will be evaluated after completion of above recommendations and will be based on grades and instructor comments.

## PROGRESS EVALUATION

- [x] Continue Training
- [ ] Progress Review Board

Operations Officer [signature] Date: 14 Aug 01

| SIGNATURE (*INSTRUCTOR*) | TRARON VT-31 | DATE 18-Jul-01 |
|---|---|---|
| STUDENT'S NAME (*LAST, FIRST, MIDDLE INITIAL*) ENS BLANKENSHIP, MALCOLM | | |

**SUPPLEMENTARY JACKET FORM (ATJ)**

CNATRA-GEN 1542/31 (REV. 1-77)
S/N 0197LLCF04323

*Insert this form in the ATJ for each action/incident.*

## TYPE ACTION

☐ UNSATISFACTORY
- ☐ Flight
- ☐ Academic
- ☐ Synthetic
- ☐ Flight Support
- ☐ ______

☐ DELINQUENCY
- ☐ Flight Violation (F.A.R.)
- ☐ Flight Violation (Local)
- ☐ ______

☐ ACCIDENT *(Refer to OPNAVINST 3750.6)*

☐ INCIDENT *(Refer to OPNAVINST 3750.6)*

☒ MID-STAGE MARGINAL /FAM

BRIEF SUMMARY

ENS BLANKENSHIP HAS BEEN IDENTIFIED AS MID-STAGE MARGINAL DURING FAM STAGE AT THE COMPLETION OF 7 GRADED EVENTS, HIS AVERAGE 2.978, CUT OFF: 3.019.

## ACTION TAKEN

- ☐ Awarded ____ of extra instruction/supervised study
- ☐ Awarded reexamination in ______
- ☐ Awarded ____ extra time flights
- ☐ Awarded recheck of ______
- ☐ Awarded ____ extra time synthetic flights
- ☐ ______
- ☐ Referred to Student Progress Disposition Board
- ☐ Awarded ____ Demerits and ____ Extra Duty
- ☐ Referred to ______ Investigation
- ☐ Captain's Mast
- ☐ Recommended separate from training
- ☒ TREND ANALYSIS ONLY

COMMENTS

| SIGNATURE *(Appropriate Authority)* | RANK/TITLE | DATE |
|---|---|---|
| L.Gurgainous;Letter Date 1JUL00 [signature] | CAPT/STUCON OFF | 23-Jul-01 |

## ACCIDENT/INCIDENT

| CURRICULUM FLIGHT NO. | AIRCRAFT MODEL | BUNO | AIRCRAFT DAMAGE CODE | INJURY CLASS CODE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

## STUDENT REVIEW

| SIGNATURE *(Student)* *(I have reviewed my jacket this date)* | DATE | RANK | SSN |
|---|---|---|---|
| [signature] | 23-Jul-01 | CAPT | 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 |

| STUDENT'S NAME *(Last, First, Middle Initial)* | TRARON | PHASE |
|---|---|---|
| BLANKENSHIP, MALCOLM | VT-31 | ADV T-44A |

**UNSATISFACTORY/DELINQUENCY/INCIDENT (ATJ)**

CNATRA-GEN 1542/31 (REV. 1-77)
S/N 0197LLCF04323 *Insert this form in the ATJ for each action/incident.*

## TYPE ACTION

☐ UNSATISFACTORY
- ☐ Flight
- ☐ Academic
- ☐ Synthetic
- ☐ Flight Support
- ☐ ______

☐ DELINQUENCY
- ☐ Flight Violation (F.A.R.)
- ☐ Flight Violation (Local)
- ☐ ______

☐ ACCIDENT *(Refer to* ***OPNAVINST*** *3750.6)*

☐ INCIDENT *(Refer to* ***OPNAVINST*** *3750.6)*

☒ END OF STAGE MARGINAL/FAM

BRIEF SUMMARY

ENS BLANKENSHIP HAS BEEN IDENTIFIED AS END OF STAGE MARGINAL DURING THE FAM STAGE AT THE COMPLETION OF 12 GRADED EVENTS, HIS AVERAGE 2.978, CUT OFF: 2.982.

