| RADIO INSTRUMENTS/RI-26 | SQUADRON (VT/HT) VT-31 |
|---|---|

## ADDITIONAL COMMENTS FOR ATF

682600YG

21. Flight marked by multiple headwork errors as listed above. Additionally, forgot to bring a flight plan and chart required to execute the flight plan. Prioritize what is important on a missed approach or while getting ready for an approach. Ignoring checklists, radio calls, etc. for the sake of setting the altitude in the
ADF will cause you a headache. Finally, be careful how you respond when called on a mistake. Listen to the instructor and leave it at that. No need to apologize.
Overall: Very evident that Malcolm has the motivation and knowledge to make a good naval aviator. His knowledge of aim/far and limits was excellent. Needs practice putting it all together in a dynamic environment. Recommend 2 ETs and continue. Good luck.

| INSTRUCTOR'S SIGNATURE | | |
|---|---|---|
| [signature] | | |
| INSTRUCTOR'S NAME | | RANK |
| MCDONALD, MICHAEL | | LT |
| STUDENT'S NAME | SSN | RANK |
| BLANKENSHIP, MALCOLM | 242218324 | ENS |

RI-26
T-44A

CNATRA-GEN 1542/31 (REV. 1-77)
S/N 0197LLCF04323

*Insert this form in the ATJ for each action/incident.*

## TYPE ACTION

- [X] UNSATISFACTORY
  - [X] Flight RI-26
  - [ ] Academic
  - [ ] Synthetic
  - [ ] Flight Support
  - [ ] ______
- [ ] DELINQUENCY
  - [ ] Flight Violation (F.A.R.)
  - [ ] Flight Violation (Local)
  - [ ] ______
- [ ] ACCIDENT *(Refer to OPNAVINST 3750.6)*
- [ ] INCIDENT *(Refer to OPNAVINST 3750.6)*
- [ ] ______

BRIEF SUMMARY

FLIGHT UNSATISFACTORY FOR MULTIPLE HEADWORK ERRORS
SEE ATF FOR DETAILS. RECOMMEND 2 ET'S AND CONTINUE

LT. MCDONALD

## ACTION TAKEN

- [ ] Awarded____of extra instruction/supervised study
- [ ] Awarded reexamination in ______
- [ ] Awarded ____extra time flights
- [ ] Awarded recheck of ______
- [ ] Awarded____extra time synthetic flights
- [ ] ______
- [X] Referred to Student Progress Disposition Board
- [ ] Awarded____Demerits and____Extra Duty
- [ ] Referred to ______ Investigation
- [ ] Captain's Mast
- [ ] Recommended separate from training
- [ ] ______

COMMENTS

| SIGNATURE *(Appropriate Authority)* L.Gurgainous;Letter Date 1JUL00 | RANK/TITLE | DATE |
|---|---|---|
| | CAPT/STUCON OFF | 05-Oct-01 |

## ACCIDENT/INCIDENT

| CURRICULUM FLIGHT NO. | AIRCRAFT MODEL | BUNO | AIRCRAFT DAMAGE CODE | INJURY CLASS CODE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

## STUDENT REVIEW

| SIGNATURE *(Student)* *(I have reviewed my jacket this date)* | DATE | RANK | SSN |
|---|---|---|---|
| [signature] | 05-Oct-01 | ENS | 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 |

| STUDENT'S NAME *(Last, First, Middle Initial)* | TRARON | PHASE |
|---|---|---|
| BLANKENSHIP, MALCHOM | VT-31 | ADV T-44A |

**UNSATISFACTORY/DELINQUENCY/INCIDENT (ATJ)**

CNATRA-GEN 1542/13 (REV. 12-79)
0197LLCF04194

*Insert this form in the training jacket for each board action.*

RECORD OF DIFFICULTIES

| | NASC | PRIMARY | BASIC-INTMED. | ADV. | | NASC | PRIMARY | BASIC-INTMED | ADV. |
|---|---|---|---|---|---|---|---|---|---|
| Unsatisfactory Flights | | 0 | 0 | 1 | Academic/Flt Supp Failures | | | | |
| Unsatisfactory Checks | | 0 | 0 | 0 | | | | | |
| Number Extra Time Flights | | 0 | 0 | 2 | | | | | |
| Number Rechecks | | 0 | 0 | 0 | | | | | |
| Flight Grade | | 0 | 0 | 3.011 | | | | | |
| Number of Accidents/Incidents | | 0 | 0 | 0 | | | | | |
| Total Flight Time | | | | 141.7 | Academic Grade | | 92.00 | | 9~~5~~.4~~3~~ |
| Number PRB's | | 0 | 0 | 0 | Number Setbacks | | 0 | 0 | 0 |

95.4: LHM CTW-4 STU CON

PRESENT DIFFICULTY *(Describe in detail)*

FLIGHT UNSATISFACTORY FOR MULTIPLE HEADWORK ERRORS
SEE ATF FOR DETAILS. RECOMMEND 2 ET'S AND CONTINUE

LT. MCDONALD

STUDENT ACTION

*In view of your difficulties in training to date, your jacket is presented in order that you may answer the following questions.*

Have you any complaint or criticism to make concerning your treatment or training, and/or do you have any extenuating personal problems that should be brought to the attention of the board? ☐ YES ☒ NO

