DEPUTY CHIEF OF NAVAL AIR TRAINING

and

CHIEF OF STAFF

DATE 6/21

MEMORANDUM TO CDR Hooper

Admiral conducted an Admin review of Ens Blankenship's training jacket. Decision to attrite from training stands.

R/
Bo

September 19, 2002

**By: Express Mail** **Personal**

RADM John Boyington
Department of the Navy
CNATRA
250 Lexington Boulevard, Suite 102
Corpus Christi, Texas 78419-5041

**Re: Lt. J.G. Malcolm B. Blankenship III**
**USNR, 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/1395**

Dear Admiral Boyington:

I write as a combat veteran of Vietnam, who volunteered, served as a rifleman in the 4th Infantry Division, and was awarded the Combat Infantryman's Badge, asking you to consider the letter; and I hope it will be passed to you for personal attention.

To get to the point, our son, referenced above, was attrited approximately one week before qualifying for his wings.

His appeal was based upon the undisputed fact that, by oversight, he was not afforded extra flights and extra instructions per Navy regulations, when he faltered late in Advanced Flight Training. I am sure that the concept is that if one receives this training, he may then be successful, and Malcolm might have been.

At one level of review, he was reinstated by a panel of officers, but this was reversed up the ladder, and upheld by your office. Be that as it may, the Navy has made its decision.

However, at this point, a new circumstance has occurred, which I hope will cause the Navy to reconsider. The North Carolina Air National Guard, (fully aware of all circumstances) has committed to taking him for a currently available slot in pilot training for the C-130 Aircraft, based in Charlotte, NC, provided he is winged and an Interservice Transfer occurs.

September 19, 2002
Page Two

I would respectfully ask you to reconsider your staff decision in light of this new development, and provide him the opportunity previously denied him, to reorient, then get the extra flights or training he should have received; but were denied- to see if he can then earn his wings. Not so he becomes a Navy Pilot, but so he may then seek transfer to the Air Force where he can pass or fail in C-130 training, and put to use two years of training otherwise wasted.

Our son is unaware of this letter, but I am sending him a copy. He can ably speak for himself if need be. He can speak for himself, but was not given any personnel time in front of you on his appeal. I enclose his letter and your staff's response.

If you have any questions of me, or my sincerity, I would welcome your call to 704-202-8128. I would appreciate the opportunity to talk to you in any event. The Guard recruit contact is Gen. Harold Earnhardt, USAF (ret.), 704-279-3917.

Sincerely yours,

S/ Mac B

DEPARTMENT OF THE AIR FORCE
HEADQUARTERS, 145TH AIRLIFT WING
CHARLOTTE, NORTH CAROLINA

7 November 2002

Colonel David J. Hatley
145 Airlift Wing Commander
5225 Morris Field Drive
Charlotte, NC 28208-5704

To Whom It May Concern

The 145th Airlift Wing currently has openings for rated pilots. These positions are for aviators who have already completed pilot training and have been awarded a pilot aeronautical rating. The follow-on-training would only require C-130 specific courses, which are available at Little Rock AFB.

Should Ensign Malcolm Blankenship complete his naval aviation training successfully, the 145th Airlift Wing would be able to accept him for follow-on-training. This would also require the Navy to release him from all service commitments.

We appreciate your interest in the North Carolina Air National Guard. If you have further questions, please feel free to call Lt Colonel Tony McMillan at (704) 391-4156.

Sincerely

Douglas E. Broadwell

for DAVID J. HATLEY, Colonel, NCANG

cc:
LTC Tony McMillan

DEPARTMENT OF THE NAVY
CHIEF OF NAVAL AIR TRAINING
CNATRA
250 LEXINGTON BLVD SUITE 102
CORPUS CHRISTI TX 78419-5041

1542
Ser N3A1/ 01126
17 OCT 02

Mr. M. B. Blankenship, Jr.
2250 Godbey Road
Woodleaf, NC 27054

Dear Mr. Blankenship:

In response to your letter of September 19, 2002, I have again reviewed the circumstances regarding the removal from training of your son, Lieutenant Junior Grade Malcolm B. Blankenship III.

I fully understand the concerns you have raised. Please understand that when I am asked to review decisions removing a student from training, these actions do receive extraordinary consideration. The decision to remove Lieutenant Junior Grade Blankenship from training was not made lightly, especially in light of the advanced stage of his flight training.

While it is easy to suppose that Lieutenant Junior Grade Blankenship might have been successful had he received some number of additional, "extra training" flights, his training record casts doubt, as it reflects a pattern of declining performance in this advanced stage of training. Lieutenant Junior Grade Blankenship's accumulative flight training grade for the Advanced Multi-engine syllabus at the time of his removal from training placed him in the bottom one percent of his peers in training, well below the minimum expected for graduation.

With regard to the assignment of extra training flights, these extra training flights are focused on remediation of specific performance problems. It is our experience that student aviators displaying similar shortfalls in performance and motivation are very seldom successful, even with these additional flights.

While I appreciate your concern for your son's career in the military service and desire to fly Navy, it is not possible to return him to a flight status in anticipation for a transfer to the Air National Guard. Designation as a Naval Aviator is earned after meeting a high standard of performance, and I cannot compromise that standard that we have established in Naval Air Training.

Sincerely,

JOHN E. BOYINGTON, JR.

