CNATRAINST 1542.65

# RADIO INSTRUMENTS SIMULATOR/RI-10S

Aviation Training Form

SQUADRON (VT/HT): VT-31

PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| | BRIEF | | | B | 1 | IFR Enroute Supplement |
| | BRIEF | | | B | 2 | High Altitude Approach |
| | BRIEF | | | B | 3 | GPS Characteristics |
| | BRIEF | | | B | 4 | Approach Procedures: GPS |
| | | | X | I | 5 | TAC Approach # 1: No Heading |
| | | X | | I | 6 | TAC Approach #2: High Altitude |
| | | X | | I | 7 | GPS Approach (if applicable) |
| | | X | | P | 8 | Clearance Compliance |
| | | X | | P | 9 | Instrument Takeoff |
| | | X | | P | 10 | Instrument Departure: SID |
| | | X | | P | 11 | Instrument / Geographic Orientation |
| | | X | | P | 12 | Missed Approach |
| | | X | | P | 13 | Radio Instrument Malfunction |
| | | X | | P | 14 | Radio Communications |
| | | X | | P | 15 | Cockpit Procedures |
| | | X | | P | 16 | BAW |
| | | X | | P | 17 | Headwork |

COMMENTS

General: Good job.

5--Nice tac no heading arc to 31L.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 12 | 1 | TOTAL MARKS THIS FLIGHT | 1242 | 1.5 | 1.5 | 1.5 | 0.0 | 0.0 | | 0 0 0 0 | B | 2 0 0 0 |
| | 5 | 149 | 3 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | |
| | 5 | 161 | A | CUMULATIVE STAGE TOTAL | 30 Aug 01 | | | | | | | | | |

ADVMT44
02-01#3

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | |
| | COMPLETE | X | INCOMPLETE | |
| Training Dev. 2F129 | SAFE FOR SOLO | | UNSAFE FOR SOLO | |
| Winds: | CHECK | | RECHECK | |
| | WARM UP | | EXTRA TIME | |
| Wx: | STAN | | SPECIAL | |

INSTRUCTOR'S SIGNATURE: [signature]

INSTRUCTOR'S NAME: CAMPBELL, ROBERT — RANK: CIV

STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS

CNATRA 1540/191(1-01)
698000KH SXX06FD

RI-10S
2F129

# RADIO INSTRUMENTS SIMULATOR/RI-12S

Aviation Training Form

SQUADRON (VT/HT)
VT-31

| PERFORMANCE APPRAISAL | | | | | | |
|---|---|---|---|---|---|---|
| U | BA | A | AA | ID | # | TASKS |
| | BRIEF | | | B | 1 | NAVAID Characteristics: NDB |
| | BRIEF | | | B | 2 | Shuttle Approach |
| | | X | | I | 3 | Instrument / Geographic Orientation |
| | | X | | I | 4 | Holding: NDB |
| | | X | | I | 5 | Tracking |
| | | X | | I | 6 | Bearing Intercepts |
| | | X | | I | 7 | Missed Approach |
| | | X | | I | 8 | NDB Approach # 1: PT |
| | | X | | I | 9 | NDB Approach # 2: SSE |
| | | | X | I | 10 | NDB Approach # 3: No Heading |
| | | X | | P | 11 | Clearance Compliance |
| | | X | | P | 12 | Instrument Takeoff |
| | | X | | P | 13 | Instrument Departure |
| | | X | | P | 14 | Missed Approach |
| | | X | | P | 15 | Missed Approach: SSE |
| | | X | | P | 16 | Radio Instrument Malfunction |
| | | X | | P | 17 | Engine System Malfunction |
| | | X | | P | 18 | Radio Communications |
| | | X | | P | 19 | Cockpit Procedures |
| | | X | | P | 20 | BAW |
| | | X | | P | 21 | Headwork |

**COMMENTS**

General: Good hop. Well prepared. Seems to have good understanding of NDB approaches.

10. NDB 13 @ T80: Well flown approach.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 18 | 1 | TOTAL MARKS THIS FLIGHT | 1247 | 1.5 | 1.5 | 1.5 | 0.0 | 0.0 | | 0 0 0 0 | B | 3 0 0 0 | ADVMT44 02-01#3 |
| | 5 | 177 | 5 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | 5 | 195 | 6 | CUMULATIVE STAGE TOTAL | 04 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE D L Weiss |
| Training Dev. 2F129 | COMPLETE | X | INCOMPLETE | | |
| | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: WEISS, DOUGLAS — RANK: CIV |
| Winds: | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: | STAN | | SPECIAL | | |

CNATRA 1540/62(1-01)
698000L3 SID0H5S

RI-12S
2F129

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-9
Aviation Training Form

SQUADRON (VT/HT)
VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| B | R | I | E F | B | 1 | NAVAID Characteristics: TACAN |
| B | R | I | E F | B | 2 | Approach Procedures: TACAN |
| B | R | I | E F | B | 3 | Tear Drop Approach |
| B | R | I | E F | B | 4 | Training Time Out / NATOPS Brief |
| | | X | | DI | 5 | Oxygen System |
| | | X | | I | 6 | Point to Point |
| | | X | | I | 7 | Holding: TACAN (Min 3 Turns) |
| | | X | | I | 8 | Tracking |
| | | X | | I | 9 | Radial Intercepts |
| | | X | | I | 10 | TAC Approach #1: RV |
| | | X | | I | 11 | TAC Approach #2: ARC |
| | X | | | I | 12 | TAC Approach #3: SSE |
| | | X | | I | 13 | Landing Transition |
| | | X | | P | 14 | PIC / Aircrew Coordination |
| | | X | | P | 15 | Clearance Compliance |
| | | X | | P | 16 | Instrument Departure |
| | | X | | P | 17 | Instrument / Geographic Orientation |
| | | X | | P | 18 | Missed Approach |
| | | X | | P | 19 | Engine Fire in Flight |
| | | X | | P | 20 | Radio Communications |
| | | X | | P | 21 | Cockpit Procedures |
| | | X | | P | 22 | BAW |
| | | X | | P | 23 | Headwork |

## COMMENTS

General: Well prepared for the brief. Good general knowledge.

