3

# FITNESS REPORT & COUNSELING RECORD (E7-O6)

RCS BUPERS 1610-1

| | | | |
|---|---|---|---|
| 1. Name (Last, First MI Suffix) BLANKENSHIP, MALCOLM B | 2. Grade/Rate ENS | 3. Desig 1395 | 4. SSN 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 |
| 5. ACT [X] TAR [ ] INACT [ ] AT/ADSW/265 [ ] | 6. UIC 30500 | 7. Ship/Station NAVAVSCOLSCOM PENS | 8. Promotion Status REGULAR / 9. Date Reported 00JAN28 |

Occasion for Report: 10. Periodic [ ] 11. Detachment of Individual [X] 12. Detachment of Reporting Senior [ ] 13. Special [ ]

Period of Report: 14. From: 00JAN28 15. To: 00JUN23

16. Not Observed Report [X] Type of Report: 17. Regular [X] 18. Concurrent [ ] 19. Ops Cdr [ ]

20. Physical Readiness: N/XX 21. Billet Subcategory (if any): NA

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| STEINNECKER, C M | CDR | 1540 | DEPT HEAD | 62229 | 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 |

28. Command employment and command achievements.
Naval Aviation Schools Command provides an educational foundation in technical and leadership professionalism to support pipeline training and fleet requirements.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
STUDENT Preflight (Q-9B-0020) 5wks

For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling record, sign 32.) 30. Date Counseled: NOT REQ 31. Counselor: 32. Signature of Individual Counseled:

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional proficiency, and qualifications. NOB [ ] | -Lacks basic professional knowledge to perform effectively. -Cannot apply basic skills. -Fails to develop professionally or achieve timely qualifications. [ ] | [ ] | -Has thorough professional knowledge. -Competently performs both routine and new tasks. -Steadily improves skills, achieves timely qualifications. [ ] | [ ] | -Recognized expert, sought after to solve difficult problems. -Exceptionally skilled, develops and executes innovative ideas. -Achieves early/highly advanced qualifications. [ ] |
| 34. EQUAL OPPORTUNITY: Fairness, respect for human worth. NOB [ ] | -Displays personal bias or engages in harassment. -Tolerates bias, unfairness or harassment in subordinates. -Lacks respect for EO objectives. -Interferes with order and discipline by disregarding rights of others. [ ] | [ ] | -Always treats others with fairness and respect. -Does not condone bias or harassment in or outside of workplace. -Supports Navy EO objectives. -Contributes to unit cohesiveness and morale. [ ] | [ ] | -Admired for fairness and human respect. -Ensures a climate of fairness and respect for human worth. -Pro-active EO leader, achieves concrete EO objectives. -Leader and model contributor to unit cohesiveness and morale. [ ] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, Physical fitness, adherence to Navy Core Values. NOB [ ] | -Consistently unsat appearance. -Unsatisfactory demeanor/conduct. -Unable to meet one or more physical readiness standards. -Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Excellent personal appearance. -Excellent demeanor or conduct. -Complies with physical readiness program, within all standards. -Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | [ ] | -Exemplary personal appearance. -Exemplary representative of Navy. -Excellent or outstanding PRT. A leader in physical readiness. -Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 36. TEAMWORK: Contributions to team building and team results. NOB [ ] | -Creates conflict, unwilling to work with others, puts self above team. -Fails to understand team goals or teamwork techniques. -Does not take direction well. [ ] | [ ] | -Reinforces others' efforts, meets personal commitments to team. -Understands team goals, employs good teamwork techniques. -Accepts and offers team direction. [ ] | [ ] | -Team builder, inspires cooperation and progress. -Talented mentor, focuses goals and techniques for team. -The best at accepting and offering team direction. [ ] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning, Prioritizing, achieving mission. NOB [ ] | -Lacks initiative. -Unable to plan or prioritize. -Does not maintain readiness. -Fails to get the job done. [ ] | [ ] | -Takes initiative to meet goals. -Plans/prioritizes effectively. -Maintains high state of readiness. -Always gets the job done. [ ] | [ ] | -Develops innovative ways to accomplish mission. -Plans/prioritizes with exceptional skill and foresight. -Maintains superior readiness, even with limited resources. -Gets jobs done earlier and far better than expected. [ ] |

NAVPERS 1610/2 (7-95)

264

# FITNESS REPORT AND COUNSELING RECORD (E7-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| BLANKENSHIP, MALCOLM B | ENS | 1395 | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0* Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB ☐ | -Fails to motivate, train or develop subordinates. -Fails to organize, creates problems for subordinates. -Does not set or achieve goals relevant to command mission. -Lacks ability to cope with or tolerate stress. -Inadequate communicator. -Tolerates hazards or unsafe practices. -Does not attend to welfare of subordinates. ☐ | ☐ | -Effectively motivates, trains and develops subordinates. -Organizes successfully, solves problems as they occur. -Sets/achieves useful, realistic goals which support command mission. -Performs well in stressful situations. -Clear, timely communicator. -Ensures safety of personnel and equipment. -Routinely considers subordinates' personal and professional welfare. ☐ | ☐ | -Inspiring motivator and trainer, consistently builds winners. -Superb organizer, great foresight, gets ahead of problems. -Leadership achievements dramatically further command mission. -Perseveres through the toughest challenges and inspires others. -Exceptional communicator. -Makes subordinates safety-conscious, maintains top safety record. -Constantly improves the personal and professional lives of others. ☐ |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB ☐ | -Has difficulty attaining qualification expected for the rank or experience. -Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. -Warfare skills in specialty are below standards compared to others of same rank and experience. ☐ | ☐ | -Attains qualifications as required and expected. -Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. -Warfare skills in specialty equal to others of same rank and experience. ☐ | ☐ | -Fully qualified at appropiate level for rank and experience. -Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. -Warfare skills in specialty exceed others of same rank and experience. ☐ |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School.

41. COMMENTS ON PERFORMANCE: * All 5.0 and 1.0 marks must be specifically substantiated in comments. Comments must be verifiable. Bold, underlined, italic, or other highlighted type is Prohibited. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

Transferring to TW-4, NAS Corpus Christi, TX.
Submitted for continuity.

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | X | | | | | |
| 43. SUMMARY | | | | | | |

44. Reporting Senior Address
AVIATION TRAINING SCHOOL
NAVAVSCOLSCOM CODE 03
181 CHAMBERS AVE SUITE C
PENSACOLA FL 32508-5221

45. Signature of Reporting Senior [signature] Date: 22-6-00

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to submit a statement."
I intend to submit a statement. ☐ I do not intend to submit a statement. ☒
[signature] Date: 23-6-00

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

OFFICIAL RECORD COPY

# FITNESS REPORT & COUNSELING RECORD (E7-O6)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| BLANKENSHIP, MALCOLM B | LTJG | 1305 | 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 |

| 5. ACT | TAR | INACT | AT/ADSW/265 | 6. UIC | 7. Ship/Station | 8. Promotion Status | 9. Date Reported |
|---|---|---|---|---|---|---|---|
| X | | | | 03365 | CVN-65 ENTERPRISE | REGULAR | 02OCT16 |

| Occasion for Report | | | | Period of Report | |
|---|---|---|---|---|---|
| 10. Periodic [X] | 11. Detachment of Individual [ ] | 12. Detachment of Reporting Senior [ ] | 13. Special [ ] | 14. From: 02OCT09 | 15. To: 03FEB28 |

| 16. Not Observed Report | Type of Report 17. Regular | 18. Concurrent | 19. Ops Cdr | 20. Physical Readiness | 21. Billet Subcategory (if any) |
|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | P/WS | NA |

| 22. Reporting Senior (Last, FI MI) | 23. Grade | 24. Desig | 25. Title | 26. UIC | 27. SSN |
|---|---|---|---|---|---|
| NEIDLINGER, E C | CAPT | 1310 | CO | 03365 | 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 |

28. Command employment and command achievements.
EDSRA-5, PORSE-1, Crew Cert I/II-1. AWARDED: National Defense Service Medal, DOD Phoenix Maintenance Award.

29. Primary/Collateral/Watchstanding duties. (Enter primary duty abbreviation in box.)
ASST ATO Assistant Air Transfer Officer-5. Responsible for the safe and efficient onload and offload of visitors and supplies. WATCH: Officer of the Deck (Inport)-2, Operations Department Duty Officer-5.
TT/LV/TDY- 02OCT09-02OCT15.

| For Mid-term Counseling Use. (When completing FITREP, enter 30 and 31 from counseling worksheet, sign 32.) | 30. Date Counseled | 31. Counselor | 32. Signature of Individual Counseled |
|---|---|---|---|
| | NOT REQ | | |

PERFORMANCE TRAITS: 1.0 - Below standards/not progressing or UNSAT in any one standard; 2.0 - Does not yet meet all 3.0 standards; 3.0 - Meets all 3.0 standards; 4.0 - Exceeds most 3.0 standards; 5.0 - Meets overall criteria and most of the specific standards for 5.0. Standards are not all inclusive.

