OFFICIAL RECORD COPY

# DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

| 1. UNIT I.D. | 2. SHIP OR STATION | 3. | 4. |
|---|---|---|---|
| 62430 | NAVCRUITDIST RALEIGH, NC | [redacted] | |

| 5. NAME OF SPOUSE | 6. DATE OF BIRTH OF SPOUSE | 7. RELATIONSHIP |
|---|---|---|
| | | |

| 8. PLACE OF MARRIAGE (CITY & STATE OR COUNTRY) | 9. DATE MARRIED | 10. CITIZENSHIP OF SPOUSE |
|---|---|---|
| | | |

| [redacted] | 11. ADDRESS OF SPOUSE | 12. DEP |
|---|---|---|
| | | |

| 13. NAME OF CHILD OR DEPENDENT | 14. DATE OF BIRTH | 15. RELATIONSHIP |
|---|---|---|
| | | |

| 16. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT) | 17. DEP |
|---|---|
| | |

| 18. NAME OF CHILD OR DEPENDENT | 19. DATE OF BIRTH | 20. RELATIONSHIP |
|---|---|---|
| | | |

| 21. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT) | 22. DEP |
|---|---|
| | |

| 23. NAME OF CHILD OR DEPENDENT | 24. DATE OF BIRTH | 25. RELATIONSHIP |
|---|---|---|
| | | |

| 26. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT) | 27. DEP |
|---|---|
| | |

| 28. NAME OF CHILD OR DEPENDENT | 29. DATE OF BIRTH | 30. RELATIONSHIP |
|---|---|---|
| | | |

| 31. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT) | 32. DEP |
|---|---|
| | |

| [redacted] | 33. NAME OF FATHER |
|---|---|
| | MALCOLM BRITTAIN BLANKENSHIP JR. |

| 34. ADDRESS OF FATHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 35) | 35. DEP |
|---|---|
| 2250 GODBEY ROAD WOODLEAF, NC 27054 | NO |

| 36. NAME OF MOTHER |
|---|
| FRANCES ANN BLANKENSHIP |

| 37. ADDRESS OF MOTHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 38) | 38. DEP |
|---|---|
| 2250 GODBEY ROAD WOODLEAF, NC 27054 | NO |

| 39. WERE YOU PREVIOUSLY MARRIED? | 40. PRIOR MARRIAGE DISSOLVED BY | 41. DATE | 42. PLACE (CITY & STATE OR COUNTRY) |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ DEATH ☐ ANNULMENT ☐ DIVORCE | | |

| 43. WAS SPOUSE PREVIOUSLY MARRIED? | 44. PRIOR MARRIAGE DISSOLVED BY | 45. DATE | 46. PLACE (CITY & STATE OR COUNTRY) |
|---|---|---|---|
| ☐ YES ☐ NO | ☐ DEATH ☐ ANNULMENT ☐ DIVORCE | | |

| 47. OTHER | 48. ADDRESS | 49. RELATIONSHIP |
|---|---|---|
| | | |

| 50. NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD) | 51. ADDRESS | 52. RELATIONSHIP |
|---|---|---|
| | | |

| 53. BENEFICIARY(S) FOR UNPAID PAY AND ALLOWANCES | 54. ADDRESS | 55. RELATIONSHIP | 56. % |
|---|---|---|---|
| MALCOLM BRITTAIN BLANKENSHIP [illegible] | [illegible] GODBEY RD [illegible] NC 27057 | [illegible] | 100 |

| 57. PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS. SUBJECT TO SECNAV DETERMINATION | 58. ADDRESS | 59. % |
|---|---|---|
| [illegible] ANN BLANKENSHIP | SAME AS BLOCK 59 | 80 |

| 60. BENEFICIARY(S) FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING) | 61. ADDRESS | 62. RELATIONSHIP | 63. % |
|---|---|---|---|
| FRANCES ANN BLANKENSHIP | SAME AS BLOCK 56 | [illegible] | 100 |

| 64. LIFE INSURANCE DATA (NAME OF CO) (DO NOT INCLUDE SGLI) | 65. ADDRESS | 66. POLICY NUMBER |
|---|---|---|
| | | |

| 67. RELIGION | 68. | 69. | 70. RANK / RATE | 71. PAGE | 72. OF PAGES |
|---|---|---|---|---|---|
| | [redacted] | [redacted] | E-5/OCP02 | 1 | 1 |

| 73. NAME OF DESIGNATOR (LAST, FIRST, MIDDLE) | 74. SSN | 75. USN | 76. USNR |
|---|---|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN | 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 | ☐ | ☒ |

NAVPERS 1070 /602 (Rev. 7-72) S/N 0106-LF-018-0035 PART II SERVICE RECORD

NAVPERS 1070/602 (Rev. 7-72) (PART II) (BACK)

77. LOCATION OF WILL OR OTHER VALUABLE PAPERS

78. REMARKS

| Is beneficiary designation of S.G.L.I. on file? | ☐ YES ☐ NO | DATE (If Yes) |
|---|---|---|

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE.

| 79. SIGNATURE OF DESIGNATOR | 80. SIGNATURE OF APPROVING OFFICER, TITLE, AND DATE |
|---|---|
| MALCOLM BRITTAIN BLANKENSHIP III | SHEILA R. HORTON, LT, USN 99AUG03 |

CERTIFICATION OF DESIGNATOR

I have reviewed the data entered on this form and certify that it is correct.
Execute a new NAVPERS 1070/602 if data is not correct.

| DATE | SIGNATURE OF DESIGNATOR | DATE | SIGNATURE OF DESIGNATOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

OFFICIAL RECORD COPY

OFFICIAL RECORD COPY

| BUPERS USE ONLY | P1343 | BUPERS USE ONLY |
|---|---|---|

NOTIFICATION OF CHANGE IN SERVICE MEMBERS OFFICIAL RECORDS

1. DATE PREPARED
10/10/03

| 2. NAME (LAST, FIRST, MIDDLE) | 3. GRADE/RATE | 4. BRANCH & COMPONENT |
|---|---|---|
| BLANKENSHIP MALCOLM BRITTAI | LTJG | USN |

| 5. SSN | 7. DATE ENL/IND/COMM | 8. DATE OF BIRTH |
|---|---|---|
| 242218324 [redacted] | | |

FROM: COMMANDER, BUREAU OF NAVAL PERSONNEL

9.

10.

COMMANDER, BUREAU OF NAVAL PERSONNEL
COMNAVPERSCOM
ATTN PERS CODE 313D
5720 INTEGRITY DR
MILLINGTON TN 38055-0000

11.

THE FOLLOWING CHANGE HAS BEEN RECORDED IN THE OFFICIAL SERVICE RECORDS. APPROPRIATE RECORDS WILL BE CHANGED ACCORDINGLY.

| RECORD ITEM | CHANGED TO: |
|---|---|
| 12. NAME (LAST, FIRST, MIDDLE) | |
| [redacted] | |
| 14. SSN | [redacted] |
| 15. DATE OF BIRTH | [redacted] |
| 16. PLACE OF BIRTH | |
| 17. PRIOR SERVICE | |
| 18. OTHER (SPECIFY) | RACE: E WHITE<br>ETHNIC: Y NONE (NO ETHNIC GROUP ASSOCIATION) |

| 19. REASON AND AUTHORITY FOR CHANGE | 20. AUTHENTICATION |
|---|---|
| MEMBER REQUESTED | SIGNATURE NOT REQUIRED |

21. COPY TO:

DISTRIBUTION NUMBER - 01

| | | | |
|---|---|---|---|
| 01. | 02. | 03. | 04. |
| 05. | 06. | 07. | 08. |
| 09. | 10. | 11. | 12. |
| 13. | 14. | 15. | 16. |
| 17. | 18. | 19. | 20. |
| 21. | 22. | 23. | 24. |
| 25. | | | |

DD FORM 1343 REV (7/95)

# OFFICER'S REPORT OF HOME OF RECORD AND PLACE FROM WHICH ORDERED TO A TOUR OF ACTIVE DUTY

14

PRIVACY ACT STATEMENT: Authority to request this information is derived from 5 United States Code 301, Departmental Regulations. Completion of this form is mandatory. Failure to provide the required information may result in entitlement to travel and transportation allowances being denied.

I.

INSTRUCTIONS

1. General.

In general, officers are entitled to receive travel and transportation allowances for travel performed or to be performed under competent orders (1) upon appointment, or call to active duty, from home or from the place from which ordered to active duty to first duty station, and (2) upon separation from the service, placement upon the temporary disability retired list, release from active duty, or retirement, from last duty station to home or to the place from which ordered to active duty. (See Article 501-140, BUPERS Manual.) This form is used for the purpose of determining entitlement to allowances under these situations, therefore extreme care must be used in preparing this document. Once prepared, entries hereon may not be changed or corrected unless specifically authorized by the Chief of Naval Personnel. This form is for use only by those individuals appointed to officer status or who reported for active duty in an officer status on and after 1 January 1957.

2. Preparation.

a. Prepare and sign in duplicate (as indicated) for each officer, Regular or Reserve, upon:

(1) Appointment to officer status for immediate extended active duty—complete all items.

(2) Appointment to officer status for inactive service—complete all items except the two captioned "Place From Which Ordered to Relevant Tour of Extended Active Duty" and "Date of Entry on Relevant Tour of Extended Active Duty." Insert "Not Applicable" in these items.

(3) Each reporting for a tour of extended active duty from an inactive-duty officer status—complete all items.

b. "Home of Record" and Place From Which Ordered To Relevant Tour of Extended Active Duty" entries shall be determined by referring to the GUIDES provided on the reverse of this form.

c. The Certifying Officer shall be the commanding officer, executive officer, or other officer designated by the commanding officer. Signature shall be affixed in accordance with Article 1608, U.S. Navy Regulations.

3. Disposition.

a. Original. – File permanently in Officer Service Record (NavPers 1070/66).

b. Duplicate. – To BuPers, Washington, D.C. 20370 (Attn: Pers 37211)

II.