## ACTION TAKEN

- ☐ Awarded____of extra instruction/supervised study
- ☐ Awarded reexamination in ______
- ☐ Awarded ____extra time flights
- ☐ Awarded recheck of ______
- ☐ Awarded____extra time synthetic flights
- ☐ ______
- ☐ Referred to Student Progress Disposition Board
- ☐ Awarded____Demerits and____Extra Duty
- ☐ Referred to ______ Investigation
- ☐ Captain's Mast
- ☐ Recommended separate from training
- ☒ TREND ANALYSIS ONLY

COMMENTS

| SIGNATURE *(Appropriate Authority)* | RANK/TITLE | DATE |
|---|---|---|
| L.Gurgainous;Letter Date 1JUL00 [signature] | CAPT/STUCON OFF | 06-Aug-01 |

## ACCIDENT/INCIDENT

| CURRICULUM FLIGHT NO. | AIRCRAFT MODEL | BUNO | AIRCRAFT DAMAGE CODE | INJURY CLASS CODE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

## STUDENT REVIEW

| SIGNATURE *(Student)* *(I have reviewed my jacket this date)* | DATE | RANK | SSN |
|---|---|---|---|
| [signature] | 06-Aug-01 | ENS | 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 |

| STUDENT'S NAME *(Last, First, Middle Initial)* | TRARON | PHASE |
|---|---|---|
| BLANKENSHIP, MALCOLM | VT-31 | ADV T-44A |

**UNSATISFACTORY/DELINQUENCY/INCIDENT (ATJ)**

CNATRAINST 1542.

# RADIO INSTRUMENTS/RI-15

Aviation Training Form

SQUADRON (VT/HT)
VT-31

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Training Time Out / NATOPS Brief |
| | | X | | DI | 2 | Electrical System |
| | | X | | P | 3 | PIC / Aircrew Coordination |
| | | X | | P | 4 | Clearance Compliance |
| | | X | | P | 5 | Instrument Departure |
| | | X | | P | 6 | Instrument / Geographic Orientation |
| | X | | | P | 7 | Holding (Min 3 Turns) |
| | | X | | P | 8 | SSE Approach* |
| | | X | | P | 9 | No Heading Appoach* |
| | | X | | P | 10 | Normal Approach* |
| | | X | | P | 11 | Missed Approach: SSE |
| | | | X | P | 12 | Landing Transition |
| | | X | | P | 13 | Radio Instrument Malfunction |
| | | X | | P | 14 | Electrical System Malfunction |
| | | X | | P | 15 | Engine System Malfunction |
| | | X | | P | 16 | Radio Communications |
| | | X | | P | 17 | Cockpit Procedures |
| | | X | | P | 18 | BAW |
| | | X | | P | 19 | Headwork |

COMMENTS

General: SNA well prepared for brief and flight. Overall averag performance. A few minor mistakes.

7. Initially turn the wrong way for the entry. Thouroughly discussed and reviewed in the air. Should have no more problems if entries are done as explained.

12. Nice transition to landing. Positioned the aircraft well.

.12
741
32
785

3.008

261

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 16 | 1 | TOTAL MARKS THIS FLIGHT | 1250 | 1.7 | 2.7 | 0.5 | 3.0 | 2.5 | 6 F | 0 0 | 2 2 | 0 0 | B 0. 0. / 0. | 7 0 / 0 0 | ADVMT44 02-01#3 |
| 5 | 231 | 7 | | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| 6 | 217 | 8 | | CUMULATIVE STAGE TOTAL | 07 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE |
| | COMPLETE | X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: RORKE, BRYAN — RANK: LT |
| Winds: LT&Var | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: Shwrs | STAN | | SPECIAL | | |

CNATRA-GEN 1542/31 (REV. 1-77)
S/N 0197LLCF04323 *Insert this form in the ATJ for each action/incident.*

**TYPE ACTION**

[X] UNSATISFACTORY
- [X] Flight RI-24
- [ ] Academic
- [ ] Synthetic
- [ ] Flight Support
- [ ] ______

[ ] DELINQUENCY
- [ ] Flight Violation (F.A.R.)
- [ ] Flight Violation (Local)
- [ ] ______

[ ] ACCIDENT *(Refer to OPNAVINST 3750.6)*

[ ] INCIDENT *(Refer to OPNAVINST 3750.6)*

[ ] ______

BRIEF SUMMARY

RI-24 UNSAT FOR FOR BAW. SEE ATF FOR DETAILS.