IF ANSWER TO ABOVE IS "YES", STATE PARTICULARS BRIEFLY

I desire very much to be retained in the program. ☒ YES ☐ NO

IF ANSWER TO ABOVE IS "NO", STATE REASONS

| I have reviewed my jacket this date. | SIGNATURE *(Student)* [signature] | | | DATE 05-Oct-01 |
|---|---|---|---|---|
| STUDENT'S NAME *(Last, First, Middle)* BLANKENSHIP, MALCHOM | RANK/RATE ENS | SSN 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 | TRARON VT-31 | PHASE ADV T-44A |

(OVER)

SUMMARY-PROGRESS REVIEW BOARD

STUDENT'S NAME *(Last, First, Middle Initial)*
BLANKENSHIP, MALCHOM

**PRB ACTION**

| BOARD CONVENED AT | NAMI PREDICTOR SCORES | DATE |
|---|---|---|
| 12:00 VT-31 | | 09-Oct-01 |

MEMBERS PRESENT
MAJ SMITH SM | LT BARBOSA | CAPT KIM

VOTE OF BOARD 3 TO 0 ☒ TO RETAIN ☐ TO RETAIN CONDITIONALLY ☐ TO ATTRITE THIS STUDENT

REASONS

ENS BLANKENSHIP HAS BEEN IDENTIFIED WITH LESS THAN SATISFACTORY PERFORMANCE IN HEADWORK DURING FLIGHT SUCH AS MISSED CHECKLIST CALLS, INCORRECT CONFIGURATION ON FINAL AND AFTER MISSED APPROACH, AND INCOMPLETE INFLIGHT PUBLICATIONS.
ENS BLANKENSHIP DEMONSTRATES VERY POSITIVE ATTRIBUTES FOR A CAREER IN NAVAL AVIATION. HIS GENERAL KNOWLEDGE IS EXCELLENT AND HE HAS A STRONG DETERMINATION TO CORRECT HIS INFLIGHT DISCREPANCIES. RECOMMEND 2 ET'S AND CONTINUE IN TRAINING.

ACTION AUTHORIZED *(If Retained/Conditions, if applicable)*

SIGNATURE *(Senior Member of Board)* [signature] DATE 09-Oct-01

**REVIEW ACTION**

COMMANDING OFFICER'S endorsement

☐ APPROVED, ORDERED EXECUTED ☐ FORWARDED ☒ DISAPPROVED
☐ AS MODIFIED ☐ RECOMMENDING APPROVAL ☒ RECOMMEND TO ATTRITE THIS STUDENT
☐ ☐ FOR INFORMATION

REMARKS ENS BLANKENSHIP IS A VERY MOTIVATED PROFESSIONAL WHO HAS GIVEN HIS BEST EFFORT TO MEET THE STANDARD. HOWEVER, HE IS CURRENTLY AT AN NSS OF 23.1 WITH ONLY 7 EVENTS TO GO TO FINISH THE ADVANCE PHASE. HE CURRENTLY NEEDS 9 NET ABOVE AVERAGES TO MEET THE MINIMUM WAIVER STANDARD OF LESS THAN 2.0 STD DEVIATIONS (NSS 30) TO GET HIS WINGS. GIVEN HIS PERFORMANCE TO DATE I HAVE 100% [redacted] CONFIDENCE THAT HE WOULD NOT BE ABLE TO FINISH WITHIN THE STANDARD.

SIGNATURE [signature] CDR CO VT-31 DATE 10/11/01

TRAINING WING COMMANDER'S ACTION

☑ APPROVED ☐ APPROVED CONDITIONALLY ☐ DISAPPROVED ☐
☐ AS MODIFIED ☐ AS MODIFIED

REMARKS

CONCUR WITH CO. SNA ~~HAS~~ IS TOO FAR BEHIND AT THIS POINT TO CONSIDER IT REASONABLE TO MEET EVEN THE MINIMUM STANDARDS.
UPDATE: DUE TO DRUNK + DISORDERLY ARREST ON 8 DEC 2001, A CAPTAIN'S MAST WAS HELD ON 3 JUNE 2002 WHERE HE WAS FOUND GUILTY ON ALL COUNTS, AND COMMODORE DIRECTED HE BE REMOVED FROM ANY FURTHER CONSIDERATION FOR REINSTATEMENT TO PILOT TRAINING ON THE GROUNDS OF UNOFFICERLIKE QUALITIES. MAJ L.K. MURIN 6-3-02

SIGNATURE [signature] DATE 23OCT01

CNATRA-GEN 1542/13 (REV. 12-79)
0197LLCF04194

SPECIAL REQUEST/AUTHORIZATION
S/N 0106-LF-063-

**PRIVACY ACT STATEMENT**

The authority to request information is contained in 5 USC 301, Departmental Regulations. The principal purpose of the information is to enable you to make known your desire for one of the four items listed or for some special consideration or authorization. The information will be used to assist officials and employees of the Department of the Navy in determining your eligibility for and approving or disapproving the special consideration or authorization being requested. Completion of the form is mandatory; failure to provide required information may result in delay in response to or disapproval of your request.