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*
BLANKENSHIP, MALCOLM, BRITTAIN

**2. DEPARTMENT, COMPONENT AND BRANCH**
NAVY, USN

**3. SOCIAL SECURITY NO.**
242 | 21 | 8324

**4a. GRADE, RATE OR RANK**
LTJG

**4b. PAY GRADE**
O2

**5. DATE OF BIRTH** *(YYMMDD)*
750406

**6. RESERVE OBLIG. TERM. DATE**
Year | Month | Day

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**
OFFICER CANDIDATE SCHOOL
PENSACOLA, FL

**7b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*
2250 GODBEY RD WOODLEAF NC 27054

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
USS ENTERPRISE CVN65

**8b. STATION WHERE SEPARATED**
USS ENTERPRISE CVN 65

**9. COMMAND TO WHICH TRANSFERRED**
N/A

**10. SGLI COVERAGE** ☐ None
Amount: $250,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
8506 CARRIER AIRBORNE CIC OFFICER

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1999 | 10 | 17 |
| b. Separation Date This Period | 2003 | 09 | 30 |
| c. Net Active Service This Period | 3 | 11 | 0 |
| d. Total Prior Active Service | 0 | 0 | 0 |
| e. Total Prior Inactive Service | 0 | 0 | 0 |
| f. Foreign Service | 0 | 0 | 0 |
| g. Sea Service | 0 | 12 | 0 |
| h. Effective Date of Pay Grade | 2000 | 01 | 28 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
NATIONAL DEFENSE RIBBON, EXPERT PISTOL SHOT, EXPERT RIFLEMAN MEDAL X X X X X X X X X
X X X X XX X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
P-9B-2000 OFFICER CANDIDATE SCHOOL 28JAN2000; B-322-0043 BASIC AEROSPACE PHYSIOLOGY INDOCTRINATION 15 JUN 2000; B-9E-1220 NAVAL AVIATION WATER SURVIVAL PROGRAM N1 22JUN2000; Q-9B-0020 PREFLIGHT 23 JUN 2000;Q-2A-0030 MULTI-SERVICE PILOT TRAINING-PRIMARY 8APR2001; SEE BLK 18 REMARKS

**15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM** Yes ☐ No ☒

**15b. HIGH SCHOOL GRADUATE OR EQUIVALENT** Yes ☒ No ☐

**16. DAYS ACCRUED LEAVE PAID**

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO** ☒ Yes ☐ No

**18. REMARKS**
THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OF WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLAINCE WITH, THE REQUIREMENTS OF A FEDERAL BENFIT PROGRAM. X X X X X X X X X X X X X X X X X X X X X
BLK 14 Q-2A-0033 MULTI-SERVICE PILOT TRAINNIG -INTERMEDIATE MULTI-ENGINE 6MAY2001 X X X XX X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X XX X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*
2250 GODBEY RD WOODLEAF NC 27054

**19b. NEAREST RELATIVE** *(Name and address - include Zip Code)*
MAC BLANKENSHIP 2250 GODBEY RD WOODLEAF NC 27054

**20. MEMBER REQUESTS COPY 6 BE SENT TO** NC **DIR. OF VET AFFAIRS** ☒ Yes ☐ No

**21. SIGNATURE OF MEMBER BEING SEPARATED**
[signature] CT56

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*
A. ORTIZ, YNC(AW) OFFRECSUPV
[signature]

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**
RELEASED FROM ACTIVE DUTY

**24. CHARACTER OF SERVICE** *(Include upgrades)*
HONORABLE

**25. SEPARATION AUTHORITY**
DEPCHNAVPERS, BUPERS ORDER 1083

**26. SEPARATION CODE**
MBK

**27. REENTRY CODE**
N/A

**28. NARRATIVE REASON FOR SEPARATION**
COMPLETION OF REQUIRED ACTIVE SERVICE

**29. DATES OF TIME LOST DURING THIS PERIOD**
TL: NONE

**30. MEMBER REQUESTS COPY 4** Initials: [initials]

NO. 2504 P. 2

ELIZABETH DOLE
NORTH CAROLINA

120 RUSSELL SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-6342
FAX: (202) 224-1100

# United States Senate

WASHINGTON, DC 20510

COMMITTEES:
ARMED SERVICES
BANKING, HOUSING, AND URBAN AFFAIRS
AGRICULTURE, NUTRITION, AND FORESTRY
SPECIAL COMMITTEE ON AGING

August 12, 2004

Board for Correction of Naval Records
2 Navy Annex
Washington, DC 20370-5100

To Whom It May Concern

One of my constituents has written to me requesting assistance from your agency. Please review the attached information regarding Mr. Malcolm B. Blankenship III 2250 Godbey Road, Woodleaf, NC 27054.

Mr. Blankenship has requested that I submit his DD-149.

Please give Mr. Blankenship's concerns your full attention, and kindly report your findings to Paula Noble in my Raleigh office, 310 New Bern Avenue, Suite 122, Raleigh, North Carolina 27601.

Sincerely,

Elizabeth Dole

ED/pwn
Enclosures

HENDERSONVILLE OFFICE:
401 NORTH MAIN STREET
SUITE 200
HENDERSONVILLE, NC 28792
(828) 698-3747
FAX: (828) 698-1267

SALISBURY OFFICE:
225 NORTH MAIN STREET
SUITE 304
SALISBURY, NC 28144
(704) 633-5011
FAX: (704) 633-2837

RALEIGH OFFICE:
310 NEW BERN AVENUE
SUITE 122
RALEIGH, NC 27601
(919) 856-4630
FAX: (919) 856-4053

GREENVILLE OFFICE:
306 SOUTH EVANS STREET
GREENVILLE, NC 27858
(252) 329-1093
FAX: (252) 329-1097

OPS Original

50

# APPLICATION FOR CORRECTION OF MILITARY RECORD UNDER THE PROVISIONS OF TITLE 10, U.S. CODE, SECTION 1552

*(Please read Instructions on reverse side BEFORE completing this application.)*

Form Approved
OMB No. 0704-0003
Expires May 31, 2005

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to Department of Defense, ... Reports (0704-0003), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents ... shall be subject to any penalty for failing to comply with a collection of information if it does not display a curren...
PLEASE DO NOT RETURN YOUR COMPLETED FORM TO THE ABO... ADDRESS ON THE BACK OF THIS PAGE.