7. keep you scan moving, dont get fixated on one thing. While you were fighting to get back on the radial, you blew through 10DME on the holding pattern.

6. Keep updating your point to point until the end. The first heading is a good no wind heading.

11. Good job on the arc, just make smaller corrections. Once you are on the arc reset the CDI to FAC.

12. Configure prior to the FAF if you still have 2 engines, Once configured, and you lose an engine, clean up, just dont forget that you still have to configure when landing is assured. We waved off at 200 ft with gear still up.

- Good job handling the engine fire.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 18 | 0 | TOTAL MARKS THIS FLIGHT | 1248 | 1.5 | 2.7 | 0.2 | 0.0 | 0.0 | 6 0 0 0 | 4 0 0 0 | B 0. 0. 0. | 6 0 0 0 |
| | 4 | 131 | 3 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | |
| | 5 | 149 | 3 | CUMULATIVE STAGE TOTAL | 05 Sep 01 | | | | | | | | | |

ADVMT44
02-01#3

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | |
| | COMPLETE | X | INCOMPLETE | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | |
| Winds: | CHECK | | RECHECK | |
| | WARM UP | | EXTRA TIME | |
| Wx: | STAN | | SPECIAL | |

INSTRUCTOR'S SIGNATURE: Jason D. Mergl

INSTRUCTOR'S NAME: MERGL, JASON — RANK: CAPT

STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS

CNATRA 1540/58 (1-01)
686300JU PAT0GWX

RI-9
T-44A

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-11

Aviation Training Form

SQUADRON (VT/HT): VT-31

PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| | BRIEF | | | B | 1 | No Heading Approach: TACAN |
| | BRIEF | | | B | 2 | Lost Communications: Terminal |
| | BRIEF | | | B | 3 | GPS Characteristics |
| | BRIEF | | | B | 4 | Approach Procedures:GPS |
| | BRIEF | | | B | 5 | Training Time Out / NATOPS Brief |
| | | X | | DI | 6 | Fuel System |
| | DEMO | | | D | 7 | GPS Approach (optional) |
| | | X | | I | 8 | TAC Approach #1: No Heading |
| | | | X | I | 9 | TAC Approach #2: No Flap |
| | | X | | I | 10 | Lost Communications: Terminal |
| | | X | | P | 11 | PIC / Aircrew Coordination |
| | | X | | P | 12 | Clearance Compliance |
| | | X | | P | 13 | Instrument Departure |
| | | X | | P | 14 | Instrument / Geographic Orientation |
| | | X | | P | 15 | TAC Approach #3: SSE |
| | | X | | P | 16 | Missed Approach |
| | | X | | P | 17 | Landing Transition |
| | | X | | P | 18 | Radio Instrument Malfunction |
| | | X | | P | 19 | Fuel System Malfunction |
| | | X | | P | 20 | Radio Communications |
| | | X | | P | 21 | Cockpit Procedures |
| | | X | | P | 22 | BAW |
| | | X | | P | 23 | Headwork |

COMMENTS

General: Well prepared for the brief. Good general knowledge. Good flight overall.

9. Good procedures on the no flap. Approach was flown well and within parameters throughout the approach. Nice transition to landing.

15. Be sure to configure when landing is assured, not just when field is in sight.

- Good job on the no heading, just be sure to keep your corrections small.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 16 | 1 | TOTAL MARKS THIS FLIGHT | 1248 | 1.4 | 2.7 | 0.2 | 0.0 | 0.0 | 6 0 / 0 0 | 4 0 / 0 0 | B 0. / 0. 0. | 6 0 / 0 0 | ADVMT44 02-01#3 |
| | 5 | 161 | 4 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | 5 | 177 | 5 | CUMULATIVE STAGE TOTAL | 05 Sep 01 | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | |
| | COMPLETE | X | INCOMPLETE | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | |
| Winds: | CHECK | | RECHECK | |
| | WARM UP | | EXTRA TIME | |
| Wx: | STAN | | SPECIAL | |

INSTRUCTOR'S SIGNATURE: [signature]