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 33. PROFESSIONAL EXPERTISE: Professional knowledge proficiency, and qualifications. NOB [ ] | - Lacks basic professional knowledge to perform effectively.<br>- Cannot apply basic skills.<br>- Fails to develop professionally or achieve timely qualifications. [ ] | - - - [ ] | - Has thorough professional knowledge.<br>- Competently performs both routine and new tasks.<br>- Steadily improves skills, achieves timely qualifications. [ ] | - - - [X] | - Recognized expert, sought after to solve difficult problems.<br>- Exceptionally skilled, develops and executes innovative ideas.<br>- Achieves early/highly advanced qualifications. [ ] |
| 34. COMMAND OR ORGANIZATIONAL CLIMATE/EQUAL OPPORTUNITY: Contributing to growth and development, human worth, community. NOB [ ] | - Actions counter to Navy's retention/reenlistment goals.<br>- Uninvolved with mentoring or professional development of subordinates.<br>- Actions counter to good order and discipline and negatively affect Command/Organizational climate.<br>- Demonstrates exclusionary behavior. Fails to value differences from cultural diversity. [ ] | - - - - [ ] | - Positive leadership supports Navy's increased retention goals. Active in decreasing attrition.<br>- Actions adequately encourage/support subordinates' personal/professional growth.<br>- Demonstrates appreciation for contributions of Navy personnel. Positive influence on Command climate.<br>- Values differences as strengths. Fosters atmosphere of acceptance/inclusion per EO/EEO policy. [ ] | - - - - [X] | - Measurably contributes to Navy's increased retention and reduced attrition objectives.<br>- Proactive leader/exemplary mentor. Involved in subordinates' personal development leading to professional growth/sustained commitment.<br>- Initiates support programs for military, civilian, and families to achieve exceptional Command and Organizational climate.<br>- The model of achievement. Develops unit cohesion by valuing differences as strengths. [ ] |
| 35. MILITARY BEARING/CHARACTER: Appearance, conduct, physical fitness, adherence to Navy Core Values. NOB [ ] | - Consistently unsatisfactory appearance.<br>- Unsatisfactory demeanor or conduct.<br>- Unable to meet one or more physical readiness standards.<br>- Fails to live up to one or more Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - - - - [ ] | - Excellent personal appearance.<br>- Excellent demeanor or conduct.<br>- Complies with physical readiness program.<br>- Always lives up to Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] | - - - - [X] | - Exemplary personal appearance.<br>- Exemplary representative of Navy.<br>- A leader in physical readiness.<br>- Exemplifies Navy Core Values: HONOR, COURAGE, COMMITMENT. [ ] |
| 36. TEAMWORK: Contributions towards team building and team results. NOB [ ] | - Creates conflict, unwilling to work with others, puts self above team.<br>- Fails to understand team goals or teamwork techniques.<br>- Does not take direction well. [ ] | - - - [ ] | - Reinforces others' efforts, meets personal commitments to team.<br>- Understands team goals, employs good teamwork techniques.<br>- Accepts and offers team direction. [ ] | - - - [X] | - Team builder, inspires cooperation and progress.<br>- Talented mentor, focuses goals and techniques for team.<br>- The best at accepting and offering team direction. [ ] |
| 37. MISSION ACCOMPLISHMENT AND INITIATIVE: Taking initiative, planning/prioritizing, achieving mission NOB [ ] | - Lacks initiative.<br>- Unable to plan or prioritize.<br>- Does not maintain readiness.<br>- Fails to get the job done. [ ] | - - - - [ ] | - Takes initiative to meet goals.<br>- Plans/prioritizes effectively.<br>- Maintains high state of readiness.<br>- Always gets the job done. [ ] | - - - - [ ] | - Develops innovative ways to accomplish mission.<br>- Plans/prioritizes with exceptional skill and foresight.<br>- Maintains superior readiness, even with limited resources.<br>- Gets jobs done earlier and far better than expected. [X] |

NAVPERS 1610/2 (03-02)

266

# FITNESS REPORT AND COUNSELING RECORD (E7-O6) (cont 'd)

RCS BUPERS 1610-1

| 1. Name (Last, First MI Suffix) | 2. Grade/Rate | 3. Desig | 4. SSN |
|---|---|---|---|
| BLANKENSHIP, MALCOLM B | LTJG | 1305 | 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 |

| PERFORMANCE TRAITS | 1.0* Below Standards | 2.0 Progressing | 3.0 Meets Standards | 4.0 Above Standards | 5.0 Greatly Exceeds Standards |
|---|---|---|---|---|---|
| 38. LEADERSHIP: Organizing, motivating and developing others to accomplish goals. NOB [ ] | - Neglects growth/development or welfare of subordinates. - Fails to organize, creates problems for subordinates. - Does not set or achieve goals relevant to command mission and vision. - Lacks ability to cope with or tolerate stress. - Inadequate communicator. - Tolerates hazards or unsafe practices. [ ] | [ ] | - Effectively stimulates growth/development in subordinates. - Organizes successfully, implementing process improvements and efficiencies. - Sets/achieves useful, realistic goals that support command mission. - Performs well in stressful situations. - Clear, timely communicator. - Ensures safety of personnel and equipment. [X] | [ ] | - Inspiring motivator and trainer, subordinates reach highest level of growth and development. - Superb organizer, great foresight, develops process improvements and efficiencies. - Leadership achievements dramatically further command mission and vision. - Perseveres through the toughest challenges and inspires others. - Exceptional communicator. - Makes subordinates safety-conscious, maintains top safety record. - Constantly improves the personal and professional lives of others. [ ] |
| 39. TACTICAL PERFORMANCE: (Warfare qualified officers only) Basic and tactical employment of weapons systems. NOB [X] | - Has difficulty attaining qualification expected for the rank and experience. - Has difficulty in ship(s), aircraft or weapons systems employment. Below others in knowledge and employment. - Warfare skills in specialty are below standards compared to others of same rank and experience. [ ] | [ ] | - Attains qualifications as required and expected. - Capably employs ship(s), aircraft, or weapons systems. Equal to others in warfare knowledge and employment. - Warfare skills in specialty equal to others of same rank and experience. [ ] | [ ] | - Fully qualified at appropriate level for rank and experience. - Innovatively employs ship(s), aircraft, or weapons systems. Well above others in warfare knowledge and employment. - Warfare skills in specialty exceed others of same rank and experience. [ ] |

40. I recommend screening this individual for next career milestone(s) as follows: (maximum of two) Recommendations may be for competitive schools or duty assignments such as: LCPO, DEPT CPO, SEA, CMC, CWO, LDO, Dept Head, XO, OIC, CO, Major Command, War College, PG School. PG SCHOOL | INTEL

41. COMMENTS ON PERFORMANCE: * All 1.0 marks, three 2.0 marks, and 2.0 marks in Block 34 must be specifically substantiated in comments. Comments must be verifiable. Font must be 10 or 12 Pitch (10 or 12 Point) only. Use upper and lower case.

Hard charging junior officer! Though recently checked aboard, his performance has been exceptional during a complex and comprehensive EDSRA. Rapidly grasped essentials of availability and ATO and has been key to completion of Operations Department and Air Operations requirements. Will excel in fast paced flight deck environment! Conscientious and proactive watchstander. A must promote to LT!

- Qualified as Officer of the Deck (Inport) and Operations Departmental Duty Officer in record time. Displays sound judgment, initiative and always follows through!
- Aggressively pursued Air Transfer Officer and Flight Deck Transfer Qualification by volunteering for crossdeck to USS THEODORE ROOSEVELT (CVN-71) during Fleet Carrier Qualification period. Experience will enhance ENTERPRISE ATO effectiveness.
- Expertly led team of 10 Sailors in the complete rehabilitation of ATO spaces during EDSRA, vastly improving quality of life and morale for ATO Sailors.
- Dedicated to professional development and training! Scheduled every one of his Sailors for at-sea training period and NEC school during yard period.

LTJG Blankenship shows enormous potential! Ideal candidate for lateral transfer to the designator of his choice - will excel wherever assigned. Promote earliest opportunity!

| Promotion Recommendation | NOB | Significant Problems | Progressing | Promotable | Must Promote | Early Promote |
|---|---|---|---|---|---|---|
| 42. INDIVIDUAL | | | | X | | |
| 43. SUMMARY | X | 0 | 0 | 15 | 0 | 0 |

44. Reporting Senior Address
COMMANDING OFFICER
USS ENTERPRISE (CVN 65)
FPO AE 09543-2810

45. Signature of Reporting Senior [signature] Date: 3/13/03

46. Signature of Individual Evaluated. "I have seen this report, been apprised of my performance, and understand my right to make a statement." I intend to submit a statement. [ ] do not intend to submit a statement. [X]
[signature] Date: 14 MARCH 03

Member Trait Average: 4.00 Summary Group Average: 4.13

47. Typed name, grade, command, UIC, and signature of Regular Reporting Senior on Concurrent Report

Date:

NAVPERS 1610/2 (03-02)

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL — TRANSCRIPT GUIDE PRINTED ON REVERSE