My home of record, and the place from which I was ordered into the tour of extended active duty for which I am reporting, are:

| HOME OF RECORD (Give complete address) | PLACE FROM WHICH ORDERED TO RELEVANT TOUR OF EXTENDED ACTIVE DUTY (Give complete address) |
|---|---|
| 2250 GODBEY ROAD<br>WOODLEAF, NC 27054 | RALEIGH, NC |

| DATE OF ENTRY ON RELEVANT TOUR OF EXTENDED ACTIVE DUTY | SIGNATURE OF OFFICER |
|---|---|
| 99 OCT 15 | [signature] |
| DATE SIGNED | CERTIFYING OFFICER'S SIGNATURE, GRADE AND TITLE |
| 00 JAN 28 | DAVID P. WALTERS, GS-5, MILITARY PERSONNEL CLERK (OA) [signature] |

| NAME (Last, first, middle) | GRADE | DESIGNATOR | SOCIAL SECURITY NO. |
|---|---|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN | 01 | 13950 | 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 |

NAVPERS 1070/74 (Rev. 9-78) S/N 0106-LF-010-7230

OFFICIAL RECORD COPY

296

**Please read the instructions on the back before completing this form.**

# Servicemembers' Group Life Insurance Election and Certificate

| | |
|---|---|
| Use this form to: (check all that apply)<br>☐ Name, change or update your beneficiary<br>☐ Reduce the amount of your insurance coverage<br>☐ Decline insurance coverage | ***Important:*** This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance. |

| Last Name / First name / Middle name | Rank, title, or grade | Social Security Number |
|---|---|---|
| BlANKENShip Malcolm B | OC#3 | 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 |
| **Branch of Service (Do not abbreviate)** NAVY | **Current Duty Location** NASC PENSACOLA, FL. | |

## Amount of Insurance

By law, you are automatically insured for $200,000. ***If you want $200,000 of Insurance,*** skip to *Beneficiary(ies) and Payment Options.* ***If you want less than $200,000 of Insurance,*** please check the appropriate block below and write the amount desired and your initials. Coverage is available in the following amounts: $190,000, $180,000, $170,000, $160,000, $150,000, $140,000, $130,000, $120,000, $110,000, $100,000, $90,000, $80,000, $70,000, $60,000, $50,000, $40,000, $30,000, $20,000, $10,000. ***If you do not want any insurance,*** check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

☐ I want coverage in the amount of $ 200,000 Your initials MBB III

☐ ______________________________

(Write "I do not want insurance at this time.")

**Note:** Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name *(first, middle, last)* and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary *(Use %, $ amounts or fractions)* | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. MALCOLM B. BLANKENSHIP SR. | | FATHER | 50% | LUMP SUM |
| 2. ANN BLANKENSHIP | | MOTHER | 50% | LUMP SUM |
| **Contingent** | | | | |
| 1. BEN BLANKENSHIP | | BROTHER | 33% | LUMP SUM |
| 2. ANN ELIZABETH [redacted] BLANKENSHIP | | SISTER [redacted] | 33% | LUMP SUM |
| 3. MARTHA ELLEN BLANKENSHIP | | SISTER | 33% | LUMP SUM |
| 4. | | | | |

**I HAVE READ AND UNDERSTAND the instructions on the front and back of this form. I ALSO UNDERSTAND that:**

- ***This form cancels any prior beneficiary or payment instructions***
- The proceeds will be paid to beneficiaries as stated in #6 on the back of this form, unless otherwise stated above
- If I have legal questions about this form, I may consult with a military attorney at no expense to me
- I cannot have combined SGLI and VGLI coverages at the same time for more than $200,000

**SIGN HERE IN INK ▶** Malcolm Brittain Blankenship III Date: 19 OCT 99
(Your signature. Do not print).

**Do not write in space below – For official use only.**

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| Rose L Robinson | GS-5 | PSD Pensacola, Fl | 19 OCT 99 |

# MONTGOMERY GI BILL ACT OF 1984 (MGIB)

(CHAPTER 30, TITLE 38, U. S. CODE)

PRIVACY ACT STATEMENT

AUTHORITY: CHAPTER 30, TILE 38, U.S. CODE, SECTIONS 3011, 3012, 3018A, AND 30188; AND EEO 9397

PRINCIPAL PURPOSE: To establish eligibility to participate in the Montgomery GI Bill Act of 1984.

ROUTINE USES: Information will be used as a source document indicating participation status of each servicemember in the Montgomery GI Bill benefits program. Determination of participation status or eligibility will involve computer matching between the Department of Defense and the Department of Veterans Affairs using information from this document.

DISCLOSURE: Voluntary; however, failure to provide Social Security Number and other personal information may delay processing of this form and may result in the respondent being automatically enrolled in the MGIB.

**1. SERVICE MEMBER (Print)**

| a. NAME (LAST, First, Middle Initial) | b. SOCIAL SECURITY NUMBER (SSN) |
|---|---|
| BLANKENSHIP, MAL | 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 |

**2. STATMENT OF UNDERSTANDING**

**a. ACADEMY/ROTC SCHOLARSHIP GRADUATES**

I am NOT eligibile for the MGIB because I am a Service Academy graduate/Reserve Officers' Training Corps (ROTC) scholarship graduate.

| (1) SERVICE MEMBER SIGNATURE | (2) RANK/GRADE | (3) DATE SIGNED |
|---|---|---|
| | OC/ | 99OCT21 |

**b. PRIOR SERVICE MEMBER**

I am NOT eligible for the MGIB based upon this enlistment because this is not my initial entry on active duty.

| (1) SERVICE MEMBER SIGNATURE | (2) RANK/GRADE | (3) DATE SIGNED |
|---|---|---|
| | OC/ | 99OCT21 |

**c. ALL OTHER SERVICE MEMBERS**

(1) I am eligible for the MGIB based on my initial entry on active duty after June 30, 1985.

(2) I understand that I am automatically enrolled unless I exercise the option to disenroll by signing Item 4 below by the date designated by my services.

(3) I understand that UNLESS I DISENROLL from the MGIB, my basic pay wil be reduced $100 per month ot the current monthly rate for EACH of the first 12 full months of active duty and this basic pay reduction CANNOT be REFUNDED, SUSPENDED, OR STOPPED.

(4) I must complete 36 months of active duty servcie before I am entitled to the current rate of monthly benefits for a period of 36 months.

(5) If my obligation is less than 36 months, I understand that I must complete 24 months of active duty to receive the current rate of monthly benefits for a period of 36 months.

(6) I must complete 24 months of active duty service and must join and serve honorably in the Selected Reserve for a minimum of 48 months in order to receive the current rate of monthly benefits for members who completed 36 months of service.

(7) If a non-high school gaduate, I must complete all high school diploma (or equivalency) requirements before completing my initial enlistment; or if on active duty August 2, 1990, prior to October 28, 1994.

(8) I must use the MGIB within 10 years of release/discharge from active duty or completion of Selected Reserve obligation if qualifying under paragraph (6).

(9) I must receive an HONORABLE discharge for service establishing entitlement to the MGIB.

(10) I may use benefits in-service after 24 months o f active duty. Benefits are limited to the cost of tuition and fees or the amount of assistance authorized, whichever is less.

(11) If I die while on active duty, or within one year after discharge or release from active duty if service related, my designated beneficiary(ies) will receive the unused balance of the money reduced from my basic pay for the MGIB. This death benefit will be paid by the Department of Veterans Affairs (DVA).

(12) I cannot receive any combination of DVA benefits in excess of 48 months and if I have received 12 months or more of benefits under any other VA program, my MGIB benefits will be appropriately adjusted.

(13) My qualifying period of active duty service will not entitle me to both active duty MGIB and Selected Reserve MGIB benefits.

| (a) SERVICE MEMBER SIGNATURE | (b) RANK/GRADE | (c) DATE SIGNED |
|---|---|---|
| | OC/ | 99OCT21 |

**3. SERVICE UNIQUE EDUCATION ASSISTANCE OPTIONS**

**4. STATEMENT OF DISENROLLMENT**

I DO NOT desire to participate in the MGIB. I understand that I WILL NOT be able to enroll at a later date.

| a. DATE SIGNED | b. RANK/GRADE | c. SERVICE MEMBER SIGNATURE |
|---|---|---|
| 99OCT21 | OC/ E-5 | Malcolm Blankenship |

**5. WITNESSING OFFICIAL**

| a. TYPED OR PRINTED NAME (LAST, First, M.I.) | b. RANK/GRADE | c. SIGNATURE | d. DATE SIGNED |
|---|---|---|---|
| Pugh, Teresa H. | GS-5 | Teresa H. Pugh | 99OCT21 |

DD FORM 2366, SEP 93 S/N 0102-LF-017-0400

OFFICIAL RECORD COPY

# ENLISTMENT / REENLISTMENT DOCUMENT
## ARMED FORCES OF THE UNITED STATES

**Privacy Act Statement**

**AUTHORITY:** 5 USC 3331; 32 USC 708; 44 USC 708 and 3101 10 USC 133, 265, 275, 504, 508, 510, 591, 672(d), 678, 837, 1007, 1071 through 1087, 1168, 1169, 1475 through 1480, 1553, 2107, 2122, 3012, 5031, 8012, 8033, 8496, and 9411; 14 USC 351 and 632; and Executive Order 9397, November 1943 (SSN).

**PRINCIPAL PURPOSES:** To record enlistment or reenlistment into the U.S. Armed Forces. This information becomes a part of the subject's military personnel records which are used to document promotion, reassignment, training, medical support, and other personnel management actions. The purpose of soliciting the SSN is for positive identification

**ROUTINE USES:** This form becomes a part of the Service's Enlisted Master File and Field Personnel File. All uses of the form are internal to the relevant Service.

**DISCLOSURE:** Voluntary; however, failure to furnish personal identification information may negate the enlistment/reenlistment application.

### A. ENLISTEE / REENLISTEE IDENTIFICATION DATA

| | |
|---|---|
| 1. NAME (Last, First, Middle)<br>BLANKENSHIP, MALCOLM BRITTAIN | 2. SOCIAL SECURITY NUMBER<br>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 |
| 3. HOME OF RECORD (Street, City, State, ZIP Code)<br>2250 GODBEY ROAD<br>WOODLEAF, NC 27054 | 4. PLACE OF ENLISTMENT/REENLISTMENT (Mil. Installation, City, State)<br>RALEIGH, NC |

| 5. DATE OF ENLISTMENT/ REENLISTMENT (YYMMDD) | 6. DATE OF BIRTH (YYMMDD) | 7. PREV MIL SVC UPON ENL/REENLIST | YEARS | MONTHS | DAYS |
|---|---|---|---|---|---|
| 19990803 | 1975 APR 06 | a. Total Active Military Service | | | |
| | | b. Total Inactive Military Service | | | |

### B. AGREEMENTS

8. I am enlisting/reenlisting in the United States (list branch of service) NAVY this date for 8 years and 0 weeks beginning in pay grade E-5. The additional details of my enlistment/reenlistment are in Section C and Annex(es) "A"

a. **FOR ENLISTMENT IN A DELAYED ENTRY / ENLISTMENT PROGRAM (DEP):** I understand that I will be ordered to active duty as a Reservist unless I report to the place shown in item 4 above by (list date (YYMMDD)) ______ for enlistment in the Regular component of the United States (list branch of service) ______ for not less than ______ years and ______ weeks. My enlistment in the DEP is in a nonpay status. I understand my period of time in the DEP is NOT creditable for pay purposes upon entry into a pay status. However, I also understand that this time is counted toward fulfillment of my military service obligation or commitment. I must maintain my current qualifications and keep my recruiter informed of any changes in my physical or dependency status, moral qualifications, and mailing address.

b. Remarks: (If none, so state.) NONE

c. The agreements in this section and attached annex(es) are all the promises made to me by the Government. **ANYTHING ELSE ANYONE HAS PROMISED ME IS NOT VALID AND WILL NOT BE HONORED.**
(Initials of Enlistee/Reenlistee) MBB (signature) MBB

(Continued on reverse side.)