RECOMMEND 2 ETS.

DL DOBBS CAPT USAF.

**ACTION TAKEN**

- [ ] Awarded ____ of extra instruction/supervised study
- [ ] Awarded reexamination in ______
- [X] Awarded 2 extra time flights
- [ ] Awarded recheck of ______
- [ ] Awarded ____ extra time synthetic flights
- [ ] ______
- [ ] Referred to Student Progress Disposition Board
- [ ] Awarded ____ Demerits and ____ Extra Duty
- [ ] Referred to ______ Investigation
- [ ] Captain's Mast
- [ ] Recommended separate from training
- [ ] ______

COMMENTS

| SIGNATURE *(Appropriate Authority)* | RANK/TITLE | DATE |
|---|---|---|
| L.Gurgainous;Letter Date 1JUL00 [signature] | CAPT/STUCON OFF | 25-Sep-01 |

**ACCIDENT/INCIDENT**

| CURRICULUM FLIGHT NO. | AIRCRAFT MODEL | BUNO | AIRCRAFT DAMAGE CODE | INJURY CLASS CODE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**STUDENT REVIEW**

| SIGNATURE *(Student)* *(I have reviewed my jacket this date)* | DATE | RANK | SSN |
|---|---|---|---|
| [signature] | 24-Sep-01 | ENS | 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 |

| STUDENT'S NAME *(Last, First, Middle Initial)* | TRARON | PHASE |
|---|---|---|
| BLANKENSHIP, MALCOLM | VT-31 | ADV T-44A |

**UNSATISFACTORY/DELINQUENCY/INCIDENT (ATJ)**

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-24
Aviation Training Form

SQUADRON (VT/HT): VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| | BRIEF | | | B | 1 | Forced Landing |
| | BRIEF | | | B | 2 | Wake Turbulence |
| | BRIEF | | | B | 3 | Training Time Out / NATOPS Brief |
| | | X | | I | 4 | SSE En Route |
| | | X | | P | 5 | PIC / Aircrew Coordination |
| | | X | | P | 6 | Flight Planning |
| | | X | | P | 7 | Clearance Compliance |
| | | X | | P | 8 | Instrument Departure |
| | | X | | P | 9 | Instrument / Geographic Orientation |
| | | X | | P | 10 | SSE Approach |
| Did Not Do | | | | P | 11 | No Heading Approach |
| | | X | | P | 12 | Precision Approach |
| | | X | | P | 13 | Non-Precision Approach |
| | | X | | P | 14 | Missed Approach |
| | | X | | P | 15 | Landing Transition |
| | | X | | P | 16 | Arrival Transition |
| | | X | | P | 17 | Radio Instrument Malfunction |
| | | X | | P | 18 | Emergencies |
| | | X | | P | 19 | Radio Communications |
| | | X | | P | 20 | Cockpit Procedures |
| X | | | | P | 21 | BAW |
| | | X | | P | 22 | Headwork |

## COMMENTS

General: Unsat for BAW. Multiple headwork and BAW errors. Graded incomplete because no NDB approach available in the local area. Since an NDB approach is required but there is no specific item to grade it, I marked NH approach as DND. A NH TACAN approach was flown and commented on but not graded.

8. Took off from NGP with both NAVs set to localizer at CRP. No NAVAID guidance and no DME, turned 040 on BAY 4 at 4.5 DME (approx) at IP prompting. 200 IAS and significant altitude deviation leveling at 1500.

9. You must have something other than localizers to navigate on while getting RV for the ILS.

10. SSE VOR A ALI: Never intercepted the outbound radial, 170 inbound, IP prompting to descend to MDA. Went 100 below MDA, O/S circle got down to 100 IAS SSE circling.

11. Unable to do the point to point to VISOR (with heading). I failed the heading on the 10 DME arc initially 9.0 DME then settled down to +- 0.4 DME. Rest of the approach OK.