NAME (Last, first, middle initial): BLANKENSHIP, MALCOLM B
RATE: ENS
SSN: 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

SHIP OR STATION: TRAWING - FOUR
DATE OF REQUEST: 06 NOV 01

DEPARTMENT/DIVISION/WARD: STUDENT CONTROL
DUTY SECTION/GROUP: N/A

NATURE OF REQUEST: ☐ LEAVE ☐ SPECIAL LIBERTY ☐ SPECIAL PAY ☐ COMMUTED RATIONS ☒ OTHER (Below)

NO. DAYS REQUEST: | FROM (Date and time): | TO (Date and time):

DISTANCE (Miles): | MODE OF TRAVEL: ☐ AIR ☐ TRAIN ☐ BUS ☐ CAR

LEAVE ADDRESS (Street, box or route no., City, State, Zip Code): | TELEPHONE NUMBER:

REASON FOR REQUEST:
RESPECTFULLY REQUEST ADMIRALS MAST FOR RETENTION IN ADVANCED MULTI-ENGINE TRAINING

SIGNATURE OF APPLICANT: Malcolm B Blankenship III

I AM ELIGIBLE AND OBLIGATE MYSELF TO PERFORM ALL DUTIES OF PERSON MAKING APPLICATION —
SIGNATURE OF STANDBY: | DUTY STATION:

**PERSONNEL OFFICE**

EARNED LEAVE — DAYS AS OF: | LEAVE THIS FISCAL YEAR | DATE LAST PAID

| RECOMMENDED APPROVAL | | SIGNATURE AND RANK/RATE/TITLE/DATE |
|---|---|---|
| ☒ YES (initialed) | ☒ NO | [signature] MAJ USMC CTW-4 STUCON OFF |
| ☑ YES | ☐ NO | [signature] CDR/USN /CSO 13 NOV 01 |
| ☐ YES | * ☒ NO | [signature] 10 Dec 01 |
| ☒ YES | ☐ NO | [signature] 12/18/01 |
| ☒ APPROVED | ☐ DISAPPROVED | SIGNATURE: [signature] 12/19/01 |

REASON FOR DISAPPROVAL:
- SNO has been given every opportunity to excel. He simply did not have the grades for retention. Despite errors (admin) made, he would still be where he is today. [initials]

LOG OUT AND IN WITH OOD (When required)

| OUT (Hour and date) | INITIALS OOD | IN (Hour and date) | INITIALS OOD |
|---|---|---|---|
| | | | |

**HITCHHIKING IS PROHIBITED**

*U.S. GPO: 1998-601-00

ROUTING/BRIEFING SHEET

| | | |
|---|---|---|
| 1. Classification: UNCLAS | | 2. Due Date: N/A |
| 3. Subject: ENS BLANKENSHIP REQUEST FOR ADMIRAL'S MAST | | |
| 4. Routing: As indicated | | |

| CODE | SIG/CHOP | | SIGNATURE (SURNAME)/ GRADE/RATE | CODE | SIG/CHOP | | SIGNATURE (SURNAME)/ GRADE/RATE |
|---|---|---|---|---|---|---|---|
| 00 | 7 | | | N1 | | | |
| 00A | | | | N2 | | | |
| 01 | | 6 | BC | N3 | | 5 | |
| 01A | | | | N3A | | 4 | |
| 011 | | | | N3B | | 2 | [signature] |
| 013 | | | | N31 | | 1 | |
| 015 | | | | N311 | | | |
| 016 | | | | N3S | | 3 | |
| 017 | | | | N3111 | | | |
| 018 | | | | N324 | | | |
| | | | | N12 | | | |

Background: ENS Blankenship is requesting Admiral's Mast as a result of attrition by TW-4 for low NSS.

- ENS Blankenship should have been given a mid stage marginal pink sheet after his RI-15 flight on 7 Sep 01 but that was not done.
- ENS Blankenship had 7 flights and 1 simulator after that receiving 2 net above averages (AA) until his Unsat on his RI-24 on 24 Sep 01. After that Unsat it was determined that he was mid stage marginal and the pink sheet was generated for that in addition to the one for the Unsat.
- During that 17 day period, even though he hadn't been formally notified, he knew he had low grades. He had talked to his flight leader after his RI-9 on 5 Sep 01 about his low grades and none of his events after that until his Unsat on 24 Sep 01 significantly changed his grades.
- Other than the late notification of mid stage marginal, VT-31 appears to have conducted training on ENS Blankenship in accordance with the CNATRA curriculum.

Recommendation: Allow ENS Blankenship to have Admiral's Mast to present his case but uphold the attrition due to low NSS.

Concur with the board's findings
V/r
BC

| 6. NAME/TITLE/CODE OF ACTION OFFICER | PHONE EXT | SIGNATURE |
|---|---|---|
| LCDR Robert K. Gerberding/NFO PTO/N3111 | 3193 | Robert K Gerberding |
| To be filed with Command file copy in central file | | |

CNATRA 5216/21 (REV. 4-80)

13 November 2001

From: Ensign Malcolm B. BLANKENSHIP, USNR, 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
To: Chief of Naval Air Training
Via: Commander, Training Air Wing Four

Subj: JUSTIFICATION FOR CONTINUATION IN THE SNA PROGRAM

Ref: (a) CNATRAINST 1500.4, para. 717b
(b) CNATRAINST 1500.4, para. 718, a-f
(c) CNATRAINST 1500.4, para. 806
(d) CNATRAINST 1500.4, para. 700g
(e) CNATRAINST 1500.4, para. 715
(f) ATJ, RI-26 ATF
(g) ATJ, PRB comments

1. This letter is respectfully submitted to support my strongest desire to remain in the Student Naval Aviator Program and retention in the Naval Service.

2. I am writing this letter on behalf of my status in the Advanced Multi-Engine syllabus. With five review stage flights in the RI stage. I received a down on RI-24 the day after a long cross-country. This was my first down throughout Primary, Intermediate, and Advanced training. I was given two extra training rides and told to continue and in turn successfully completed RIs-24 and 25. I received a second down on RI-26 and was given a PRB at which time I was told I was mid-stage marginal in the RI stage.