Blankenship, Malcolm B. III ...PRIATE

*09514-04*

PRIVACY

AUTHORITY: Title 10 US Code 1552, EO 9397.

PRINCIPAL PURPOSE: To initiate an application for correction of military record. The form is used by Board members for review of pertinent information in making a determination of relief through correction of a military record.

... identifying information may impede processing of this application. The request for Social Security number is strictly to assure proper identification of the individual and appropriate records.

**1. APPLICANT DATA** *(The person whose record you are requesting to be corrected.)*

a. BRANCH OF SERVICE *(X one)*: ARMY [ ] | NAVY [X] | AIR FORCE [ ] | MARINE CORPS [ ] | COAST GUARD [ ]

| b. NAME *(Print - Last, First, Middle Initial)* | c. PRESENT OR LAST PAY GRADE | d. SERVICE NUMBER *(If applicable)* | e. SSN |
|---|---|---|---|
| Blankenship, Malcolm B., III | 0-2 | | 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 |

| 2. PRESENT STATUS WITH RESPECT TO THE ARMED SERVICES *(Active Duty, Reserve, National Guard, Retired, Discharged, Deceased)* | 3. TYPE OF DISCHARGE *(If by court-martial, state the type of court.)* | 4. DATE OF DISCHARGE OR RELEASE FROM ACTIVE DUTY *(YYYYMMDD)* |
|---|---|---|
| individual ready reserve | honorable | Sept. 2003 |

**5. I REQUEST THE FOLLOWING ERROR OR INJUSTICE IN THE RECORD BE CORRECTED:** *(Entry required)*

I believe I am entitled to be awarded the wings of a Naval Aviator.

**6. I BELIEVE THE RECORD TO BE IN ERROR OR UNJUST FOR THE FOLLOWING REASONS:** *(Entry required)*

I completed all phases of Naval Aviator Training, but was attrited one week before being awarded my wings. I passes all flight events in basic, intermediate and advanced flight training except the last event, one week before graduation. The Navy denied me the right to retake that event and now admits it failed to follow its own procedure. No one should be attrited on this basis one week before being winged.

**7. ORGANIZATION AND APPROXIMATE DATE** *(YYYYMMDD)* **AT THE TIME THE ALLEGED ERROR OR INJUSTICE IN THE RECORD OCCURRED** *(Entry required)*: CNATRA TRA WING 4 Corpus Christi, TX Oct., 2002

**8. DISCOVERY OF ALLEGED ERROR OR INJUSTICE**

a. DATE OF DISCOVERY *(YYYYMMDD)*

b. IF MORE THAN THREE YEARS SINCE THE ALLEGED ERROR OR INJUSTICE WAS DISCOVERED, STATE WHY THE BOARD SHOULD FIND IT IN THE INTEREST OF JUSTICE TO CONSIDER THIS APPLICATION.

CONGRESSIONAL
CONGRESSIONAL

**9. IN SUPPORT OF THIS APPLICATION, I SUBMIT AS EVIDENCE THE FOLLOWING ATTACHED DOCUMENTS:** *(If military documents or medical records are pertinent to your case, please send copies. If Veterans Affairs records are pertinent, give regional office location and claim number.)*

Training Jacket, selected correspondence, news article (see attached)

**10. I DESIRE TO APPEAR BEFORE THE BOARD IN WASHINGTON, D.C.** *(At no expense to the Government) (X one)*: [X] YES, THE BOARD WILL DETERMINE IF WARRANTED. [ ] NO. CONSIDER MY APPLICATION BASED ON RECORDS AND EVIDENCE.

**11.a. COUNSEL** *(If any)* **NAME** *(Last, First, Middle Initial)* **and ADDRESS** *(Include ZIP Code)*

Blankenship, Malcolm B. Jr.
2250 Godbey Road
Woodleaf, NC 27054

b. TELEPHONE *(Include Area Code)*: 704-202-8128
c. E-MAIL ADDRESS: MBLANKE784@AOL.Com
d. FAX NUMBER *(Include Area Code)*: 704-278-3131

**12. APPLICANT MUST SIGN IN ITEM 15 BELOW.** If the record in question is that of a deceased or incompetent person, LEGAL PROOF OF DEATH OR INCOMPETENCY MUST ACCOMPANY THE APPLICATION. If the application is signed by other than the applicant, indicate the name *(print)* ______ and relationship by marking one box below.

[ ] SPOUSE [ ] WIDOW [ ] WIDOWER [ ] NEXT OF KIN [ ] LEGAL REPRESENTATIVE [ ] OTHER *(Specify)*

**13.a. COMPLETE CURRENT ADDRESS** *(Include ZIP Code)* **OF APPLICANT OR PERSON IN ITEM 12 ABOVE** *(Forward notification of all changes of address.)*

2250 Godbey Road
Woodleaf, NC 27054

b. TELEPHONE *(Include Area Code)*: 704-278-0011
c. E-MAIL ADDRESS:
d. FAX NUMBER *(Include Area Code)*: 704-278-3131

**14. I MAKE THE FOREGOING STATEMENTS, AS PART OF MY CLAIM, WITH FULL KNOWLEDGE OF THE PENALTIES INVOLVED FOR WILLFULLY MAKING A FALSE STATEMENT OR CLAIM.** *(U.S. Code, Title 18, Sections 287 and 1001, provide that an individual shall be fined under this title or imprisoned not more than 5 years, or both.)*

CASE NUMBER *(Do not write in this space.)*
NOV 18

**15. SIGNATURE** *(Applicant must sign here.)*: Malcolm B Blankenship III

**16. DATE SIGNED** *(YYYYMMDD)*: 20040806

DD FORM 149, MAY 2003 PREVIOUS EDITION IS OBSOLETE.

APPL DTD 6 AUG 04 W/ATCHS

## INSTRUCTIONS

1. All information should be typed or printed. Complete all applicable items. If the item is not applicable, enter "None."