INSTRUCTOR'S NAME: MERGL, JASON — RANK: CAPT

STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS

CNATRA 1540/61 (1-01)
686300JV PAT0GWX

RI-11
T-44A

# RADIO INSTRUMENTS/RI-13

Aviation Training Form

SQUADRON (VT/HT): VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| | B R I E F | | | B | 1 | NAVAID Characteristics: NDB |
| | B R I E F | | | B | 2 | Approach Procedures: NDB |
| | B R I E F | | | B | 3 | No Heading Approach: NDB |
| | B R I E F | | | B | 4 | Training Time Out / NATOPS Brief |
| | B R I E F | | | B | 5 | SSE Approach Procedures: PAR |
| | | X | | DI | 6 | Propeller System |
| | | X | | I | 7 | Holding: NDB |
| | | X | | I | 8 | Tracking |
| | | X | | I | 9 | Bearing Intercept |
| | | | X | I | 10 | NDB Approach #1: PT |
| | | X | | I | 11 | NDB Approach #2: PT |
| | | X | | I | 12 | NDB Approach #3: No Heading |
| | | X | | I | 13 | PAR Approach: SSE |
| | | X | | I | 14 | Landing Transition |
| | | X | | P | 15 | PIC / Aircrew Coordination (DM, AS, MA, CM, LD, AF, SA) |
| | | X | | P | 16 | Clearance Compliance |
| | | X | | P | 17 | Instrument Departure |
| | | X | | P | 18 | Instrument / Geographic Orientation |
| | | X | | P | 19 | Missed Approach |
| | | X | | P | 20 | Radio Instrument Malfunction |
| | | X | | P | 21 | Propeller System Malfunction |
| | | X | | P | 22 | Radio Communications |
| | | X | | P | 23 | Cockpit Procedures |
| | | X | | P | 24 | BAW |
| | | X | | P | 25 | Headwork |

## COMMENTS

General: Good flight overall. Well prepared for the flight and the brief.

10. Good job on the NDB @ Kleburg County. Approach was flown on parameters throughout the approach.

11. During the landing transition, keep flying on the 3 deg glideslope until the 1000 ft bars. Aim point, airspeed! Slow airspeed, high flare.

12. Push the head, pull the tail.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 19 | 1 | TOTAL MARKS THIS FLIGHT | 1249 | 1.7 | 1.6 | 0.1 | 0.0 | 1.7 | F | 3 0<br>0 0 | A<br>B | 1 0<br>3 0 |
| | 5 | 195 | 6 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | |
| | 5 | 214 | 7 | CUMULATIVE STAGE TOTAL | 06 Sep 01 | | | | | | | | | |

ADVMT44

02-01#3

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE: [signature] |
| | COMPLETE | X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: MERGL, JASON — RANK: CAPT |
| Winds: | CHECK | | RECHECK | | |
| Wx: | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| | STAN | | SPECIAL | | |

CNATRAINST 1542.

# RADIO INSTRUMENTS/RI-14

Aviation Training Form

SQUADRON (VT/HT)

VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Training Time Out / NATOPS Brief |
| BRIEF | | | | B | 2 | SSE Approach Procedures: ASR |
| | | X | | DI | 3 | Environmental / Pressurization System |
| | | X | | P | 4 | PIC / Aircrew Coordination |
| | | X | | P | 5 | Clearance Compliance |
| | | X | | P | 6 | Instrument Departure |
| | | X | | P | 7 | Instrument / Geographic Orientation |
| | | X | | P | 8 | SSE Approach* |
| | | X | | P | 9 | No Heading Approach* |
| | | X | | P | 10 | Normal Approach* |
| | | X | | P | 11 | ASR Approach: SSE |
| | | X | | P | 12 | Missed Approach |
| | | X | | P | 13 | Landing Transition |
| | | X | | P | 14 | Radio Instrument Malfunction |
| | | X | | P | 15 | Environmental / Pressurization System Malfunction |
| | | X | | P | 16 | Radio Communications |
| | | X | | P | 17 | Cockpit Procedures |
| | | X | | P | 18 | BAW |
| | | X | | P | 19 | Headwork |

## COMMENTS

General: SNA well prepared for brief and flight. No problem ar noted, SNA ready to progress.

4. Remember not to let airwork suffer at the expense of briefin Do not miss your transition points. Try to keep the checklist moving once you start them.

11. Started to transition for a normal ASR, SNA corrected prior to getting the gear down.

18. BAW generally okay. A few minor excursions, mostly due briefing and not keeping a good scan.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 17 | 0 | TOTAL MARKS THIS FLIGHT | 1250 | 1.5 | 2.7 | 0.5 | 3.0 | 2.5 | 6 0<br>F 0 | 2 0<br>2 0 | B 0.<br>0. 0. | 7 0<br>0 0 |
| | 5 | 214 | 7 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | |
| | 5 | 231 | 7 | CUMULATIVE STAGE TOTAL | 07 Sep 01 | | | | | | | | | |

ADVMT44

02-01#3

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP X | DOWN | INSTRUCTOR'S SIGNATURE [signature] | |
| | COMPLETE X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | UNSAFE FOR SOLO | INSTRUCTOR'S NAME | RANK |
| Winds: LT&Var | CHECK | RECHECK | RORKE, BRYAN | LT |
| Wx: Shwrs | WARM UP | EXTRA TIME | STUDENT'S NAME | SSN / RANK |
| | STAN | SPECIAL | BLANKENSHIP, MALCOLM | 242218324 / ENS |

CNATRAINST 1542.65

# RADIO INSTRUMENTS SIMULATOR RI-16S

Aviation Training Form

SQUADRON (VT/HT)

VT-31

| PERFORMANCE APPRAISAL | | | | | | |
|---|---|---|---|---|---|---|
| U | BA | A | AA | ID | # | TASKS |
| | BRIEF | | | B | 1 | NAVAID Characteristics: ILS / LOC |
| | BRIEF | | | B | 2 | STARS |
| | | X | | I | 3 | Instrument / Geographic Orientation |
| | | X | | I | 4 | Holding (Min 3 Turns) |
| | | X | | I | 5 | LOC Approach |
| | | X | | I | 6 | ILS Approach #1 |
| | | X | | I | 7 | ILS Approach #2 |
| | | X | | I | 8 | STAR |
| | | X | | P | 9 | Clearance Compliance |
| | | X | | P | 10 | Instrument Takeoff |
| | | X | | P | 11 | Instrument Departure |
| | | X | | P | 12 | Missed Approach |
| | | X | | P | 13 | Radio Communications |
| | | X | | P | 14 | Cockpit Procedures |
| | | X | | P | 15 | BAW |
| | | X | | P | 16 | Headwork |