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED — AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE® security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| STUDENT NUMBER | DATE | PAGE NUMBER |
| 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 | 05/27/99 | 1 |
| STUDENT MAJOR | | CLASSIFICATION |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| | COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|---|
| | LEB | | 1993 FALL SEMESTER | | | | |
| | ALS | 103 | INTRO TOPICS ALS | B | 1.00 | 1.00 | 3.00 |
| | ARE | 201 | INTRO AG RES ECON | C | 3.00 | 3.00 | 6.00 |
| | ENG | 111 | COMP AND RHETORIC | B | 3.00 | 3.00 | 9.00 |
| | HI | 208 | THE MIDDLE AGES | B | 3.00 | 3.00 | 9.00 |
| R | MA | 121 | ELEMENTS OF CALC | F | 4.00 | | |
| | PE | 250 | TENNIS II | A | 1.00 | 1.00 | 4.00 |
| | LEB | | 1994 SPRING SEMESTER | | | | |
| | CH | 101 | GENERAL CHEM I | B | 3.00 | 3.00 | 9.00 |
| | CH | 121 | GEN CHEM I LAB | B | 1.00 | 1.00 | 3.00 |
| | EC | 301 | INTERMED MICROECON | C | 3.00 | 3.00 | 6.00 |
| | ENG | 112 | COMP AND READING | C | 3.00 | 3.00 | 6.00 |
| | HI | 207 | ANC WRLD TO 180 AD | B | 3.00 | 3.00 | 9.00 |
| | LEB | | 1994 FIRST SUMMER | | | | |
| | EC | 302 | INTERMED MACROECON | B | 3.00 | 3.00 | 9.00 |
| | MA | 121 | ELEMENTS OF CALC | C | 4.00 | 4.00 | 8.00 |
| | TXM | | 1994 FALL SEMESTER | | | | |
| | ACC | 280 | MANAGERIAL ACCOUNT | C | 3.00 | 3.00 | 6.00 |
| | ECI | 102 | ORIEN MID GR EDUC | W | 0.00 | | |
| | PY | 211 | COLLEGE PHYSICS I | C | 4.00 | 4.00 | 8.00 |
| | T | 105 | INTRO TEXT MAT SCI | B | 3.00 | 3.00 | 9.00 |
| | TC | 203 | INTRO POLYMER CHEM | C | 3.00 | 3.00 | 6.00 |
| | TXM | | 1995 SPRING SEMESTER | | | | |
| | PE | 226 | SKIN & SCUBA DIV I | S | 2.00 | 2.00 | |
| | PE | 242 | BADMINTON | A | 1.00 | 1.00 | 4.00 |
| | ST | 350 | ECON BUSINESS STAT | C | 3.00 | 3.00 | 6.00 |
| | TAM | 218 | INTRO APP TECH MGT | B+ | 3.00 | 3.00 | 9.00 |
| | TMS | 211 | INTRO FIBER SCI | C | 3.00 | 3.00 | 6.00 |
| | TT | 220 | YARN PROD SYSTEMS | B- | 3.00 | 3.00 | 9.00 |
| | TXM | | 1995 FIRST SUMMER | | | | |
| | TAM | 380 | MGT CNTRL TX SYS | B | 3.00 | 3.00 | 9.00 |
| | TXM | | 1995 FALL SEMESTER | | | | |
| | FLS | 102 | ELEMENT SPANISH II | C+ | 3.00 | 3.00 | 6.00 |
| | PSY | 307 | INDUST AND ORG PSY | C | 3.00 | 3.00 | 6.00 |
| | TC | 301 | TECH DYEING FINISH | C | 4.00 | 4.00 | 8.00 |
| | TT | 250 | TEX FAB FORM STRUC | C | 3.00 | 3.00 | 6.00 |
| | TT | 341 | KNITTING SYSTEMS | C | 3.00 | 3.00 | 6.00 |
| | TXM | | 1996 SPRING SEMESTER | | | | |
| | FLS | 201 | INTERM SPANISH I | B- | 3.00 | 3.00 | 9.00 |
| | TAM | 381 | SUPERV TEX APP IND | A | 3.00 | 3.00 | 12.00 |

CONTINUED AT TOP OF NEXT COLUMN

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| TAM | 382 | PR SOFT GOODS MKTG | A | 3.00 | 3.00 | 12.00 |
| TAM | 484 | MAN DEC MAK TX FIR | A | 3.00 | 3.00 | 12.00 |
| | | SEMESTER DEAN'S LIST | | | | |
| TXM | | 1996 FIRST SUMMER | | | | |
| PE | 100 | HEALTH & PHYS FIT | U | 1.00 | 0.00 | |
| TAM | 331 | QUAL CNTR TEXT MGT | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 FALL SEMESTER | | | | |
| ANT | 252 | CULTURAL ANTHROPOL | W | 3.00 | | |
| FLS | 202 | INTERM SPANISH II | C- | 3.00 | 3.00 | 6.00 |
| TAM | 383 | MGMT TEXT PROD DEV | A | 3.00 | 3.00 | 12.00 |
| TAM | 482 | TEX MARKETING MGT | B | 3.00 | 3.00 | 9.00 |
| TAM | 495 | SR SEM IN TAM | S | 1.00 | 1.00 | |
| TXM | | 1997 SPRING SEMESTER | | | | |
| BUS | 320 | FINANCIAL MANAGE | F | 3.00 | 0.00 | 0.00 |
| PE | 249 | TENNIS I | A | 1.00 | 1.00 | 4.00 |
| PE | 256 | RACQUETBALL | A | 1.00 | 1.00 | 4.00 |
| PE | 265 | SOFTBALL | B | 1.00 | 1.00 | 3.00 |
| PHI | 321 | CONTEMP MORAL ISSU | A | 3.00 | 3.00 | 12.00 |
| TAM | 481 | PROD COST TX & APP | A | 3.00 | 3.00 | 12.00 |
| TAM | 585 | MARKET RESEARCH TX | A | 3.00 | 3.00 | 12.00 |
| TXM | | 1997 FIRST SUMMER | | | | |
| PHI | 314 | ISSUES BUS ETHICS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1997 FALL SEMESTER | | | | |
| BUS | 201 | INTRO BUS PROC | B | 3.00 | 3.00 | 9.00 |
| EC | 372 | EVOL AMER BUSINESS | A | 3.00 | 3.00 | 12.00 |
| PS | 342 | POL SY CHINA-JAPAN | B- | 3.00 | 3.00 | 9.00 |
| TAM | 480 | PROD MGT DEC TX OP | C- | 3.00 | 3.00 | 6.00 |
| TXM | | 1998 SPRING SEMESTER | | | | |
| EC | 348 | INTRO INTL ECON | W | 3.00 | | |
| ENG | 331 | COMMUN ENGR & TECH | C | 3.00 | 3.00 | 6.00 |
| HI | 251 | EARLY AMER HIST | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FIRST SUMMER | | | | |
| BUS | 320 | FINANCIAL MANAGE | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FALL SEMESTER | | | | |
| EC | 431 | LABOR ECONOMICS | C+ | 3.00 | 3.00 | 7.00 |

UNDERGRADUATE TOTALS

SHP=003.00 GPA HRS=003.00 GP= 007.00 SGPA=2.333
THP=142.00 GPA HRS=142.00 GP= 386.00 TGPA=2.718

CONTINUED ON PAGE NO. 2

THE NAME OF THE UNIVERSITY IS PRINTED IN RED ACROSS THE FACE OF THE 11 X 8 1/2 TRANSCRIPT

**DEPARTMENT OF THE NAVY**
NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

1420
N52
27 Jan 04

LTJG MALCOLM BRITTAI BLANKENSHIP, USNR
2250 GODBEY RD
WOODLEAF NC 27054-0000

Dear IRR Member:
As a member of the Individual Ready Reserve (IRR) you are obligated by Title 10, U.S. Code, to keep the Navy informed of any changes that would prevent you from being mobilized. The following questionnaire is provided in order to assist you in updating your mobilization status. Please complete and return it within 45 days. You are reminded that failure to keep the Navy informed of your mobilization status may result in your recall to active duty for a period of up to 45 days, your transfer to the Standby Ready Reserve inactive status, or your immediate processing for separation per Title 10, U. S. Code and DOD Directives. Such actions may affect your continued participation in the Naval Reserve, characterization of discharge and entitlement to Veteran's Benefits. If you have any questions concerning your military obligation and participation as a Reservist, please contact Naval Reserve Personnel Center at 1-800-535-2699 during our normal working hours- Monday through Friday from 0700 to 1530 (CST). Thank you for your support of the Naval Reserve.

**PRIVACY ACT STATEMENT**
Authority to request this information is contained in Title 10 USC Section 10149, Continual Screening of the Ready Reserve. The purpose and use of this data is to allow the Department of the Navy to update military personnel records and identify Naval Reserve resources.

| | No | Yes | If Yes- |
|---|---|---|---|
| Have you had a change in your marital or dependent status? | X | | NEW STATUS ______ (PLEASE ATTACH DOCUMENTATION): |
| Do you have a medical condition that might prevent your mobilization or restrict your assignment? | X | | PLEASE PROVIDE DOCUMENTATION FROM YOUR PHYSICIAN OF CASE HISTORY, DIAGNOSIS AND PROGNOSIS. |
| Do you know of any reason why you would be unavailable to report to a mobilization site within seven (7) days? | X | | IF EXPERIENCING A TEMPORARY HARDSHIP AT THE TIME OF MOBILIZATION A DELAY OR EXEMPTION MAY BE CONSIDERED, BASED ON CIRCUMSTANCES. IF YOUR INABILITY TO MOBILIZE IS NOT TEMPORARY IN NATURE, PLEASE PROVIDE AN EXPLANATION AND/OR DOCUMENTATION. |

| | |
|---|---|
| LTJG MALCOLM BRITTAI BLANKENSHIP<br>2250 GODBEY RD<br>WOODLEAF, NC 27054-0000<br><br>**SSN: 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** | **Please make any changes to your address:**<br>STREET: ______<br>CITY: ______ STATE: ____ ZIP: ______<br>PHONE: H:( ) - W:( ) - |

NRPC 3060/2A (REV 8-8-03)

OFFICIAL RECORD COPY

269

DEPARTMENT OF THE NAVY
NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

1420
N52
27 Jan 04

LTJG MALCOLM BRITTAI BLANKENSHIP, USNR
2250 GODBEY RD
WOODLEAF NC 27054-0000

Dear IRR Member:
As a member of the Individual Ready Reserve (IRR) you are obligated by Title 10, U.S. Code, to keep the Navy informed of any changes that would prevent you from being mobilized. The following questionnaire is provided in order to assist you in updating your mobilization status. Please complete and return it within 45 days. You are reminded that failure to keep the Navy informed of your mobilization status may result in your recall to active duty for a period of up to 45 days, your transfer to the Standby Ready Reserve inactive status, or your immediate processing for separation per Title 10, U. S. Code and DOD Directives. Such actions may affect your continued participation in the Naval Reserve, characterization of discharge and entitlement to Veteran's Benefits. If you have any questions concerning your military obligation and participation as a Reservist, please contact Naval Reserve Personnel Center at 1-800-535-2699 during our normal working hours- Monday through Friday from 0700 to 1530 (CST). Thank you for your support of the Naval Reserve.