DD Form 4/1, MAY 88 *Previous editions may be used.* 2099/146

OFFICIAL RECORD COPY

## C. PARTIAL STATEMENT OF EXISTING UNITED STATES LAWS

**9. FOR ALL ENLISTEES OR REENLISTEES:** Many laws, regulations, and military customs will govern my conduct and require me to do things a civilian does not have to do. The following statements are not promises or guarantees of any kind. They explain some of the present laws affecting the Armed Forces which I cannot change but which Congress can change at any time.

a. My enlistment is more than an employment agreement. As a member of the Armed Forces of the United States, I will be:

(1) Required to obey all lawful orders and perform all assigned duties.

(2) Subject to separation during or at the end of my enlistment. If my behavior fails to meet acceptable military standards, I may be discharged and given a certificate for less than honorable service, which may hurt my future job opportunities and my claim for veteran's benefits.

(3) Subject to the military justice system, which means, among other things, that I may be tried by military courts-martial.

(4) Required upon order to serve in combat or other hazardous situations.

(5) Entitled to receive pay, allowances, and other benefits as provided by law and regulation.

b. Laws and regulations that govern military personnel may change without notice to me. Such changes may affect my status, pay, allowances, benefits, and responsibilities as a member of the Armed Forces REGARDLESS of the provisions of this enlistment / reenlistment document.

c. In the event of war, my enlistment in the Armed Forces continues until six (6) months after the war ends, unless my enlistment is ended sooner by the President of the United States.

**10. MILITARY SERVICE OBLIGATION FOR ALL MEMBERS OF THE ACTIVE AND RESERVE COMPONENTS, INCLUDING THE NATIONAL GUARD.**

a. **FOR ALL ENLISTEES:** If this is my initial enlistment, I must serve a total of eight (8) years. Any part of that service not served on active duty must be served in a Reserve Component unless I am sooner discharged.

b. If I am a member of a Reserve Component of an Armed Force at the beginning of a period of war or national emergency declared by Congress, or if I become a member during that period, my military service may be extended without my consent until six (6) months after the end of that period of war.

c. As a member of a Reserve Component, in time of war or national emergency declared by the Congress, I may be required to serve on active duty (other than for training) for the entire period of the war or emergency and for six (6) months after its end.

d. As a member of the Ready Reserve I may be required to perform active duty or active duty for training without my consent (other than as provided in item 8 of this document) as follows:

(1) In time of national emergency declared by the President of the United States, I may be ordered to active duty (other than for training) for not more than 24 consecutive months.

(2) I may be ordered to active duty for 24 months, and my enlistment may be extended so I can complete 24 months of active duty, if:

(a) I am not assigned to, or participating satisfactorily in, a unit of the Ready Reserve; and

(b) I have not met my Reserve obligation; and

(c) I have not served on active duty for a total of 24 months.

(3) I may be ordered to perform additional active duty training for not more than 45 days if I have not fulfilled my military service obligation and fail in any year to perform the required training duty satisfactorily. If the failure occurs during the last year of my required membership in the Ready Reserve, my enlistment may be extended until I perform that additional duty, but not for more than six months.

(4) When determined by the President that it is necessary to support any operational mission, I may be ordered to active duty for not more than 90 days if I am a member of the Selected Reserve.

**11. FOR ENLISTEES / REENLISTEES IN THE NAVY, MARINE CORPS, OR COAST GUARD:** I understand that if I am serving on a naval vessel in foreign waters, and my enlistment expires, I will be returned to the United States for discharge as soon as possible consistent with my desires. However, if essential to the public interest, I understand that I may be retained on active duty until the vessel returns to the United States. If I am retained under these circumstances, I understand I will be discharged not later than 30 days after my return to the United States; and, that except in time of war, I will be entitled to an increase in basic pay of 25 percent from the date my enlistment expires to the date of my discharge.

**12. FOR ALL MALE APPLICANTS:** Completion of this form constitutes registration with the Selective Service System in accordance with the Military Selective Service Act. Incident thereto the Department of Defense may transmit my name, permanent address, military address, Social Security Number, and birthdate to the Selective Service System for recording as evidence of the registration.

DD Form 4/1 Reverse, MAY 88

NAME OF ENLISTEE / REENLISTEE *(Last, First, Middle)*
BLANKENSHIP, MALCOLM BRITTAIN III

SOCIAL SECURITY NO. OF ENLISTEE / REENLISTEE
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

## D. CERTIFICATION AND ACCEPTANCE

13a. My acceptance for enlistment is based on the information I have given in my application for enlistment. If any of that information is false or incorrect, this enlistment may be voided or terminated administratively by the Government or I may be tried by a Federal, civilian, or military court and, if found guilty, may be punished.

I CERTIFY THAT I HAVE CAREFULLY READ THIS DOCUMENT. ANY QUESTIONS I HAD WERE EXPLAINED TO MY SATISFACTION. I FULLY UNDERSTAND THAT ONLY THOSE AGREEMENTS IN SECTION B OF THIS DOCUMENT OR RECORDED ON THE ATTACHED ANNEX(ES) WILL BE HONORED. ANY OTHER PROMISES OR GUARANTEES MADE TO ME BY ANYONE ARE WRITTEN BELOW: *(If none, X "NONE" and initial.)* [ X ] NONE MBB *(Initials of enlistee/reenlistee)*
MBB

b. SIGNATURE OF ENLISTEE / REENLISTEE
Malcolm B Blankenship III

c. DATE SIGNED *(YYMMDD)*
19990803

14. SERVICE REPRESENTATIVE CERTIFICATION

a. On behalf of the United States *(list branch of service)* NAVY,
I accept this applicant for enlistment. I have witnessed the signature in item 13b to this document. I certify that I have explained that only those agreements in Section B of this form and in the attached Annex(es) will be honored, and any other promises made by any person are not effective and will not be honored.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| HORTON, SHEILA RENEE | LT | NAVCRUITDIST RALEIGH |
| e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* | g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)* |
| Sheila R Horton | 19990803 | 801 OBERLIN ROAD, SUITE 120 RALEIGH, NC 27605-1130 |

## E. CONFIRMATION OF ENLISTMENT OR REENLISTMENT

15. IN THE ARMED FORCES EXCEPT THE NATIONAL GUARD (ARMY OR AIR):
I, MALCOLM BRITTAIN BLANKENSHIP III, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the orders of the officers appointed over me, according to regulations and the Uniform Code of Military Justice. So help me God.

16. IN THE NATIONAL GUARD (ARMY OR AIR):
IXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States and the State of ________ against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; and that I will obey the orders of the President of the United States and the Governor of ________ and the orders of the officers appointed over me, according to law and regulations. So help me God

17. IN THE NATIONAL GUARD (ARMY OR AIR):
XI do hereby acknowledge to have voluntarily enlisted/reenlisted this XXXXXXXXXXX day of XXXXXXXXXXXXXXXXXXXXXXXXXX 19 ________ in the ________ National Guard and as a Reserve of the United States *(list branch of service)* ________ with membership in the ________ National Guard of the United States for a period of ________ years, ________ months, ________ days, under the conditions prescribed by law, unless sooner discharged by proper authority.

18a. SIGNATURE OF ENLISTEE / REENLISTEE
Malcolm B Blankenship III

b. DATE SIGNED *(YYMMDD)*
19990803

19. ENLISTMENT / REENLISTMENT OFFICER CERTIFICATION
a. The above oath was administered, subscribed, and duly sworn to (or affirmed) before me this date.

| b. NAME *(Last, First, Middle)* | c. PAY GRADE | d. UNIT / COMMAND NAME |
|---|---|---|
| HORTON, SHEILA RENEE | LT | NAVCRUITDIST RALEIGH |
| e. SIGNATURE | f. DATE SIGNED *(YYMMDD)* | g. UNIT / COMMAND ADDRESS *(City, State, ZIP Code)* |
| Sheila R Horton | 19990803 | 801 OBERLIN ROAD, SUITE 120 RALEIGH, NC 27605-1130 |

DD Form 4/2, MAY 88 *Previous editions may be used.*

COMNAVCRUITCOMINST 1131.2A CH-9

## AVIATION OFFICER CANDIDATE (1395) PROGRAM SERVICE AGREEMENT

| | |
|---|---|
| MALCOLM BRITTAIN BLANKENSHIP III | 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 |
| (Type or Print Full Name) | (Social Security Number) |

1. Having volunteered for Aviation Officer Candidate training under the Aviation Officer Candidate Program, I hereby acknowledge:

a. If entering the program from civilian life

(1) that I will be required to enlist in the Naval Reserve; and

(2) that I will receive orders to active duty for the Aviation Officer Candidate Program and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed; and

(3) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be discharged from my enlisted status. Requests for disenrollment will not normally be entertained prior to the fifth week of training.

b. If entering the program from an enlisted status

(1) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be required to complete my enlistment contract, including any extension thereof; and

(2) (From inactive duty) that I will receive orders to active duty for the Aviation Officer Candidate Program, and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed, furthermore I understand that requests for disenrollment will not normally be entertained prior to the fifth week of training, and;

c. That, in the event I am enrolled in the Aviation Officer Candidate Program and have been recommended to the Chief, Bureau of Medicine and Surgery for separation due to medical reasons, I will normally be reverted to my former paygrade on the date of approval of the recommendation by Chief of Naval Personnel. Where a delay in processing such as determination of disability is involved, I understand I will be retained in paygrade E-5 or higher until such determination has been completed and discharge or execution of orders to a new duty station is imminent.

NAVCRUIT 1110/106A (Rev. 5-99)



OFFICIAL RECORD COPY

d. That upon satisfactory completion of all requirements, I will accept an appointment to commissioned grade as a Reserve Officer in the United States Navy, if such a commission is tendered to me, and upon acceptance, will be discharged from my enlisted status;

e. That:

(1) a commission as an Reserve Officer in the United States Navy is held at the pleasure of the President.

(2) upon acceptance of a commission, I will be required to serve at least eight years as a Reserve Officer in the United States Navy from the date of appointment to commissioned grade; and

(3) any portion of this eight-year period not served on active duty will be served on inactive duty; and

(4) a resignation of my commission as a Reserve Officer submitted prior to completion of this eight-year period will normally be rejected and, after this period, may be accepted or rejected by the President, as the needs of the service may then require.

f. That section 671a and 671b of Title 10, United States Code, currently provides as follows:

"671a. Members: Service extension during war.