12. First approach ILS 35 RV @ CRP: No marker beacons selected, RV with both NAVs set to localizer freq. I failed the DME, SNA finally got the CP to tune the cross radial and then selected both marker beacon mixer switches for the P. Significant Sing on the glidepath 100 to 1000 VSI continously. Full scale deflection left of the localizer at 100 above DH. SNA initiated own waveoff.

13. SSE TAC Z 31L: Significant problems maintaining assigned heading and altitude. No tower backup in VHF radio. Final OK, procedures fine, BAW suffered during transition to land.

19. Need to keep up with ATC clearances.

21. U: I lost count of the number of times I either verbally told SNA to level off at assigned altitude or had to push or pull on the control wheel to prevent a 200+ altitude deviation. Malcolm consistently would pass through assigned altitude with 1500-2000

**<COMMENTS CONTINUED ON ADDITIONAL PAGE>**

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 17 | 0 | TOTAL MARKS THIS FLIGHT | 1267 | 2.2 | 1.9 | 0.3 | 0.0 | 0.0 | 6 | 3 0<br>0 0 | A<br>B | 2 0<br>3 0 | ADVMT44<br>02-01#3 |
| | | | | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | | | | CUMULATIVE STAGE TOTAL | 24 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | | DOWN | X | INSTRUCTOR'S SIGNATURE |
| | COMPLETE | | INCOMPLETE | X | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: DOBBS, DAVID — RANK: CAPT |
| Winds: HW10 | CHECK | | RECHECK | | |
| Wx: Clear | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| | STAN | | SPECIAL | | |

CNATRA 1540/90 (1-01)
686300N6 PAT0H3S

RI-24
T-44A

| RADIO INSTRUMENTS/RI-24 | SQUADRON (VT/HT) VT-31 |
|---|---|

## ADDITIONAL COMMENTS FOR ATF

686300N6

VSI. Tendency to leave the power in on level off and get 180-200 kts. We entered holding at 170 IAS. Heading control suffered when distracted.
22. See above for multiple headwork errors. Needs some extra time.

| INSTRUCTOR'S SIGNATURE | | |
|---|---|---|
| INSTRUCTOR'S NAME: DOBBS, DAVID | | RANK: CAPT |
| STUDENT'S NAME: BLANKENSHIP, MALCOLM | SSN: 242218324 | RANK: ENS |

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-24

Aviation Training Form

SQUADRON (VT/HT): VT-31

PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Forced Landing |
| BRIEF | | | | B | 2 | Wake Turbulence |
| BRIEF | | | | B | 3 | Training Time Out / NATOPS Brief |
| | | X | | I | 4 | SSE En Route |
| | | X | | P | 5 | PIC / Aircrew Coordination |
| | | X | | P | 6 | Flight Planning |
| | | X | | P | 7 | Clearance Compliance |
| | | X | | P | 8 | Instrument Departure |
| | | X | | P | 9 | Instrument / Geographic Orientation |
| | | X | | P | 10 | SSE Approach |
| | | X | | P | 11 | No Heading Approach |
| | | X | | P | 12 | Precision Approach |
| | | X | | P | 13 | Non-Precision Approach |
| | | X | | P | 14 | Missed Approach |
| | | X | | P | 15 | Landing Transition |
| | | X | | P | 16 | Arrival Transition |
| | | X | | P | 17 | Radio Instrument Malfunction |
| | | X | | P | 18 | Emergencies |
| | | X | | P | 19 | Radio Communications |
| | | X | | P | 20 | Cockpit Procedures |
| | | X | | P | 21 | BAW |
| | | X | | P | 22 | Headwork |

COMMENTS

General: Extra training ride.

4. Talked about gen failure. Stud knew the new proedures well.
10. SSE appr was VOR at BRO. Gen failure that lead to fire. Good procedures. Nice circle to a good landing.
11. Departing rwy 31 at BRO, we went directly to the NDB to start the approach. It is about 7 miles to the NDB. The stud was too slow getting thru the checklists that he never got the appr briefed. The heading was turned off right at the NDB. Stud lost SA because he hadnt briefed the appr. IP turned him in toward the bearing after trucking out about 5 miles with only a little turn to intercept going. Stud was put on final about ten miles out. Zig-zagged thru final about 8 times. He knew what he was doing, verbalized it well, but did not lead any turns so he kept passing thru the inbound and have to go back and catch it again. Good missed.
13. Did another NH NDB. This time stud did the checklists early. We did some good holding. Stud did the timing right and ended up on final. Better final this time. Good landing.
18, Seemed to know all the procedures. No problems.
22. Seemed a bit slower than normal, probably due to this being an ET. Sped up near the end of the flight. Knew most of the questions. Pretty good BAW.