3. My status as mid-stage marginal should have been explained to me after RI-15 along with counseling in order to determine problem areas and the actions needed to be taken to correct them,[i.e. extra training flights, extra instructions per references.(a) thru (c)].It was evident that my flight leader as well as student control had not been tracking my NSS or my grades through jacket reviews per reference (d)in order to alert me of my status at an earlier date so something could be done in order to complete the program successfully per reference (e).

4. After RI-9, I approached my flight leader about my low grades and was told I had "nothing to worry about."

5. It is my opinion that my grades in the RI stage are not accurately portrayed because of the lack of counseling, extra flights and extra instructions. In addition, all ATFs show

exemplary work ethic along with positive comments from my RI-26 instructor and PRB, per references (f) and (g).

6. I respectfully request to be considered for retention in the Program because of my learned skills, work ethic and great motivation to complete the program and to become a successful Naval Aviator.

M. B. BLANKENSHIP

# COMMAND ROUTING

ORIGINATOR:
Student Control

DATE: 13 NOVEMBER 2001

SUBJECT: ENS BLANKENSHIP
REQUEST ADMIRALS MAST CHIT

COMPUTER:
Diana Garza

ADDITIONAL INSTRUCTIONS

FILE:
Endorsement

| OFFICE | DATE | CHOP | REMARKS |
|---|---|---|---|
| CNATRA 00 | | | |
| CNATRA OOS | 12/19 | Bc | Concur with TRB |
| N3 | [illegible] | [illegible] | |
| 00 | | | |
| 01 | 13 NOV 01 | GK | |
| 00S | 13 Nov 01 | [illegible] | |
| N32 | 13 Nov 01 | [illegible] | OK |
| | | | |
| | | | |

DEPUTY CHIEF OF NAVAL AIR TRAINING

and

CHIEF OF STAFF

DATE 12/19

MEMORANDUM TO

Sir -

Student Attrite. Concur with TRB decision to attrite.

Additionally he was arrested in Austin intoxicated (not in a car) and jailed for criminal mischief on 10 Dec 01

V/R

BC

CNATRA-GEN 1542/16 (REV. 3-74)
S/N 0197-CFO-4221

From: Senior Member
To: Commander, Training Air Wing FOUR

Subj: TRAINING REVIEW BOARD ICO ENS Malcolm B. Blankenship USN, 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/1395

Ref: (a) CNATRAINST 1500.4F

1. As directed by ref (a), a Training Review Board (TRB) was held on 19 Nov 2001 on behalf of ENS Malcolm B. Blankenship. SNA is being recommended for attrition by CO, VT-31, based on performance. Members consisted of CDR Kahlert (USN CTW-4 Senior Member) Lt Col Allcott (USAF CTW-4) MAJ Murin, (USAF CTW-4), LCDR Minners (USN CTW-4) Capt Dobbs (USAF CTW-4) Maj Dinger (USMC CTW-4), Capt Dougherty (USMC CTW-4)and LT Cates,(USN CTW-4).

2. The SNA's ATJ was reviewed to ensure quality of training provided was IAW the Flight Training Instruction, that continuity of training was accurate, and that there were no outside influences or extenuating circumstances.

3. ENS Blankenship is being recommended for attrition due to continued low performance and projected inability to attain minimum required NSS by end-of-phase. ENS Blankenship brings up some syllabus deviations while some are correct it is the opinion of this officer and the TRB that they would not have had significant impact on his performance. They certainly would not have sufficient effect to raise his NSS from the current 23.8 to the substandard 30.0 or the marginal 35.0. This letter will address issues listed in his letter to CTW-4 Commodore.

4. No doubt that ENS Blankenship should have been officially informed of his marginal performance after the RI-15 ride. This is an error by VT-31 that happened for many reasons, late completion of grade sheets, confusion caused by the events of 11 September, temporary stand down from flying and then the rapid ramp back up of flight operations etc etc. Regardless it happened and it was not noticed until his second down in stage. SNA claims that he was totally unaware of his marginal status. I contend that this is extremely unlikely, especially since he approached his flight leader after RI-9(which he freely admits in his own letter) concerned about his "low grades". Additionally he was stage marginal in Fam, well below squadron average in BI, and less than .001 of a point above stage marginal in NFAM. While these were his first two "Downs" ENS Blankenship was habitually and always hovering near the bottom of his class. ENS Blankenship seems to blame everyone and anyone for not tracking

his own grades while taking little to no responsibility for his own neglect. Regardless of the afore mentioned issue of responsibility, the best case analysis is that the SNA was only eligible for one more ET (since he is limited to 3 total in phase and had two previous ETs in Fam). As an experienced IP who has dealt with a plethora of struggling students, historically that one extra RI ET would have been sufficient only to raise his scores by 1 or 2 net aboves maximum. Certainly no where near the marginal 30.0. Upon close review the RI-24 sortie was flown incomplete due to lack of a single NDB. SNA was given 2 Extra Time flights according to the PRB recommendation. Then in order to complete his incomplete RI-24 he was given a total 1.7 hour sortie in order to finish just one NDB approach which is in essence his third ET, which is the maximum allowed in program. Finally what the SNA fails to realize is that the syllabus does not exist solely to get student pilots through the program but also functions to ensure that the military pilot standards remain high by attriting unsuitable pilot training candidates. Given enough instruction and training flights there are very few individuals that would not be able to attain the minimum standards required of the syllabus. Unfortunately this would dilute the basic quality of the Air Force Pilot and Naval Aviator who must have a steep learning curve in order to deal with new and evolving challenges in the combat environment. The program has successfully done its job of removing unsuitable candidates, by (unfortunately for Mr Blankenship) attriting the low performing SNA. Finally any attempt to rectify the above situation would be pointless and impossible to apply fairly. We can not go back and give him an ET at RI-15 and then refly his entire syllabus without giving a ridiculous and unnecessary advantage to ENS Blankenship.