2. If space is insufficient on the front of the form, use the "Remarks" box below for additional information or attach an additional sheet.

3. List all attachments and enclosures in item 9. Do not send original documents. Send clear, legible copies. Send copies of military documents and orders related to your request, if you have them available. Do not assume that they are all in your military record.

4. The applicant must exhaust all administrative remedies, such as corrective procedures and appeals provided in regulations, before applying to the Board of Corrections.

5. ITEM 5. State the specific correction of record desired. If possible, identify exactly what document or information in your record you believe to be erroneous or unjust and indicate what correction you want made to the document or information.

6. ITEM 6. In order to justify correction of a military record, it is necessary for you to show to the satisfaction of the Board by the evidence that you supply, or it must otherwise satisfactorily appear in the record, that the alleged entry or omission in the record was in error or unjust. Evidence, in addition to documents, may include affidavits or signed testimony of witnesses, executed under oath, and a brief of arguments supporting the application. All evidence not already included in your record must be submitted by you. The responsibility of securing evidence rests with you.

7. ITEM 8. U.S. Code, Title 10, Section 1552b, provides that no correction may be made unless a request is made within three years after the discovery of the error or injustice, but that the Board may excuse failure to file within three years after discovery if it finds it to be in the interest of justice.

8. ITEM 10. Personal appearance before the Board by you and your witnesses or representation by counsel is not required to ensure full and impartial consideration of your application. If the Board determines that a personal appearance is warranted and grants approval, appearance and representation are permitted before the Board at no expense to the government.

9. ITEM 11. Various veterans and service organizations furnish counsel without charge. These organizations prefer that arrangements for representation be made through local posts or chapters.

10. ITEM 12. The person whose record correction is being requested must sign the application. If that person is deceased or incompetent to sign, the application may be signed by a spouse, widow, widower, next of kin (son, daughter, mother, father, brother, or sister), or a legal representative that has been given power of attorney. Other persons may be authorized to sign for the applicant. Proof of death, incompetency, or power of attorney must accompany the application. Former spouses may apply in cases of Survivor Benefit Plan (SBP) issues.

11. For detailed information on application and Board procedures, see: Army Regulation 15-185 and www.arba.army.pentagon.mil; Navy - SECNAVINST.5420.193 and www.hq.navy.mil/bcnr/bcnr.htm; Air Force Instruction 36-2603, Air Force Pamphlet 36-2607, and www.afpc.randolph.af.mil/safmibr; Coast Guard - Code of Federal Regulations, Title 33, Part 52.

### MAIL COMPLETED APPLICATIONS TO APPROPRIATE ADDRESS BELOW

**ARMY**

(For Active Duty Personnel)
Army Board for Correction of Military Records
1941 Jefferson Davis Highway, 2nd Floor
Arlington, VA 22202-4508

(For Other than Active Duty Personnel)
Army Review Boards Agency
Support Division, St. Louis
9700 Page Avenue
St. Louis, MO 63132-5200

**NAVY AND MARINE CORPS**

Board for Correction of Naval Records
2 Navy Annex
Washington, DC 20370-5100

**AIR FORCE**

Board for Correction of Air Force Records
SAF/MRBR
550-C Street West, Suite 40
Randolph AFB, TX 78150-4742

**COAST GUARD**

Board for Correction of Military Records
of the Coast Guard (C-60) Room 4100
Department of Transportation
400 7th St., SW
Washington, DC 20590

17. REMARKS

I believe a personal appearance is extremely important, as I have exhausted all administrative remedies, yet have at no stage been given an opportunity to appear in person for a detailed review and response of my record. I am IRR status, and if winged, could still join the N.C. Air National Guard for C130 training (see attached) and therefore put good use to my training. I anticipate presenting supportive documentation by a military reviewer of my training Jacket. I have been advised that my record was sufficient to have supported the award of my wings.

ARE YOU PROTECTED from NATURES WORST?

Thank you for making us your #1 news station.

# Local News



Published by the Corpus Christi Caller-Times. CLICK FOR NEWSPAPER DELIVERY

Looking for a great used car or truck?

Search Caller.com
Search

Saturday, October 20, 2001

## NAS Kingsville will mark second phase in housing

A ribbon-cutting ceremony for Naval Air Station Kingsville's second phase of Public/Private Venture housing, Hunters Cove will be Friday in Kingsville.

The 10 a.m. ceremony will be at the construction site, 3400 Brahma Blvd. Hunters Cove is an apartment complex with five buildings containing three- and four-bedroom apartments. The Kingsville II Family Housing construction project will replace existing units at Texas Terrace.

The total cost of the project, which is being built by the Hunt Building Corp. of El Paso, is estimated at $14.5 million, of which the Department of the Navy will make a capital investment of $4.3 million.

Seventeen town homes will be available for service members and their families on Friday. The units range in size from 1,247 square feet to 1,465 square feet. The new community will have an on-site leasing office, community center, swimming pool, tot lots, basketball and volleyball courts and ball fields.

## NAS Corpus Christi pilots receive wings

Pilots stationed at Naval Air Station Corpus Christi recently received their wings after graduating from flight training at the base.

They are: U.S. Navy Reserve Ensign Malcolm B. Blankenship III; Air Force 1st Lt. Steven E. Bryce; Air Force 2nd Lts. Derek M. Cunningham, Barry D. Evans,

this was already released to the newspaper

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

15 December 2004

MEMO FOR BCNR COORDINATOR (PERS-00ZCB)

Subj: REQUEST FOR ADVISORY OPINION(S)

1. Please provide advisory opinion(s) from the indicated offices for the following named petitioner(s).

2. It is further requested that the enclosures be returned with your reply. In the event the requested action can be granted administratively, please take action and notify the Board accordingly.