**COMMENTS**

General: Well prepared. Some tendency to make corections to big while flying the localizer. Pay closer attention to DHs and MDAs.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 14 | 0 | TOTAL MARKS THIS FLIGHT | 1247 | 1.5 | 1.5 | 1.5 | 0.0 | 0.0 | | 0 0<br>0 0 | A<br>B | 2 0<br>1 0 | ADVMT44<br>02-01#3 |
| | 6 | 247 | 8 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | 6 | 261 | 9 | CUMULATIVE STAGE TOTAL | 04 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE |
| | COMPLETE | X | INCOMPLETE | | |
| Training Dev. 2F129 | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: WEISS, DOUGLAS — RANK: CIV |
| Winds: | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: | STAN | | SPECIAL | | |

CNATRA 1540/68(1-01)
698400LV SXX06JD

RI-16S
2F129

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-17

Aviation Training Form

SQUADRON (VT/HT): VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| | BRIEF | | | B | 1 | NAVAID Characterisitics: LOC / ILS |
| | BRIEF | | | B | 2 | Approach Procedures: LOC / ILS |
| | BRIEF | | | B | 3 | Coupled Approach |
| | BRIEF | | | B | 4 | LOC / BC Approach |
| | BRIEF | | | B | 5 | Training Time Out / NATOPS Brief |
| | | X | | DI | 6 | Transponder |
| | DEMO | | | D | 7 | LOC Reversed Sensing |
| | | X | | I | 8 | Holding |
| | | | X | I | 9 | LOC Approach |
| | | X | | I | 10 | ILS Approach #1 |
| | | X | | I | 11 | ILS Approach #2: Coupled |
| | | X | | I | 12 | ILS Approach #3: No Flap |
| | | X | | I | 13 | Landing Transition |
| | | X | | P | 14 | PIC / Aircrew Coordination |
| | | X | | P | 15 | Clearance Compliance |
| | | X | | P | 16 | Instrument Departure |
| | | X | | P | 17 | Instrument / Geographic Orientation |
| | | X | | P | 18 | Missed Approach |
| | | X | | P | 19 | Radio Communications |
| | | X | | P | 20 | Cockpit Procedures |
| | | X | | P | 21 | BAW |
| | | X | | P | 22 | Headwork |

## COMMENTS

General: Well prepared for the brief. Overall good job on the flight today.

9. Started the approach as an ILS, glideslope failed. Student transitioned to the LOC approach. Good job on the approach. Flown well within parameters throughout the approach.

- Watch your airspeed when you are no-flap. Got to 150 on final. Made a good correction back to 120.

10. Cleared for the approach and stayed at 4K ft. Once cleared for the approach, start your decent to the step-down altitude. Listen up to the controller.

8. Good job on the holding.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 15 | 1 | TOTAL MARKS THIS FLIGHT | 1257 | 1.8 | 1.6 | 0.2 | 0.0 | 0.0 | 6 | 3 0<br>0 0 | A<br>B | 4 0<br>1 0 |
| | 6 | 261 | 8 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | |
| | 6 | 276 | 9 | CUMULATIVE STAGE TOTAL | 14 Sep 01 | | | | | | | | | |

ADVMT44
02-01#3

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | |
| Training Dev. T-44A | COMPLETE | X | INCOMPLETE | |
| | SAFE FOR SOLO | | UNSAFE FOR SOLO | |
| Winds: | CHECK | | RECHECK | |
| Wx: | WARM UP | | EXTRA TIME | |
| | STAN | | SPECIAL | |

INSTRUCTOR'S SIGNATURE:

INSTRUCTOR'S NAME: MERGL, JASON — RANK: CAPT

STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS

CNATRAINST 1542.

# RADIO INSTRUMENTS/RI-18

Aviation Training Form

SQUADRON (VT/HT)

VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Navigation Bag |
| BRIEF | | | | B | 2 | Preflight Planning |
| BRIEF | | | | B | 3 | Checklist Management |
| BRIEF | | | | B | 4 | Radio Communications |
| BRIEF | | | | B | 5 | Unfamiliar Field Operations |
| BRIEF | | | | B | 6 | Arrival Transition |
| BRIEF | | | | B | 7 | Instrument / Geographic Orientation |
| BRIEF | | | | B | 8 | Fuel Planning |
| BRIEF | | | | B | 9 | Outside Scan/See and Avoid |
| BRIEF | | | | B | 10 | En Route Charts |
| BRIEF | | | | B | 11 | Training Time-Out / NATOPS Brief |
| | | X | | DI | 12 | PIC/Crew Coordination |
| | | X | | DI | 13 | Copilot Responsibilities |
| | | X | | DI | 14 | Filing In Flight |
| DEMO | | | | D | 15 | Autopilot |
| DEMO | | | | D | 16 | Coupled Approach |
| DEMO | | | | D | 17 | GPS Procedures: EnRoute/Terminal (if applicable) |
| | | X | | I | 18 | PIC / Aircrew Coordination |
| | | X | | I | 19 | Copilot Responsibility |
| | | X | | I | 20 | Cockpit Procedures (During 3 IP Appr.) |
| | | X | | I | 21 | Round-Robin Scenario |
| | | X | | I | 22 | En Route Procedures |
| | | X | | I | 23 | Filing In Flight |
| | | X | | I | 24 | Arrival Transition |
| | | X | | P | 25 | Clearance Compliance |
| | | X | | P | 26 | Radio Communications |
| | | X | | P | 27 | Cockpit Procedures |
| | | X | | P | 28 | Headwork |

## COMMENTS

General:
Event completed during round robin to McAllen, Brownsville an Navy.