**PRIVACY ACT STATEMENT**

Authority to request this information is contained in Title 10 USC Section 10149, Continual Screening of the Ready Reserve. The purpose and use of this data is to allow the Department of the Navy to update military personnel records and identify Naval Reserve resources.

| | No | Yes | If Yes- |
|---|---|---|---|
| Have you had a change in your marital or dependent status? | X | | NEW STATUS ______ (PLEASE ATTACH DOCUMENTATION): |
| Do you have a medical condition that might prevent your mobilization or restrict your assignment? | X | | PLEASE PROVIDE DOCUMENTATION FROM YOUR PHYSICIAN OF CASE HISTORY, DIAGNOSIS AND PROGNOSIS. |
| Do you know of any reason why you would be unavailable to report to a mobilization site within seven (7) days? | X | | IF EXPERIENCING A TEMPORARY HARDSHIP AT THE TIME OF MOBILIZATION A DELAY OR EXEMPTION MAY BE CONSIDERED, BASED ON CIRCUMSTANCES. IF YOUR INABILITY TO MOBILIZE IS NOT TEMPORARY IN NATURE, PLEASE PROVIDE AN EXPLANATION AND/OR DOCUMENTATION. |

| | |
|---|---|
| LTJG MALCOLM BRITTAI BLANKENSHIP<br>2250 GODBEY RD<br>WOODLEAF, NC 27054-0000<br><br>**SSN: 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** | **Please make any changes to your address:**<br>STREET: ______<br>CITY: ______ STATE: ______ ZIP: ______<br>PHONE: H:( ) - W:( ) - |

NRPC 3060/2A (REV 8-8-03)

OFFICIAL RECORD COPY

***UNITED STATES NAVAL RESERVE***
***SCREENING QUESTIONNAIRE***
**TRAINING/EXPERIENCE**

Name: **LTJG MALCOLM BRITTAI BLANKENSHIP, 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**

This page will be made a permanent part of your official service record. Ensure all entries are printed legibly.

1. **Higher Education** - Enclose copies of certificates or other official documents to substantiate changes not reflected in your record. **DO NOT include papers, professional articles, or similar material. Documents will not be returned to you.**

| UNIVERSITY/COLLEGE (NAME & LOCATION) | ATTENDED FROM | ATTENDED TO | SEM HOURS EARNED | DEGREE TITLE | DEGREE DATE | MAJOR FIELD OF STUDY | SPECIALIZATION WITH MAJOR |
|---|---|---|---|---|---|---|---|
| NC STATE UNIVERSITY | '93 - | '98 | 129 | TEXTILE MANAGEMENT | '98 | TEXTILES | — |
| RALEIGH, NC | | | | | | | |

2. **Civilian Employment:** - DOD requires each service to capture and maintain current and accurate civilian employment-related information on each Reserve member. The purpose for collecting this information is to achieve fair treatment between members in the Ready Reserve who are being considered for recall to active duty without their consent, ensure that there will be no significant attrition of Ready Reserve members or units during a mobilization and to inform Reserve Component members and their employers of their rights, benefits, and obligations under the Uniformed Services Employment and Reemployment Rights Act (USERRA). Please go to "https://www.dmdc.osd.mil/Guard-ReservePortal" (exactly as shown with upper and lower case letters) and provide the requested data.

3. **Foreign Language Skills**

| FOREIGN LANGUAGE: | LANGUAGE PROFICIENCY SOURCE<br>A= Civilian Course<br>B= Def Lang Inst<br>C= Foreign Resident<br>D= Home Environment<br>E= Military School<br>F= Self-Study | PROFICIENCY LEVEL: 1=Elementary 2=Limited 3=General 4=Advanced 5=Fluent — SPEAK | WRITE | READ | LISTEN |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**I CERTIFY THE ABOVE TO BE TRUE AND CORRECT.**

SIGNATURE [signature] DATE 2/2/08

NRPC 3060/2A (REV 8-8-03)

OFFICIAL RECORD COPY

***UNITED STATES NAVAL RESERVE***
***SCREENING QUESTIONNAIRE***
**TRAINING/EXPERIENCE**

Name: **LTJG MALCOLM BRITTAI BLANKENSHIP, 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**

This page will be made a permanent part of your official service record. Ensure all entries are printed legibly.

1. **Higher Education** - Enclose copies of certificates or other official documents to substantiate changes not reflected in your record. **DO NOT include papers, professional articles, or similar material. Documents will not be returned to you.**

| UNIVERSITY/COLLEGE (NAME & LOCATION) | ATTENDED FROM | ATTENDED TO | SEM HOURS EARNED | DEGREE TITLE | DEGREE DATE | MAJOR FIELD OF STUDY | SPECIALIZATION WITH MAJOR |
|---|---|---|---|---|---|---|---|
| NC STATE UNIVERSITY | '93 | '98 | 129 | TEXTILE MANAGEMENT | | TEXTILES | — |
| RALEIGH, NC | | | | | '98 | | |

2. **Civilian Employment:** - DOD requires each service to capture and maintain current and accurate civilian employment-related information on each Reserve member. The purpose for collecting this information is to achieve fair treatment between members in the Ready Reserve who are being considered for recall to active duty without their consent, ensure that there will be no significant attrition of Ready Reserve members or units during a mobilization and to inform Reserve Component members and their employers of their rights, benefits, and obligations under the Uniformed Services Employment and Reemployment Rights Act (USERRA). Please go to "https://www.dmdc.osd.mil/Guard-ReservePortal" (exactly as shown with upper and lower case letters) and provide the requested data.

3. **Foreign Language Skills**

| FOREIGN LANGUAGE: | LANGUAGE PROFICIENCY SOURCE<br>A= Civilian Course<br>B= Def Lang Inst<br>C= Foreign Resident<br>D= Home Environment<br>E= Military School<br>F= Self-Study | PROFICIENCY LEVEL: 1=Elementary 2=Limited 3=General 4=Advanced 5=Fluent<br>SPEAK | WRITE | READ | LISTEN |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**I CERTIFY THE ABOVE TO BE TRUE AND CORRECT.**

SIGNATURE [signature] DATE 2/2/08

NRPC 3060/2A (REV 8-8-03)

OFFICIAL RECORD COPY

272

DEPARTMENT OF THE NAVY
OFFICER IN CHARGE
PERSUPP DET
421 SAUFLEY ST SUITE B
PENSACOLA FL 32508-5202

1321
SNA 1395
11 JAN 99

BUPERS ORDER 0110 242218324

From: Officer in Charge, Personnel Support Activity Detachment, Naval Air Station, Pensacola, FL
To: Ensign Malcolm Brittain Blankenship III, USNR

Subj: APPOINTMENT ORDER

Ref: (a) COMNAVPERSCOM ltr NPC-433-11b of 14 Apr 81

1. In compliance with reference (a), and upon acceptance of appointment to Ensign, USNR, proceed and report to Naval Aviation Schools Command, NAS Pensacola, FL (30500) for duty under instruction in a flying status involving operational or training flights. Report to Personnel Support Activity Detachment, NAS Pensacola, FL for administrative purposes. You are a designated Student Naval Aviator. These orders constitute assignment to duty in a part of the aeronautic organization of the Navy. Detailed to duty in a flying status involving operational or training flight effective such date as endorsed hereon. You are obligated to serve the number of years indicated on your Aviation Officer Program Service Agreement following date of completion of training within the Naval Air Training Command. Designator change to 1315 will be effective upon designation as a Naval Aviator. The scheduled length of this course of instruction involved in these orders is for a period of more than twenty weeks. You reported for duty under instruction in a flying status involving operational or training flights and are hereby detailed to duty under instruction in a status involving operational or training flights on 28 January 2000. Complete applicable items on both sides of NAVPERS 7041/1. In accordance with current DOD directives, you are directed to report to the appropriate housing referral office prior to negotiation of any agreement for off-base housing. Command delivering orders directed to comply with MILPERSMAN 1810580.

ACCT DATA: N2A0 1701453.2250 R 000022 AE 2A0/6/9/F 2A0 242218324

2. Delivered: You were notified on 11 January 2000 that these orders have been received. You accepted appointment as an Ensign in the U. S. Naval Reserve on 28 January 2000.