Unless terminated at an earlier date by the Secretary concerned, the period of active service of any member of an armed force is extended for the duration of any war in which the United States may be engaged and for six months thereafter.

671b. Members: Service extension when Congress is not in session.

(a) Notwithstanding any other provision of law when the President determines that the national interest so requires, he may, if Congress is not in session having adjourned sine die, (without assigning a day for a further meeting or hearing) authorize the Secretary of Defense to extend for not more than six months, enlistments, appointments, periods of active duty for training, periods of obligated service, or other military status, in any other component of the Armed Forces of the United States, that expire before the thirteenth day after Congress next convenes or reconvenes.

(b) An extension under this section continues until the sixtieth day after Congress next convenes or reconvenes or until expiration of the period of extension specified by the Secretary of Defense, whichever occurs earlier, unless sooner terminated by law or Executive order."

g. That Federal statutes and pertinent regulations applicable to personnel in the United States Navy may change without notice and that such changes may affect my status as a Aviation Officer Candidate or a commissioned officer and obligations to serve as such.

2. I consent to serve on active duty as a commissioned officer for a period of eight years for jets and seven years for props/helos from date of designation as a Naval Aviator (unless sooner released to inactive duty or discharged by the Chief of Naval Personnel).

3. I understand that I must serve four years from the date of disenrollment, in the event I fail to qualify as a Naval Aviator or otherwise withdraw from flight training.

4. I understand that to effect release from active duty at the end of the above period, I must notify the Chief of Naval Personnel via my Commanding Officer of this desire at least nine months prior to the end of my obligated service. I understand, further, that failure to so notify the Chief of Naval Personnel of my desire to be released from active duty nine months prior to the end of my obligated service constitutes a desire on my part to be extended on active duty for an indefinite period of time, in which event, I will fall within the provisions of MILPERSMAN Article 3820130.

5. I have read and completely understand the meaning and content of the above. No promises either written or oral have been made to me in connection with my application for enrollment in the Aviation Officer Candidate Program, except as specified above. I acknowledge receipt of a copy of this document.

Sheila R Horton
(Signature of Witnessing Officer)

[signature]
(Signature of Applicant)

SHEILA R. HORTON, LT, USN
(Typed Name, Grade of Witnessing Officer)

MALCOLM BRITTAIN BLANKENSHIP III
(Typed Name of Applicant)

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
(Typed Social Security Number of Witnessing Officer)

3 August 1999
(Date)

OFFICIAL RECORD COPY

# PRESEPARATION COUNSELING CHECKLIST

*(Please read Privacy Act Statement on back before completing this form.)*

**SECTION I.** *Please indicate (by checking YES or NO) whether you or your spouse (if applicable) desire counseling for the following services and benefits. All benefits and services checked YES should be used in developing your ITP. The following services and benefits are available to all Service members, unless otherwise specified.*

| | SERVICE MEMBER | | | SPOUSE | | | REFERRED TO |
|---|---|---|---|---|---|---|---|
| | YES | NO | N/A | YES | NO | N/A | *(Input is optional)* |
| **1. INDIVIDUAL TRANSITION PLAN (ITP)** | ✓ | | | | | | |
| **2. EFFECTS OF A CAREER CHANGE** | | ✓ | | | | | |
| **3. EMPLOYMENT ASSISTANCE** | ✓ | | | | | | |
| a. Dept. of Labor sponsored Transition Assistance Program and Service sponsored Transition Seminars/Programs | ✓ | | | | | | |
| b. Use of DD Form 2586 (Verification Certification of Military Experience and Training) | | ✓ | | | | | |
| c. Defense Outplacement Referral System (DORS) | ✓ | | | | | | |
| d. Public and Community Service (PACS) | ✓ | | | | | | |
| e. Transition Bulletin Board (TBB) | ✓ | | | | | | |
| f. Teacher and Teacher's Aid Placement/Certification Program | | ✓ | | | | | |
| g. Federal Employment Opportunities | ✓ | | | | | | |
| h. Hiring Preference in Non-Appropriated Fund (NAF) jobs (VSI, SSB, Eligible Involuntary Separatees) | ✓ | | | | | | |
| i. State Employment Agencies/Interstate Job Bank | ✓ | | | | | | |
| **4. RELOCATION ASSISTANCE** | | ✓ | | | | | |
| a. Excess leave and permissive (TDY/TAD) | ✓ | | | | | | |
| *b. Travel and transportation allowances | ✓ | | | | | | |
| *c. Military family housing extension (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| *d. Commissary and exchange benefits extension (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| *e. DODDS school extension (Eligible Involuntary Separatees Only) | | | ✓ | | | | |
| **5. EDUCATION/TRAINING** | ✓ | | | | | | |
| a. Education benefits (Montgomery Bill, Veterans Educational Assistance Program, Vietnam-era, etc.) | ✓ | | | | | | |
| b. Job Training Partnership Act (JTPA) (VSI, SSB, Eligible Involuntary Separatees) | ✓ | | | | | | |
| c. Additional education or training options | ✓ | | | | | | |
| **6. HEALTH AND LIFE INSURANCE** | ✓ | | | | | | |
| a. 60-day or 120-day extended Military Medical and Dental benefits (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| b. Option to purchase 18-month conversion health insurance | | | ✓ | | | | |
| c. Concurrent pre-existing condition coverage with purchase of conversion health insurance (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| d. Veterans' Group Life Insurance | | | ✓ | | | | |
| **7. FINANCES** | ✓ | | | | | | |
| a. Financial Management | ✓ | ✓ | | | | | |
| b. Separation pay (VSI, SSB, Eligible Involuntary Separatees) | ✓ | | | | | | |
| c. Unemployment compensation | ✓ | | | | | | |
| d. Other financial assistance (VA Loans, SBA Loans, and other government grants and loans) | ✓ | | | | | | |
| **8. RESERVE AFFILIATION/PRIORITY** | | | ✓ | | | | |
| **9. DISABLED VETERANS** | | | ✓ | | | | |
| a. Disabled Transition Assistance Program (DTAP) | | | ✓ | | | | |
| b. VA Disability Benefits | | | ✓ | | | | |

* STATUS OF FORCES AGREEMENT LIMITATIONS APPLY FOR OVERSEAS SERVICE MEMBERS

DD Form 2648, SEP 93

EMPRS Duplicate Copy

OFFICIAL RECORD COPY

305

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL TRANSCRIPT GUIDE PRINTED ON REVERSE

| STUDENT NAME | STUDENT NUMBER | DATE | PAGE NUMBER | STUDENT MAJOR | CLASSIFICATION |
|---|---|---|---|---|---|
| BLANKENSHIP MALCOLM B III | 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 | 05/27/99 | 1 | COLLEGE OF TEXTILES TXM TEXTILE AND APPAREL MANAGEMENT | SR |

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| LEB | | 1993 FALL SEMESTER | | | | |
| ALS | 103 | INTRO TOPICS ALS | B | 1.00 | 1.00 | 3.00 |
| ARE | 201 | INTRO AG RES ECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 111 | COMP AND RHETORIC | B | 3.00 | 3.00 | 9.00 |
| HI | 208 | THE MIDDLE AGES | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | F | 4.00 | | |
| PE | 250 | TENNIS II | A | 1.00 | 1.00 | 4.00 |
| LEB | | 1994 SPRING SEMESTER | | | | |
| CH | 101 | GENERAL CHEM I | B | 3.00 | 3.00 | 9.00 |
| CH | 121 | GEN CHEM I LAB | B | 1.00 | 1.00 | 3.00 |
| EC | 301 | INTERMED MICROECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 112 | COMP AND READING | C | 3.00 | 3.00 | 6.00 |
| HI | 207 | ANC WRLD TO 180 AD | B | 3.00 | 3.00 | 9.00 |
| LEB | | 1994 FIRST SUMMER | | | | |
| EC | 302 | INTERMED MACROECON | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | C | 4.00 | 4.00 | 8.00 |
| TXM | | 1994 FALL SEMESTER | | | | |
| ACC | 280 | MANAGERIAL ACCOUNT | C | 3.00 | 3.00 | 6.00 |
| ECI | 102 | ORIEN MID GR EDUC | W | 0.00 | | |
| PY | 211 | COLLEGE PHYSICS I | C | 4.00 | 4.00 | 8.00 |
| T | 105 | INTRO TEXT MAT SCI | B | 3.00 | 3.00 | 9.00 |
| TC | 203 | INTRO POLYMER CHEM | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1995 SPRING SEMESTER | | | | |
| PE | 226 | SKIN & SCUBA DIV I | S | 2.00 | 2.00 | |
| PE | 242 | BADMINTON | A | 1.00 | 1.00 | 4.00 |
| ST | 350 | ECON BUSINESS STAT | C | 3.00 | 3.00 | 6.00 |
| TAM | 218 | INTRO APP TECH MGT | B+ | 3.00 | 3.00 | 9.00 |
| TMS | 211 | INTRO FIBER SCI | C | 3.00 | 3.00 | 6.00 |
| TT | 220 | YARN PROD SYSTEMS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FIRST SUMMER | | | | |
| TAM | 380 | MGT CNTRL TX SYS | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FALL SEMESTER | | | | |
| FLS | 102 | ELEMENT SPANISH II | C | 3.00 | 3.00 | 6.00 |
| PSY | 307 | INDUST AND ORG PSY | C | 3.00 | 3.00 | 6.00 |
| TC | 301 | TECH DYEING FINISH | C | 4.00 | 4.00 | 8.00 |
| TT | 250 | TEX FAB FORM STRUC | C | 3.00 | 3.00 | 6.00 |
| TT | 341 | KNITTING SYSTEMS | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 SPRING SEMESTER | | | | |
| FLS | 201 | INTERM SPANISH I | B- | 3.00 | 3.00 | 9.00 |
| TAM | 381 | SUPERV TEX APP IND | A | 3.00 | 3.00 | 12.00 |