*** EXTRA TIME ***

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 19 | 0 | TOTAL MARKS THIS FLIGHT | 1269 | 2.3 | 2.0 | 0.3 | 0.0 | 0.0 | 6 | 2 0 / 0 0 | A / B | 1 0 / 3 0 | ADVMT44 02-01#3 |
| | | | | TOTAL CARRIED FORWARD | DATE 26 Sep 01 | CUM TOT | | | | | | | | | |
| | | | | CUMULATIVE STAGE TOTAL | | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE: [signature] |
| Training Dev. T-44A | COMPLETE | X | INCOMPLETE | | |
| Winds: HW10 | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: OLSON, ERIK — RANK: CAPT |
| Wx: Clear | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | X | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| | STAN | | SPECIAL | | |

CNATRA 1540/90 (1-01)
682600Y7 PAM0EFA

RI-24
T-44A

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-24

Aviation Training Form

SQUADRON (VT/HT)

VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Forced Landing |
| BRIEF | | | | B | 2 | Wake Turbulence |
| BRIEF | | | | B | 3 | Training Time Out / NATOPS Brief |
| | | X | | I | 4 | SSE En Route |
| | | X | | P | 5 | PIC / Aircrew Coordination |
| | | X | | P | 6 | Flight Planning |
| | | X | | P | 7 | Clearance Compliance |
| | | X | | P | 8 | Instrument Departure |
| | | X | | P | 9 | Instrument / Geographic Orientation |
| | | X | | P | 10 | SSE Approach |
| | | X | | P | 11 | No Heading Approach |
| | | X | | P | 12 | Precision Approach |
| | | X | | P | 13 | Non-Precision Approach |
| | | X | | P | 14 | Missed Approach |
| | | X | | P | 15 | Landing Transition |
| | | X | | P | 16 | Arrival Transition |
| | | X | | P | 17 | Radio Instrument Malfunction |
| | | X | | P | 18 | Emergencies |
| | | X | | P | 19 | Radio Communications |
| | | X | | P | 20 | Cockpit Procedures |
| | | X | | P | 21 | BAW |
| | | X | | P | 22 | Headwork |

## COMMENTS

General:

Event flown in the local flying area. Approaches included three ILS approaches at CRP, two were no-heading, one was SSE missed approach. Also flown was a SSE circle at Alice to a missed approach. Next was a NDB to CRP circle to rwy 35. Last approach was TAC 35 NGP circle to 4, full stop.

Head work throughout the brief and flight was acceptable. All NATOPs knowledge and rote procedural knowledge (preflight, checklists, etc) was fine.

All approaches were flown safely. Basic aircraft control was solid. A few problems were noted:

Circling: while circling to a right base at Alice (cross cockpit) circled to rwy 31 vs. the briefed rwy 35.

Procedure turn: timing error caused a short inbound turn resulting in an overshooting intercept to final.

ILS final: overcorrections on no-heading final resulting in S-turns throughout the final.

Cockpit procedures needed to be sharper. Speeding up the Navaid set-up and the approach brief will leave more time for flight following and planning. You need to think farther ahead of the aircraft whenever possible. Anticipate heading and altitude changes from ATC. Plan well in advance when to configure, descend, etc for each approach.

*** EXTRA TIME ***

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 19 | 0 | TOTAL MARKS THIS FLIGHT | 1274 | 2.1 | 1.8 | 0.3 | 0.0 | 0.0 | 6 | 2 0<br>0 0 | A<br>B | 2 0<br>3 0 | ADVMT44<br>02-01#3 |
| | | | | TOTAL CARRIED FORWARD | DATE | | | | | | | | | | |
| | | | | CUMULATIVE STAGE TOTAL | 01 Oct 01 | CUM TOT | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE: Michael E Smith |
| Training Dev. T-44A | COMPLETE | X | INCOMPLETE | | |
| | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: SMITH, MICHAEL — RANK: MAJ |
| Winds: | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | X | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: | STAN | | SPECIAL | | |

CNATRA 1540/90 (1-01)
682600XK PAM0EFU

RI-24
T-44A

CNATRAINST 1542.