5. By a vote of 8 to 0, the TRB concludes the training received was complete and thorough and therefore recommend removal from further pilot training. The deviations made in the case of ENS Blankenship would not have had any appreciable affect on his ability to fly the aircraft in a satisfactory manner.

| SIGNATURE (Senior Board Member) | CTW-4 | DATE 20 Nov 01 |
|---|---|---|
| [signature] CDR USN | | |
| SIGNATURE (Wing Commander) [signature] | ✓ Attrite | ___ Retain |

SUPPLEMENTARY JACKET FORM (ATJ)

Cause No. ______

THE STATE OF TEXAS

VS.

______

IN THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY, TEXAS

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas by and through her Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action in which the defendant is charged with the offense of ______, for the reason:

- [ ] The evidence is insufficient;
- [ ] The defendant was convicted in another case;
- [ ] The complaining witness has requested dismissal;
- [ ] The case has been refiled;
- [ ] The defendant is unapprehended;
- [ ] The defendant is deceased;
- [ ] The defendant has been granted immunity in light of his testimony;
- [x] Restitution made;
- [ ] Other;

and for cause would show the Court the following:

WHEREFORE, it is prayed that the above entitled and numbered cause be dismissed.

Respectfully submitted

______

______ Attorney

______ Date Signed

## ORDER

The foregoing motion having been presented to me on this the 19th day of April, A.D. 2007, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

______

Judge of the County Court At Law

No. 3 of Travis County, Texas

County Clerk—White: Sheriff's Dept—Green: Defendant's Copy—Yellow: State's Copy—Pink: Probation Department—Goldenrod

| | | | | | |
|---|---|---|---|---|---|
| Name | BLANKENSHIP | MALCOM | BIII | Date | December 08, 2001 |
| | Last | | Middle | Cause No. | 600942 |
| Address | ~~1410~~ 14310 A CRUZER St | | | Charge | CRIM MISCH >=$ |
| City/State | CORPIS CHRIST | TX | Zip 78418 | Bond | 1000 |
| Phone | 3164494446 | Pgr/Cellular | | DOB 4/6/75 | POB |
| How Long: 6 M | | County: Nueces | | Race W | Sex M Age |
| Mailing Address | Same | City/State/Zip | | Hair BRO | Eyes BLU |
| Nearest Relative | Malcom / Anne | Relationship Parents | Phone | Height 509 | Weight 180 |
| Address | | City/State/Zip North Carolina | | SS No. | 242218324 |
| Employer | no wk | Position Military | How Long: 1/2 y | DL No. B452542751260 | St. FL |
| Address | no add Navy | City/State/Zip | | Record No. | |
| Phone | | Pgr/Cellular | | Other Charges | |
| Interviewed by | OB | Recommendation | No OK | | |
| Attorney of Record | AA | Phone | | | |

## TRAVIS COUNTY PRETRIAL SERVICES

P.O. BOX 1748
AUSTIN, TX 78767
(512)854-9381

THE STATE OF TEXAS
COUNTY OF TRAVIS

**PERSONAL BOND**

CAUSE NO. 600942

KNOWN ALL MEN BY THESE PRESENTS

THAT I, MALCOM BIII BLANKENSHIP charged with the offense of a (Misdemeanor) (Felony), to wit, CRIM MISCH >=$1,500<

am held and firmly bound unto the State of Texas in the penal sum stated below for the payment of which sum well and truly to be made, and in addition all necessary and reasonable fees and expenses that may be incurred by peace officers in rearresting me in the event the conditions of this bond are violated, I do bind myself, executors and administrators, jointly and severally by these presents.

THE CONDITION OF THE ABOVE OBLIGATION IS THAT I swear that I will appear before the Rm 1.300 at the Blackwell - Thurman Criminal Justice Center, 509 W. 11th Street, Austin, Travis County, Texas, on the 16 day of January, 02, at 1:30 P M, or pay to the Court the principal sum of $ 1000 plus all necessary and reasonable expenses incurred in any arrest for failure to appear.

I further swear that I will appear before any court or magistrate court before whom this cause may hereinafter be pending at any time and place as may be required.

Now if I shall well and truly make said appearance before the said Court, and there remain from day to day and term to term of said Court, until discharged by due course of law, then and there to answer said accusation against me, and further shall well and truly make my personal appearance in any and all subsequent proceedings that may be had relative to said charge in the course of the criminal action based on said charges, this obligation shall become void; Otherwise to remain in full force and effect.

I further understand that all or part of the information collected in the Pretrial Services Report is available to persons associated with law enforcement, criminal justice, and other agencies including, but not limited to, the Judge or Magistrate hearing the case, the District Attorney's Office, and the defense attorney of record in this case.

Fee=$20/$______(3% of bond fee if Ignition Interlock Required)
Conditions:

X [signature]
Signature of Defendant

SWORN TO AND SUBSCRIBED BEFORE ME,

this ____ day of ________ ,20__

NOTARY PUBLIC IN AND FOR
TRAVIS COUNTY, TEXAS

THIS PERSONAL BOND IS APPROVED, effective only after arresting agency has completed its booking process, and the defendant at such time is ordered released on the conditions of this bond.