3. If you are unable to furnish a reply within 30 days, please notify this office, 703-614-2293/DSN 224-2293.

| NAME | SSN/EXAMINER/DOCKET NO. | CODE | COMMENTS |
|---|---|---|---|
| SEKOWSKI, ANDRE E. | 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/HD /10012-04 | PERS-4834, 311<br>PERS-480, 421D | 4 CODES |
| BLANKENSHIP, MALCOLM | 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/HD /09514-04 | PERS-432N | |

X

RECEIVED BY PERS-00ZCB
(Name and date received)

Ms. Saunders

PERFORMANCE SECTION
BCNR

DEPARTMENT OF THE NAVY
NAVY PERSONNEL COMMAND
5720 INTEGRITY DRIVE
MILLINGTON TN 38055-0000

5420
Pers-3LC2
03 JAN 05

MEMORANDUM FOR DIRECTOR, AVIATION OFFICER DISTRIBUTION DIVISION (PERS-43)

Subj: REQUEST FOR COMMENTS AND RECOMMENDATIONS IN CASE OF LTJG MALCOLM B. BLANKENSHIP III, USNR, 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

Ref: (a) 10 USC Section 1552

Encl: (1) BCNR File 09514-04

1. Subject member petitioned the Board for Correction of Naval Records (BCNR) in accordance with reference (a), to correct errors and/or remove injustices in their service record.

2. The Board requests your comments and recommendations in order to reach a fair and equitable decision in this case. You are therefore requested to review enclosure (1); weighing the issues presented therein with applicable navy policies, regulations, and guidelines, formulate an advisory opinion on behalf of the Commander, Navy Personnel Command, and return all correspondence to this office.

3. If during your review of enclosure (1) you determine an administrative resolution, within the scope and authority of the Chief of Naval Personnel (CNP) is both available and appropriate, alleviating the necessity for further BCNR intervention, you should prepare a brief but formal commentary advising this office of your action(s).

4. If a formal review by BCNR is required, your comments and recommendations should be prepared in formal format, addressed to the **Executive Director, Board for Correction of Naval Records** via **Assistant for BCNR Matters, Pers-3LC2**, and returned to me in the Jamie Whitten Building (791), room A104.

5. Your response is requested **NLT 02 FEB 05**. Extensions may be requested by contacting me at 874-3043.

H. K. TOPPING
By direction

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

HD:hd
Docket No. 09514-04
13 December 2005

LT MALCOLM B BLANKENSHIP III USNR
2250 GODBEY RD
WOODLEAF NC 27054

Dear Lieutenant Blankenship:

This is in reference to your application for correction of your naval record pursuant to the provisions of title 10 of the United States Code, section 1552.

A three-member panel of the Board for Correction of Naval Records, sitting in executive session, considered your application on 8 December 2005. Your allegations of error and injustice were reviewed in accordance with administrative regulations and procedures applicable to the proceedings of this Board. Documentary material considered by the Board consisted of your application, together with all material submitted in support thereof, your naval record and applicable statutes, regulations and policies. In addition, the Board considered the advisory opinion furnished by the Navy Personnel Command dated 11 January 2005, a copy of which is attached. The Board also considered your letters dated 22 February 2005 with enclosures and 19 March 2005.

After careful and conscientious consideration of the entire record, the Board found that the evidence submitted was insufficient to establish the existence of probable material error or injustice. In this connection, the Board substantially concurred with the comments contained in the advisory opinion. Accordingly, your application has been denied. The names and votes of the members of the panel will be furnished upon request.

It is regretted that the circumstances of your case are such that favorable action cannot be taken. You are entitled to have the Board reconsider its decision upon submission of new and

material evidence or other matter not previously considered by the Board. In this regard, it is important to keep in mind that a presumption of regularity attaches to all official records. Consequently, when applying for a correction of an official naval record, the burden is on the applicant to demonstrate the existence of probable material error or injustice.

Sincerely,

W. DEAN PFEIFFER
Executive Director

Enclosure

DEPARTMENT OF THE NAVY
NAVY PERSONNEL COMMAND
5720 INTEGRITY DRIVE
MILLINGTON TN 38055-0000

5420
Pers-432
11 Jan 05

From: Director, Aviation Officer Distribution Division (PERS-43)
To: Executive Director, Board for Correction of Naval Records
Via: Assistant for BCNR Matters, Pers-3LC2

Subj: COMMENTS AND RECOMMENDATIONS IN CASE OF LT MALCOLM B. BLANKENSHIP III USNR, 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/1395

Ref: (a) NPC memo PERS 3LC2 of 3 Jan 05
(b) CTW-4 ltr of 22 Jan 02
(c) CNATRA ltr of 17 Oct 02
(d) 145th Airlift Wing ltr of 7 NOV 02

1. Per ref (a), the following comments and recommendations are submitted.

2. LTJG Blankenship is requesting to be designated a Naval Aviator having not successfully completed all phases of training and be awarded Naval Aviator wings. While in the latter portion of the advanced stage of the multi-engine syllabus, LTJG Blankenship was removed from flight training because he was unable to master the procedures and basic air work skills required to safely fly the aircraft (Ref (b)). LTJG Blankenship's accumulative flight training grade for the Advanced Multi-engine syllabus at the time of his removal from training placed him in the bottom one percent of his peers in training, well below the minimum expected for graduation (Ref (c)). For these reasons in addition to a pattern of declining performance in the advanced stages of flight training, LTJG Blankenship was not afforded extra training flights to improve his performance. The purpose of training flights is to focus on remediation of specific performance problems, not overall declining performance. LTJG Blankenship's overall below average performance did not justify additional training flights and he subsequently was removed from the flight training program.

3. Awarding LTJG Blankenship Navy pilot wings solely for the purpose of an Interservice Transfer with follow-on C-130 flight training in the North Carolina Air National Guard (Ref (d))is inappropriate and would severely compromise the high standards set by Naval air Training.

4. After thorough review of all applicable instructions, PERS 43 has determined that LTJG Blankenship did not successfully complete naval flight training and therefore does not merit a Naval Aviator designation. Recommend disapproving LTJG Blankenship's request for redesignation.