Overall okay event. SMA missed a few altitude calls and radio calls but otherwise had a solid hop.

-Autopilot inop: no coupled approach, simulated only.

-Tended to occasionally get bogged down with administrative cockpit tasks (charts etc). Needs to focus on dividing time between what the aircraft is doing and admin tasks to ensure proper backup of PIC.

Ready for next event.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 14 | 0 | TOTAL MARKS THIS FLIGHT | 1260 | 2.3 | 0.0 | 2.3 | 0.0 | 0.0 | | 0 0 / 0 0 | | 0 0 / 0 0 | ADVMT44 02-01#3 |
| 6 276 9 | | | | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| 6 290 9 | | | | CUMULATIVE STAGE TOTAL | 17 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE: [signature] |
| Training Dev. T-44A | COMPLETE | X | INCOMPLETE | | INSTRUCTOR'S NAME: NYBERG, II, GERALD — RANK: CDR |
| Winds: | SAFE FOR SOLO | | UNSAFE FOR SOLO | | |
| | CHECK | | RECHECK | | |
| Wx: | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| | STAN | | SPECIAL | | |

CNATRA 1540/71 (1-01)
6617000E PAM0EBY

RI-18
T-44A

CNATRAINST 1542.65

# RADIO INSTRUMENTS SIMULATOR/RI-19S

Aviation Training Form

SQUADRON (VT/HT): VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | General Planning |
| | X | | | I | 2 | LOC / BC Approach |
| | | X | | I | 3 | LOC Approach: SSE |
| | | X | | I | 4 | ILS Approach: No Heading |
| | | X | | P | 5 | Clearance Compliance |
| | | X | | P | 6 | Instrument Takeoff |
| | | X | | P | 7 | Instrument Departure |
| | | X | | P | 8 | Instrument / Geographic Orientation |
| | | X | | P | 9 | Missed Approach: Published |
| | | X | | P | 10 | Missed Approach: SSE |
| | | X | | P | 11 | Radio Instrument Malfunction |
| | | X | | P | 12 | Propeller System Malfunction |
| | | X | | P | 13 | Radio Communications |
| | | X | | P | 14 | Cockpit Procedures |
| | | X | | P | 15 | BAW |
| | | X | | P | 16 | Headwork |

## COMMENTS

General: NOT A GREAT FINISH TO RI SIMULATOR SYLLABUS. C/P WAS TRYING TO BE VERY HELPFUL BUT HE CONTRIBUTED TO A HIGHER THAN NORMAL LEVEL OF CONFUSION IN THE COCKPIT.

2. LOC/BC 35L AT HRL. DESCENDED EARLY ON FINAL -260 PROIR TO FAF. THEN DESCENDED BELOW MDA -200.

3. HAD MALFUNCTION IN A TURN. DID NOT STOP TURN FOR OUTBOUND LEG OF HOLDING PATTERN. ORBITING OVER NDB. INSTRUCTOR RECOMMENDED ASKING FOR RADAR VECTORS TO FINAL

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1 | 14 | 0 | TOTAL MARKS THIS FLIGHT | 1261 | 1.5 | 1.5 | 0.0 | 0.0 | 0.0 | | 0 0<br>0 0 | A<br>B | 1 0<br>2 0 |
| | 6 | 290 | 9 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | |
| | 7 | 304 | 9 | CUMULATIVE STAGE TOTAL | 18 Sep 01 | | | | | | | | | |

ADVMT44
02-01#3

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | |
| | COMPLETE | X | INCOMPLETE | |
| Training Dev. 2F129 | SAFE FOR SOLO | | UNSAFE FOR SOLO | |
| Winds: | CHECK | | RECHECK | |
| | WARM UP | | EXTRA TIME | |
| Wx: | STAN | | SPECIAL | |

INSTRUCTOR'S SIGNATURE: Neal E Gleason

| INSTRUCTOR'S NAME | | RANK |
|---|---|---|
| GLEASON, NEAL | | CIV |
| **STUDENT'S NAME** | **SSN** | **RANK** |
| BLANKENSHIP, MALCOLM | 242218324 | ENS |

CNATRA 1540/72(1-01)
698400N5 TMS5612

RI-19S
2F129

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-29

Aviation Training Form

SQUADRON (VT/HT)

VT-31

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| | BRIEF | | | B | 1 | Preflight |
| | BRIEF | | | B | 2 | PIC/Crew Coordination |
| | BRIEF | | | B | 3 | Copilot Responsibilities |
| | BRIEF | | | B | 4 | Checklist Management |
| | BRIEF | | | B | 5 | Radio Communications |
| | BRIEF | | | B | 6 | Arrival Transition |
| | BRIEF | | | B | 7 | Fuel Planning |
| | BRIEF | | | B | 8 | Holding Pattern/Teardrop Entry PT |
| | BRIEF | | | B | 9 | Training Time Out/NATOPS Brief |
| | | X | | P | 10 | PIC / Aircrew Coordination |
| | | X | | P | 11 | Copilot Responsibilities |
| | | | X | P | 12 | Cockpit Procedures (During 3 IP Appr.) |
| | | X | | P | 13 | Round-Robin Scenerio |
| | | X | | P | 14 | Clearance Compliance |
| | | X | | P | 15 | Instrument/Geographic Orientation |
| | | X | | P | 16 | Arrival Transition |
| | | X | | P | 17 | Radio Communications |
| | | X | | P | 18 | Fuel Planning |
| | | X | | P | 19 | Headwork |

**COMMENTS**

General: Well prepared for brief and flight. SMA has a solid grasp on the responsibilities of copilot. Flight was conducted down the valley with approaches to all three airports.