3. Your home of record is Woodleaf, NC.
Ordered to active duty from: Raleigh, NC.

A. B. CARPENTER
By direction

Copy to:
COMNAVPERSCOM (NPC-3,433E)

OFFICIAL RECORD COPY

# DEPARTMENT OF THE NAVY

TRAINING AIR WING FOUR
245 FIFTH ST SUITE 105
CORPUS CHRISTI TX 78419-5242

FINISHED FILE PERS - 80

1421
Ser N00/0131
21 Apr 02

From: Commander, Training Air Wing FOUR
To: ENS Malcolm B. Blankenship, USNR, 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/1395

Subj: DELIVERY OF PERMANENT APPOINTMENT

Ref: (a) SECNAVINST 1421.4D
(b) USC Title 10, Section 624
(c) SECNAVINST 1811.3M

1. Your permanent appointment to Lieutenant Junior Grade, with date of rank and effective date of ~~21 April 2002~~ 28 JAN 02 promulgated by reference (a) pursuant to the provisions of reference (b) is hereby delivered.

2. You will indicate by endorsement hereon whether you accept or decline this appointment.

S. B. LATTA

FIRST ENDORSEMENT 21 Apr 02

From: LTJG Malcolm B. Blankenship, USNR, 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/1395
To: Commander, Navy Personnel Command (PERS-851)
Via: Commander, Training Air Wing FOUR

1. I accept the permanent appointment authorized by reference (a).

2. I certify that I understand the provisions of reference (c).

3. VOLUNTARY OATH:

I, LTJG Malcolm B. Blankenship, do solemnly reaffirm that I will support and defend the Constitution of the United States of America against all enemies, foreign and domestic, that I will continue to bear true faith and allegiance to the Constitution and the Country whose course it directs, and that I take this obligation freely, without any mental reservation. So help me God.

M. B. BLANKENSHIP

SECOND ENDORSEMENT 21 Apr 02

From: Commander, Training Air Wing FOUR
To: Commander, Navy Personnel Command (PERS-851)

1. Forwarded.

S. B. LATTA

Copy to:
PERS-85
Appointee
Disbursing

FINISHED FILE PERS - 80

OFFICIAL RECORD COPY

DEPARTMENT OF THE NAVY
TRAINING AIR WING FOUR
245 FIFTH ST SUITE 105
CORPUS CHRISTI TX 78419-5242

FINISHED FILE PERS - 80

1421
Ser N00/0131
21 Apr 02

From: Commander, Training Air Wing FOUR
To: ENS Malcolm B. Blankenship, USNR, 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/1395

Subj: DELIVERY OF PERMANENT APPOINTMENT

Ref: (a) SECNAVINST 1421.4D
(b) USC Title 10, Section 624
(c) SECNAVINST 1811.3M

1. Your permanent appointment to Lieutenant Junior Grade, with date of rank and effective date of ~~21 April 2002~~ 28 APR 02 promulgated by reference (a) pursuant to the provisions of reference (b) is hereby delivered.

2. You will indicate by endorsement hereon whether you accept or decline this appointment.

S. B. LATTA

FIRST ENDORSEMENT 21 Apr 02

From: LTJG Malcolm B. Blankenship, USNR, 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/1395
To: Commander, Navy Personnel Command (PERS-851)
Via: Commander, Training Air Wing FOUR

1. I accept the permanent appointment authorized by reference (a).

2. I certify that I understand the provisions of reference (c).

3. VOLUNTARY OATH:

I, LTJG Malcolm B. Blankenship, do solemnly reaffirm that I will support and defend the Constitution of the United States of America against all enemies, foreign and domestic, that I will continue to bear true faith and allegiance to the Constitution and the Country whose course it directs, and that I take this obligation freely, without any mental reservation. So help me God.

M. B. BLANKENSHIP

SECOND ENDORSEMENT 21 Apr 02

From: Commander, Training Air Wing FOUR
To: Commander, Navy Personnel Command (PERS-851)

1. Forwarded.

S. B. LATTA

Copy to:
PERS-85
Appointee
Disbursing

FINISHED FILE PERS - 80

OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**
NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

IN REPLY REFER TO:
1420
N332/
APR 0 5 2004

From: Commanding Officer, Naval Reserve Personnel Center
To: LTJG Malcolm Brittai Blankenship, USNR, 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/1305

Subj: DELIVERY OF APPOINTMENT

Ref: (a) 10 USC 5910

3. Pursuant to the provisions of reference (a), your appointment to **Lieutenant** with a date of rank of **01 February 2004** is hereby delivered.

4. Please circle, as appropriate, whether you accept or decline this appointment. If you note any discrepancies on this form, please mark the errors and return it unsigned for corrections. A new appointment will be issued. Keep the original appointment for your records and use in obtaining a new Armed Forces Reserve Identification Card at any local issuing activity. Please return the **signed copy** to this command.

C. M. SAYLOR

From: LT Malcolm Brittai Blankenship, USNR, 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/1305
To: Commander, Navy Personnel Command (PERS-4802)
Via: Commanding Officer, Naval Reserve Personnel Center

2. I accept/~~decline~~ the appointment authorized.

III
(Signature)

FIRST ENDORSEMENT

From: Commanding Officer, Naval Reserve Personnel Center
To: Commander, Navy Personnel Command (PERS-86)

2. Forwarded.

(Signature)

OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**

[illegible]
[illegible]

IN REPLY REFER TO:
1420
N332/
APR 0 5 2004

From: Commanding Officer, Naval Reserve Personnel Center
To: LTJG Malcolm Brittai Blankenship, USNR, 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/1305

Subj: DELIVERY OF APPOINTMENT

Ref: (a) 10 USC 5910

3. Pursuant to the provisions of reference (a), your appointment to **Lieutenant** with a date of rank of **01 February 2004** is hereby delivered.

4. Please circle, as appropriate, whether you accept or decline this appointment. If you note any discrepancies on this form, please mark the errors and return it unsigned for corrections. A new appointment will be issued. Keep the original appointment for your records and use in obtaining a new Armed Forces Reserve Identification Card at any local issuing activity. Please return the **signed copy** to this command.

C. M. SAYLOR

From: LT Malcolm Brittai Blankenship, USNR, 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/1305
To: Commander, Navy Personnel Command (PERS-4802)
Via: Commanding Officer, Naval Reserve Personnel Center

2. I accept/~~decline~~ the appointment authorized.

(Signature)

FIRST ENDORSEMENT

From: Commanding Officer, Naval Reserve Personnel Center
To: Commander, Navy Personnel Command (PERS-86)

2. Forwarded.

(Signature)

EMPRS Duplicate Copy

OFFICIAL RECORD COPY

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN III | USNR | 242 21 8324 |

| 4.a. GRADE, RATE OR RANK | 4.b. PAY GRADE | 5. DATE OF BIRTH (YYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| OC | E5 | 75APR06 | Year NA Month Day |

| 7.a. PLACE OF ENTRY INTO ACTIVE DUTY | 7.b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| RALEIGH, NC | 2250 GODBEY ROAD, WOODLEAF, NC 27054 |

| 8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b. STATION WHERE SEPARATED |
|---|---|
| NAVAVSCHOLSCOM, PENSACOLA FL | PERSUPPDET PENSACOLA FL |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| NA | None [ ] Amount: $ 200,000.00 |

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)

1395-0000 X X X
X X X X
X X X X
X X X X
X X X X
X X X X

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 99 | OCT | 15 |
| b. Separation Date This Period | 2000 | JAN | 27 |
| c. Net Active Service This Period | 00 | 03 | 13 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 99 | OCT | 15 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)

X X X X X X X X X
X X X X X X X X X
X X X X X X X X X

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)

OFFICER CANDIDATE SCHOOL, 13 WKS, JAN00. X X X X X
X X X X X X X X X
X X X X X X X X X

| 15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No: X | 15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes: X | No | 16. DAYS ACCRUED LEAVE PAID: NONE |
|---|---|---|---|---|---|---|

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION [X] Yes [ ] No

18. REMARKS

"THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OR WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLIANCE WITH, THE REQUIREMENTS OF A FEDERAL BENEFIT PROGRAM." X X X X X X
X X X X X X X X
X X X X X X X X
X X X X X X X X
X X X X X X X X
X X X X X X X SER #08277

| 19.a. MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b. NEAREST RELATIVE (Name and address - include Zip Code) |
|---|---|
| 2250 GODBEY ROAD, WOODLEAF, ROWAN COUNTY, NC 27054 | MALCOLM B. BLANKENSHIP JR, 2250 GODBEY ROAD, WOODLEAF, NC 27054 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO NC DIR. OF VET AFFAIRS [ ] Yes [X] No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED: [signature] | [signature] A B CARPENTER, PN1, USNR(TAR), MILPERS SUPV,BYDIR |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) | |
|---|---|---|
| DISCHARGED | HONORABLE | |
| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
| MILPERSMAN 1910-102 | KGM | RE-2 |

28. NARRATIVE REASON FOR SEPARATION

ACCEPT COMMISSION IN SAME BRANCH OF SERVICE

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL-NONE | MBB III Initials |

DD Form 214, NOV 88 S/N 0102-LF-006-5500 Previous editions are obsolete. SERVICE - 2

278

Name: BLANKENSHIP MALCOLM B 09
SSN: 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 Designator: 1395 Date of Report: 09/05/00