FINISH FILE

CONTINUED AT TOP OF NEXT COLUMN

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| TAM | 382 | PR SOFT GOODS MKTG | A | 3.00 | 3.00 | 12.00 |
| TAM | 484 | MAN DEC MAK TX FIR | A | 3.00 | 3.00 | 12.00 |
| | | SEMESTER DEAN'S LIST | | | | |
| TXM | | 1996 FIRST SUMMER | | | | |
| PE | 100 | HEALTH & PHYS FIT | U | 1.00 | 0.00 | |
| TAM | 331 | QUAL CNTR TEXT MGT | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 FALL SEMESTER | | | | |
| ANT | 252 | CULTURAL ANTHROPOL | W | 3.00 | | |
| FLS | 202 | INTERM SPANISH II | C- | 3.00 | 3.00 | 6.00 |
| TAM | 383 | MGMT TEXT PROD DEV | A | 3.00 | 3.00 | 12.00 |
| TAM | 482 | TEX MARKETING MGT | B | 3.00 | 3.00 | 9.00 |
| TAM | 495 | SR SEM IN TAM | S | 1.00 | 1.00 | |
| TXM | | 1997 SPRING SEMESTER | | | | |
| BUS | 320 | FINANCIAL MANAGE | F | 3.00 | 0.00 | 0.00 |
| PE | 249 | TENNIS I | A | 1.00 | 1.00 | 4.00 |
| PE | 256 | RACQUETBALL | A | 1.00 | 1.00 | 4.00 |
| PE | 265 | SOFTBALL | B | 1.00 | 1.00 | 3.00 |
| PHI | 321 | CONTEMP MORAL ISSU | A | 3.00 | 3.00 | 12.00 |
| TAM | 481 | PROD COST TX & APP | A | 3.00 | 3.00 | 12.00 |
| TAM | 585 | MARKET RESEARCH TX | A | 3.00 | 3.00 | 12.00 |
| TXM | | 1997 FIRST SUMMER | | | | |
| PHI | 314 | ISSUES BUS ETHICS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1997 FALL SEMESTER | | | | |
| BUS | 201 | INTRO BUS PROC | B | 3.00 | 3.00 | 9.00 |
| EC | 372 | EVOL AMER BUSINESS | A | 3.00 | 3.00 | 12.00 |
| PS | 342 | POL SY CHINA-JAPAN | B- | 3.00 | 3.00 | 9.00 |
| TAM | 480 | PROD MGT DEC TX OP | C- | 3.00 | 3.00 | 6.00 |
| TXM | | 1998 SPRING SEMESTER | | | | |
| EC | 348 | INTRO INTL ECON | W | 3.00 | | |
| ENG | 331 | COMMUN ENGR & TECH | C | 3.00 | 3.00 | 6.00 |
| HI | 251 | EARLY AMER HIST | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FIRST SUMMER | | | | |
| BUS | 320 | FINANCIAL MANAGE | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FALL SEMESTER | | | | |
| EC | 431 | LABOR ECONOMICS | C+ | 3.00 | 3.00 | 7.00 |

UNDERGRADUATE TOTALS

SHP=003.00 GPA HRS=003.00 GP= 007.00 SGPA=2.333
THP=142.00 GPA HRS=142.00 GP= 386.00 TGPA=2.718

CONTINUED ON PAGE NO. 2

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL    TRANSCRIPT GUIDE PRINTED ON REVERSE

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED    AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| STUDENT NUMBER | DATE | PAGE NUMBER |
| 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 | 05/27/99 | 2 |
| STUDENT MAJOR | | CLASSIFICATION |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS | COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|

DEGREES EARNED:
12/16/98 BS IN TEXTILE AND APPAREL MANAGEMENT
MINOR: ECONOMICS

CODE KEY:
R COURSE REPEATED W/O PENALTY

*** END OF TRANSCRIPT ***

FINISH FILE

COPY OFFICIAL RECORD COPY OFFICIAL RECORD

## DEPENDENCY APPLICATION/RECORD OF EMERGENCY DATA

1. UNIT I.D.: 62430
2. SHIP OR STATION: NAVCRUITDIST RALEIGH, NC
3. [redacted] 4. [redacted]
5. NAME OF SPOUSE:
6. DATE OF BIRTH OF SPOUSE:
7. RELATIONSHIP:
8. PLACE OF MARRIAGE (CITY & STATE OR COUNTRY):
9. DATE MARRIED:
10. CITIZENSHIP OF SPOUSE:
[redacted] 11. ADDRESS OF SPOUSE:
12. DEP:
13. NAME OF CHILD OR DEPENDENT:
14. DATE OF BIRTH:
15. RELATIONSHIP:
16. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
17. DEP:
18. NAME OF CHILD OR DEPENDENT:
19. DATE OF BIRTH:
20. RELATIONSHIP:
21. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
22. DEP:
23. NAME OF CHILD OR DEPENDENT:
24. DATE OF BIRTH:
25. RELATIONSHIP:
26. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
27. DEP:
28. NAME OF CHILD OR DEPENDENT:
29. DATE OF BIRTH:
30. RELATIONSHIP:
31. ADDRESS (INCLUDE NAME OF CUSTODIAN IF OTHER THAN CLAIMANT):
32. DEP:
[redacted] 33. NAME OF FATHER: MALCOLM BRITTAIN BLANKENSHIP JR.
34. ADDRESS OF FATHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 35): 2250 GODBEY ROAD WOODLEAF, NC 27054
35. DEP: NO
36. NAME OF MOTHER: FRANCES ANN BLANKENSHIP
37. ADDRESS OF MOTHER (SEE SPECIAL INSTRUCTIONS BEFORE COMPLETING BLOCK 38): 2250 GODBEY ROAD WOODLEAF, NC 27054
38. DEP: NO
39. WERE YOU PREVIOUSLY MARRIED? ☐ YES ☐ NO
40. PRIOR MARRIAGE DISSOLVED BY ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
41. DATE:
42. PLACE (CITY & STATE OR COUNTRY):
43. WAS SPOUSE PREVIOUSLY MARRIED? ☐ YES ☐ NO
44. PRIOR MARRIAGE DISSOLVED BY ☐ DEATH ☐ ANNULMENT ☐ DIVORCE
45. DATE:
46. PLACE (CITY & STATE OR COUNTRY):
47. OTHER:
48. ADDRESS:
49. RELATIONSHIP:
50. NEXT OF KIN OF SPOUSE (NOT HUSBAND, WIFE OR MINOR CHILD):
51. ADDRESS:
52. RELATIONSHIP:
53. BENEFICIARY(S) FOR UNPAID PAY AND ALLOWANCES: MALCOLM BRITTAIN BLANKENSHIP JR
54. ADDRESS: 2250 GODBEY RD. WOODLEAF NC 27054
55. RELATIONSHIP: FATHER
56. %: 100
57. PERSON TO RECEIVE ALLOTMENT IF IN A MISSING STATUS. SUBJECT TO SECNAV DETERMINATION: FRANCES ANN BLANKENSHIP
58. ADDRESS: SAME AS BLOCK 57
59. %: 80
60. BENEFICIARY(S) FOR GRATUITY PAY (NO SPOUSE OR CHILD SURVIVING): FRANCES ANN BLANKENSHIP
61. ADDRESS: SAME AS BLOCK 58
62. RELATIONSHIP: MOTHER
63. %: 100
64. LIFE INSURANCE DATA (NAME OF CO) (DO NOT INCLUDE SGLI):
65. ADDRESS:
66. POLICY NUMBER:
67. RELIGION:
68. 69. [redacted]
70. RANK / RATE: E-5/OCP02
71. PAGE: 1
72. OF PAGES: 1
73. NAME OF DESIGNATOR (LAST, FIRST, MIDDLE): BLANKENSHIP, MALCOLM BRITTAIN
74. SSN: 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
75. USN: ☐
76. USNR: ☒

NAVPERS 1070/602 (Rev. 7-72) S/N 0106-LF-010-6035 PART II

BUREAU OF NAVAL PERSONNEL

OFFICIAL RECORD COPY

NAVPERS 1070/602 (Rev. 7-72) (PART II) (BACK)

77. LOCATION OF WILL OR OTHER VALUABLE PAPERS

78. REMARKS

Is beneficiary designation of S.G.L.I. on file? ☐ YES ☐ NO | DATE (If Yes)

NOTE: THIS FORM DOES NOT DESIGNATE OR CHANGE BENEFICIARIES OF GOV'T LIFE INSURANCE.

| 79. SIGNATURE OF DESIGNATOR | 80. SIGNATURE OF APPROVING OFFICER, TITLE, AND DATE |
|---|---|
| MALCOLM BRITTAIN BLANKENSHIP III | SHEILA R. HORTON, LT, USN 99AUG03 |

CERTIFICATION OF DESIGNATOR

I have reviewed the data entered on this form and certify that it is correct. Execute a new NAVPERS 1070/602 if data is not correct.

| DATE | SIGNATURE OF DESIGNATOR | DATE | SIGNATURE OF DESIGNATOR |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

U10049 18

OFFICIAL RECORD COPY

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL TRANSCRIPT GUIDE PRINTED ON REVERSE

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| STUDENT NUMBER | DATE | PAGE NUMBER |
| 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 | 05/27/99 | 1 |
| STUDENT MAJOR | | CLASSIFICATION |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| LEB | | 1993 FALL SEMESTER | | | | |
| ALS | 103 | INTRO TOPICS ALS | B | 1.00 | 1.00 | 3.00 |
| ARE | 201 | INTRO AG RES ECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 111 | COMP AND RHETORIC | B | 3.00 | 3.00 | 9.00 |
| HI | 208 | THE MIDDLE AGES | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | F | 4.00 | | |
| PE | 250 | TENNIS II | A | 1.00 | 1.00 | 4.00 |
| LEB | | 1994 SPRING SEMESTER | | | | |
| CH | 101 | GENERAL CHEM I | B | 3.00 | 3.00 | 9.00 |
| CH | 121 | GEN CHEM I LAB | B | 1.00 | 1.00 | 3.00 |
| EC | 301 | INTERMED MICROECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 112 | COMP AND READING | C | 3.00 | 3.00 | 6.00 |
| HI | 207 | ANC WRLD TO 180 AD | B | 3.00 | 3.00 | 9.00 |
| LEB | | 1994 FIRST SUMMER | | | | |
| EC | 302 | INTERMED MACROECON | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | C | 4.00 | 4.00 | 8.00 |
| TXM | | 1994 FALL SEMESTER | | | | |
| ACC | 280 | MANAGERIAL ACCOUNT | C | 3.00 | 3.00 | 6.00 |
| ECI | 102 | ORIEN MID GR EDUC | W | 0.00 | | |
| PY | 211 | COLLEGE PHYSICS I | C | 4.00 | 4.00 | 8.00 |
| T | 105 | INTRO TEXT MAT SCI | B | 3.00 | 3.00 | 9.00 |
| TC | 203 | INTRO POLYMER CHEM | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1995 SPRING SEMESTER | | | | |
| PE | 226 | SKIN & SCUBA DIV I | S | 2.00 | 2.00 | |
| PE | 242 | BADMINTON | A | 1.00 | 1.00 | 4.00 |
| ST | 350 | ECON BUSINESS STAT | C | 3.00 | 3.00 | 6.00 |
| TAM | 218 | INTRO APP TECH MGT | B+ | 3.00 | 3.00 | 9.00 |
| TMS | 211 | INTRO FIBER SCI | C | 3.00 | 3.00 | 6.00 |
| TT | 220 | YARN PROD SYSTEMS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FIRST SUMMER | | | | |
| TAM | 380 | MGT CNTRL TX SYS | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FALL SEMESTER | | | | |
| FLS | 102 | ELEMENT SPANISH II | C | 3.00 | 3.00 | 6.00 |
| PSY | 307 | INDUST AND ORG PSY | C | 3.00 | 3.00 | 6.00 |
| TC | 301 | TECH DYEING FINISH | C | 4.00 | 4.00 | 8.00 |
| TT | 250 | TEX FAB FORM STRUC | C | 3.00 | 3.00 | 6.00 |
| TT | 341 | KNITTING SYSTEMS | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 SPRING SEMESTER | | | | |
| FLS | 201 | INTERM SPANISH I | B- | 3.00 | 3.00 | 9.00 |
| TAM | 381 | SUPERV TEX APP IND | A | 3.00 | 3.00 | 12.00 |