# RADIO INSTRUMENTS/RI-24

Aviation Training Form

SQUADRON (VT/HT): VT-31

PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Forced Landing |
| BRIEF | | | | B | 2 | Wake Turbulence |
| BRIEF | | | | B | 3 | Training Time Out / NATOPS Brief |
| PGI | | | | I | 4 | SSE En Route |
| PGI | | | | P | 5 | PIC / Aircrew Coordination |
| PGI | | | | P | 6 | Flight Planning |
| PGI | | | | P | 7 | Clearance Compliance |
| PGI | | | | P | 8 | Instrument Departure |
| PGI | | | | P | 9 | Instrument / Geographic Orientation |
| PGI | | | | P | 10 | SSE Approach |
| | | X | | P | 11 | No Heading Approach |
| PGI | | | | P | 12 | Precision Approach |
| PGI | | | | P | 13 | Non-Precision Approach |
| PGI | | | | P | 14 | Missed Approach |
| PGI | | | | P | 15 | Landing Transition |
| PGI | | | | P | 16 | Arrival Transition |
| PGI | | | | P | 17 | Radio Instrument Malfunction |
| PGI | | | | P | 18 | Emergencies |
| PGI | | | | P | 19 | Radio Communications |
| PGI | | | | P | 20 | Cockpit Procedures |
| PGI | | | | P | 21 | BAW |
| PGI | | | | P | 22 | Headwork |

COMMENTS

General: Not too bad. Valley.

11. Pretty good job on NH NDB. Remember to be very careful around the NDB. Once you have station passage, get back immediately to proper hdg while waiting for needle to stabilize.

Keep working at it. We talked about several ways to keep ahe of the aircraft. Good luck.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 1 | 0 | TOTAL MARKS THIS FLIGHT | 1275 | 2.0 | 1.7 | 0.3 | 0.0 | 1.4 | F | 3 0 / 0 0 | A / B | 2 0 / 3 0 | ADVMT44 02-01#3 |
| 1 | 9 | 394 | 13 | TOTAL CARRIED FORWARD | DATE 02 Oct 01 | CUM TOT | | | | | | | | | |
| 1 | 9 | 395 | 13 | CUMULATIVE STAGE TOTAL | | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP X | DOWN | INSTRUCTOR'S SIGNATURE | |
| | COMPLETE X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | UNSAFE FOR SOLO | INSTRUCTOR'S NAME: COSTAIN, MARC | RANK: CAPT |
| Winds: | CHECK | RECHECK | | |
| Wx: | WARM UP | EXTRA TIME | STUDENT'S NAME: BLANKENSHIP, MALCOLM | SSN: 242218324 / RANK: ENS |
| | STAN | SPECIAL | | |

CNATRA 1540/90 (1-01)
655700HZ PAT0H6Y

RI-24
T-44A

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-25

Aviation Training Form

SQUADRON (VT/HT)
VT-31

| U | BA | A | AA | ID | # | TASKS (PERFORMANCE APPRAISAL) |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Training Time Out / NATOPS Brief |
| | | X | | P | 2 | PIC / Aircrew Coordination |
| | | X | | P | 3 | Flight Planning |
| | | X | | P | 4 | Clearance Compliance |
| | | X | | P | 5 | Instrument Departure |
| | | X | | P | 6 | Instrument / Geographic Orientation |
| | | X | | P | 7 | SSE En Route |
| | | X | | P | 8 | Holding |
| | X | | | P | 9 | SSE Approach* |
| | | X | | P | 10 | Visual Approach* |
| | | X | | P | 11 | Precision Approach* |
| | | | X | P | 12 | Non - Precision Approach* |
| | | X | | P | 13 | Missed Approach |
| | | X | | P | 14 | Landing Transition |
| | | X | | P | 15 | Arrival Transition |
| | | X | | P | 16 | Emergencies |
| | | X | | P | 17 | Radio Communications |
| | | X | | P | 18 | Cockpit Procedures |
| | | X | | P | 19 | BAW |
| | | X | | P | 20 | Headwork |