APPROVED this 10 day of December ,20 01.

*I certify that I am the attorney representing this defendant.*

**Defendant's Copy**

[signature]
Magistrate/Judge

## Pretrial Services Payment Coupon

You have been directed by the court to pay a:

| | |
|---|---|
| ✓ Personal Bond Fee | $20.00$ |
| Cash Deposit Bond Fee | $20.00/$ |
| Ignition Interlock Bond Fee | (3% of bond)$ |

This fee should be paid **within 7 days of your release.**

Name Malcom Blankenship

Address

Date Released 12/10/01

Cause # 600942

Pay the fee between 7:30 a.m. and 8:30 p.m. in cash, cashier's check or money order at the Pretrial Services Office in Room 1.800 of the Criminal Justice Center or mail this coupon with a money order or cashier's check.

**Make payment to:**

**Travis County Pretrial Services**
**509 W. 11th St. Rm. 1.800**
**P.O. Box 1748**
**Austin, TX 78767**

**No Personal Checks**

June 4, 2002

ATTN: Omni Manager
OMNI HOTEL
701 BRAZOS ST.
AUSTIN, TX

Dear Sir or Madam:

SUBJECT: LETTER OF APOLOGY CONCERNING 08 DECEMBER 2001 INCIDENT

I am writing this letter in order to express deep regret for the incident I caused on 08 December 2001. I would like to take this opportunity to apologize to both the management and guests for my reckless behavior and the disruption I caused that evening. Although I cannot undo my actions, I hope that the restitution paid and this apology will make some amends. As a Naval Officer I am expected to behave responsibly and to uphold a higher standard both in and out of uniform. My actions embarrassed not only myself but the United States Navy as well.

I ask you not to judge my branch of service solely based on this isolated incident, because 99.9% of my colleagues would have used better judgment than I did that evening. If it is any consolation, I have paid dearly for my mistake at a military level, as this type of behavior is not tolerated at any level in the United States Navy. Again, I apologize for wasting your time and money on this unfortunate incident, and give you my personal assurance that I will use better judgment and self-control in the future.

Sincerely,

Malcolm B. Blankenship III LTJG, US NAVY

MALCOLM B. BLANKENSHIP III
Lieutenant Junior Grade, U.S. Navy

REPORT AND DISPOSITION OF OFFENSE(S)
NAVPERS 1626/7

To: Commanding Officer, Training Air Wing FOUR, Corpus Christi, Texas    Date of Report: 29 May 2002

I hereby report the following named person for the offense(s) noted:

| NAME OF ACCUSED | SERIAL NO. | SOCIAL SECURITY NO | RATE/GRADE | BR. & CLASS | DIV/DEPT |
|---|---|---|---|---|---|
| BLANKENSHIP, Malcolm B. | | 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 | LTJG | USNR | StuCon |

| PLACE OF OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| Austin, TX | 8 December 2001 |

DETAILS OF OFFENSE(S) *(Refer by Article of UCMJ if known. If unauthorized absence, give following info: time and date of commencement, whether over leave or liberty, time and date of apprehension or surrender and arrival on board, loss of ID card and/or liberty card, etc.):*

Charge I: Violation of the UCMJ, Article 109 (Destroying or damaging non-military property)

Specification 1: In that Lieutenant Junior Grade Malcolm B. Blankenship, U.S. Naval Reserve, Training Air Wing FOUR, Naval Air Station, Corpus Christi, Texas, on active duty, did at 701 Brazos Street, Omni Hotel, Austin, Texas, on or about 8 December 2001, willfully and wrongfully damage a chair, by picking it up and throwing it against a wall, the amount of said damage being in the sum of $350.00, the property of Omni Hotel.

Specification 2: In that Lieutenant Junior Grade Malcolm B. Blankenship, U.S. Naval Reserve, Training Air Wing FOUR, Naval Air Station, Corpus Christi, Texas, on active duty, did at 701 Brazos Street, Omni Hotel, Austin, Texas, on or about 8 December 2001, willfully and wrongfully damage a lamp, by striking it with a broken chair leg, the amount of said damage being in the sum of $50.00, the property of Omni Hotel.

See attached sheet.

| NAME OF WITNESS | RATE/GRADE | DIV/DEPT | NAME OF WITNESS | RATE/GRADE | DIV/DEPT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

Jason P. Smith, LN3, USN, Legalman
*(Rate/Grade/Title of person submitting report)*

*(Signature of Accuser)*

I have been informed of the nature of the accusation(s) against me. I understand I do not have to answer any questions or make any statement regarding the offense(s) of which I am accused or suspected. However, I understand any statement made or questions answered by me may be used as evidence against me in event of trial by court-martial (Article 31, UCMJ).

Witness: LN3 Jason P. Smith *(Signature)*    LTJG Malcolm B. Blankenship *(Signature of Accused)*

PRE-MAST RESTRAINT

[ ] PRE-TRIAL CONFINEMENT

[X] NO RESTRICTION

[ ] RESTRICTED: You are restricted to the limits of ____________ in lieu of arrest by order of the CO. Until your status as a restricted person is terminated by the CO, you may not leave the restricted limits except with the express permission of the CO or XO. You have been informed of the times and places which you are required to muster.