M. J. MURPHY
By direction

PERS-432 LTR DTD 11 JAN 05

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

HD:kes
Docket No. 09514-04
3 February 2005

LT MALCOLM B BLANKENSHIP USNR
2250 GODBEY RD
WOODLEAF NC 27054

Dear Lieutenant Blankenship:

This is in reference to your application for correction of your naval record.

Your case has been assigned to the Board's Performance Section. All correspondence pertaining to your case should be sent to the attention of this section.

The Board has received an advisory opinion, a copy of which is enclosed. The views set forth in this opinion are those of the office that submitted it, and are not binding on the Board or its reviewing authority. If you wish to respond to the advisory opinion or submit documentary material in support of your application, it is requested that you do so within 30 days of the date of this letter. Your response should be sent to the Board and not to the official who furnished the advisory opinion.

If you are unable to respond within the 30-day period, you may request an extension of time. In your request, please indicate when the Board may expect to receive your response. If no response or request for an extension of time is received within the 30-day period, your case will be classified as being ready for review by the Board, and will be decided on the evidence of record as soon as the Board's crowded docket of cases permits.

As a general rule, the Board will not decide a case prior to the expiration of the 30-day period unless it has received the applicant's response to the advisory opinion. However, an exception may be made if a case warrants expeditious action.

BCNR LTR DTD 3 FEB 05

The most common example is when an applicant who is seeking removal of a fitness report is also scheduled to be considered for promotion within the 30-day period. Under these circumstances, the Board may, in its discretion, decide the case before the 30-day period expires and without waiting for the applicant's response to the advisory opinion. Should the case be denied, the Board will treat the applicant's response as a request for reconsideration.

Sincerely,

M. L. Saunders

For JONATHAN S. RUSKIN
Head, Performance Section

Enclosure
PERS-432 memo dtd 11 Jan 05

MALCOLM B BLANKENSHIP III

2250 GODBEY RD
WOODLEAF, NC 27054

February 22, 2005

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

RE CASE OF lt MALCOLM B BLANKENSHIP III USNR
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/1395 DOCKET NO 09514-04

GENTLEMEN:

REFERENCE THE ABOVE MATTER BEFORE THE BOARD FOR REVIEW, I WISH TO MAKE A PARTIAL RESPONSE AND ALSO REQUEST A 30 DAY EXTENSION THROUGH APRIL 2, 2005 FOR THE POSSIBLE SUBMISSION OF ADDITIONAL INFORMATION.

I WOULD ALSO RENEW MY REQUEST FOR PERSONAL APPEARANCE BEFORE THE BOARD BY MYSELF OR MY REPRESENTATIVE.

I AM IN POSSESSION OF MY TRAINING JACKET, AND MAKE NO EXCUSES. HOWEVER, THERE IS A BOTTOM ONE PERCENT IN EVERY GRADUATING CLASS, WHETHER FLIGHT TRAINING, THE NAVAL ACADEMY, OR OTHER AREAS OF ENDEAVOR. MANY OUTSTANDING MILITARY LEADERS EXCELLED IN TRAINING, BUT QUITE A FEW WERE IN THE LOWEST GROUP. FOR THE RECORD, I CANNOT PINPOINT IN MY TRAINING JACKET WHERE I AM ACTUALLY RATED IN THE BOTTOM PERCENT. A REVIEW OF MY JACKET, PARTICULIARLY INDIVIDUAL FLIGHT RECORDS, WILL REVEAL MANY POSITIVE COMMENTS.

MY RECORD WILL SHOW THAT I HAD AN UNUSUAL AMOUNT OF DISRUPTIONS IN TRAINING, DUE, FOR EXAMPLE, TO MEDICAL ISSUES,ETC. MY PRIMARY FLIGHT INSTRUCTOR IN INTERMEDIATE WAS THE CO, AND I VERY SELDOM HAD THE OPPORTUNITY FOR CONTINUITY IN TRAINING. NOTWITHSTANDING ALL THIS, I SUCCESSFULLY COMPLETED PRIMARY AND INTERMEDIATE.

AS TO THE ADVANCED MULTI-ENGINE SYLLABUS, <u>EVERY</u> TRAINING FLIGHT THROUGH ALL STAGES WAS GIVEN AN "UP" OR SUCCESSFUL, EXCEPT THE LAST TWO IN MULTI-ENGINE. THIS IS FOR SCORES OF FLIGHTS OVER ONE AND ONE HALF YEARS OF FLYING. AS TO THE LAST TWO, I WAS ALLOWED TO REPEAT ONE, AND DID RECEIVE SATISFACTORY GRADE, SO THERE WAS ONLY ONE "DOWN" (AND I WAS NOT ALLOWED TO RETAKE THIS FLIGHT.

MY TRAINING JACKET NOTES ADMINISTRATIVE ERRORS IN FAILURE OF THE TRAINING WING TO ALLOW ME CERTAIN REMEDIAL TRAINING. I PROBABLY COULD HAVE SUCESSFULLY RETAKEN THIS ONE FLIGHT IF ALLLOWED

BEAR IN MIND, A THREE MEMBER REVIEW PANEL RECOMMENDED THAT I BE ALLOWED TO CONTINUE AND RETAKE THIS ONE LAST TRAINING FLIGHT. BUT THIS WAS

OVERRULED BY THE CHAIN OF COMMAND. THE THREE MEMBER PANEL WAS THE ONLY GROUP THAT WAS PERSONALLY ACQUAINTED WITH ME AND THEREFORE FAMILIAR WITH MY ABILITIES AND POTENTIAL. BEYOND THAT POINT, THE REVIEW BECAME IMPERSONAL AND POSITIONS HARD TO REVERSE. I CANNOT HELP BUT BELIEVE HAD THERE NOT BEEN AN OVERSUPPLY OF AVIATION CANDIDATES IN THE PIPELINE, I WOULD HAVE RECEIVED MY WINGS. AS IT WAS, AN INDIRECT CONSEQUENCE OF THE TERRORIST ATTACTS OF 11SEPT2001, THERE WAS FAR LESS SEPARATION OF SENIOR AVIATORS TO THE CIVILIAN AVIATION SECTOR.