10. Remember the axiom Command with humility, assertiveness with respect when dealing with any CRM issues.

12. Real nice job backing up the pilot on running checklists, altitudes and airspeeds.

Nice job!

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 9 | 1 | TOTAL MARKS THIS FLIGHT | 1262 | 2.0 | 0.9 | 1.1 | 0.0 | 0.1 | 6 0 0 0 | 1 0 0 0 | A 0. B 0. | 3 0 2 0 | ADVMT44 02-01#3 |
| | | | | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | | | | CUMULATIVE STAGE TOTAL | 19 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE |
| | COMPLETE | X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: WALSH, DANIEL — RANK: LT |
| Winds: GustyHW | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: Shwrs | STAN | | SPECIAL | | |

CNATRA 1542/1575 (1-01)
680500ZS PAM0ED4

RI-29
T-44A

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-20

Aviation Training Form

SQUADRON (VT/HT)
VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | No Heading Approach: ILS |
| BRIEF | | | | B | 2 | SSE Approach Procedures: ILS / LOC |
| BRIEF | | | | B | 3 | Training Time Out / NATOPS Brief |
| BRIEF | | | | B | 4 | PP Procedures: PAR |
| | | X | | DI | 5 | Flight Control System |
| | | X | | I | 6 | LOC Approach: SSE |
| | X | | | I | 7 | ILS Approach: SSE |
| | | X | | I | 8 | ILS Approach: No Heading |
| | | X | | I | 9 | PAR Approach: PP |
| | | X | | P | 10 | PIC / Aircrew Coordination |
| | | X | | P | 11 | Clearance Compliance |
| | | X | | P | 12 | Instrument Departure |
| | | X | | P | 13 | Instrument / Geographic Orientation |
| | X | | | P | 14 | ILS or LOC Approach |
| | | X | | P | 15 | Missed Approach |
| | | X | | P | 16 | Missed Approach: SSE |
| | | | X | P | 17 | Landing Transition |
| | | X | | P | 18 | Radio Instrument Malfunction |
| | | X | | P | 19 | Flight Control System Malfunction |
| | | X | | P | 20 | Engine System Malfunction |
| | | X | | P | 21 | Radio Communications |
| | | X | | P | 22 | Cockpit Procedures |
| | | X | | P | 23 | BAW |
| | | | X | P | 24 | Headwork |

## COMMENTS

General: Well prepared for brief and flight. SMA has a good understanding of ILS/LOC approaches. Needs to brush up on some procedural applications, but otherwise it was an average flight.

6. Missed timing on the approach you must go through your six Ts to ensure you get everything done.

7. Fire light given on RV close to interception of final good procedures addressing the fire, but went through the FAC and lost situational awareness.

11. Make sure you understand what your clearance is, regardless of what you read back to the controller, the clearance he/she issued is what needs to be maintained. Make sure you know where you are on the airport at all times when taxiing-IP intervention prevented going across the hold short of the active runway.

14. LOC BC 35L HRL: got fast outbound (170) and on final (140). Need to ensure you are allowing yourself ample time to get down, especially when the IAP dictate anything greater than a three degree glidepath (3.31). Review your MDA more than just when you brief it verbally briefed 320 on final and went 100 feet below today (320 vice 420). Missed backing up the approach with timing.

16. Got 20 degrees right of course and sustained that course throughout the missed approach.

17. Real nice landing transition.

20. Review what happens when you lose your engine driven fuel pump.

21. When you transfer the radio comms, let the individual who has the comms control the radios.

24. Good headwork in getting RV again for another ILS when you realized you went through the FAC and had lost situational

<COMMENTS CONTINUED ON ADDITIONAL PAGE>

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 2 | 16 | 2 | TOTAL MARKS THIS FLIGHT | 1262 | 1.7 | 0.8 | 0.9 | 0.0 | 0.1 | 6 0 / 0 0 | 1 0 / 0 0 | A 0. / B 0 | 3 0 / 2 0 | ADVMT44 02-01#3 |
| | 7 | 304 | 9 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | 9 | 320 | 11 | CUMULATIVE STAGE TOTAL | 19 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE |
| | COMPLETE | X | INCOMPLETE | | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: WALSH, DANIEL — RANK: LT |
| Winds: GustyHW | CHECK | | RECHECK | | |
| Wx: Shwrs | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| | STAN | | SPECIAL | | |

CNATRA 1540/73 (1-01)
680500ZR PAM0ED4

RI-20
T-44A

| RADIO INSTRUMENTS/RI-20 | SQUADRON (VT/HT)<br>VT-31 |
|---|---|

## ADDITIONAL COMMENTS FOR ATF
680500ZR

awareness.

| | | |
|---|---|---|
| INSTRUCTOR'S SIGNATURE | | |
| INSTRUCTOR'S NAME<br>WALSH, DANIEL | | RANK<br>LT |
| STUDENT'S NAME<br>BLANKENSHIP, MALCOLM | SSN<br>242218324 | RANK<br>ENS |

RI-20
T-44A

TRAINING SQUADRON 31

## Student Information

Name: MALCOLM B BLANKENSHIP III
Class #: 34
Address: 14310 A CRUISER ST
Phone: CORPUS CHRISTI, TX 78418