Statement of Service

| | Inactive | Active | Training | Subtotals Active Inactive |
|---|---|---|---|---|
| USNR-E | 08/03/99 10/14/99 | Not Creditable | | |
| USNR-E | | 10/15/99 01/27/00 | | 0 3 13 |
| USNR-O | | 01/28/00 DATE | | 0 7 8 |

| | | | |
|---|---|---|---|
| DATE OF BIRTH: 04/06/75 | PEBD: 10/15/99 | | ADSD: 10/15/99 |
| ACBD: 01/28/00 | PSD: | | ELIGIBLE TO RETIRE: 2020 |
| DGAD: 01/28/00 | PREV. MIL. SERV. | BRANCH: N | YEAR BEGAN: 1999 / MOS. 3 |
| AVIATION COMMISSION DATE 01/28/00 | | HIGHEST GRADE OCU2 | OVER 4 YEARS A-E |

This statement supersedes all prior statements of service

Examiner: L / Reviewer: ___________

FINISH FILE NPC 822

OFFICIAL RECORD COPY

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*: BLANKENSHIP, MALCOLM, BRITTAIN
**2. DEPARTMENT, COMPONENT AND BRANCH**: NAVY, USN
**3. SOCIAL SECURITY NO.**: 242 | 21 | 8324

**4a. GRADE, RATE OR RANK**: LTJG
**4b. PAY GRADE**: O2
**5. DATE OF BIRTH** *(YYMMDD)*: 750406
**6. RESERVE OBLIG. TERM. DATE**: Year | Month | Day

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**: OFFICER CANDIDATE SCHOOL PENSACOLA, FL
**7b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*: 2250 GODBEY RD WOODLEAF NC 27054

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: USS ENTERPRISE CVN65
**8b. STATION WHERE SEPARATED**: USS ENTERPRISE CVN 65

**9. COMMAND TO WHICH TRANSFERRED**: N/A
**10. SGLI COVERAGE** [ ] None — Amount: $250,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
8506 CARRIER AIRBORNE CIC OFFICER

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1999 | 10 | 17 |
| b. Separation Date This Period | 2003 | 09 | 30 |
| c. Net Active Service This Period | 3 | 11 | 0 |
| d. Total Prior Active Service | 0 | 0 | 0 |
| e. Total Prior Inactive Service | 0 | 0 | 0 |
| f. Foreign Service | 0 | 0 | 0 |
| g. Sea Service | 0 | 12 | 0 |
| h. Effective Date of Pay Grade | 2000 | 01 | 28 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
NATIONAL DEFENSE RIBBON, EXPERT PISTOL SHOT, EXPERT RIFLEMAN MEDAL X X X X X X X X X
XX X X XX X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
P-9B-2000 OFFICER CANDIDATE SCHOOL 28JAN2000; B-322-0043 BASIC AEROSPACE PHYSIOLOGY INDOCTRINATION 15 JUN 2000; B-9E-1220 NAVAL AVIATION WATER SURVIVAL PROGRAM N1 22JUN2000; Q-9B-0020 PREFLIGHT 23 JUN 2000;Q-2A-0030 MULTI-SERVICE PILOT TRAINING-PRIMARY 8APR2001; SEE BLK 18 REMARKS

**15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM**: Yes [ ] No [X]
**15b. HIGH SCHOOL GRADUATE OR EQUIVALENT**: Yes [X] No [ ]
**16. DAYS ACCRUED LEAVE PAID**:

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO** [X] Yes [ ] No

**18. REMARKS**
THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OF WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLAINCE WITH, THE REQUIREMENTS OF A FEDERAL BENFIT PROGRAM. X X X X X X X X X X X X X X X X X X X X
BLK 14 Q-2A-0033 MULTI-SERVICE PILOT TRAINNIG -INTERMEDIATE MULTI-ENGINE 6MAY2001 X X X XX X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X XX X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*: 2250 GODBEY RD WOODLEAF NC 27054
**19b. NEAREST RELATIVE** *(Name and address - include Zip Code)*: MAC BLANKENSHIP 2250 GODBEY RD WOODLEAF NC 27054

**20. MEMBER REQUESTS COPY 6 BE SENT TO** NC **DIR. OF VET AFFAIRS** [X] Yes [ ] No
**21. SIGNATURE OF MEMBER BEING SEPARATED**: [signature] C756
**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*: A. ORTIZ, YNC(AW) OFFRECSUPV [signature]

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**: RELEASED FROM ACTIVE DUTY
**24. CHARACTER OF SERVICE** *(Include upgrades)*: HONORABLE
**25. SEPARATION AUTHORITY**: DEPCHNAVPERS, BUPERS ORDER 1083
**26. SEPARATION CODE**: MBK
**27. REENTRY CODE**: N/A
**28. NARRATIVE REASON FOR SEPARATION**: COMPLETION OF REQUIRED ACTIVE SERVICE
**29. DATES OF TIME LOST DURING THIS PERIOD**: TL: NONE
**30. MEMBER REQUESTS COPY 4** Initials: MBB

DD Form 214, NOV 88 S/N 0102-LF-006-5500 *Previous editions are obsolete.* SERVICE - 2

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| BLANKENSHIP, MALCOLM, BRITTAIN | NAVY, USN | 242 \| 21 \| 8324 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH *(YYMMDD)* | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| LTJG | O2 | 750406 | Year \| Month \| Day |

| 7a. PLACE OF ENTRY INTO ACTIVE DUTY | 7b. HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)* |
|---|---|
| OFFICER CANDIDATE SCHOOL PENSACOLA, FL | 2250 GODBEY RD WOODLEAF NC 27054 |

| 8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8b. STATION WHERE SEPARATED |
|---|---|
| USS ENTERPRISE CVN65 | USS ENTERPRISE CVN 65 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| N/A | None ☐ Amount: $250,000.00 |

11. PRIMARY SPECIALTY *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*

8506 CARRIER AIRBORNE CIC OFFICER

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1999 | 10 | 17 |
| b. Separation Date This Period | 2003 | 09 | 30 |
| c. Net Active Service This Period | 3 | 11 | 0 |
| d. Total Prior Active Service | 0 | 0 | 0 |
| e. Total Prior Inactive Service | 0 | 0 | 0 |
| f. Foreign Service | 0 | 0 | 0 |
| g. Sea Service | 0 | 12 | 0 |
| h. Effective Date of Pay Grade | 2000 | 01 | 28 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED *(All periods of service)*

NATIONAL DEFENSE RIBBON, EXPERT PISTOL SHOT, EXPERT RIFLEMAN MEDAL X X X X X X X X X X
X X X X XX X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X

14. MILITARY EDUCATION *(Course title, number of weeks, and month and year completed)*

P-9B-2000 OFFICER CANDIDATE SCHOOL 28JAN2000; B-322-0043 BASIC AEROSPACE PHYSIOLOGY INDOCTRINATION 15 JUN 2000; B-9E-1220 NAVAL AVIATION WATER SURVIVAL PROGRAM N1 22JUN2000; Q-9B-0020 PREFLIGHT 23 JUN 2000;Q-2A-0030 MULTI-SERVICE PILOT TRAINING-PRIMARY 8APR2001; SEE BLK 18 REMARKS

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | |

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION [X] Yes [ ] No

18. REMARKS

THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OF WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLAINCE WITH, THE REQUIREMENTS OF A FEDERAL BENFIT PROGRAM. X X X X X X X X X X X X X X X X X X X X
BLK 14 Q-2A-0033 MULTI-SERVICE PILOT TRAINNIG -INTERMEDIATE MULTI-ENGINE 6MAY2001 X X X XX X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X XX X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X

| 19a. MAILING ADDRESS AFTER SEPARATION *(Include Zip Code)* | 19b. NEAREST RELATIVE *(Name and address - include Zip Code)* |
|---|---|
| 2250 GODBEY RD WOODLEAF NC 27054 | MAC BLANKENSHIP 2250 GODBEY RD WOODLEAF NC 27054 |

20. MEMBER REQUESTS COPY 6 BE SENT TO NC DIR. OF VET AFFAIRS [X] Yes [ ] No

21. SIGNATURE OF MEMBER BEING SEPARATED [signature]

22. OFFICIAL AUTHORIZED TO SIGN *(Typed name, grade, title and signature)* A. ORTIZ, YNC(AW) OFFRECSUPV [signature]

SPECIAL ADDITIONAL INFORMATION *(For use by authorized agencies only)*

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE *(Include upgrades)* |
|---|---|
| RELEASED FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| DEPCHNAVPERS, BUPERS ORDER 1083 | MBK | N/A |

28. NARRATIVE REASON FOR SEPARATION

COMPLETION OF REQUIRED ACTIVE SERVICE

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| TL: NONE | [initials] Initials |

DD Form 214, NOV 88 S/N 0102-LF-006-5500 *Previous editions are obsolete.* SERVICE - 7

OFFICIAL RECORD COPY

E-32

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (Rev. 1-76)
S/N 0106-LF-010-6990

SEE BUPERSMAN 5030420

SHIP OR STATION CO, NAVCRUITDIST RAL NC

3 AUG 99

*Enlisted this date in the Naval Reserves in the special rate of E5/ OCPO2, to serve for a period of 8 years. Issued orders to report to the Commander,* Navy Aviations Command, *for active duty on* 16 Oct 99.