FINISH FILE

CONTINUED AT TOP OF NEXT COLUMN

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| TAM | 382 | PR SOFT GOODS MKTG | A | 3.00 | 3.00 | 12.00 |
| TAM | 484 | MAN DEC MAK TX FIR | A | 3.00 | 3.00 | 12.00 |
| | | SEMESTER DEAN'S LIST | | | | |
| TXM | | 1996 FIRST SUMMER | | | | |
| PE | 100 | HEALTH & PHYS FIT | U | 1.00 | 0.00 | |
| TAM | 331 | QUAL CNTR TEXT MGT | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 FALL SEMESTER | | | | |
| ANT | 252 | CULTURAL ANTHROPOL | W | 3.00 | | |
| FLS | 202 | INTERM SPANISH II | C- | 3.00 | 3.00 | 6.00 |
| TAM | 383 | MGMT TEXT PROD DEV | A | 3.00 | 3.00 | 12.00 |
| TAM | 482 | TEX MARKETING MGT | B | 3.00 | 3.00 | 9.00 |
| TAM | 495 | SR SEM IN TAM | S | 1.00 | 1.00 | |
| TXM | | 1997 SPRING SEMESTER | | | | |
| BUS | 320 | FINANCIAL MANAGE | F | 3.00 | 0.00 | 0.00 |
| PE | 249 | TENNIS I | A | 1.00 | 1.00 | 4.00 |
| PE | 256 | RACQUETBALL | A | 1.00 | 1.00 | 4.00 |
| PE | 265 | SOFTBALL | B | 1.00 | 1.00 | 3.00 |
| PHI | 321 | CONTEMP MORAL ISSU | A | 3.00 | 3.00 | 12.00 |
| TAM | 481 | PROD COST TX & APP | A | 3.00 | 3.00 | 12.00 |
| TAM | 585 | MARKET RESEARCH TX | A | 3.00 | 3.00 | 12.00 |
| TXM | | 1997 FIRST SUMMER | | | | |
| PHI | 314 | ISSUES BUS ETHICS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1997 FALL SEMESTER | | | | |
| BUS | 201 | INTRO BUS PROC | B | 3.00 | 3.00 | 9.00 |
| EC | 372 | EVOL AMER BUSINESS | A | 3.00 | 3.00 | 12.00 |
| PS | 342 | POL SY CHINA-JAPAN | B- | 3.00 | 3.00 | 9.00 |
| TAM | 480 | PROD MGT DEC TX OP | C- | 3.00 | 3.00 | 6.00 |
| TXM | | 1998 SPRING SEMESTER | | | | |
| EC | 348 | INTRO INTL ECON | W | 3.00 | | |
| ENG | 331 | COMMUN ENGR & TECH | C | 3.00 | 3.00 | 6.00 |
| HI | 251 | EARLY AMER HIST | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FIRST SUMMER | | | | |
| BUS | 320 | FINANCIAL MANAGE | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FALL SEMESTER | | | | |
| EC | 431 | LABOR ECONOMICS | C+ | 3.00 | 3.00 | 7.00 |

UNDERGRADUATE TOTALS

SHP=003.00 GPA HRS=003.00 GP= 007.00 SGPA=2.333
THP=142.00 GPA HRS=142.00 GP= 386.00 TGPA=2.718

CONTINUED ON PAGE NO. 2

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED   AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL   TRANSCRIPT GUIDE PRINTED ON REVERSE

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| STUDENT NUMBER | DATE | PAGE NUMBER |
| 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 | 05/27/99 | 2 |
| STUDENT MAJOR | | CLASSIFICATION |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS | COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|

DEGREES EARNED:
12/16/98 BS IN TEXTILE AND APPAREL MANAGEMENT
MINOR: ECONOMICS

CODE KEY:
R COURSE REPEATED W/O PENALTY

*** END OF TRANSCRIPT ***

FINISH FILE

COPY OFFICIAL RECORD COPY OFFICIAL RECORD COPY

311

OPNAVINST 5350.4B

# DRUG AND ALCOHOL ABUSE STATEMENT OF UNDERSTANDING

Privacy Act Statement

The Navy is responsible for preventing drug and alcohol abuse by its members and for disciplining those who promote or engage in drug and alcohol abuse. Navy personnel are subject to drug and alcohol testing methods, including urinalysis, to enforce this policy. Authority to obtain your social security number, which will be used for identification and filing, is provided by 5 U.S.C. 301 and Executive Order No. 9397 (NOTAL). Disclosure of your social security number is voluntary. Failure to disclose this information, however, will result in denial of your application.

| I, MALCOLM BRITTAIN BLANKENSHIP III understand that:<br>*(Full name - first, middle, last)* | INITIALS |
|---|---|
| 1. Service in the United States Navy or Naval Reserve places me in a position of special trust and responsibility. | MBB |
| 2. Drug abuse by members of the United States Navy is against the law; and drug and alcohol abuse, in general, violates Navy standards of behavior and duty performance and will not be tolerated. | MBB |
| 3. The illegal or improper use of alcohol, marijuana and other controlled substances endangers my health and the safety of other Navy men and women. | MBB |
| 4. If I illegally or improperly use or possess alcohol or drugs, including marijuana, appropriate disciplinary and/or administrative action may be taken against me. In the case of drugs, this action may include trial by court-martial or administrative separation from the Navy. Administrative separation for drug abuse or separation in lieu of trial by court-martial could result in an Other Than Honorable discharge. Conviction by a court-martial of drug related offense may lead to punitive separation. This can result in a denial of education benefits, home loan assistance, and other benefits administered by the Department of Veteran of Affairs (DoVA). Additionally, a person receiving such a separation or discharge can expect to encounter substantial prejudice in civilian life in situations where the character of separation or discharge received from the Armed Forces may have a bearing. | MBB |
| 5. a. (Officers Pre-Commissioning Programs)<br>I understand the U.S. Navy's "Zero Tolerance" policy toward drug and alcohol abuse and that I will be screened by urinalysis testing for the presence of marijuana or other illegal drugs within 30 days of reporting for training. I further understand that a single detection of drug abuse after entry will result in disenrollment from an officer program and processing for separation from the Navy. | |
| b. (Enlisted)<br>I understand the U.S. Navy's "Zero Tolerance" policy toward drug or alcohol abuse by its members and that the Navy will take disciplinary action against those who promote or engage in drug abuse. Pertaining to my enlistment into the Navy, I further understand that : | MBB |
| -- The Navy drug urinalysis test can detect the use of illegal drugs, | MBB |
| -- The Navy drug urinalysis test is given to all personnel within 72 hours of arrival at the Recruit Training Command and at other follow-on times necessary. | MBB |

OPNAV 5350/1 (Rev 4-90) S N 0107-LF-006-5200 PREVIOUS EDITIONS ARE OBSOLETE

OFFICIAL RECORD COPY

# DRUG AND ALCOHOL ABUSE STATEMENT OF UNDERSTANDING

b. (Enlisted (cont'd))

-- I also understand that:

(a) If I am a NAVET/OSVET and am found to have a positive test indications of marijuana or other illegal drug use, I shall be normally processed for separation from the Navy. MBB [initials]

(b) An entrance urinalysis test showing positive indication of any illegal drug use, including marijuana, shall normally be cause for my being processed for separation from the Navy. MBB [initials]

-- Detection of drug abuse may disqualify me from certain occupations or programs for which I enlisted and I may either be reassigned to another program or processed for separation from the Navy at the option of the Navy. MBB [initials]

-- My recruiter has advised me that if I am found to have positive test indications of marijuana or other illegal drug use, I shall normally be processed for separation per enclosure (7) to OPNAVINST 5350.4 (series). MBB [initials]

## CERTIFICATION

***I have read and fully understand all the information contained on this form.***

| Typed/Printed Name *(last, first, middle)* | Grade/Rank *(If applicable)* | SSN |
|---|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN | OCPO2 | 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 |

| Signature | Date |
|---|---|
| [signature] | 3 AUGUST 199 |

## CERTIFYING OFFICIAL AND WITNESS

***I certify the above individual signed this certificate in my presence.***

Typed/Printed Name and Title of Official Certifying
SHEILA R. HORTON, LT, USN, OFFICER RECRUITER

| Signature | Date |
|---|---|
| [signature] | 3 AUGUST 1999 |

Typed/Printed Name and Title of Witness
JUNIOUS SUTTLES, OFFICER PROCESSING ASSISTANT

| Signature | Date |
|---|---|
| [signature] | 3 AUGUST 1999 |

Remarks: NONE

 S/N 0107-LF-006-5200 PREVIOUS EDITIONS ARE OBSOLETE

*U.S. GPO: 1990-704-119/20160



OFFICIAL RECORD COPY

# OFFICER'S REPORT OF HOME OF RECORD AND PLACE FROM WHICH ORDERED TO A TOUR OF ACTIVE DUTY

14

PRIVACY ACT STATEMENT: Authority to request this information is derived from 5 United States Code 301, Departmental Regulations. Completion of this form is mandatory. Failure to provide the required information may result in entitlement to travel and transportation allowances being denied.

## I. INSTRUCTIONS

**1. General.**

In general, officers are entitled to receive travel and transportation allowances for travel performed or to be performed under competent orders (1) upon appointment, or call to active duty, from home or from the place from which ordered to active duty to first duty station, and (2) upon separation from the service, placement upon the temporary disability retired list, release from active duty, or retirement, from last duty station to home or to the place from which ordered to active duty. (See Article 501-1140, BUPERS Manual.) This form is used for the purpose of determining entitlement to allowances under these situations, therefore extreme care must be used in preparing this document. Once prepared, entries hereon may not be changed or corrected unless specifically authorized by the Chief of Naval Personnel. This form is for use only by those individuals appointed to officer status or who reported for active duty in an officer status on and after 1 January 1957.

**2. Preparation.**

a. **Prepare and sign in duplicate** (as indicated) for each officer, Regular or Reserve, upon:

(1) Appointment to officer status for immediate extended active duty—complete all items.