**COMMENTS**

4. Good job on the clearance compliance throughout the flight.
7. Good discussion about SSE enroute. Remember weather is a determining factor on suitable airfields in the event of an emergency.
9. VOR 12L at Victoria. Given a fire at FAF. Good job getting the aircraft clean and the checklist complete. When given field in sight, did not configure the aircraft. Did not realize aircraft was not configured (gear and flaps down) until props full forward even though gear horn was going off. Caught the gear was not down and props full forward and initiated a waveoff. Thoroughly debriefed on the incident.
10. Visual at Palacios. Try to get configured much earlier than two-three miles away from the field. As soon as you call field in sight, slow down, configure and set up to hit a VFR pattern checkpoint.
11. ILS 13 at CRP. Good procedures for the SSE approach. Lost the glideslope a little at the end (about a half dot to a dot low). Keep working the power to maintain airspeed and glideslope all the way til field in sight.
16. Worked through all the emergencies given while demonstrating a pretty good working knowledge of the aircraft systems.
18. Forgot the climb checklist twice during the flight.
General: Keep working on the approach procedures and studying at home. Keep working on staying ahead of the aircraft.

[ 1x2=2 ]
2x18=36
3x761=2283
4x27=108
808 | 2429
3006

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 17 | 1 | TOTAL MARKS THIS FLIGHT | 1276 | 2.6 | 1.7 | 0.9 | 0.0 | 0.0 | 6 0 / 0 0 | 4 0 / 0 0 | A 0. / B 0 | 2 0 / 2 0 | ADVMT44 02-01#3 |
| | 9 | 395 | 13 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| 1 | 10 | 412 | 14 | CUMULATIVE STAGE TOTAL | 03 Oct 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE [signature] |
| | COMPLETE | X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: LEEP, BRIAN — RANK: LT |
| Winds: | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: | STAN | | SPECIAL | | |

CNATRA 1540/91 (1-01)
6805012U PAM0EH8

RI-25
T-44A

CNATRAINST 1542.65H

# OVER WATER NAVIGATION (US...USCG ONLY)/ONAV

Aviation Training Form

SQUADRON (VT/HT)

VT-31

PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Sea State |
| BRIEF | | | | B | 2 | OPNAV 3710 Survival Conditions |
| BRIEF | | | | B | 3 | Controlling Agencies |
| BRIEF | | | | B | 4 | Rigging Procedures |
| BRIEF | | | | B | 5 | Operations Below 1000` AGL |
| BRIEF | | | | B | 6 | Composite Flight Plan |
| BRIEF | | | | B | 7 | ADIZ Procedures |
| BRIEF | | | | B | 8 | Lost Aircraft |
| BRIEF | | | | B | 9 | Ditching Procedure |
| BRIEF | | | | B | 10 | Training Time Out/NATOPS Brief |
| | | X | | I | 11 | Composite Flight Plan |
| | | X | | I | 12 | Departure |
| | | X | | I | 13 | Proceed VFR |
| | | X | | I | 14 | VFR Descent |
| | | X | | I | 15 | Descent Below 1000` AGL |
| | | X | | I | 16 | PIC / Crew Coordination |
| | | | X | I | 17 | Rigging Procedures |
| | | X | | I | 18 | VFR Climb |
| | | X | | I | 19 | IFR Pickup/Return |
| | | X | | P | 20 | BAW |
| | | X | | P | 21 | Headwork/Aircrew Coordination |
| | | X | | P | 22 | Fuel Planning |

COMMENTS

17. Nice job on the rigging procedures. Second full rig was very nice.

General: Good preparation for the flight.