(Signature and title of person imposing restraint)    (Signature of Accused)

INFORMATION CONCERNING ACCUSED

| CURRENT ENL. DATE | EXPIRATION CURRENT ENL. DATE | TOTAL ACTIVE NAVAL SERVICE | TOTAL SERVICE ON BOARD | EDUCATION | GCT | AGE |
|---|---|---|---|---|---|---|
| 01 APR 00 | 4 yrs from signature of SEPTRA letter | 2 yrs, 1 mo | 1 yr, 1 mo | BS, Textile Management | | 27 |

| MARITAL STATUS | NO. DEPENDENTS | CONTRIBUTION TO FAMILY OR QTRS. ALLOWANCE *(Amount required by law)* | PAY PER MONTH *(Including sea or foreign duty pay, if any)* |
|---|---|---|---|
| Single | None | N/A | $2751.90 |

PRIOR DISCIPLINARY ACTION
None.

NAVPERS 1626/7 (Rev. 12-88)    S/N 0106-LF-005-2700

CONTINUATION OF NAVPERS 1626/7 ICO LTJG MALCOLM B. BLANKENSHIP, 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

Specification 3: In that Lieutenant Junior Grade Malcolm B. Blankenship, U.S. Naval Reserve, Training Air Wing FOUR, Naval Air Station, Corpus Christi, Texas, on active duty, did at 701 Brazos Street, Omni Hotel, Austin, Texas, on or about 8 December 2001, willfully and wrongfully damage a wall, by throwing a chair at it, the amount of said damage being in the sum of $50.00, the property of Omni Hotel.

Charge II: Violation of the UCMJ, Article 133 (Conduct unbecoming an officer and gentleman)

Specification: In that Lieutenant Junior Grade Malcolm B. Blankenship, U.S. Naval Reserve, Training Air Wing FOUR, Naval Air Station, Corpus Christi, Texas, on active duty, was, in Austin, Texas, on or about 8 December 2001, in a public place, to wit: 701 Brazos Street, Omni Hotel, drunk and disorderly, to the disgrace of the armed forces.

Charge III: Violation of the UCMJ, Article 134 (Disorderly conduct, drunkenness)

Specification: In that Lieutenant Junior Grade Malcolm B. Blankenship, U.S. Naval Reserve, Training Air Wing FOUR, Naval Air Station, Corpus Christi, Texas, on active duty, was, at 701 Brazos Street, Omni Hotel, Austin, Texas, on or about 8 December 2001, drunk and disorderly, which was of a nature to bring discredit upon the armed forces.

## PRELIMINARY INQUIRY REPORT

From: Commanding Officer
To:

1. Transmitted herewith for preliminary inquiry and report by you, including, if appropriate in the interest of justice and discipline, the preferring of such charges as appeal to you to be sustained by expected evidence.

REMARKS OF DIVISION OFFICER (*Performance of duty, etc.*)

| NAME OF WITNESS | RATE/GRADE | DIV/DEPT | NAME OF WITNESS | RATE/GRADE | DIV/DEPT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

RECOMMENDATION AS TO DISPOSITION

☐ REFER TO COURT-MARTIAL FOR TRIAL OF ATTACHED CHARGES (Complete Charge Sheet (DD Form 458) through Page 2) -1 IF NOT "X" OUT

☐ DISPOSE OF CASE AT MAST ☐ NO PUNITIVE ACTION NECESSARY OR DESIRABLE ☐ OTHER

COMMENT (*Include data regarding availability of witnesses, summary of expected evidence, conflicts in evidence, if expected. Attach statements of witnesses, documentary evidence such as service record entries in UA cases, items of real evidence, etc.*)

(Signature of Investigating Officer)

### ACTION OF EXECUTIVE OFFICER

☐ DISMISSED ☒ REFER TO CAPTAIN'S MAST

SIGNATURE OF EXECUTIVE OFFICER [signature] CDR. / USN

### RIGHT TO DEMAND TRIAL BY COURT-MARTIAL

*(Not applicable to persons attached to or embarked in a vessel)*

I understand that nonjudicial punishment may not be imposed on me if, before the imposition of such punishment, I demand in lieu thereof trial by court-martial. I therefore (do) (do not) demand trial by court-martial.

WITNESS

SIGNATURE OF ACCUSED

### ACTION OF COMMANDING OFFICER

☒ DISMISSED (verbal warning w/letter of apology to hotel)
☐ DISMISSED WITH WARNING (Not considered NJP)
☐ ADMONITION: ORAL/IN WRITING
☐ REPRIMAND: ORAL/IN WRITING
☐ REST. TO ______ FOR ____ DAYS
☐ REST. TO ______ FOR ____ DAYS WITH SUSP. FROM DUTY
☐ FORFEITURE: TO FORFEIT $______ PAY PER MO. FOR ____ MO(S)

☐ CONF. ON ______ 1, 2, OR 3 DAYS
☐ CORRECTIONAL CUSTODY FOR ____ DAYS
☐ REDUCTION TO NEXT INFERIOR PAY GRADE
☐ REDUCTION TO PAY GRADE OF ______
☐ EXTRA DUTIES FOR ____ DAYS
☐ PUNISHMENT SUSPENDED FOR ______
☐ REFER TO ART. 32 INVESTIGATION
☐ RECOMMENDED FOR TRIAL BY GCM

☐ DETENTION: TO HAVE $______ PAY PER MO. FOR (1, 2, 3) MO(S) DETAINED FOR ____ MO(S)

☐ AWARDED SPCM ☐ AWARDED SCM

| DATE OF MAST | DATE ACCUSED INFORMED OF ABOVE ACTION | SIGNATURE OF COMMANDING OFFICER |
|---|---|---|
| 3 Jun 02 | 3 Jun 02 | [signature] |

It has been explained to me and I understand that if I feel this imposition of nonjudicial punishment to be unjust or disproportionate to the offenses charged against me, I have the right to immediately appeal my conviction to the next higher authority within 5 days.