MY PROBLEM IS THAT I COULD ACCEPT ATTRITION IN EARLIER STAGES, BUT NO ONE IS ATTRITED THIS LATE IN THE FINAL STAGE

IN FACT THE NAVY HAD ALREADY RELEASED THE ANNOUNCEMENT OF MY BEING AWARDED WINGS TO THE LOCAL CORPUS CHRISTI NEWSPAPER, WHICH PUBLISHED SAME, COPY ENCLOSED.

THIS APPEARS TO BE A DISCRETIONARY MATTER, AND I ASK YOU TO EXERCISE YOUR DISCRETION IN MY FAVOR.

AT THIS STAGE, IT IS PROBLEMATIC WHETHER I WOULD BE ACCEPTED INTO THE NCANG FOR C-130 TRAINING. I STILL BELIEVE I DESERVE MY WINGS. NO CEREMONY, NO ENTANGLEMENT BY THE NAVY, NO COMPROMISE OF STANDARDS. JUST MY WINGS AND A PIECE OF PAPER SAYING I DESERVED THEM.

IT WAS UNFORTUNATE, NONETHELESS, THAT THE NAVY FAILED TO ALLOW THE NATIONS INVESTMENT IN MY TRAINING TO BE UTILIZED IN THE NCANG.

AGAIN I WOULD APPRECIATE A THIRTY DAY EXTENSION IN CASE I CHOSE TO SUBMIT FURTHER INFORMATION

SINCERELY

MB Blankenship III

LT MALCOLM B BLANKENSHIP III

MALCOLM B BLANKENSHIP III

2250 GODBEY RD
WOODLEAF, NC 27054

March 19, 2005

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

RE CASE OF lt MALCOLM B BLANKENSHIP III USNR
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/1395 DOCKET NO 09514-04

GENTLEMEN:

REFERENCE THE ABOVE MATTER BEFORE THE BOARD FOR REVIEW, I WISH TO MAKE A PARTIAL RESPONSE AND ALSO REQUEST A 30 DAY EXTENSION THROUGH APRIL 2, 2005 FOR THE POSSIBLE SUBMISSION OF ADDITIONAL INFORMATION.

I WOULD ALSO RENEW MY REQUEST FOR PERSONAL APPEARANCE BEFORE THE BOARD BY MYSELF OR MY REPRESENTATIVE.

I AM IN POSSESSION OF MY TRAINING JACKET, AND MAKE NO EXCUSES. HOWEVER, THERE IS A BOTTOM ONE PERCENT IN EVERY GRADUATING CLASS, WHETHER FLIGHT TRAINING, THE NAVAL ACADEMY, OR OTHER AREAS OF ENDEAVOR. MANY OUTSTANDING MILITARY LEADERS EXCELLED IN TRAINING, BUT QUITE A FEW WERE IN THE LOWEST GROUP. FOR THE RECORD, I CANNOT PINPOINT IN MY TRAINING JACKET WHERE I AM ACTUALLY RATED IN THE BOTTOM PERCENT. A REVIEW OF MY JACKET, PARTICULIARLY INDIVIDUAL FLIGHT RECORDS, WILL REVEAL MANY POSITIVE COMMENTS.

MY RECORD WILL SHOW THAT I HAD AN UNUSUAL AMOUNT OF DISRUPTIONS IN TRAINING, DUE, FOR EXAMPLE, TO MEDICAL ISSUES,ETC. MY PRIMARY FLIGHT INSTRUCTOR IN INTERMEDIATE WAS THE CO, AND I VERY SELDOM HAD THE OPPORTUNITY FOR CONTINUITY IN TRAINING. NOTWITHSTANDING ALL THIS, I SUCCESSFULLY COMPLETED PRIMARY AND INTERMEDIATE.

AS TO THE ADVANCED MULTI-ENGINE SYLLABUS, <u>EVERY</u> TRAINING FLIGHT THROUGH ALL STAGES WAS GIVEN AN "UP" OR SUCCESSFUL, EXCEPT THE LAST TWO IN MULTI-ENGINE. THIS IS FOR SCORES OF FLIGHTS OVER ONE AND ONE HALF YEARS OF FLYING. AS TO THE LAST TWO, I WAS ALLOWED TO REPEAT ONE, AND DID RECEIVE SATISFACTORY GRADE, SO THERE WAS ONLY ONE "DOWN" (AND I WAS NOT ALLOWED TO RETAKE THIS FLIGHT.

MY TRAINING JACKET NOTES ADMINISTRATIVE ERRORS IN FAILURE OF THE TRAINING WING TO ALLOW ME CERTAIN REMEDIAL TRAINING. I PROBABLY COULD HAVE SUCESSFULLY RETAKEN THIS ONE FLIGHT IF ALLLOWED

BEAR IN MIND, A THREE MEMBER REVIEW PANEL RECOMMENDED THAT I BE ALLOWED TO CONTINUE AND RETAKE THIS ONE LAST TRAINING FLIGHT. BUT THIS WAS

OVERRULED BY THE CHAIN OF COMMAND. THE THREE MEMBER PANEL WAS THE ONLY GROUP THAT WAS PERSONALLY ACQUAINTED WITH ME AND THEREFORE FAMILIAR WITH MY ABILITIES AND POTENTIAL. BEYOND THAT POINT, THE REVIEW BECAME IMPERSONAL AND POSITIONS HARD TO REVERSE. I CANNOT HELP BUT BELIEVE HAD THERE NOT BEEN AN OVERSUPPLY OF AVIATION CANDIDATES IN THE PIPELINE, I WOULD HAVE RECEIVED MY WINGS. AS IT WAS, AN INDIRECT CONSEQUENCE OF THE TERRORIST ATTACTS OF 11SEPT2001, THERE WAS FAR LESS SEPARATION OF SENIOR AVIATORS TO THE CIVILIAN AVIATION SECTOR.