## NATAP Information

Name: LT CASE
Address:
Phone (Work):
Phone (Home):

## Flight Leader Information

Name: LT BEAN WHITTEN
Address: 17945 BLACKBEARD
Phone (Work): 961-3350
Phone (Home): (361) 949-7781

## Flight Leader Instructions

SNA Background:

Special Instructions:

| Signature (Flight Leader) | TRARON | Date |
|---|---|---|
| [illegible] | VT-31 | 21 Sep. |

Student Name (Last First M)
Blankenship, Malcolm, B

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-21

Aviation Training Form

SQUADRON (VT/HT)
VT-31

## PERFORMANCE APPRAISAL

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| BRIEF | | | | B | 1 | Passenger Brief |
| BRIEF | | | | B | 2 | Outside Scan / See and Avoid |
| BRIEF | | | | B | 3 | Navigation Bag |
| BRIEF | | | | B | 4 | Fuel Packet / Servicing |
| BRIEF | | | | B | 5 | Unfamiliar Field Operations |
| BRIEF | | | | B | 6 | Arrival Transition |
| BRIEF | | | | B | 7 | OPARS |
| BRIEF | | | | B | 8 | En Route Weather Check (civ/ mil ) |
| BRIEF | | | | B | 9 | Lost Communications: En Route |
| BRIEF | | | | B | 10 | Severe Weather Avoidance |
| BRIEF | | | | B | 11 | Copilot Responsibilities |
| BRIEF | | | | B | 12 | Training Time Out / NATOPS Brief |
| | | X | | DI | 13 | Anti - Icing Systems |
| | | X | | DI | 14 | Weight & Balance |
| | | X | | DI | 15 | DD - 175 / DD - 175 - 1 |
| | | X | | DI | 16 | OPNAV Weather Filing Criteria |
| DEMO | | | | D | 17 | Arrival Transition |
| DEMO | | | | D | 18 | Precision / NP or Visual Approach |
| DEMO | | | | D | 19 | GPS En Route Navigation |
| | | | X | I | 20 | Flight Planning |
| | | X | | I | 21 | Copilot Right Seat Responsibilities |
| | | X | | I | 22 | Fuel Log |
| | | X | | I | 23 | RNAV Procedures |
| | | X | | I | 24 | Flight Director / Autopilot |
| | | X | | I | 25 | Weather Radar Procedures |
| | | X | | I | 26 | Anti - Icing System Usage |
| | | X | | P | 27 | PIC / Aircrew Coordination |
| | | X | | P | 28 | Instrument / Geographic Orientation |
| | | X | | P | 29 | Radio Communications |
| | | X | | P | 30 | Cockpit Procedures |
| | | X | | P | 31 | Headwork |

## COMMENTS

General: NGP-BNA. Good preparation and willingness to learn cross-country operations.

14. Keep practicing the weight and balance, make sure you get your decimal places lined up corrected on the Form F.

16. Good discussion of 3710 filing criteria.

20. AA: Well prepared prior to brief.

22. Good job on fuel log.

29. Work on answering the radio call and then copying the new frequency as to not tie up the radios.

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 15 | 1 | TOTAL MARKS THIS FLIGHT | 1264 | 7.5 | 0.0 | 7.5 | 0.0 | 0.0 | | 0 0 0 0 | | 0 0 0 0 | ADVMT44 02-01#3 |
| | 11 | 320 | 11 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | 9 | 336 | 12 | CUMULATIVE STAGE TOTAL | 21 Sep 01 | | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | |
| | COMPLETE | X | INCOMPLETE | |
| Training Dev. T-44A | SAFE FOR SOLO | | UNSAFE FOR SOLO | |
| Winds: STonRoute | CHECK | | RECHECK | |
| | WARM UP | | EXTRA TIME | |
| Wx: Clear | STAN | | SPECIAL | |

| INSTRUCTOR'S SIGNATURE | | |
|---|---|---|
| [signature] | | |
| INSTRUCTOR'S NAME | | RANK |
| DOBBS, DAVID | | CAPT |
| STUDENT'S NAME | SSN | RANK |
| BLANKENSHIP, MALCOLM | 242218324 | ENS |

CNATRA 1540/75 (1-01)
682600WR PAM0EE3

RI-21
T-44A

CNATRAINST 1542.65H

# RADIO INSTRUMENTS/RI-22

Aviation Training Form

SQUADRON (VT/HT)

VT-31

**PERFORMANCE APPRAISAL**

| U | BA | A | AA | ID | # | TASKS |
|---|---|---|---|---|---|---|
| B | R | I | E F | B | 1 | Securing / RON Procedures |
| B | R | I | E F | B | 2 | Horizontal Weather Depiction Chart (HWD) |
| B | R | I | E F | B | 3 | Flight Service Stations (FSS) |
| B | R | I | E F | B | 4 | FAA Flight Plan |
| B | R | I | E F | B | 5 | Training Time Out / NATOPS Brief |
| B | R | I | E F | B | 6 | Heat Rise |
| | | X | | DI | 7 | Performance Data |
| | | X | | I | 8 | Lost Communications: En Route |
| | | X | | I | 9 | Arrival Transition |
| | | | X | I | 10 | Visual Approach |
| | | X | | I | 11 | Civil Field Operations |
| | | X | | I | 12 | GPS En Route Navigation |
| | | X | | P | 13 | PIC / Aircrew Coordination |
| | | X | | P | 14 | Flight Planning |
| | | X | | P | 15 | Clearance Compliance |
| | | X | | P | 16 | Instrument Departure |
| | | X | | P | 17 | Instrument / Geographic Orientation |
| | | X | | P | 18 | RNAV Procedures |
| | | X | | P | 19 | En Route Weather Checks |
| | | X | | P | 20 | Fuel Log |
| | | X | | P | 21 | Precision or NP Approach |
| | | X | | P | 22 | Landing Transition |
| | | X | | P | 23 | Fuel System Malfunction |
| | | X | | P | 24 | Pressurization System Malfunction |
| | | X | | P | 25 | Electrical System Malfunction |
| | | X | | P | 26 | Radio Communications |
| | | X | | P | 27 | Cockpit Procedures |
| | | X | | P | 28 | BAW |
| | | X | | P | 29 | Headwork |