S. R. HORTON
By direction

| NAME (Last, First, Middle) | SSN | BRANCH AND CLASS |
|---|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN | 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 | USNR |

13

AVIATION OFFICER CANDIDATE (1395) PROGRAM SERVICE AGREEMENT

| MALCOLM BRITTAIN BLANKENSHIP III | 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 |
|---|---|
| (Type or Print Full Name) | (Social Security Number) |

1. Having volunteered for Aviation Officer Candidate training under the Aviation Officer Candidate Program, I hereby acknowledge:

a. If entering the program from civilian life

(1) that I will be required to enlist in the Naval Reserve; and

(2) that I will receive orders to active duty for the Aviation Officer Candidate Program and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed; and

(3) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be discharged from my enlisted status. Requests for disenrollment will not normally be entertained prior to the fifth week of training.

b. If entering the program from an enlisted status

(1) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be required to complete my enlistment contract, including any extension thereof; and

(2) (From inactive duty) that I will receive orders to active duty for the Aviation Officer Candidate Program, and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed, furthermore I understand that requests for disenrollment will not normally be entertained prior to the fifth week of training, and;

c. That, in the event I am enrolled in the Aviation Officer Candidate Program and have been recommended to the Chief, Bureau of Medicine and Surgery for separation due to medical reasons, I will normally be reverted to my former paygrade on the date of approval of the recommendation by Chief of Naval Personnel. Where a delay in processing such as determination of disability is involved, I understand I will be retained in paygrade E-5 or higher until such determination has been completed and discharge or execution of orders to a new duty station is imminent.

NAVCRUIT 1110/106A (Rev. 5-99)



OFFICIAL RECORD COPY

d. That upon satisfactory completion of all requirements, I will accept an appointment to commissioned grade as a Reserve Officer in the United States Navy, if such a commission is tendered to me, and upon acceptance, will be discharged from my enlisted status;

e. That:

(1) a commission as an Reserve Officer in the United States Navy is held at the pleasure of the President.

(2) upon acceptance of a commission, I will be required to serve at least eight years as a Reserve Officer in the United States Navy from the date of appointment to commissioned grade; and

(3) any portion of this eight-year period not served on active duty will be served on inactive duty; and

(4) a resignation of my commission as a Reserve Officer submitted prior to completion of this eight-year period will normally be rejected and, after this period, may be accepted or rejected by the President, as the needs of the service may then require.

f. That section 671a and 671b of Title 10, United States Code, currently provides as follows:

"671a. Members: Service extension during war.

Unless terminated at an earlier date by the Secretary concerned, the period of active service of any member of an armed force is extended for the duration of any war in which the United States may be engaged and for six months thereafter.

671b. Members: Service extension when Congress is not in session.

(a) Notwithstanding any other provision of law when the President determines that the national interest so requires, he may, if Congress is not in session having adjourned sine die, (without assigning a day for a further meeting or hearing) authorize the Secretary of Defense to extend for not more than six months, enlistments, appointments, periods of active duty for training, periods of obligated service, or other military status, in any other component of the Armed Forces of the United States, that expire before the thirteenth day after Congress next convenes or reconvenes.

(b) An extension under this section continues until the sixtieth day after Congress next convenes or reconvenes or until expiration of the period of extension specified by the Secretary of Defense, whichever occurs earlier, unless sooner terminated by law or Executive order."



OFFICIAL RECORD COPY

g. That Federal statutes and pertinent regulations applicable to personnel in the United States Navy may change without notice and that such changes may affect my status as a Aviation Officer Candidate or a commissioned officer and obligations to serve as such.

2. I consent to serve on active duty as a commissioned officer for a period of eight years for jets and seven years for props/helos from date of designation as a Naval Aviator (unless sooner released to inactive duty or discharged by the Chief of Naval Personnel).

3. I understand that I must serve four years from the date of disenrollment, in the event I fail to qualify as a Naval Aviator or otherwise withdraw from flight training.

4. I understand that to effect release from active duty at the end of the above period, I must notify the Chief of Naval Personnel via my Commanding Officer of this desire at least nine months prior to the end of my obligated service. I understand, further, that failure to so notify the Chief of Naval Personnel of my desire to be released from active duty nine months prior to the end of my obligated service constitutes a desire on my part to be extended on active duty for an indefinite period of time, in which event, I will fall within the provisions of MILPERSMAN Article 3820130.

5. I have read and completely understand the meaning and content of the above. No promises either written or oral have been made to me in connection with my application for enrollment in the Aviation Officer Candidate Program, except as specified above. I acknowledge receipt of a copy of this document.

| | |
|---|---|
| Sheila R Horton | Malcolm B Blankenship III |
| (Signature of Witnessing Officer) | (Signature of Applicant) |
| SHEILA R. HORTON, LT, USN | MALCOLM BRITTAIN BLANKENSHIP III |
| (Typed Name, Grade of Witnessing Officer) | (Typed Name of Applicant) |
| 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 | 3 August 1999 |
| (Typed Social Security Number of Witnessing Officer) | (Date) |

OFFICIAL RECORD COPY

COMNAVCRUITCOMINST 1131.2A CH-9

COMMITMENT TO EXCELLENCE MOVIE STATEMENT OF UNDERSTANDING

I have viewed the movie "Commitment to Excellence". I understand that Officer Candidate School is a physically and mentally challenging program and I am prepared for the rigors of this training. I have discussed the current disenrollment policy with my recruiter.

**DISENROLLMENT PRIOR TO COMMISSIONING**

(If entering the program from civilian life)
In the event I fail to satisfactorily complete the requirements for appointment to commissioned grade, or that I request for disenrollment prior to acceptance of a commission, I will be discharged from the Naval Service. Requests for disenrollment will not normally be entertained prior to the fifth week of training. I further understand that I am advised to discuss any decision I might make to drop on request with officer candidate school staff personnel prior to my departure from training.

(If entering the program from an enlisted status)
If I have entered into a previous USN/USNR enlistment contract prior to selection for OCS and I am unable to complete pre-commissioning training, I will be obligated to serve the terms of the previous enlistment contract. I understand that requests for disenrollment will not normally be entertained prior to the fifth week of training.

**DISENROLLMENT BETWEEN COMMISSIONING AND WINGS (PILOT/NFO)**

I understand that if I am disenrolled from flight training after commissioning but prior to designation as a Naval Aviator or Naval Flight Officer, whether or not I continue on active duty will be determined by the Chief of Naval Personnel. Furthermore, I have viewed the movie "Wings of Gold".

Rodney D. Fletcher LT USN
WITNESSING OFFICER

[signature]
SIGNATURE OF APPLICANT

Enclosure (1)

OFFICIAL RECORD COPY

OPNAVINST 5350.4B

# DRUG AND ALCOHOL ABUSE STATEMENT OF UNDERSTANDING

Privacy Act Statement

The Navy is responsible for preventing drug and alcohol abuse by its members and for disciplining those who promote or engage in drug and alcohol abuse. Navy personnel are subject to drug and alcohol testing methods, including urinalysis, to enforce this policy. Authority to obtain your social security number, which will be used for identification and filing, is provided by 5 U.S.C. 301 and Executive Order No. 9397 (NOTAL). Disclosure of your social security number is voluntary. Failure to disclose this information, however, will result in denial of your application.

| I, MALCOLM BRITTAIN BLANKENSHIP III understand that: *(Full name - first, middle, last)* | INITIALS |
|---|---|
| 1. Service in the United States Navy or Naval Reserve places me in a position of special trust and responsibility. | MBB MBB III |
| 2. Drug abuse by members of the United States Navy is against the law; and drug and alcohol abuse, in general, violates Navy standards of behavior and duty performance and will not be tolerated. | MBB MBB III |
| 3. The illegal or improper use of alcohol, marijuana and other controlled substances endangers my health and the safety of other Navy men and women. | MBB MBB III |
| 4. If I illegally or improperly use or possess alcohol or drugs, including marijuana, appropriate disciplinary and/or administrative action may be taken against me. In the case of drugs, this action may include trial by court-martial or administrative separation from the Navy. Administrative separation for drug abuse or separation in lieu of trial by court-martial could result in an Other Than Honorable discharge. Conviction by a court-martial of drug related offense may lead to punitive separation. This can result in a denial of education benefits, home loan assistance, and other benefits administered by the Department of Veteran of Affairs (DoVA). Additionally, a person receiving such a separation or discharge can expect to encounter substantial prejudice in civilian life in situations where the character of separation or discharge received from the Armed Forces may have a bearing. | MBB MBB III |
| 5. a. (Officers Pre-Commissioning Programs) I understand the U.S. Navy's "Zero Tolerance" policy toward drug and alcohol abuse and that I will be screened by urinalysis testing for the presence of marijuana or other illegal drugs within 30 days of reporting for training. I further understand that a single detection of drug abuse after entry will result in disenrollment from an officer program and processing for separation from the Navy. | MBB III |
| b. (Enlisted) I understand the U.S. Navy's "Zero Tolerance" policy toward drug or alcohol abuse by its members and that the Navy will take disciplinary action against those who promote or engage in drug abuse. Pertaining to my enlistment into the Navy, I further understand that: | MBB MBB III |
| -- The Navy drug urinalysis test can detect the use of illegal drugs, | MBB MBB III |
| -- The Navy drug urinalysis test is given to all personnel within 72 hours of arrival at the Recruit Training Command and at other follow-on times necessary. | MBB MBB III |

OPNAV 5350/1 (Rev 4-90) S N 0107-LF-006-5200 PREVIOUS EDITIONS ARE OBSOLETE

OFFICIAL RECORD COPY

OPNAVINST 5350.4B

# DRUG AND ALCOHOL ABUSE STATEMENT OF UNDERSTANDING

b. (Enlisted (cont'd))