(2) Appointment to officer status for inactive service—complete all items except the two captioned "Place From Which Ordered to Relevant Tour of Extended Active Duty" and "Date of Entry on Relevant Tour of Extended Active Duty." Insert "Not Applicable" in these items.

(3) Each reporting for a tour of extended active duty from an inactive-duty officer status—complete all items.

b. "Home of Record" and Place From Which Ordered To Relevant Tour of Extended Active Duty" entries shall be determined by referring to the GUIDES provided on the reverse of this form.

c. The Certifying Officer shall be the commanding officer, executive officer, or other officer designated by the commanding officer. Signature shall be affixed in accordance with Article 1608, U.S. Navy Regulations.

**3. Disposition.**

a. Original. – File permanently in Officer Service Record (NavPers 1070/66).

b. Duplicate. – To BuPers, Washington, D.C. 20370 (Attn: Pers 37211)

## II.

My home of record, and the place from which I was ordered into the tour of extended active duty for which I am reporting, are:

| HOME OF RECORD *(Give complete address)* | PLACE FROM WHICH ORDERED TO RELEVANT TOUR OF EXTENDED ACTIVE DUTY *(Give complete address)* |
|---|---|
| 2250 GODBEY ROAD<br>WOODLEAF, NC 27054 | RALEIGH, NC |

| DATE OF ENTRY ON RELEVANT TOUR OF EXTENDED ACTIVE DUTY | SIGNATURE OF OFFICER |
|---|---|
| 99 OCT 15 | [signature] |
| **DATE SIGNED** | **CERTIFYING OFFICER'S SIGNATURE, GRADE AND TITLE** |
| 00 JAN 28 | [signature] DAVID P. WALTERS, GS-5, MILITARY PERSONNEL CLERK (OA) |

| NAME *(Last, first, middle)* | GRADE | DESIGNATOR | SOCIAL SECURITY NO. |
|---|---|---|---|
| BLANKENSHIP, MALCOLM BRITTAIN | 01 | 13950 | 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 |

NAVPERS 1070/74 (Rev. 9-78) S/N 0106-LF-010-7330

OFFICIAL RECORD COPY

# MONTGOMERY GI BILL ACT OF 1984 (MGIB)
(CHAPTER 30, TITLE 38, U. S. CODE)

**PRIVACY ACT STATEMENT**

AUTHORITY: CHAPTER 30, TILE 38, U.S. CODE, SECTIONS 3011, 3012, 3018A, AND 30188; AND EEO 9397

PRINCIPAL PURPOSE: To establish eligibility to participate in the Montgomery GI Bill Act of 1984.

ROUTINE USES: Information will be used as a source document indicating participation status of each servicemember in the Montgomery GI Bill benefits program. Determination of participation status or eligibility will involve computer matching between the Department of Defense and the Department of Veterans Affairs using information from this document.

DISCLOSURE: Voluntary; however, failure to provide Social Security Number and other personal information may delay processing of this form and may result in the respondent being automatically enrolled in the MGIB.

**1. SERVICE MEMBER (Print)**

| a. NAME (LAST, First, Middle Initial) | b. SOCIAL SECURITY NUMBER (SSN) |
|---|---|
| BLANKENSHIP, MAL | 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 |

**2. STATMENT OF UNDERSTANDING**

**a. ACADEMY/ROTC SCHOLARSHIP GRADUATES**
I am **NOT** eligibile for the MGIB because I am a Service Academy graduate/Reserve Officers' Training Corps (ROTC) scholarship graduate.

| (1) SERVICE MEMBER SIGNATURE | (2) RANK/GRADE | (3) DATE SIGNED |
|---|---|---|
| | OC/ | 99OCT21 |

**b. PRIOR SERVICE MEMBER**
I am **NOT** eligible for the MGIB based upon this enlistment because this is not my initial entry on active duty.

| (1) SERVICE MEMBER SIGNATURE | (2) RANK/GRADE | (3) DATE SIGNED |
|---|---|---|
| | OC/ | 99OCT21 |

**c. ALL OTHER SERVICE MEMBERS**

(1) I am eligible for the MGIB based on my initial entry on active duty after June 30, 1985.
(2) I understand that I am automatically enrolled unless I exercise the option to disenroll by signing Item 4 below by the date designated by my services.
(3) I understand that UNLESS I DISENROLL from the MGIB, my basic pay wil be reduced $100 per month ot the current monthly rate for EACH of the first 12 full months of active duty and this basic pay reduction CANNOT be REFUNDED, SUSPENDED, OR STOPPED.
(4) I must complete 36 months of active duty servcie before I am entitled to the current rate of monthly benefits for a period of 36 months.
(5) If my obligation is less than 36 months, I understand that I must complete 24 months of active duty to receive the current rate of monthly benefits for a period of 36 months.
(6) I must complete 24 months of active duty service and must join and serve honorably in the Selected Reserve for a minimum of 48 months in order to receive the current rate of monthly benefits for members who completed 36 months of service.
(7) If a non-high school gaduate, I must complete all high school diploma (or equivalency) requirements before completing my initial enlistment; or if on active duty August 2, 1990, prior to October 28, 1994.
(8) I must use the MGIB within 10 years of release/discharge from active duty or completion of Selected Reserve obligation if qualifying under paragraph (6).
(9) I must receive an HONORABLE discharge for service establishing entitlement to the MGIB.
(10) I may use benefits in-service after 24 months o f active duty. Benefits are limited to the cost of tuition and fees or the amount of assistance authorized, whichever is less.
(11) If I die while on active duty, or within one year after discharge or release from active duty if service related, my designated beneficiary(ies) will receive the unused balance of the money reduced from my basic pay for the MGIB. This death benefit will be paid by the Department of Veterans Affairs (DVA).
(12) I cannot receive any combination of DVA benefits in excess of 48 months and if I have received 12 months or more of benefits under any other VA program, my MGIB benefits will be appropriately adjusted.
(13) My qualifying period of active duty service will not entitle me to both active duty MGIB and Selected Reserve MGIB benefits.

| (a) SERVICE MEMBER SIGNATURE | (b) RANK/GRADE | (c) DATE SIGNED |
|---|---|---|
| | OC/ | 99OCT21 |

**3. SERVICE UNIQUE EDUCATION ASSISTANCE OPTIONS**

**4. STATEMENT OF DISENROLLMENT**

I **DO NOT** desire to participate in the MGIB. I understand that I **WILL NOT** be able to enroll at a later date.

| a. DATE SIGNED | b. RANK/GRADE | c. SERVICE MEMBER SIGNATURE |
|---|---|---|
| 99OCT21 | OC/ E-5 | Malcolm Blankenship |

**5. WITNESSING OFFICIAL**

| a. TYPED OR PRINTED NAME (LAST, First, M. I.) | b. RANK/GRADE | c. SIGNATURE | d. DATE SIGNED |
|---|---|---|---|
| Pugh, Teresa H. | GS-5 | Teresa H. Pugh | 99OCT21 |

DD FORM 2366, SEP 93 S/N 0102-LF-017-0400



OFFICIAL RECORD COPY

**Please read the instructions on the back before completing this form.**

# Servicemembers' Group Life Insurance Election and Certificate

Use this form to: (check all that apply)
- ☐ Name, change or update your beneficiary
- ☐ Reduce the amount of your insurance coverage
- ☐ Decline insurance coverage

***Important:*** This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life Insurance.

| Last Name | First name | Middle name | Rank, title, or grade | Social Security Number |
|---|---|---|---|---|
| BLANKENShip | Malcolm | B | OC#5 | 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 |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| NAVY | NASC PENSACOLA, FL. |

## Amount of Insurance

By law, you are automatically insured for $200,000. ***If you want $200,000 of insurance,*** skip to *Beneficiary(ies) and Payment Options.* ***If you want less than $200,000 of insurance,*** please check the appropriate block below and write the amount desired and your initials. Coverage is available in the following amounts: $190,000, $180,000, $170,000, $160,000, $150,000, $140,000, $130,000, $120,000, $110,000, $100,000, $90,000, $80,000, $70,000, $60,000, $50,000, $40,000, $30,000, $20,000, $10,000. ***If you do not want any insurance,*** check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

☐ I want coverage in the amount of $ 200,000 Your initials MBB III

☐ ______________________

(Write "I do not want insurance at this time.")

**Note:** Reduced or refused insurance can be restored only by written request with proof of good health and compliance with other requirements.

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name *(first, middle, last)* and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary *(Use %, $ amounts or fractions)* | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. MALCOLM B. BLANKENSHIP SR. | | FATHER | 50% | LUMP SUM |
| 2. ANN BLANKENSHIP | | MOTHER | 50% | LUMP SUM |
| **Contingent** | | | | |
| 1. BEN BLANKENSHIP | | BROTHER | 33% | LUMP SUM |
| 2. ANN ELIZABETH [redacted] BLANKENSHIP | | SISTER [redacted] | 33% | LUMP SUM |
| 3. MARTHA ELLEN BLANKENSHIP | | SISTER | 33% | LUMP SUM |
| 4. | | | | |

**I HAVE READ AND UNDERSTAND the instructions on the front and back of this form. I ALSO UNDERSTAND that:**
- ***This form cancels any prior beneficiary or payment instructions***
- The proceeds will be paid to beneficiaries as stated in #6 on the back of this form, unless otherwise stated above
- If I have legal questions about this form, I may consult with a military attorney at no expense to me
- I cannot have combined SGLI and VGLI coverages at the same time for more than $200,000

**SIGN HERE IN INK ▶** Malcolm Brittain Blankenship III Date: 19OCT99
(Your signature. Do not print).

**Do not write in space below – For official use only.**

| WITNESSED AND RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
|---|---|---|---|
| Rose L Robinson | GS-5 | PSD Pen, FL | 19OCT99 |

OFFICIAL RECORD COPY

NAVPERS 1130/2 (REV. 6-69) (BACK)

REMARKS: NONE

| DATE | PLACE *(City & State)* | OFFENSE | DISPOSITION |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I, MALCOLM BRITTAIN BLANKENSHIP III swear (or affirm) that my answers to the
NAME *(First, Middle, Last)*
above questions have been correctly recorded and are true in all respects to the best of my knowledge and understanding. I understand that upon acceptance for enlistment this form and all other allied papers become part of the "record." I know that if I secure my enlistment by means of any willful false statement, willful misrepresentation, or concealment of the information herein sought in any, I am liable to trial by court-martial or discharge under other than honorable conditions for fraudulent enlistment. I understand that if by virtue of a fraudulent enlistment I am discharged under other than honorable conditions, I may be deprived of virtually all rights as a veteran under both federal and state law and can expect to encounter substantial prejudice in civilian life because of such discharge.

| NAME OF RECRUITER ASSISTING IN COMPLETION OF THIS FORM | DATE | SIGNATURE OF APPLICANT |
|---|---|---|
| SHEILA R. HORTON | 3 AUG 99 | Malcolm B Blankenship III |