3.083

3x11 = 37
4x1 = 4
37
12

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 11 | 1 | TOTAL MARKS THIS FLIGHT | 1276 | 2.0 | 1.3 | 0.7 | 0.0 | 0.0 | 6 0 / 0 0 | 4 0 / 0 0 | A 0. / B 0. | 2 0 / 2 0 | ADVMT44 02-01#3 |
| | | | | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | | 11 | 1 | CUMULATIVE STAGE TOTAL | 03 Oct 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE |
| | COMPLETE | X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: LEEP, BRIAN — RANK: LT |
| Winds: | CHECK | | RECHECK | | |
| Wx: | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| | STAN | | SPECIAL | | |

CNATRA 1540/39 (1-01)
6805012T PAM0EH8

ONAV
T-44A

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-26

Aviation Training Form

SQUADRON (VT/HT)
VT-31

PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Training Time Out / NATOPS Brief |
| | | X | | P | 2 | PIC / Aircrew Coordination |
| | | X | | P | 3 | Flight Planning |
| | | X | | P | 4 | Clearance Compliance |
| | | X | | P | 5 | Instrument Departure |
| | | X | | P | 6 | Instrument / Geographic Orientation |
| | | X | | P | 7 | Weather Radar |
| | | X | | P | 8 | SSE Approach* |
| | | | X | P | 9 | Partial Panel Approach* |
| | | X | | P | 10 | Precision Approach* |
| | | X | | P | 11 | Non - Precision Approach* |
| | | X | | P | 12 | Missed Approach |
| | | X | | P | 13 | SSE Missed Approach |
| | | X | | P | 14 | Landing Transition |
| | | X | | P | 15 | Arrival Transition |
| | | X | | P | 16 | Radio Instrument Malfunction |
| | | X | | P | 17 | Emergencies |
| | | X | | P | 18 | Radio Communications |
| | | X | | P | 19 | Cockpit Procedures |
| | | X | | P | 20 | BAW |
| X | | | | P | 21 | Headwork |


COMMENTS

General: Unsatisfactory flight today for Malcolm. Flight completed and fully debriefed with details listed below.

3. Ensure that you have the flight plan signed before filing.

8. SSE while executing the VOR32@Stinson. Forgot to ask for the approach checklist. If you set the radios and brief the approach early, dont forget the checklist. Did not brief that the field was too short to land on for the circle. Dont assume your co-pilot realizes the fact. Reacted to smoke coming from the gaspers following a generator malfunction by closing the bleed air valves. Didnt take any further action after that. Did not effectively run the emergency engine shutdown checklist. Very rushed while completing the memory items and had to be reminded to complete the last memory item. It was basically a case 3. Nice job with the 6 Ts and making the transition for the circle.

9. Nice approach. Discussed getting the gear a bit earlier, especially while executing an emergency approach.

11. No heading approach at New Braunfels. Nice job with the turns and no heading procedures. Listen to the advisories so you know the active runway. Some confusion created by the fact that the airport renamed 17 to 18. Flew 160 below MDA.

12. Forgot the flaps on the first missed. When you rotate, get nose up 7-10 degrees. On several occasions you rotated only to 4 degrees. Very slow climbouts.

18. Have to listen in busy environments. Make your briefs short and interrupt them if you are called on the radio. Dont concentrate so hard on your task at hand that you ignore radio comms.

20. Little bit rough at times. Get the airplane trimmed hands off. While briefing or setting something up in the airplane, lighten up on the yoke so you dont drift off heading or altitude. Dont accept being 100 feet off altitude. Several instances where you had to be warned for altitude deviations.

<COMMENTS CONTINUED ON ADDITIONAL PAGE>

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 18 | 1 | TOTAL MARKS THIS FLIGHT | 1277 | 3.3 | 2.7 | 0.6 | 0.0 | 0.0 | 6 | 2 0 | A | 1 0 | ADVMT44 |
| 1 | 10 | 41 | 14 | TOTAL CARRIED FORWARD | DATE | | | | | | | 0 0 | B | 3 0 | 02-01#3 |
| 2 | 10 | 43 | 15 | CUMULATIVE STAGE TOTAL | 04 Oct 01 | CUM TOT | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | | DOWN | X | INSTRUCTOR'S SIGNATURE (signature) |
| Training Dev. T-44A | COMPLETE | X | INCOMPLETE | | |
| | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: MCDONALD, MICHAEL — RANK: LT |
| Winds: GustyHW | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: Clear | STAN | | SPECIAL | | |

CNATRA 1540/92 (1-01)
682600YG PAT0H83

RI-26
T-44A