SIGNATURE OF ACCUSED N/A DATE

I have explained the above rights of appeal to the accused.

SIGNATURE OF WITNESS N/A DATE N/A

### FINAL ADMINISTRATIVE ACTION

APPEAL SUBMITTED BY ACCUSED DATED: N/A
FORWARDED FOR DECISION ON: N/A

FINAL RESULT OF APPEAL: N/A

APPROPRIATE ENTRIES MADE IN SERVICE RECORD AND PAY ACCOUNT ADJUSTED WERE REQUIRED
DATE: N/A [initials] (Initials)

FILED IN UNIT PUNISHMENT BOOK:
DATE: 3 Jun 02 [initials] (Initials)

NAVPERS 1626/7 (Rev. 12-88) (BACK)

DEPARTMENT OF THE NAVY
TRAINING AIR WING FOUR
245 FIFTH ST SUITE 105
CORPUS CHRISTI TX 78419-5242

1900
N32
22 JAN 2002

From: Commander, Training Air Wing FOUR
To: Commander, Navy Personnel Command (NPC-433E)

Subj: SEPARATION FROM TRAINING, RCS CNATRA 1900-2

Ref: (a) CNATRAINST 1500.4 (SERIES)

1. ENS Malcolm B. Blankenship, USNR, 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/1395

2. 13, 28 January 2000, 12 May 2000, 28 January 2000.

3. Flight Failure (FCM), 23 October 2001.

4. VT-31, Advanced/Radio Instruments, 262.7 hours, 262.7 hours, 19 weeks.

5. North Carolina State University, BS, Textile Management, academic average, flight below average, single.

6. ENS Blankenship was unable to master the procedures and basic air work skills required to safely fly the aircraft. He worked hard to be successful and is prepared to fulfill his service commitment to any command.

7. SNA has requested re-designation to the following communities: SWO(1100), SUPPLY(3100) and INTEL(1630).

S. B. LATTA

Copy to:
CNET (N112)
CNATRA (N32)
NAVAEROPMEDINST Pensacola
PERSUPPDET Corpus Christi
ENS Blankenship

DEPARTMENT OF THE NAVY
TRAINING AIR WING FOUR
245 FIFTH ST SUITE 105
CORPUS CHRISTI TX 78419-5242

29 March 2002

FIRST ENDORSEMENT on ENS Malcolm B. Blankenship, USNR, 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/1395 ltr of 27 March 2002

From: Commander, Training Air Wing FOUR
To: Commander, Navy Personnel Command (NPC-433E)

Subj: REQUEST FOR CHANGE OF DESIGNATOR TO SURFACE WARFARE ICO ENS BLANKENSHIP

1. Forwarded.

S. B. LATTA

27 MARCH 02

From: ENS Malcolm B. Blankenship, 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/1395
To: Commander, Navy Personnel Command (NPC-433E)
Via: Commander, Training Wing Four

Subj: CHANGE OF DESIGNATOR TO SURFACE WARFARE (1115)

1. I, Ensign Malcolm Blankenship, respectfully request to be considered for redesignation as a Surface Warfare Officer. I believe that this is the best way in which I may continue to serve the Navy.

2. While my attrition from flight training was very disappointing, I feel I have the following attributes, ability, experience and leadership skills to be a valuable addition to the Surface Warfare community.

a. I posses the motivation, tenacity, and strength that the Navy wants in an officer. As a mentally and physically strong individual, I can contribute to the Surface Warfare community in a positive way. In return, the Navy can give me the intangible pride in serving my country.

b. With close to two hundred total flight hours in the T-34 and T-44 during primary, intermediate and advanced flight training, I feel that I have acquired a sufficient amount of military experience to benefit in other career paths that the Navy has to offer.

c. Throughout my high school and college career as an athlete and a student, as a manager of a real estate firm, as well as the last two years as a naval officer, I have developed leadership and organizational skills and the ability to relate to others in a demanding environment. I have excelled in decision-making under pressure, which will carry over into future endeavors.

3. An association with a Navy Lieutenant made me aware of the fact that becoming a Surface Warfare Officer is a long process that takes dedication and determination to successfully complete the program. I have the capabilities to complete the program and I am looking forward to the challenge.

Very Respectfully,

Malcolm B. Blankenship III

Malcolm B. Blankenship
ENS USNR

DEPARTMENT OF THE NAVY
CHIEF OF NAVAL AIR TRAINING
CNATRA
250 LEXINGTON BLVD SUITE 102
CORPUS CHRISTI TX 78419-5041

1542
Ser N3B/ 00697
26 JUN 02

MEMORANDUM

From: Deputy Chief of Naval Air Training
To: LTJG Malcolm R. Blankenship, USNR, 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/1395

Subj: REQUEST FOR ADMIRAL'S MAST

Ref: (a) Your ltr of 13 Nov 01

1. Having personally reviewed your justification for continuation, reference (a), and your aviation training jacket, RADM Boyington has concluded that the actions taken by the Commodore Training Wing FOUR, with respect to your attrition from flight training, were appropriate.

2. While you believe that certain administrative actions by Training Squadron THIRTY-ONE unfairly resulted in your attrition, assessment of your overall flight performance and actions subsequent to attrition do not support reversal of the attrition decision.

William H. Carey
WILLIAM H. CAREY

Copy to:
TRAWING FOUR