MY PROBLEM IS THAT I COULD ACCEPT ATTRITION IN EARLIER STAGES, BUT NO ONE IS ATTRITED THIS LATE IN THE FINAL STAGE

IN FACT THE NAVY HAD ALREADY RELEASED THE ANNOUNCEMENT OF MY BEING AWARDED WINGS TO THE LOCAL CORPUS CHRISTI NEWSPAPER, WHICH PUBLISHED SAME, COPY ENCLOSED.

THIS APPEARS TO BE A DISCRETIONARY MATTER, AND I ASK YOU TO EXERCISE YOUR DISCRETION IN MY FAVOR.

AT THIS STAGE, IT IS PROBLEMATIC WHETHER I WOULD BE ACCEPTED INTO THE NCANG FOR C-130 TRAINING. I STILL BELIEVE I DESERVE MY WINGS. NO CEREMONY, NO ENTANGLEMENT BY THE NAVY, NO COMPROMISE OF STANDARDS. JUST MY WINGS AND A PIECE OF PAPER SAYING I DESERVED THEM.

IT WAS UNFORTUNATE, NONETHELESS, THAT THE NAVY FAILED TO ALLOW THE NATIONS INVESTMENT IN MY TRAINING TO BE UTILIZED IN THE NCANG.

AGAIN I WOULD APPRECIATE A THIRTY DAY EXTENSION IN CASE I CHOSE TO SUBMIT FURTHER INFORMATION

SINCERELY

Malcolm B Blankenship III

LT MALCOLM B BLANKENSHIP III

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

HD:hd
Docket No. 09514-04
December 13, 2005

THE HONORABLE ELIZABETH DOLE
UNITED STATES SENATOR
310 NEW BERN AVE STE 122
RALEIGH NC 27601

Dear Senator Dole:

This is in further reply to your letter of August 12, 2004, concerning Lieutenant Malcolm B. Blankenship III, USNR.

Enclosed is a copy of the letter informing Lieutenant Blankenship that his application has been denied.

Your interest in this case is appreciated, and the Board regrets that a more favorable reply cannot be made.

Sincerely,

W. DEAN PFEIFFER
Executive Director

Enclosure

35/6/0 HD

M B Blankenship III
2205 Godbey Rd
Woodleaf NC 27054

*January 17, 2006*

*W Dean Pfeiffer, Executive Director*
*Department of the Navy*
*Board for Correction of Naval Records*
*2 Navy Annex*
*Washington DC 20370-5100*

*Re Lt M B Blankenship III USNR*
*Docket No 09514-04*

*Dear Mr Pfeiffer*

*I am in receipt of your letter of 13 December 2005, and would appreciate your forwarding me any information available about the decision, including names and votes of the panel, copies of any materials considered, etc. (I do have my training jacket). Please also advise me of your office telephone number, as I may need to follow up*

*Sincerely yours*

M B Blankenship III

*M B Blankenship, III*

FEB - 1 2006

DEPARTMENT OF THE NAVY
BOARD FOR CORRECTION OF NAVAL RECORDS
2 NAVY ANNEX
WASHINGTON DC 20370-5100

HD:hd
Docket No. 09514-04
1 March 2006

LT MALCOLM B BLANKENSHIP III USNR
2250 GODBEY RD
WOODLEAF NC 27054

Dear Lieutenant Blankenship:

Reference is made to your letter dated 17 January 2006 requesting the names and votes of the members of this Board who considered your application of 6 August 2004.

You are advised that on 8 December 2005, the following Board members voted unanimously to deny your request:

Mr. David M. Caron
Mr. Keith M. Dunn
Mr. Lawrence J. Lippolis

The Board considered no material other than that specified in our letter dated 13 December 2005. A copy of the advisory opinion the Board considered was enclosed with that letter.

The point of contact for your case is Hank Deramous, (703) 614-9845 or DSN 224-9845.

It is hoped that this information will be of assistance.

Sincerely,

Jonathan S. Ruskin

JONATHAN S. RUSKIN
Head, Performance Section

MEMORANDUM TO FILE

Docket No. 09514-04

Examiner: HD Branch/Status 1 -USN(R)

Subj: ~~EX-~~ ~~LTJG~~ LT Blankenship, Malcolm B. III, 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

Personal appearance requested: YES Reconsideration:

Action Requested: 50 Request entitlement to be awarded the wings of a Naval Aviator

CONGRAINT Sen Elizabeth Dole

In addition to Petitioner's application (DD-149) with any attachments and any related correspondence, the Board considered the following records:

- [x] Enlisted/Officer Service Record
- [ ] Examiner's Case Summary
- [ ] NDRB File
- [ ] Record of Court-Martial
- [ ] Medical Record
- [ ] VA Records
- [ ] PEB Record
- [x] Advisory Opinion PERS-432 ltr dtd 11 Jan 05
- [x] Other: Pt's ltrs dtd 22 Feb (w/encls) & 19 Mar 05

Messrs. CARON, DUNN + LIPPOLIS

Ms. ____

voted on 8 Dec 05 to:

EXECUTIVE SESSION

- [ ] Grant relief
- [ ] Partial relief
- [x] Deny DEC 08 2005

- [ ] Grant personal appearance
- [ ] Minority Vote: Mr/Ms ____ voted To ____

Comments: ____

- [ ] That Petitioner's naval record be corrected to show that on ----/--/-- /or ____.

Petitioner was issued a honorable/general discharge by reason of misconduct/or ____, vice the discharge actually issued on that date.