**COMMENTS**

General: BED-BNA. Covered all, good discussions of various malfunctions and how your planning is affected away from homefield.

10. AA: Good visual to 02C at BNA.

14. Filed and got weather brief via FSS.

20. Diligent tracking of fuel state

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 22 | 1 | TOTAL MARKS THIS FLIGHT | 1266 | 4.3 | 4.1 | 0.2 | 0.0 | 0.6 | 6 0<br>F 0 | 1 0<br>1 0 | A 0.<br>B 0. | 1 0<br>2 0 | ADVMT44<br>02-01#3 |
| | 9 | 335 | [illegible] | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | [illegible] | 35[illegible] | [illegible] | CUMULATIVE STAGE TOTAL | 23 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE [signature] |
| Training Dev. T-44A | COMPLETE | X | INCOMPLETE | | |
| | SAFE FOR SOLO | | UNSAFE FOR SOLO | | INSTRUCTOR'S NAME: DOBBS, DAVID — RANK: CAPT |
| Winds: STonRoute | CHECK | | RECHECK | | |
| | WARM UP | | EXTRA TIME | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| Wx: Clear | STAN | | SPECIAL | | |

CNATRA 1540/88 (1-01)
682600WQ PAM0EE4

RI-22
T-44A

CNATRAINST 1542.65

# RADIO INSTRUMENTS/RI-23

Aviation Training Form

SQUADRON (VT/HT)

VT-31

| PERFORMANCE APPRAISAL | | | | | | | COMMENTS |
|---|---|---|---|---|---|---|---|
| U | BA | A | AA | ID | # | TASKS | |
| B | R | I E | F | B | 1 | Filing in Flight | General: Overall, very hard work and studying all weekend. Eager to learn as much as possible. All items covered, solid |
| B | R | I E | F | B | 2 | SSE En Route | |
| B | R | I E | F | B | 3 | Training Time Out / NATOPS Brief | |
| | | X | | I | 4 | Filing in Flight | 6. Filed us from BNA to NGP obtained weather, no problems. |
| | | X | | P | 5 | PIC / Aircrew Coordination | |
| | | X | | P | 6 | Flight Planning | 11. Has GPS as well as NCS-31 RNAV down. |
| | | X | | P | 7 | Clearance Compliance | |
| | | X | | P | 8 | Instrument Departure | 13. No problems. |
| | | X | | P | 9 | Instrument Geographic Orientation | |
| | | X | | P | 10 | GPS Procedures En Route/Arrival | 14. ILS NGP fine. |
| | | X | | P | 11 | RNAV Procedures | |
| | | X | | P | 12 | En Route Weather Checks | 16-17. Covered NATOPS as well as 3710 requirements. |
| | | X | | P | 13 | Fuel Log | |
| | | X | | P | 14 | Precision / NP or Visual Approach | |
| | | X | | P | 15 | Landing Transition | |
| | | X | | P | 16 | Propeller System Malfunction | |
| | | X | | P | 17 | Engine System Malfunction | |
| | | X | | P | 18 | Arrival Transition | |
| | | X | | P | 19 | Radio Communications | |
| | | X | | P | 20 | Cockpit Procedures | |
| | | X | | P | 21 | BAW | |
| | | X | | P | 22 | Headwork | |

| U | BA | A | AA | ITEM | JULIAN DATE | FLT DUR | FP | CP | SC | NIGHT | LANDINGS TYPE | LANDINGS NO. | APPROACH TYPE | APPROACH NO. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 19 | 0 | TOTAL MARKS THIS FLIGHT | 1266 | 4.0 | 3.9 | 0.1 | 0.0 | 0.6 | 6 0<br>F 0 | 1 0<br>1 0 | A 0.<br>B 0. | 1 0<br>2 0 | ADVMT44<br>02-01#3 |
| | 9 | 357 | 13 | TOTAL CARRIED FORWARD | DATE | CUM TOT | | | | | | | | | |
| | 9 | 376 | 13 | CUMULATIVE STAGE TOTAL | 23 Sep 01 | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Class No. 0132 | UP | X | DOWN | | INSTRUCTOR'S SIGNATURE [signature] |
| Training Dev. T-44A | COMPLETE | X | INCOMPLETE | | INSTRUCTOR'S NAME: DOBBS, DAVID — RANK: CAPT |
| Winds: STonRoute | SAFE FOR SOLO | | UNSAFE FOR SOLO | | |
| Wx: TStorms | CHECK | | RECHECK | | STUDENT'S NAME: BLANKENSHIP, MALCOLM — SSN: 242218324 — RANK: ENS |
| | WARM UP | | EXTRA TIME | | |
| | STAN | | SPECIAL | | |

CNATRA 1540/89 (1-01)
682600WS PAM0EE4

RI-23
T-44A