-- I also understand that:

(a) If I am a NAVET/OSVET and am found to have a positive test indications of marijuana or other illegal drug use, I shall be normally processed for separation from the Navy. MBB [initials]

(b) An entrance urinalysis test showing positive indication of any illegal drug use, including marijuana, shall normally be cause for my being processed for separation from the Navy. MBB [initials]

-- Detection of drug abuse may disqualify me from certain occupations or programs for which I enlisted and I may either be reassigned to another program or processed for separation from the Navy at the option of the Navy. MBB [initials]

-- My recruiter has advised me that if I am found to have positive test indications of marijuana or other illegal drug use, I shall normally be processed for separation per enclosure (7) to OPNAVINST 5350.4 (series). MBB [initials]

**CERTIFICATION**

***I have read and fully understand all the information contained on this form.***

| Typed/Printed Name *(last, first, middle)* | Grade/Rank *(If applicable)* | SSN |
|---|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN | OCPO2 | 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 |

| Signature | Date |
|---|---|
| [signature] | 3 AUGUST 199 |

**CERTIFYING OFFICIAL AND WITNESS**

***I certify the above individual signed this certificate in my presence.***

Typed/Printed Name and Title of Official Certifying
SHEILA R. HORTON, LT, USN, OFFICER RECRUITER

| Signature | Date |
|---|---|
| Sheila R Horton | 3 AUGUST 1999 |

Typed/Printed Name and Title of Witness
JUNIOUS SUTTLES, OFFICER PROCESSING ASSISTANT

| Signature | Date |
|---|---|
| Junious Suttles | 3 AUGUST 1999 |

Remarks: NONE



OFFICIAL RECORD COPY

**FRAUDULENT ENLISTMENT WARNING**
**NAVPERS 1130/2 (REV. 6-69)**
**S/N 0106-LF-033-0201**

FORM APPROVED
BUDGET BUREAU NO. 45-R327

**INSTRUCTIONS**

1. *The applicant must fill in this form in his own handwriting and must initial all corrections.*
2. *All "yes" answers except to question 1a. & b. must be explained fully under remarks.*

| | YES / NO |
|---|---|
| **1. MARITAL STATUS AND DEPENDENCY** | |
| a. Are you or have you ever been married? | NO |
| b. Are you living with your spouse? | NO |
| c. Number of dependents (include wife). | NO |
| d. Are you a widower/widow? | NO |
| *(If answer to e. or f. below is "yes," indicate under "remarks" the date and place, identifying the court that granted the divorce, legal separation, or alimony decree as appropriate.)* | |
| e. Are you divorced? | NO |
| f. Is any court order or judgment directing support for children or alimony in effect against you? | NO |
| g. Have you anyone other than children solely or partially dependent upon you? *(If "yes," identify under "remarks" by name and mailing address.)* | NO |
| **2. EMPLOYMENT** | |
| a. Have you ever been employed by a foreign government? | NO |
| b. Have you ever been refused a fiduciary bond in connection with any employment? | NO |
| **3. JUVENILE AND CIVIL RECORD** | |
| a. Have you ever been arrested, charged, or held by Federal, State, or other Law Enforcement Authorities for any violation of any Federal Law, State Law, County or Municipal Law, Regulation or Ordinance? *(Prior service personnel consider only period since last active service.)* | NO |
| b. Have you ever been convicted of any offense, or adjudicated a youthful offender or juvenile delinquent? *(Includes violation of local ordinances and all moving traffic violations.)* This question must be answered truthfully, regardless of any advice you may have received from any person in authority to the effect that you did not have to report a particular action in applying for employment or to enter the services. *(If your answer is "yes," explain fully under "remarks," giving a plain language statement of what you did, approximate time of court action, name and location of court, and action taken.)* | YES |
| c. Have you ever been imprisoned under sentence of any court? | NO |
| d. Have you ever been awarded a suspended sentence, parole, or probation *(including unsupervised probation)*? Are you now under any of the foregoing, or awaiting any final charges against you? *(Prior service personnel consider only period since last active service.)* | NO |
| e. Have you ever been arrested, convicted, or imprisoned for any crime under the laws of a foreign country? | NO |
| **4. PERSONAL HISTORY** *(required for enlistments and reenlistments)* | |
| a. Have you ever been under the care of a psychiatrist or psychologist? | NO |
| b. Have you ever been a patient *(whether or not formally committed)* in any institution primarily devoted to the treatment of mental, nervous, emotional, psychological, or personality disorders? | NO |
| c. Have you, within the past five years, wet the bed? | NO |
| d. [redacted] | |
| e. [redacted] | |
| *(If answer to f, g, or h, below is "yes" indicate under "remarks" what drugs and what medical treatment, if any, you are receiving or did receive?)* | |
| f. Have you ever taken any narcotic substance, sedative, stimulant tranquilizer drugs, or alcoholic beverages to excess? *(If "yes," set forth full circumstances under "remarks," including approximate times, amount taken, and period over which taken.)* | NO |
| g. Have you ever sniffed glue or been involved in the use, purchase, possession or sale of marijuana, LSD or any other hallucinogens, hypnotics, stimulants or other known harmful or habit-forming drugs and/or chemicals? | NO |
| h. Have you ever undergone treatment caused by indulgence in alcoholic beverages? | NO |
| i. Have you ever used, or been identified by, a name other than which this application is being made? *(If "yes," so state in "remarks.")* | NO |
| j. Have you received orders to report for induction? | NO |
| k. Were you ever rejected as an applicant for enlistment or induction into the Armed Forces? | NO |
| l. Draft classification______________. | |

4-5049

OFFICIAL RECORD COPY

OFFICIAL RECORD COPY

NAVPERS 1130/2 (REV. 6-69) (BACK)

REMARKS: NONE

| DATE | PLACE (City & State) | OFFENSE | DISPOSITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I, MALCOLM BRITTAIN BLANKENSHIP III swear (or affirm) that my answers to the
NAME (First, Middle, Last)
above questions have been correctly recorded and are true in all respects to the best of my knowledge and understanding. I understand that upon acceptance for enlistment this form and all other allied papers become part of the "record." I know that if I secure my enlistment by means of any willful false statement, willful misrepresentation, or concealment of the information herein sought in any, I am liable to trial by court-martial or discharge under other than honorable conditions for fraudulent enlistment. I understand that if by virtue of a fraudulent enlistment I am discharged under other than honorable conditions, I may be deprived of virtually all rights as a veteran under both federal and state law and can expect to encounter substantial prejudice in civilian life because of such discharge.

| NAME OF RECRUITER ASSISTING IN COMPLETION OF THIS FORM | DATE | SIGNATURE OF APPLICANT |
|---|---|---|
| SHEILA R. HORTON | 3 AUG 99 | Malcolm B. Blankenship III |

I have fully explained all of the above to the applicant, and the applicant is cognizant that juvenile offenses or civil arrests are not necessarily a bar to enlistment but must be admitted in order to determine eligibility for enlistment. The applicant is fully aware that any denial of, or untrue information concerning a juvenile or police record, previous military service, true marital status, or dependents constitutes a fraudulent enlistment.

| DATE | SIGNATURE OF RECRUITER |
|---|---|
| 3 AUG 99 | Sheila R Horton, LT, USN |

☆ U.S. Government Printing Office: 1975—603-627/5237 2-1

**AFFIRMATION OF TRUTHFULNESS**
NAVPERS 1130/18 (11-69) S/N 0106-LF-033-1190

3 AUGUST 1999
DATE

I, MALCOLM BRITTAIN BLANKENSHIP III, do this date, solemnly swear and affirm the following to be completely true in all respects:

(1) That I have withheld no information from my Fraudulent Enlistment Warning Sheet (NavPers 1130/2); and

(2) That my recruiter LT SHEILA R. HORTON, has instructed me to answer all questions on my enlistment documents truthfully and honestly and to NOT WITHHOLD any information whatsoever from these enlistment documents. I further swear and affirm that I fully understand that all questions on my enlistment documents, and in particular my Fraudulent Enlistment Warning Sheet (NavPers 1130/2), must be answered completely and truthfully in all respects regardless of what any other person may have told me, (e.g. Recruiter, Judge, Police Officer, Probation Officer, Parents, etc.), to the effect that I did not have to report a particular event in applying for the service. Finally, I understand that if any information is withheld by me from my enlistment documents that I am liable to stand trial by court-martial and/or receive a discharge under other than honorable conditions for fraudulent enlistment.

APPLICANT
MALCOLM BRITTAIN BLANKENSHIP III

Sheila R Horton
WITNESS (If applicant is under 21 years of age, witness must be parent or legal guardian, if existent.)
SHEILA R. HORTON

U.S. Government Printing Office: 1975—635-272/2002 Region No. 3-II

OFFICIAL RECORD COPY

STATEMENT OF UNDERSTANDING

I understand that my appointment is made without completion of the National, Agency Check. Should I be found unqualified for commissioned service as a result of the National Agency Check, I understand that I will be discharged from the naval service.

Malcolm Brittain Blankenship III
NAME: MALCOLM BRITTAIN BLANKENSHIP III
RANK/DESIG: ENSIGN / 13950

28 JAN 00
DATE

DISTRIBUTION:
1 Copy with NAVCRUIT 1000/20
1 Copy for Officer's service record
1 Copy to CNRC Code:_________

OFFICIAL RECORD COPY