I have fully explained all of the above to the applicant, and the applicant is cognizant that juvenile offenses or civil arrests are not necessarily a bar to enlistment but must be admitted in order to determine eligibility for enlistment. The applicant is fully aware that any denial of, or untrue information concerning a juvenile or police record, previous military service, true marital status, or dependents constitutes a fraudulent enlistment.

| DATE | SIGNATURE OF RECRUITER |
|---|---|
| 3 AUG 99 | Sheila R Horton, LT, USN |

☆ U.S.Government Printing Office: 1975—603-627/5237 2-1

OFFICIAL RECORD COPY

# AVIATION OFFICER CANDIDATE (1395) PROGRAM SERVICE AGREEMENT

| MALCOLM BRITTAIN BLANKENSHIP III | 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 |
|---|---|
| (Type or Print Full Name) | (Social Security Number) |

1. Having volunteered for Aviation Officer Candidate training under the Aviation Officer Candidate Program, I hereby acknowledge:

a. If entering the program from civilian life

(1) that I will be required to enlist in the Naval Reserve; and

(2) that I will receive orders to active duty for the Aviation Officer Candidate Program and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed; and

(3) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be discharged from my enlisted status. Requests for disenrollment will not normally be entertained prior to the fifth week of training.

b. If entering the program from an enlisted status

(1) that, in the event I fail to complete satisfactorily the requirements for appointment to commissioned grade or request disenrollment from the Aviation Officer Candidate Program prior to acceptance of a commission, I will be required to complete my enlistment contract, including any extension thereof; and

(2) (From inactive duty) that I will receive orders to active duty for the Aviation Officer Candidate Program, and I do hereby consent to serve on active duty in an enlisted status for such period of indoctrination in the program as may be prescribed, furthermore I understand that requests for disenrollment will not normally be entertained prior to the fifth week of training, and;

c. That, in the event I am enrolled in the Aviation Officer Candidate Program and have been recommended to the Chief, Bureau of Medicine and Surgery for separation due to medical reasons, I will normally be reverted to my former paygrade on the date of approval of the recommendation by Chief of Naval Personnel. Where a delay in processing such as determination of disability is involved, I understand I will be retained in paygrade E-5 or higher until such determination has been completed and discharge or execution of orders to a new duty station is imminent.

d. That upon satisfactory completion of all requirements, I will accept an appointment to commissioned grade as a Reserve Officer in the United States Navy, if such a commission is tendered to me, and upon acceptance, will be discharged from my enlisted status;

e. That:

(1) a commission as an Reserve Officer in the United States Navy is held at the pleasure of the President.

(2) upon acceptance of a commission, I will be required to serve at least eight years as a Reserve Officer in the United States Navy from the date of appointment to commissioned grade; and

(3) any portion of this eight-year period not served on active duty will be served on inactive duty; and

(4) a resignation of my commission as a Reserve Officer submitted prior to completion of this eight-year period will normally be rejected and, after this period, may be accepted or rejected by the President, as the needs of the service may then require.

f. That section 671a and 671b of Title 10, United States Code, currently provides as follows:

"671a. Members: Service extension during war.

Unless terminated at an earlier date by the Secretary concerned, the period of active service of any member of an armed force is extended for the duration of any war in which the United States may be engaged and for six months thereafter.

671b. Members: Service extension when Congress is not in session.

(a) Notwithstanding any other provision of law when the President determines that the national interest so requires, he may, if Congress is not in session having adjourned sine die, (without assigning a day for a further meeting or hearing) authorize the Secretary of Defense to extend for not more than six months, enlistments, appointments, periods of active duty for training, periods of obligated service, or other military status, in any other component of the Armed Forces of the United States, that expire before the thirteenth day after Congress next convenes or reconvenes.

(b) An extension under this section continues until the sixtieth day after Congress next convenes or reconvenes or until expiration of the period of extension specified by the Secretary of Defense, whichever occurs earlier, unless sooner terminated by law or Executive order."



OFFICIAL RECORD COPY

g. That Federal statutes and pertinent regulations applicable to personnel in the United States Navy may change without notice and that such changes may affect my status as a Aviation Officer Candidate or a commissioned officer and obligations to serve as such.

2. I consent to serve on active duty as a commissioned officer for a period of eight years for jets and seven years for props/helos from date of designation as a Naval Aviator (unless sooner released to inactive duty or discharged by the Chief of Naval Personnel).

3. I understand that I must serve four years from the date of disenrollment, in the event I fail to qualify as a Naval Aviator or otherwise withdraw from flight training.

4. I understand that to effect release from active duty at the end of the above period, I must notify the Chief of Naval Personnel via my Commanding Officer of this desire at least nine months prior to the end of my obligated service. I understand, further, that failure to so notify the Chief of Naval Personnel of my desire to be released from active duty nine months prior to the end of my obligated service constitutes a desire on my part to be extended on active duty for an indefinite period of time, in which event, I will fall within the provisions of MILPERSMAN Article 3820130.

5. I have read and completely understand the meaning and content of the above. No promises either written or oral have been made to me in connection with my application for enrollment in the Aviation Officer Candidate Program, except as specified above. I acknowledge receipt of a copy of this document.

| | |
|---|---|
| (Signature of Witnessing Officer) | (Signature of Applicant) |
| SHEILA R. HORTON, LT, USN | MALCOLM BRITTAIN BLANKENSHIP III |
| (Typed Name, Grade of Witnessing Officer) | (Typed Name of Applicant) |
| 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 | 3 August 1999 |
| (Typed Social Security Number of Witnessing Officer) | (Date) |



OFFICIAL RECORD COPY

OFFICIAL RECORD COPY

COMMITMENT TO EXCELLENCE MOVIE STATEMENT OF UNDERSTANDING

I have viewed the movie "Commitment to Excellence". I understand that Officer Candidate School is a physically and mentally challenging program and I am prepared for the rigors of this training. I have discussed the current disenrollment policy with my recruiter.

DISENROLLMENT PRIOR TO COMMISSIONING

(If entering the program from civilian life)
In the event I fail to satisfactorily complete the requirements for appointment to commissioned grade, or that I request for disenrollment prior to acceptance of a commission, I will be discharged from the Naval Service. Requests for disenrollment will not normally be entertained prior to the fifth week of training. I further understand that I am advised to discuss any decision I might make to drop on request with officer candidate school staff personnel prior to my departure from training.

(If entering the program from an enlisted status)
If I have entered into a previous USN/USNR enlistment contract prior to selection for OCS and I am unable to complete pre-commissioning training, I will be obligated to serve the terms of the previous enlistment contract. I understand that requests for disenrollment will not normally be entertained prior to the fifth week of training.

**DISENROLLMENT BETWEEN COMMISSIONING AND WINGS (PILOT/NFO)**

I understand that if I am disenrolled from flight training after commissioning but prior to designation as a Naval Aviator or Naval Flight Officer, whether or not I continue on active duty will be determined by the Chief of Naval Personnel. Furthermore, I have viewed the movie "Wings of Gold".

[signature] USN
WITNESSING OFFICER

[signature]
SIGNATURE OF APPLICANT

Enclosure (1)

P1000-20

BUPERS USE ONLY

# OFFICER APPOINTMENT ACCEPTANCE AND OATH OF OFFICE

S-1

1. NAME(LAST,FIRST,MIDDLE): BLANKENSHIP,MALCOLM BRITTAIN III
2. STATUS BEFORE APPT.: AOCUI2,USNR
3. PC: 03

ADDRESS: OC PENSACOLA

| 4. SSN | 5. | 6. DESIG. | 7. S | 8. | 9. OSC | 10. CSC | 11. BC |
|---|---|---|---|---|---|---|---|
| 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 | Y | 1395 | M | | 030 | 030 | C |

| 12. DATE OF BIRTH | 13. PERM. GRADE | 14. PERM. GRADE DATE | 15. PRES. GRADE | 16. PRES. GRADE DATE | 17. NULL & VOID DATE |
|---|---|---|---|---|---|
| 75APR06 | ENS | 00JAN28 | ENS | 00JAN28 | |

TYPE OF DUTY: [X] 18. ACTIVE [ ] 19. INACTIVE

TYPE OF APPOINTMENT: [ ] 20. TEMPORARY [X] 21. PERMANENT

STATUS: [ ] 22. CONFIRMED [ ] 23. AD INTERIM

[ ] 24. USN [X] 25. USNR

26. AUTHORITY: 10 USC 12203 99A

27. PLSD:

28.

29. BUPERS USE ONLY

THE PRESIDENT OF THE UNITED STATES HAS APPOINTED YOU AS AN OFFICER IN THE U.S. NAVY UNDER THE CONDITIONS INDICATED IN THIS DOCUMENT. IF APPOINTMENT IS ACCEPTED YOU MUST COMPLETE OATH OF OFFICE. IF IT IS NOT ACCEPTED SIGN AND DATE DECLINATION INDICATE REASONS FOR NON-ACCEPTANCE:

AUTHENTICATED: MICHAEL J. LYNN PERS 854/00JAN14

## OATH OF OFFICE

From: MALCOLM BRITTAIN BLANKENSHIP III
To: Secretary of the Navy

I MALCOLM BRITTAIN BLANKENSHIP III
HAVING BEEN APPOINTED ENS (P)
IN THE U.S. NAVY UNDER THE CONDITIONS INDICATED IN THIS DOCUMENT, DO ACCEPT SUCH APPOINTMENT AND DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL SUPPORT AND DEFEND THE CONSTITUTION OF THE UNITED STATES AGAINST ALL ENEMIES, FOREIGN AND DOMESTIC, THAT I WILL BEAR TRUE FAITH AND ALLEGIANCE TO THE SAME; THAT I TAKE THIS OBLIGATION FREELY, WITHOUT ANY MENTAL RESERVATION OR PURPOSE OF EVASION; AND THAT I WILL WELL AND FAITHFULLY DISCHARGE THE DUTIES OF THE OFFICE ON WHICH I AM ABOUT TO ENTER, SO HELP ME GOD.

Copy to:

Malcolm B Blankenship III
(SIGNATURE OF APPOINTEE)

MAY 19

SUBSCRIBED AND SWORN TO BEFORE ME THIS

DAY OF 28 JAN 2000 19

Tracy L. DeWitt, LT
(SIGNATURE AND GRADE OF WITNESSING OFFICER)

## DECLINATION OR DISQUALIFICATION

[ ] NOT OFFERED

[ ] NOT ACCEPTED

(APPOINTEE/COMMANDING OFFICER SIGNATURE) (DATE)

[ ] REASON

NAVCRUIT 1000/20 (REV 2/96)

ORIGINAL-RETURN TO NAVCRUITOM,CODE 13



OFFICIAL RECORD COPY