# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED   AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL   TRANSCRIPT GUIDE PRINTED ON REVERSE

STUDENT NAME: BLANKENSHIP MALCOLM B III
STUDENT NUMBER: 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
DATE: 05/27/99
PAGE NUMBER: 1
STUDENT MAJOR: COLLEGE OF TEXTILES / TXM TEXTILE AND APPAREL MANAGEMENT
CLASSIFICATION: SR

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| LEB | | 1993 FALL SEMESTER | | | | |
| ALS | 103 | INTRO TOPICS ALS | B | 1.00 | 1.00 | 3.00 |
| ARE | 201 | INTRO AG RES ECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 111 | COMP AND RHETORIC | B | 3.00 | 3.00 | 9.00 |
| HI | 208 | THE MIDDLE AGES | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | F | 4.00 | | |
| PE | 250 | TENNIS II | A | 1.00 | 1.00 | 4.00 |
| LEB | | 1994 SPRING SEMESTER | | | | |
| CH | 101 | GENERAL CHEM I | B | 3.00 | 3.00 | 9.00 |
| CH | 121 | GEN CHEM I LAB | B | 1.00 | 1.00 | 3.00 |
| EC | 301 | INTERMED MICROECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 112 | COMP AND READING | C | 3.00 | 3.00 | 6.00 |
| HI | 207 | ANC WRLD TO 180 AD | B | 3.00 | 3.00 | 9.00 |
| LEB | | 1994 FIRST SUMMER | | | | |
| EC | 302 | INTERMED MACROECON | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | C | 4.00 | 4.00 | 8.00 |
| TXM | | 1994 FALL SEMESTER | | | | |
| ACC | 280 | MANAGERIAL ACCOUNT | C | 3.00 | 3.00 | 6.00 |
| ECI | 102 | ORIEN MID GR EDUC | W | 0.00 | | |
| PY | 211 | COLLEGE PHYSICS I | C | 4.00 | 4.00 | 8.00 |
| T | 105 | INTRO TEXT MAT SCI | B | 3.00 | 3.00 | 9.00 |
| TC | 203 | INTRO POLYMER CHEM | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1995 SPRING SEMESTER | | | | |
| PE | 226 | SKIN & SCUBA DIV I | S | 2.00 | 2.00 | |
| PE | 242 | BADMINTON | A | 1.00 | 1.00 | 4.00 |
| ST | 350 | ECON BUSINESS STAT | C | 3.00 | 3.00 | 6.00 |
| TAM | 218 | INTRO APP TECH MGT | B+ | 3.00 | 3.00 | 9.00 |
| TMS | 211 | INTRO FIBER SCI | C | 3.00 | 3.00 | 6.00 |
| TT | 220 | YARN PROD SYSTEMS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FIRST SUMMER | | | | |
| TAM | 380 | MGT CNTRL TX SYS | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FALL SEMESTER | | | | |
| FLS | 102 | ELEMENT SPANISH II | C | 3.00 | 3.00 | 6.00 |
| PSY | 307 | INDUST AND ORG PSY | C | 3.00 | 3.00 | 6.00 |
| TC | 301 | TECH DYEING FINISH | C | 4.00 | 4.00 | 8.00 |
| TT | 250 | TEX FAB FORM STRUC | C | 3.00 | 3.00 | 6.00 |
| TT | 341 | KNITTING SYSTEMS | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 SPRING SEMESTER | | | | |
| FLS | 201 | INTERM SPANISH I | B- | 3.00 | 3.00 | 9.00 |
| TAM | 381 | SUPERV TEX APP IND | A | 3.00 | 3.00 | 12.00 |

FINISH FILE

CONTINUED AT TOP OF NEXT COLUMN

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| TAM | 382 | PR SOFT GOODS MKTG | A | 3.00 | 3.00 | 12.00 |
| TAM | 484 | MAN DEC MAK TX FIR | A | 3.00 | 3.00 | 12.00 |
| | | SEMESTER DEAN'S LIST | | | | |
| TXM | | 1996 FIRST SUMMER | | | | |
| PE | 100 | HEALTH & PHYS FIT | U | 1.00 | 0.00 | |
| TAM | 331 | QUAL CNTR TEXT MGT | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 FALL SEMESTER | | | | |
| ANT | 252 | CULTURAL ANTHROPOL | W | 3.00 | | |
| FLS | 202 | INTERM SPANISH II | C- | 3.00 | 3.00 | 6.00 |
| TAM | 383 | MGMT TEXT PROD DEV | A | 3.00 | 3.00 | 12.00 |
| TAM | 482 | TEX MARKETING MGT | B | 3.00 | 3.00 | 9.00 |
| TAM | 495 | SR SEM IN TAM | S | 1.00 | 1.00 | |
| TXM | | 1997 SPRING SEMESTER | | | | |
| BUS | 320 | FINANCIAL MANAGE | F | 3.00 | 0.00 | 0.00 |
| PE | 249 | TENNIS I | A | 1.00 | 1.00 | 4.00 |
| PE | 256 | RACQUETBALL | A | 1.00 | 1.00 | 4.00 |
| PE | 265 | SOFTBALL | B | 1.00 | 1.00 | 3.00 |
| PHI | 321 | CONTEMP MORAL ISSU | A | 3.00 | 3.00 | 12.00 |
| TAM | 481 | PROD COST TX & APP | A | 3.00 | 3.00 | 12.00 |
| TAM | 585 | MARKET RESEARCH TX | A | 3.00 | 3.00 | 12.00 |
| TXM | | 1997 FIRST SUMMER | | | | |
| PHI | 314 | ISSUES BUS ETHICS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1997 FALL SEMESTER | | | | |
| BUS | 201 | INTRO BUS PROC | B | 3.00 | 3.00 | 9.00 |
| EC | 372 | EVOL AMER BUSINESS | A | 3.00 | 3.00 | 12.00 |
| PS | 342 | POL SY CHINA-JAPAN | B- | 3.00 | 3.00 | 9.00 |
| TAM | 480 | PROD MGT DEC TX OP | C- | 3.00 | 3.00 | 6.00 |
| TXM | | 1998 SPRING SEMESTER | | | | |
| EC | 348 | INTRO INTL ECON | W | 3.00 | | |
| ENG | 331 | COMMUN ENGR & TECH | C | 3.00 | 3.00 | 6.00 |
| HI | 251 | EARLY AMER HIST | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FIRST SUMMER | | | | |
| BUS | 320 | FINANCIAL MANAGE | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FALL SEMESTER | | | | |
| EC | 431 | LABOR ECONOMICS | C+ | 3.00 | 3.00 | 7.00 |

UNDERGRADUATE TOTALS

SHP=003.00 GPA HRS=003.00 GP= 007.00 SGPA=2.333
THP=142.00 GPA HRS=142.00 GP= 386.00 TGPA=2.718

CONTINUED ON PAGE NO. 2

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL — TRANSCRIPT GUIDE PRINTED ON REVERSE
REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED — AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| **STUDENT NUMBER** | **DATE** | **PAGE NUMBER** |
| 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 | 05/27/99 | 2 |
| **STUDENT MAJOR** | | **CLASSIFICATION** |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|

DEGREES EARNED:
12/16/98 BS IN TEXTILE AND APPAREL MANAGEMENT
MINOR: ECONOMICS

CODE KEY:
R COURSE REPEATED W/O PENALTY

*** END OF TRANSCRIPT ***

| COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|

COPY OFFICIAL RECORD COPY OFFICIAL RECORD

FINISH FILE

324

P1000-20

BUPERS USE ONLY

# OFFICER APPOINTMENT ACCEPTANCE AND OATH OF OFFICE

S-1

1. NAME(LAST,FIRST,MIDDLE) BLANKENSHIP,MALCOLM BRITTAIN III
2. STATUS BEFORE APPT. AOCUI2,USNR
3. PC 03

ADDRESS OC PENSACOLA

| 4. SSN | 5. | 6. DESIG. | 7. S | 8. | 9. OSC | 10. CSC | 11. BC |
|---|---|---|---|---|---|---|---|
| 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 | Y | 1395 | M | | 030 | 030 | C |

| 12. DATE OF BIRTH | 13. PERM. GRADE | 14. PERM. GRADE DATE | 15. PRES. GRADE | 16. PRES. GRADE DATE | 17. NULL & VOID DATE |
|---|---|---|---|---|---|
| 75APR06 | ENS | 00JAN28 | ENS | 00JAN28 | |

TYPE OF DUTY: [X] 18. ACTIVE [ ] 19. INACTIVE

TYPE OF APPOINTMENT: [ ] 20. TEMPORARY [X] 21. PERMANENT

STATUS: [ ] 22. CONFIRMED [ ] 23. AD INTERIM

[ ] 24. USN [X] 25. USNR

26. AUTHORITY 10 USC 12203 99A

27. PLSD

28.

29. BUPERS USE ONLY

THE PRESIDENT OF THE UNITED STATES HAS APPOINTED YOU AS AN OFFICER IN THE U.S. NAVY UNDER THE CONDITIONS INDICATED IN THIS DOCUMENT. IF APPOINTMENT IS ACCEPTED YOU MUST COMPLETE OATH OF OFFICE. IF IT IS NOT ACCEPTED SIGN AND DATE DECLINATION/INDICATE REASONS FOR NON-ACCEPTANCE:

AUTHENTICATED: MICHAEL J. LYNN PERS 854/00JAN14

## OATH OF OFFICE

From: MALCOLM BRITTAIN BLANKENSHIP III
To: Secretary of the Navy

I MALCOLM BRITTAIN BLANKENSHIP III
HAVING BEEN APPOINTED ENS (P)
IN THE U.S. NAVY UNDER THE CONDITIONS INDICATED IN THIS DOCUMENT, DO ACCEPT SUCH APPOINTMENT AND DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL SUPPORT AND DEFEND THE CONSTITUTION OF THE UNITED STATES AGAINST ALL ENEMIES, FOREIGN AND DOMESTIC, THAT I WILL BEAR TRUE FAITH AND ALLEGIANCE TO THE SAME; THAT I TAKE THIS OBLIGATION FREELY, WITHOUT ANY MENTAL RESERVATION OR PURPOSE OF EVASION; AND THAT I WILL WELL AND FAITHFULLY DISCHARGE THE DUTIES OF THE OFFICE ON WHICH I AM ABOUT TO ENTER, SO HELP ME GOD.

Copy to:

Malcolm B Blankenship III
(SIGNATURE OF APPOINTEE)

MAY 19

SUBSCRIBED AND SWORN TO BEFORE ME THIS

DAY OF 28 JAN 2000 19

Tracy L. DeWitt, LT
(SIGNATURE AND GRADE OF WITNESSING OFFICER)

## DECLINATION OR DISQUALIFICATION

[ ] NOT OFFERED

[ ] NOT ACCEPTED

(APPOINTEE/COMMANDING OFFICER SIGNATURE) (DATE)

REASON

NAVCRUIT 1000/20 (REV 2/96)

ORIGINAL-RETURN TO NAVCRUITOM,CODE 13



OFFICIAL RECORD COPY

# DEPARTMENT OF THE NAVY

NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

IN REPLY REFER TO:
1420
N332/
APR 05 2004

From: Commanding Officer, Naval Reserve Personnel Center
To: LTJG Malcolm Brittai Blankenship, USNR, 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/1305

Subj: DELIVERY OF APPOINTMENT

Ref: (a) 10 USC 5910

3. Pursuant to the provisions of reference (a), your appointment to **Lieutenant** with a date of rank of **01 February 2004** is hereby delivered.

4. Please circle, as appropriate, whether you accept or decline this appointment. If you note any discrepancies on this form, please mark the errors and return it unsigned for corrections. A new appointment will be issued. Keep the original appointment for your records and use in obtaining a new Armed Forces Reserve Identification Card at any local issuing activity. Please return the **signed copy** to this command.

C. M. SAYLOR

From: LT Malcolm Brittai Blankenship, USNR, 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/1305
To: Commander, Navy Personnel Command (PERS-4802)
Via: Commanding Officer, Naval Reserve Personnel Center

2. I accept/~~decline~~ the appointment authorized.

III
(Signature)

FIRST ENDORSEMENT

From: Commanding Officer, Naval Reserve Personnel Center
To: Commander, Navy Personnel Command (PERS-86)

2. Forwarded.

(Signature)

OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**
NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

IN REPLY REFER TO:
1420
N332/
APR 05 2004

From: Commanding Officer, Naval Reserve Personnel Center
To: LTJG Malcolm Brittai Blankenship, USNR, 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/1305

Subj: DELIVERY OF APPOINTMENT

Ref: (a) 10 USC 5910

3. Pursuant to the provisions of reference (a), your appointment to **Lieutenant** with a date of rank of **01 February 2004** is hereby delivered.

4. Please circle, as appropriate, whether you accept or decline this appointment. If you note any discrepancies on this form, please mark the errors and return it unsigned for corrections. A new appointment will be issued. Keep the original appointment for your records and use in obtaining a new Armed Forces Reserve Identification Card at any local issuing activity. Please return the **signed copy** to this command.

C. M. SAYLOR

---

From: LT Malcolm Brittai Blankenship, USNR, 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/1305
To: Commander, Navy Personnel Command (PERS-4802)
Via: Commanding Officer, Naval Reserve Personnel Center

2. I accept/~~decline~~ the appointment authorized.

(Signature)

FIRST ENDORSEMENT

From: Commanding Officer, Naval Reserve Personnel Center
To: Commander, Navy Personnel Command (PERS-86)

2. Forwarded.

(Signature)

OFFICIAL RECORD COPY

# PRESEPARATION COUNSELING CHECKLIST

*(Please read Privacy Act Statement on back before completing this form.)*

SECTION I. *Please indicate (by checking YES or NO) whether you or your spouse (if applicable) desire counseling for the following services and benefits. All benefits and services checked YES should be used in developing your ITP. The following services and benefits are available to all Service members, unless otherwise specified.*

| | SERVICE MEMBER | | | SPOUSE | | | REFERRED TO |
|---|---|---|---|---|---|---|---|
| | YES | NO | N/A | YES | NO | N/A | (Input is optional) |
| 1. INDIVIDUAL TRANSITION PLAN (ITP) | ✓ | | | | | | |
| 2. EFFECTS OF A CAREER CHANGE | | ✓ | | | | | |
| 3. EMPLOYMENT ASSISTANCE | ✓ | | | | | | |
| a. Dept. of Labor sponsored Transition Assistance Program and Service sponsored Transition Seminars/Programs | ✓ | | | | | | |
| b. Use of DD Form 2586 (Verification Certification of Military Experience and Training) | | ✓ | | | | | |
| c. Defense Outplacement Referral System (DORS) | ✓ | | | | | | |
| d. Public and Community Service (PACS) | ✓ | | | | | | |
| e. Transition Bulletin Board (TBB) | ✓ | | | | | | |
| f. Teacher and Teacher's Aid Placement/Certification Program | | ✓ | | | | | |
| g. Federal Employment Opportunities | ✓ | | | | | | |
| h. Hiring Preference in Non-Appropriated Fund (NAF) jobs (VSI, SSB, Eligible Involuntary Seperatees) | ✓ | | | | | | |
| i. State Employment Agencies/Interstate Job Bank | ✓ | | | | | | |
| 4. RELOCATION ASSISTANCE | | ✓ | | | | | |
| a. Excess leave and permissive (TDY/TAD) | ✓ | | | | | | |
| *b. Travel and transportation allowances | ✓ | | | | | | |
| *c. Military family housing extension (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| *d. Commissary and exchange benefits extension (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| *e. DODDS school extension (Eligible Involuntary Separatees Only) | | | ✓ | | | | |
| 5. EDUCATION/TRAINING | ✓ | | | | | | |
| a. Education benefits (Montgomery Bill, Veterans Educational Assistance Program, Vietnam-era, etc.) | ✓ | | | | | | |
| b. Job Training Partnership Act (JTPA) (VSI, SSB, Eligible Involuntary Separatees) | ✓ | | | | | | |
| c. Additional education or training options | ✓ | | | | | | |
| 6. HEALTH AND LIFE INSURANCE | ✓ | | | | | | |
| a. 60-day or 120-day extended Military Medical and Dental benefits (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| b. Option to purchase 18-month conversion health insurance | | | ✓ | | | | |
| c. Concurrent pre-existing condition coverage with purchase of conversion health insurance (VSI, SSB, Eligible Involuntary Separatees) | | | ✓ | | | | |
| d. Veterans' Group Life Insurance | | | ✓ | | | | |
| 7. FINANCES | ✓ | | | | | | |
| a. Financial Management | ✓ | ✓ | | | | | |
| b. Separation pay (VSI, SSB, Eligible Involuntary Separatees) | ✓ | | | | | | |
| c. Unemployment compensation | ✓ | | | | | | |
| d. Other financial assistance (VA Loans, SBA Loans, and other government grants and loans) | ✓ | | | | | | |
| 8. RESERVE AFFILIATION/PRIORITY | | | ✓ | | | | |
| 9. DISABLED VETERANS | | | ✓ | | | | |
| a. Disabled Transition Assistance Program (DTAP) | | | ✓ | | | | |
| b. VA Disability Benefits | | | ✓ | | | | |

* STATUS OF FORCES AGREEMENT LIMITATIONS APPLY FOR OVERSEAS SERVICE MEMBERS

DD Form 2648, SEP 93

EMPRS Duplicate Copy

OFFICIAL RECORD COPY

E-32

**ADMINISTRATIVE REMARKS**
NAVPERS 1070/613 (Rev. 1-76)
S/N 0106-LF-010-6990

SEE BUPERSMAN 5030420

SHIP OR STATION CO, NAVCRUITDIST RAL NC

3 AUG 99

*Enlisted this date in the Naval Reserves in the special rate of E5/ OCPO2 , to serve for a period of 8 years. Issued orders to report to the Commander,* Navy Aviations Command, *for active duty on* 16 Oct 99.

S. R. HORTON
By direction

OFFICIAL RECORD COPY

NAME (Last, First, Middle) BLANKENSHIP, MALCOLM BRITTAIN

SSN 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

BRANCH AND CLASS USNR



13

AFFIRMATION OF TRUTHFULNESS
NAVPERS 1130/18 (11-69) S/N 0106-LF-033-1190

3 AUGUST 1999
DATE

I, MALCOLM BRITTAIN BLANKENSHIP III, do this date, solemnly swear and affirm the following to be completely true in all respects:

(1) That I have withheld no information from my Fraudulent Enlistment Warning Sheet (NavPers 1130/2); and

(2) That my recruiter LT SHEILA R. HORTON, has instructed me to answer all questions on my enlistment documents truthfully and honestly and to NOT WITHHOLD any information whatsoever from these enlistment documents. I further swear and affirm that I fully understand that all questions on my enlistment documents, and in particular my Fraudulent Enlistment Warning Sheet (NavPers 1130/2), must be answered completely and truthfully in all respects regardless of what any other person may have told me, (e.g. Recruiter, Judge, Police Officer, Probation Officer, Parents, etc.), to the effect that I did not have to report a particular event in applying for the service. Finally, I understand that if any information is withheld by me from my enlistment documents that I am liable to stand trial by court-martial and/or receive a discharge under other than honorable conditions for fraudulent enlistment.

[signature]
APPLICANT
MALCOLM BRITTAIN BLANKENSHIP III

[signature]
WITNESS *(If applicant is under 21 years of age, witness must be parent or legal guardian, if existent.)*
SHEILA R. HORTON

U.S. Government Printing Office: 1975—635-272/2002 Region No. 3-II

OFFICIAL RECORD COPY

**AFFIRMATION OF TRUTHFULNESS**
**NAVPERS 1130/18 (11-69)** S/N 0106-LF-033-1190

3 AUGUST 1999
DATE

I, MALCOLM BRITTAIN BLANKENSHIP III, do this date, solemnly swear and affirm the following to be completely true in all respects:

(1) That I have withheld no information from my Fraudulent Enlistment Warning Sheet (NavPers 1130/2); and

(2) That my recruiter LT SHEILA R. HORTON, has instructed me to answer all questions on my enlistment documents truthfully and honestly and to NOT WITHHOLD any information whatsoever from these enlistment documents. I further swear and affirm that I fully understand that all questions on my enlistment documents, and in particular my Fraudulent Enlistment Warning Sheet (NavPers 1130/2), must be answered completely and truthfully in all respects regardless of what any other person may have told me, (e.g. Recruiter, Judge, Police Officer, Probation Officer, Parents, etc.), to the effect that I did not have to report a particular event in applying for the service. Finally, I understand that if any information is withheld by me from my enlistment documents that I am liable to stand trial by court-martial and/or receive a discharge under other than honorable conditions for fraudulent enlistment.

APPLICANT
MALCOLM BRITTAIN BLANKENSHIP III

WITNESS *(If applicant is under 21 years of age, witness must be parent or legal guardian, if existent.)*
SHEILA R. HORTON

U.S. Government Printing Office: 1975—635-272/2002 Region No. 3-II



OFFICIAL RECORD COPY

STATEMENT OF UNDERSTANDING

I understand that my appointment is made without completion of the National, Agency Check. Should I be found unqualified for commissioned service as a result of the National Agency Check, I understand that I will be discharged from the naval service.

NAME: MALCOLM BRITTAIN BLANKENSHIP III
RANK/DESIG: ENSIGN / 13950

28 JAN 00
DATE

DISTRIBUTION:
1 Copy with NAVCRUIT 1000/20
1 Copy for Officer's service record
1 Copy to CNRC Code:________

OFFICIAL RECORD COPY

DEPARTMENT OF THE NAVY
OFFICER IN CHARGE
PERSUPP DET
421 SAUFLEY ST SUITE B
PENSACOLA FL 32508-5202

1321
SNA 1395
11 JAN 99

BUPERS ORDER 0110 242218324

From: Officer in Charge, Personnel Support Activity Detachment, Naval Air Station, Pensacola, FL
To: Ensign Malcolm Brittain Blankenship III, USNR

Subj: APPOINTMENT ORDER

Ref: (a) COMNAVPERSCOM ltr NPC-433-11b of 14 Apr 81

1. In compliance with reference (a), and upon acceptance of appointment to Ensign, USNR, proceed and report to Naval Aviation Schools Command, NAS Pensacola, FL (30500) for duty under instruction in a flying status involving operational or training flights. Report to Personnel Support Activity Detachment, NAS Pensacola, FL for administrative purposes. You are a designated Student Naval Aviator. These orders constitute assignment to duty in a part of the aeronautic organization of the Navy. Detailed to duty in a flying status involving operational or training flight effective such date as endorsed hereon. You are obligated to serve the number of years indicated on your Aviation Officer Program Service Agreement following date of completion of training within the Naval Air Training Command. Designator change to 1315 will be effective upon designation as a Naval Aviator. The scheduled length of this course of instruction involved in these orders is for a period of more than twenty weeks. You reported for duty under instruction in a flying status involving operational or training flights and are hereby detailed to duty under instruction in a status involving operational or training flights on 28 January 2000. Complete applicable items on both sides of NAVPERS 7041/1. In accordance with current DOD directives, you are directed to report to the appropriate housing referral office prior to negotiation of any agreement for off-base housing. Command delivering orders directed to comply with MILPERSMAN 1810580.

ACCT DATA: N2A0 1701453.2250 R 000022 AE 2A0/6/9/F 2A0 242218324

2. Delivered. You were notified on 11 January 2000 that these orders have been received. You accepted appointment as an Ensign in the U. S. Naval Reserve on 28 January 2000.

3. Your home of record is Woodleaf, NC.
Ordered to active duty from: Raleigh, NC.

A. B. CARPENTER
By direction

Copy to:
COMNAVPERSCOM (NPC-3,433E)



OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**
TRAINING AIR WING FOUR
245 FIFTH ST SUITE 105
CORPUS CHRISTI TX 78419-5242

**FINISHED FILE PERS - 80**

1421
Ser N00/0131
21 Apr 02

From: Commander, Training Air Wing FOUR
To: ENS Malcolm B. Blankenship, USNR, 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/1395

Subj: DELIVERY OF PERMANENT APPOINTMENT

Ref: (a) SECNAVINST 1421.4D
(b) USC Title 10, Section 624
(c) SECNAVINST 1811.3M

1. Your permanent appointment to Lieutenant Junior Grade, with date of rank and effective date of ~~21 April 2002~~ 28 APR 02 promulgated by reference (a) pursuant to the provisions of reference (b) is hereby delivered.

2. You will indicate by endorsement hereon whether you accept or decline this appointment.

S. B. LATTA

21 Apr 02

FIRST ENDORSEMENT

From: LTJG Malcolm B. Blankenship, USNR, 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/1395
To: Commander, Navy Personnel Command (PERS-851)
Via: Commander, Training Air Wing FOUR

1. I accept the permanent appointment authorized by reference (a).

2. I certify that I understand the provisions of reference (c).

3. VOLUNTARY OATH:

I, LTJG Malcolm B. Blankenship, do solemnly reaffirm that I will support and defend the Constitution of the United States of America against all enemies, foreign and domestic, that I will continue to bear true faith and allegiance to the Constitution and the Country whose course it directs, and that I take this obligation freely, without any mental reservation. So help me God.

M. B. BLANKENSHIP

21 Apr 02

SECOND ENDORSEMENT

From: Commander, Training Air Wing FOUR
To: Commander, Navy Personnel Command (PERS-851)

1. Forwarded.

S. B. LATTA

Copy to:
PERS-85
Appointee
Disbursing

**FINISHED FILE PERS - 80**

OFFICIAL RECORD COPY

DEPARTMENT OF THE NAVY
TRAINING AIR WING FOUR
245 FIFTH ST SUITE 105
CORPUS CHRISTI TX 78419-5242

FINISHED FILE PERS - 80

1421
Ser N00/0131
21 Apr 02

From: Commander, Training Air Wing FOUR
To: ENS Malcolm B. Blankenship, USNR, 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/1395

Subj: DELIVERY OF PERMANENT APPOINTMENT

Ref: (a) SECNAVINST 1421.4D
(b) USC Title 10, Section 624
(c) SECNAVINST 1811.3M

1. Your permanent appointment to Lieutenant Junior Grade, with date of rank and effective date of ~~21 April 2002~~ 28 APR 02 promulgated by reference (a) pursuant to the provisions of reference (b) is hereby delivered.

2. You will indicate by endorsement hereon whether you accept or decline this appointment.

S. B. LATTA

FIRST ENDORSEMENT 21 Apr 02

From: LTJG Malcolm B. Blankenship, USNR, 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/1395
To: Commander, Navy Personnel Command (PERS-851)
Via: Commander, Training Air Wing FOUR

1. I accept the permanent appointment authorized by reference (a).

2. I certify that I understand the provisions of reference (c).

3. VOLUNTARY OATH:

I, LTJG Malcolm B. Blankenship, do solemnly reaffirm that I will support and defend the Constitution of the United States of America against all enemies, foreign and domestic, that I will continue to bear true faith and allegiance to the Constitution and the Country whose course it directs, and that I take this obligation freely, without any mental reservation. So help me God.

M. B. BLANKENSHIP

SECOND ENDORSEMENT 21 Apr 02

From: Commander, Training Air Wing FOUR
To: Commander, Navy Personnel Command (PERS-851)

1. Forwarded.

S. B. LATTA

Copy to:
PERS-85
Appointee
Disbursing

FINISHED FILE PERS - 80

OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**
NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

IN REPLY REFER TO:
1420
N332/
APR 0 5 2004

From: Commanding Officer, Naval Reserve Personnel Center
To: LTJG Malcolm Brittai Blankenship, USNR, 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/1305

Subj: DELIVERY OF APPOINTMENT

Ref: (a) 10 USC 5910

3. Pursuant to the provisions of reference (a), your appointment to **Lieutenant** with a date of rank of **01 February 2004** is hereby delivered.

4. Please circle, as appropriate, whether you accept or decline this appointment. If you note any discrepancies on this form, please mark the errors and return it unsigned for corrections. A new appointment will be issued. Keep the original appointment for your records and use in obtaining a new Armed Forces Reserve Identification Card at any local issuing activity. Please return the **signed copy** to this command.

C. M. SAYLOR

From: LT Malcolm Brittai Blankenship, USNR, 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/1305
To: Commander, Navy Personnel Command (PERS-4802)
Via: Commanding Officer, Naval Reserve Personnel Center

2. I accept/~~decline~~ the appointment authorized.

(Signature)

FIRST ENDORSEMENT

From: Commanding Officer, Naval Reserve Personnel Center
To: Commander, Navy Personnel Command (PERS-86)

2. Forwarded.

(Signature)

OFFICIAL RECORD COPY

EMPRS Duplicate Copy

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

**1. NAME** *(Last, First, Middle)*: BLANKENSHIP, MALCOLM BRITTAIN III

**2. DEPARTMENT, COMPONENT AND BRANCH**: USNR

**3. SOCIAL SECURITY NO.**: 242 | 21 | 8324

**4.a. GRADE, RATE OR RANK**: OC

**4.b. PAY GRADE**: E5

**5. DATE OF BIRTH** *(YYMMDD)*: 75APR06

**6. RESERVE OBLIG. TERM. DATE**: Year NA Month Day

**7.a. PLACE OF ENTRY INTO ACTIVE DUTY**: RALEIGH, NC

**7.b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*: 2250 GODBEY ROAD, WOODLEAF, NC 27054

**8.a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: NAVAVSCHOLSCOM, PENSACOLA FL

**8.b. STATION WHERE SEPARATED**: PERSUPPDET PENSACOLA FL

**9. COMMAND TO WHICH TRANSFERRED**: NA

**10. SGLI COVERAGE**: None ☐ Amount: $ 200,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*

1395-0000 X X X
X X X X
X X X X
X X X X
X X X X
X X X X

**12. RECORD OF SERVICE**

| | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 99 | OCT | 15 |
| b. Separation Date This Period | 2000 | JAN | 27 |
| c. Net Active Service This Period | 00 | 03 | 13 |
| d. Total Prior Active Service | 00 | 00 | 00 |
| e. Total Prior Inactive Service | 00 | 00 | 00 |
| f. Foreign Service | 00 | 00 | 00 |
| g. Sea Service | 00 | 00 | 00 |
| h. Effective Date of Pay Grade | 99 | OCT | 15 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*

X X X X X X X X X
X X X X X X X X X
X X X X X X X X X

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*

OFFICER CANDIDATE SCHOOL, 13 WKS, JAN00. X X X X X
X X X X X X X X X
X X X X X X X X X

**15.a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM**: Yes ☐ No ☒

**15.b. HIGH SCHOOL GRADUATE OR EQUIVALENT**: Yes ☒ No ☐

**16. DAYS ACCRUED LEAVE PAID**: NONE

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: ☒ Yes ☐ No

**18. REMARKS**

"THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OR WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLIANCE WITH, THE REQUIREMENTS OF A FEDERAL BENEFIT PROGRAM." X X X X X X

X X X X X X X X
X X X X X X X X
X X X X X X X X
X X X X X X X X
X X X X X X X SER #08277

**19.a. MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*: 2250 GODBEY ROAD, WOODLEAF, ROWAN COUNTY, NC 27054

**19.b. NEAREST RELATIVE** *(Name and address - include Zip Code)*: MALCOLM B. BLANKENSHIP JR, 2250 GODBEY ROAD, WOODLEAF, NC 27054

**20. MEMBER REQUESTS COPY 6 BE SENT TO** NC DIR. OF VET AFFAIRS: Yes ☒ No

**21. SIGNATURE OF MEMBER BEING SEPARATED**: *[signature]*

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*: *[signature]* A B CARPENTER, PN1, USNR(TAR), MILPERS SUPV,BYDIR

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**: DISCHARGED

**24. CHARACTER OF SERVICE** *(Include upgrades)*: HONORABLE

**25. SEPARATION AUTHORITY**: MILPERSMAN 1910-102

**26. SEPARATION CODE**: KGM

**27. REENTRY CODE**: RE-2

**28. NARRATIVE REASON FOR SEPARATION**: ACCEPT COMMISSION IN SAME BRANCH OF SERVICE.

**29. DATES OF TIME LOST DURING THIS PERIOD**: TL-NONE

**30. MEMBER REQUESTS COPY 4**: *[initials]* Initials

DD Form 214, NOV 88 S/N 0102-LF-006-5500 *Previous editions are obsolete.* SERVICE - 2



OFFICIAL RECORD COPY

09

Name: BLANKENSHIP MALCOLM B
SSN: 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 Designator: 1395 Date of Report: 09/05/00

Statement of Service

| | Inactive | Active | Training | Subtotals Active | Inactive | |
|---|---|---|---|---|---|---|
| USNR-E | 08/03/99 10/14/99 | Not Creditable | | | | |
| USNR-E | | 10/15/99 01/27/00 | | 0 | 3 | 13 |
| USNR-O | | 01/28/00 DATE | | 0 | 7 | 8 |

| | | | | |
|---|---|---|---|---|
| DATE OF BIRTH: 04/06/75 | PEBD: 10/15/99 | | ADSD: 10/15/99 | |
| ACBD: 01/28/00 | PSD: | | ELIGIBLE TO RETIRE: 2020 | |
| DGAD: 01/28/00 | PREV. MIL. SERV. | BRANCH: N | YEAR BEGAN: 1999 | MOS. 3 |
| AVIATION COMMISSION DATE 01/28/00 | | HIGHEST GRADE OCU2 | OVER 4 YEARS A-E | |

This statement supersedes all prior statements of service

Examiner: L / Reviewer: ____________

FINISH FILE NPC 822

OFFICIAL RECORD COPY

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME *(Last, First, Middle)* | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| BLANKENSHIP, MALCOLM, BRITTAIN | NAVY, USN | 242 \| 21 \| 8324 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH *(YYMMDD)* | 6. RESERVE OBLIG. TERM. DATE (Year / Month / Day) |
|---|---|---|---|
| LTJG | O2 | 750406 | |

**7a. PLACE OF ENTRY INTO ACTIVE DUTY**
OFFICER CANDIDATE SCHOOL
PENSACOLA, FL

**7b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*
2250 GODBEY RD WOODLEAF NC 27054

**8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**
USS ENTERPRISE CVN65

**8b. STATION WHERE SEPARATED**
USS ENTERPRISE CVN 65

**9. COMMAND TO WHICH TRANSFERRED**
N/A

**10. SGLI COVERAGE** ☐ None
Amount: $250,000.00

**11. PRIMARY SPECIALTY** *(List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)*
8506 CARRIER AIRBORNE CIC OFFICER

| 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|
| a. Date Entered AD This Period | 1999 | 10 | 17 |
| b. Separation Date This Period | 2003 | 09 | 30 |
| c. Net Active Service This Period | 3 | 11 | 0 |
| d. Total Prior Active Service | 0 | 0 | 0 |
| e. Total Prior Inactive Service | 0 | 0 | 0 |
| f. Foreign Service | 0 | 0 | 0 |
| g. Sea Service | 0 | 12 | 0 |
| h. Effective Date of Pay Grade | 2000 | 01 | 28 |

**13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
NATIONAL DEFENSE RIBBON, EXPERT PISTOL SHOT, EXPERT RIFLEMAN MEDAL X X X X X X X X X
X X X X XX X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X

**14. MILITARY EDUCATION** *(Course title, number of weeks, and month and year completed)*
P-9B-2000 OFFICER CANDIDATE SCHOOL 28JAN2000; B-322-0043 BASIC AEROSPACE PHYSIOLOGY INDOCTRINATION 15 JUN 2000; B-9E-1220 NAVAL AVIATION WATER SURVIVAL PROGRAM N1 22JUN2000; Q-9B-0020 PREFLIGHT 23 JUN 2000;Q-2A-0030 MULTI-SERVICE PILOT TRAINING-PRIMARY 8APR2001; SEE BLK 18 REMARKS

| 15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM | Yes | No | 15b. HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes | No | 16. DAYS ACCRUED LEAVE PAID |
|---|---|---|---|---|---|---|
| | | X | | X | | |

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO [X] Yes [ ] No

**18. REMARKS**
THE INFORMATION CONTAINED HEREIN IS SUBJECT TO COMPUTER MATCHING WITHIN THE DEPARTMENT OF DEFENSE OF WITH OTHER AFFECTED FEDERAL OR NON-FEDERAL AGENCY FOR VERIFICATION PURPOSES AND TO DETERMINE ELIGIBILITY FOR, AND/OR CONTINUED COMPLAINCE WITH, THE REQUIREMENTS OF A FEDERAL BENFIT PROGRAM. X X X X X X X X X X X X X X X X X X X X
BLK 14 Q-2A-0033 MULTI-SERVICE PILOT TRAINNIG -INTERMEDIATE MULTI-ENGINE 6MAY2001 X X X XX X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X XX X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X X
X X X X X X X X X X X X X X X X X

**19a. MAILING ADDRESS AFTER SEPARATION** *(Include Zip Code)*
2250 GODBEY RD WOODLEAF NC 27054

**19b. NEAREST RELATIVE** *(Name and address - include Zip Code)*
MAC BLANKENSHIP 2250 GODBEY RD WOODLEAF NC 27054

20. MEMBER REQUESTS COPY 6 BE SENT TO NC DIR. OF VET AFFAIRS [X] Yes [ ] No

**21. SIGNATURE OF MEMBER BEING SEPARATED**
(signature) LTJG

**22. OFFICIAL AUTHORIZED TO SIGN** *(Typed name, grade, title and signature)*
A. ORTIZ, YNC(AW) OFFRECSUPV (signature)

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

**23. TYPE OF SEPARATION**
RELEASED FROM ACTIVE DUTY

**24. CHARACTER OF SERVICE** *(Include upgrades)*
HONORABLE

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| DEPCHNAVPERS, BUPERS ORDER 1083 | MBK | N/A |

**28. NARRATIVE REASON FOR SEPARATION**
COMPLETION OF REQUIRED ACTIVE SERVICE

**29. DATES OF TIME LOST DURING THIS PERIOD**
TL: NONE

**30. MEMBER REQUESTS COPY 4** Initials: MBB

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL     TRANSCRIPT GUIDE PRINTED ON REVERSE

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED     AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE® security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| STUDENT NUMBER | DATE | PAGE NUMBER |
| 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 | 05/27/99 | 1 |
| STUDENT MAJOR | | CLASSIFICATION |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| LEB | | 1993 FALL SEMESTER | | | | |
| ALS | 103 | INTRO TOPICS ALS | B | 1.00 | 1.00 | 3.00 |
| ARE | 201 | INTRO AG RES ECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 111 | COMP AND RHETORIC | B | 3.00 | 3.00 | 9.00 |
| HI | 208 | THE MIDDLE AGES | B | 3.00 | 3.00 | 9.00 |
| R MA | 121 | ELEMENTS OF CALC | F | 4.00 | | |
| PE | 250 | TENNIS II | A | 1.00 | 1.00 | 4.00 |
| LEB | | 1994 SPRING SEMESTER | | | | |
| CH | 101 | GENERAL CHEM I | B | 3.00 | 3.00 | 9.00 |
| CH | 121 | GEN CHEM I LAB | B | 1.00 | 1.00 | 3.00 |
| EC | 301 | INTERMED MICROECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 112 | COMP AND READING | C | 3.00 | 3.00 | 6.00 |
| HI | 207 | ANC WRLD TO 180 AD | B | 3.00 | 3.00 | 9.00 |
| LEB | | 1994 FIRST SUMMER | | | | |
| EC | 302 | INTERMED MACROECON | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | C | 4.00 | 4.00 | 8.00 |
| TXM | | 1994 FALL SEMESTER | | | | |
| ACC | 280 | MANAGERIAL ACCOUNT | C | 3.00 | 3.00 | 6.00 |
| ECI | 102 | ORIEN MID GR EDUC | W | 0.00 | | |
| PY | 211 | COLLEGE PHYSICS I | C | 4.00 | 4.00 | 8.00 |
| T | 105 | INTRO TEXT MAT SCI | B | 3.00 | 3.00 | 9.00 |
| TC | 203 | INTRO POLYMER CHEM | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1995 SPRING SEMESTER | | | | |
| PE | 226 | SKIN & SCUBA DIV I | S | 2.00 | 2.00 | |
| PE | 242 | BADMINTON | A | 1.00 | 1.00 | 4.00 |
| ST | 350 | ECON BUSINESS STAT | C | 3.00 | 3.00 | 6.00 |
| TAM | 218 | INTRO APP TECH MGT | B+ | 3.00 | 3.00 | 9.00 |
| TMS | 211 | INTRO FIBER SCI | C | 3.00 | 3.00 | 6.00 |
| TT | 220 | YARN PROD SYSTEMS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FIRST SUMMER | | | | |
| TAM | 380 | MGT CNTRL TX SYS | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FALL SEMESTER | | | | |
| FLS | 102 | ELEMENT SPANISH II | C+ | 3.00 | 3.00 | 6.00 |
| PSY | 307 | INDUST AND ORG PSY | C | 3.00 | 3.00 | 6.00 |
| TC | 301 | TECH DYEING FINISH | C | 4.00 | 4.00 | 8.00 |
| TT | 250 | TEX FAB FORM STRUC | C | 3.00 | 3.00 | 6.00 |
| TT | 341 | KNITTING SYSTEMS | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 SPRING SEMESTER | | | | |
| FLS | 201 | INTERM SPANISH I | B- | 3.00 | 3.00 | 9.00 |
| TAM | 381 | SUPERV TEX APP IND | A | 3.00 | 3.00 | 12.00 |

CONTINUED AT TOP OF NEXT COLUMN

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| TAM | 382 | PR SOFT GOODS MKTG | A | 3.00 | 3.00 | 12.00 |
| TAM | 484 | MAN DEC MAK TX FIR | A | 3.00 | 3.00 | 12.00 |
| | | SEMESTER DEAN'S LIST | | | | |
| TXM | | 1996 FIRST SUMMER | | | | |
| PE | 100 | HEALTH & PHYS FIT | U | 1.00 | 0.00 | |
| TAM | 331 | QUAL CNTR TEXT MGT | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 FALL SEMESTER | | | | |
| ANT | 252 | CULTURAL ANTHROPOL | W | 3.00 | | |
| FLS | 202 | INTERM SPANISH II | C- | 3.00 | 3.00 | 6.00 |
| TAM | 383 | MGMT TEXT PROD DEV | A | 3.00 | 3.00 | 12.00 |
| TAM | 482 | TEX MARKETING MGT | B | 3.00 | 3.00 | 9.00 |
| TAM | 495 | SR SEM IN TAM | S | 1.00 | 1.00 | |
| TXM | | 1997 SPRING SEMESTER | | | | |
| BUS | 320 | FINANCIAL MANAGE | F | 3.00 | 0.00 | 0.00 |
| PE | 249 | TENNIS I | A | 1.00 | 1.00 | 4.00 |
| PE | 256 | RACQUETBALL | A | 1.00 | 1.00 | 4.00 |
| PE | 265 | SOFTBALL | B | 1.00 | 1.00 | 3.00 |
| PHI | 321 | CONTEMP MORAL ISSU | A | 3.00 | 3.00 | 12.00 |
| TAM | 481 | PROD COST TX & APP | A | 3.00 | 3.00 | 12.00 |
| TAM | 585 | MARKET RESEARCH TX | A | 3.00 | 3.00 | 12.00 |
| TXM | | 1997 FIRST SUMMER | | | | |
| PHI | 314 | ISSUES BUS ETHICS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1997 FALL SEMESTER | | | | |
| BUS | 201 | INTRO BUS PROC | B | 3.00 | 3.00 | 9.00 |
| EC | 372 | EVOL AMER BUSINESS | A | 3.00 | 3.00 | 12.00 |
| PS | 342 | POL SY CHINA-JAPAN | B- | 3.00 | 3.00 | 9.00 |
| TAM | 480 | PROD MGT DEC TX OP | C- | 3.00 | 3.00 | 6.00 |
| TXM | | 1998 SPRING SEMESTER | | | | |
| EC | 348 | INTRO INTL ECON | W | 3.00 | | |
| ENG | 331 | COMMUN ENGR & TECH | C | 3.00 | 3.00 | 6.00 |
| HI | 251 | EARLY AMER HIST | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FIRST SUMMER | | | | |
| BUS | 320 | FINANCIAL MANAGE | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FALL SEMESTER | | | | |
| EC | 431 | LABOR ECONOMICS | C+ | 3.00 | 3.00 | 7.00 |

UNDERGRADUATE TOTALS

| | | | |
|---|---|---|---|
| SHP=003.00 | GPA HRS=003.00 | GP= 007.00 | SGPA=2.333 |
| THP=142.00 | GPA HRS=142.00 | GP= 386.00 | TGPA=2.718 |

CONTINUED ON PAGE NO. 2

THE NAME OF THE UNIVERSITY IS PRINTED IN RED ACROSS THE FACE OF THE 11 X 8 1/2 TRANSCRIPT

340

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL TRANSCRIPT GUIDE PRINTED ON REVERSE

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE® security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| **STUDENT NUMBER** | **DATE** | **PAGE NUMBER** |
| 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 | 05/27/99 | 2 |
| **STUDENT MAJOR** | | **CLASSIFICATION** |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS | COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|

DEGREES EARNED:
12/16/98 BS IN TEXTILE AND APPAREL MANAGEMENT
MINOR: ECONOMICS

CODE KEY:
R COURSE REPEATED W/O PENALTY

*** END OF TRANSCRIPT ***

COPY OFFICIAL RECORD

THE NAME OF THE UNIVERSITY IS PRINTED IN RED ACROSS THE FACE OF THE 11 X 8 1/2 TRANSCRIPT

*UNITED STATES NAVAL RESERVE*
*SCREENING QUESTIONNAIRE*
**TRAINING/EXPERIENCE**

Name: **LTJG MALCOLM BRITTAI BLANKENSHIP, 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**

This page will be made a permanent part of your official service record. Ensure all entries are printed legibly.

1. **Higher Education** - Enclose copies of certificates or other official documents to substantiate changes not reflected in your record. **DO NOT include papers, professional articles, or similar material. Documents will not be returned to you.**

| UNIVERSITY/COLLEGE (NAME & LOCATION) | ATTENDED FROM | ATTENDED TO | SEM HOURS EARNED | DEGREE TITLE | DEGREE DATE | MAJOR FIELD OF STUDY | SPECIALIZATION WITH MAJOR |
|---|---|---|---|---|---|---|---|
| NC STATE UNIVERSITY RALEIGH, NC | '93 - | '98 | 129 | TEXTILE MANAGEMENT | '98 | TEXTILES | — |

2. **Civilian Employment:** - DOD requires each service to capture and maintain current and accurate civilian employment-related information on each Reserve member. The purpose for collecting this information is to achieve fair treatment between members in the Ready Reserve who are being considered for recall to active duty without their consent, ensure that there will be no significant attrition of Ready Reserve members or units during a mobilization and to inform Reserve Component members and their employers of their rights, benefits, and obligations under the Uniformed Services Employment and Reemployment Rights Act (USERRA). Please go to "https://www.dmdc.osd.mil/Guard-ReservePortal" (exactly as shown with upper and lower case letters) and provide the requested data.

3. **Foreign Language Skills**

| FOREIGN LANGUAGE: | LANGUAGE PROFICIENCY SOURCE<br>A= Civilian Course<br>B= Def Lang Inst<br>C= Foreign Resident<br>D= Home Environment<br>E= Military School<br>F= Self-Study | PROFICIENCY LEVEL: 1=Elementary 2=Limited 3=General 4=Advanced 5=Fluent — SPEAK | WRITE | READ | LISTEN |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**I CERTIFY THE ABOVE TO BE TRUE AND CORRECT.**

SIGNATURE [signature] DATE 2/2/08

NRPC 3060/2A (REV 8-8-03)

OFFICIAL RECORD COPY

OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**
NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

1420
N52
27 Jan 04

LTJG MALCOLM BRITTAI BLANKENSHIP, USNR
2250 GODBEY RD
WOODLEAF NC 27054-0000

Dear IRR Member:
As a member of the Individual Ready Reserve (IRR) you are obligated by Title 10, U.S. Code, to keep the Navy informed of any changes that would prevent you from being mobilized. The following questionnaire is provided in order to assist you in updating your mobilization status. Please complete and return it within 45 days. You are reminded that failure to keep the Navy informed of your mobilization status may result in your recall to active duty for a period of up to 45 days, your transfer to the Standby Ready Reserve inactive status, or your immediate processing for separation per Title 10, U. S. Code and DOD Directives. Such actions may affect your continued participation in the Naval Reserve, characterization of discharge and entitlement to Veteran's Benefits. If you have any questions concerning your military obligation and participation as a Reservist, please contact Naval Reserve Personnel Center at 1-800-535-2699 during our normal working hours- Monday through Friday from 0700 to 1530 (CST). Thank you for your support of the Naval Reserve.

**PRIVACY ACT STATEMENT**

Authority to request this information is contained in Title 10 USC Section 10149, Continual Screening of the Ready Reserve. The purpose and use of this data is to allow the Department of the Navy to update military personnel records and identify Naval Reserve resources.

| | No | Yes | If Yes- |
|---|---|---|---|
| Have you had a change in your marital or dependent status? | X | | NEW STATUS ____________ (PLEASE ATTACH DOCUMENTATION): |
| Do you have a medical condition that might prevent your mobilization or restrict your assignment? | X | | PLEASE PROVIDE DOCUMENTATION FROM YOUR PHYSICIAN OF CASE HISTORY, DIAGNOSIS AND PROGNOSIS. |
| Do you know of any reason why you would be unavailable to report to a mobilization site within seven (7) days? | X | | IF EXPERIENCING A TEMPORARY HARDSHIP AT THE TIME OF MOBILIZATION A DELAY OR EXEMPTION MAY BE CONSIDERED, BASED ON CIRCUMSTANCES. IF YOUR INABILITY TO MOBILIZE IS NOT TEMPORARY IN NATURE, PLEASE PROVIDE AN EXPLANATION AND/OR DOCUMENTATION. |

| | |
|---|---|
| LTJG MALCOLM BRITTAI BLANKENSHIP<br>2250 GODBEY RD<br>WOODLEAF, NC 27054-0000<br><br>**SSN: 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** | **Please make any changes to your address:**<br>STREET: ____________<br>CITY: ____________ STATE: ____ ZIP: ______<br>PHONE: H:( ) - W:( ) - |

NRPC 3060/2A (REV 8-8-03)

*UNITED STATES NAVAL RESERVE*
*SCREENING QUESTIONNAIRE*
**TRAINING/EXPERIENCE**

Name: **LTJG MALCOLM BRITTAI BLANKENSHIP, 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**

This page will be made a permanent part of your official service record. Ensure all entries are printed legibly.

1. **Higher Education** - Enclose copies of certificates or other official documents to substantiate changes not reflected in your record. **DO NOT include papers, professional articles, or similar material. Documents will not be returned to you.**

| UNIVERSITY/COLLEGE (NAME & LOCATION) | ATTENDED FROM | ATTENDED TO | SEM HOURS EARNED | DEGREE TITLE | DEGREE DATE | MAJOR FIELD OF STUDY | SPECIALIZATION WITH MAJOR |
|---|---|---|---|---|---|---|---|
| NC STATE UNIVERSITY | '93 | '98 | 129 | TEXTILE MANAGMENT | '98 | TEXTILES | — |
| RALEIGH, NC | | | | | | | |

2. **Civilian Employment:** - DOD requires each service to capture and maintain current and accurate civilian employment-related information on each Reserve member. The purpose for collecting this information is to achieve fair treatment between members in the Ready Reserve who are being considered for recall to active duty without their consent, ensure that there will be no significant attrition of Ready Reserve members or units during a mobilization and to inform Reserve Component members and their employers of their rights, benefits, and obligations under the Uniformed Services Employment and Reemployment Rights Act (USERRA). Please go to "https://www.dmdc.osd.mil/Guard-ReservePortal" (exactly as shown with upper and lower case letters) and provide the requested data.

3. **Foreign Language Skills**

| FOREIGN LANGUAGE: | LANGUAGE PROFICIENCY SOURCE<br>A= Civilian Course<br>B= Def Lang Inst<br>C= Foreign Resident<br>D= Home Environment<br>E= Military School<br>F= Self-Study | PROFICIENCY LEVEL: 1=Elementary 2=Limited 3=General 4=Advanced 5=Fluent — SPEAK | WRITE | READ | LISTEN |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

**I CERTIFY THE ABOVE TO BE TRUE AND CORRECT.**

SIGNATURE [signature] DATE 2/2/04

NRPC 3060/2A (REV 8-8-03)

OFFICIAL RECORD COPY

**DEPARTMENT OF THE NAVY**
NAVAL RESERVE PERSONNEL CENTER
NEW ORLEANS LOUISIANA 70149-7800

1420
N52
27 Jan 04

LTJG MALCOLM BRITTAI BLANKENSHIP, USNR
2250 GODBEY RD
WOODLEAF NC 27054-0000

Dear IRR Member:
As a member of the Individual Ready Reserve (IRR) you are obligated by Title 10, U.S. Code, to keep the Navy informed of any changes that would prevent you from being mobilized. The following questionnaire is provided in order to assist you in updating your mobilization status. Please complete and return it within 45 days. You are reminded that failure to keep the Navy informed of your mobilization status may result in your recall to active duty for a period of up to 45 days, your transfer to the Standby Ready Reserve inactive status, or your immediate processing for separation per Title 10, U. S. Code and DOD Directives. Such actions may affect your continued participation in the Naval Reserve, characterization of discharge and entitlement to Veteran's Benefits. If you have any questions concerning your military obligation and participation as a Reservist, please contact Naval Reserve Personnel Center at 1-800-535-2699 during our normal working hours- Monday through Friday from 0700 to 1530 (CST). Thank you for your support of the Naval Reserve.

**PRIVACY ACT STATEMENT**

Authority to request this information is contained in Title 10 USC Section 10149, Continual Screening of the Ready Reserve. The purpose and use of this data is to allow the Department of the Navy to update military personnel records and identify Naval Reserve resources.

| | No | Yes | If Yes- |
|---|---|---|---|
| Have you had a change in your marital or dependent status? | X | | **NEW STATUS** ________ **(PLEASE ATTACH DOCUMENTATION):** |
| Do you have a medical condition that might prevent your mobilization or restrict your assignment? | X | | **PLEASE PROVIDE DOCUMENTATION FROM YOUR PHYSICIAN OF CASE HISTORY, DIAGNOSIS AND PROGNOSIS.** |
| Do you know of any reason why you would be unavailable to report to a mobilization site within seven (7) days? | X | | **IF EXPERIENCING A TEMPORARY HARDSHIP AT THE TIME OF MOBILIZATION A DELAY OR EXEMPTION MAY BE CONSIDERED, BASED ON CIRCUMSTANCES. IF YOUR INABILITY TO MOBILIZE IS NOT TEMPORARY IN NATURE, PLEASE PROVIDE AN EXPLANATION AND/OR DOCUMENTATION.** |

| | |
|---|---|
| LTJG MALCOLM BRITTAI BLANKENSHIP<br>2250 GODBEY RD<br>WOODLEAF, NC 27054-0000<br>**SSN: 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** | **Please make any changes to your address:**<br>STREET: ________<br>CITY: ______ STATE: ____ ZIP: ____<br>PHONE: H:( ) - W:( ) - |

NRPC 3060/2A (REV 8-8-03)

OFFICIAL RECORD COPY

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED — AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED!

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL — TRANSCRIPT GUIDE PRINTED ON REVERSE

| STUDENT NAME | STUDENT NUMBER | DATE | PAGE NUMBER | STUDENT MAJOR | CLASSIFICATION |
|---|---|---|---|---|---|
| BLANKENSHIP MALCOLM B III | 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 | 05/27/99 | 1 | COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | SR |

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| LEB | | 1993 FALL SEMESTER | | | | |
| ALS | 103 | INTRO TOPICS ALS | B | 1.00 | 1.00 | 3.00 |
| ARE | 201 | INTRO AG RES ECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 111 | COMP AND RHETORIC | B | 3.00 | 3.00 | 9.00 |
| HI | 208 | THE MIDDLE AGES | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | F | 4.00 | | |
| PE | 250 | TENNIS II | A | 1.00 | 1.00 | 4.00 |
| LEB | | 1994 SPRING SEMESTER | | | | |
| CH | 101 | GENERAL CHEM I | B | 3.00 | 3.00 | 9.00 |
| CH | 121 | GEN CHEM I LAB | B | 1.00 | 1.00 | 3.00 |
| EC | 301 | INTERMED MICROECON | C | 3.00 | 3.00 | 6.00 |
| ENG | 112 | COMP AND READING | C | 3.00 | 3.00 | 6.00 |
| HI | 207 | ANC WRLD TO 180 AD | B | 3.00 | 3.00 | 9.00 |
| LEB | | 1994 FIRST SUMMER | | | | |
| EC | 302 | INTERMED MACROECON | B | 3.00 | 3.00 | 9.00 |
| MA | 121 | ELEMENTS OF CALC | C | 4.00 | 4.00 | 8.00 |
| TXM | | 1994 FALL SEMESTER | | | | |
| ACC | 280 | MANAGERIAL ACCOUNT | C | 3.00 | 3.00 | 6.00 |
| ECI | 102 | ORIEN MID GR EDUC | W | 0.00 | | |
| PY | 211 | COLLEGE PHYSICS I | C | 4.00 | 4.00 | 8.00 |
| T | 105 | INTRO TEXT MAT SCI | B | 3.00 | 3.00 | 9.00 |
| TC | 203 | INTRO POLYMER CHEM | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1995 SPRING SEMESTER | | | | |
| PE | 226 | SKIN & SCUBA DIV I | S | 2.00 | 2.00 | |
| PE | 242 | BADMINTON | A | 1.00 | 1.00 | 4.00 |
| ST | 350 | ECON BUSINESS STAT | C | 3.00 | 3.00 | 6.00 |
| TAM | 218 | INTRO APP TECH MGT | B+ | 3.00 | 3.00 | 9.00 |
| TMS | 211 | INTRO FIBER SCI | C | 3.00 | 3.00 | 6.00 |
| TT | 220 | YARN PROD SYSTEMS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FIRST SUMMER | | | | |
| TAM | 380 | MGT CNTRL TX SYS | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1995 FALL SEMESTER | | | | |
| FLS | 102 | ELEMENT SPANISH II | C | 3.00 | 3.00 | 6.00 |
| PSY | 307 | INDUST AND ORG PSY | C | 3.00 | 3.00 | 6.00 |
| TC | 301 | TECH DYEING FINISH | C | 4.00 | 4.00 | 8.00 |
| GT | 250 | TEX FAB FORM STRUC | C | 3.00 | 3.00 | 6.00 |
| TT | 341 | KNITTING SYSTEMS | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 SPRING SEMESTER | | | | |
| FLS | 201 | INTERM SPANISH I | B- | 3.00 | 3.00 | 9.00 |
| TAM | 381 | SUPERV TEX APP IND | A | 3.00 | 3.00 | 12.00 |

FINISH FILE

346

CONTINUED AT TOP OF NEXT COLUMN

| COURSE | | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|
| TAM | 382 | PR SOFT GOODS MKTG | A | 3.00 | 3.00 | 12.00 |
| TAM | 484 | MAN DEC MAK TX FIR | A | 3.00 | 3.00 | 12.00 |
| | | SEMESTER DEAN'S LIST | | | | |
| TXM | | 1996 FIRST SUMMER | | | | |
| PE | 100 | HEALTH & PHYS FIT | U | 1.00 | 0.00 | |
| TAM | 331 | QUAL CNTR TEXT MGT | C | 3.00 | 3.00 | 6.00 |
| TXM | | 1996 FALL SEMESTER | | | | |
| ANT | 252 | CULTURAL ANTHROPOL | W | 3.00 | | |
| FLS | 202 | INTERM SPANISH II | C- | 3.00 | 3.00 | 6.00 |
| TAM | 383 | MGMT TEXT PROD DEV | A | 3.00 | 3.00 | 12.00 |
| TAM | 482 | TEX MARKETING MGT | B | 3.00 | 3.00 | 9.00 |
| TAM | 495 | SR SEM IN TAM | S | 1.00 | 1.00 | |
| TXM | | 1997 SPRING SEMESTER | | | | |
| BUS | 320 | FINANCIAL MANAGE | F | 3.00 | 0.00 | 0.00 |
| PE | 249 | TENNIS I | A | 1.00 | 1.00 | 4.00 |
| PE | 256 | RACQUETBALL | A | 1.00 | 1.00 | 4.00 |
| PE | 265 | SOFTBALL | B | 1.00 | 1.00 | 3.00 |
| PHI | 321 | CONTEMP MORAL ISSU | A | 3.00 | 3.00 | 12.00 |
| TAM | 481 | PROD COST TX & APP | A | 3.00 | 3.00 | 12.00 |
| TAM | 585 | MARKET RESEARCH TX | A | 3.00 | 3.00 | 12.00 |
| TXM | | 1997 FIRST SUMMER | | | | |
| PHI | 314 | ISSUES BUS ETHICS | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1997 FALL SEMESTER | | | | |
| BUS | 201 | INTRO BUS PROC | B | 3.00 | 3.00 | 9.00 |
| EC | 372 | EVOL AMER BUSINESS | A | 3.00 | 3.00 | 12.00 |
| PS | 342 | POL SY CHINA-JAPAN | B- | 3.00 | 3.00 | 9.00 |
| TAM | 480 | PROD MGT DEC TX OP | C- | 3.00 | 3.00 | 6.00 |
| TXM | | 1998 SPRING SEMESTER | | | | |
| EC | 348 | INTRO INTL ECON | W | 3.00 | | |
| ENG | 331 | COMMUN ENGR & TECH | C | 3.00 | 3.00 | 6.00 |
| HI | 251 | EARLY AMER HIST | B- | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FIRST SUMMER | | | | |
| BUS | 320 | FINANCIAL MANAGE | B | 3.00 | 3.00 | 9.00 |
| TXM | | 1998 FALL SEMESTER | | | | |
| EC | 431 | LABOR ECONOMICS | C+ | 3.00 | 3.00 | 7.00 |

UNDERGRADUATE TOTALS

SHP=003.00 GPA HRS=003.00 GP= 007.00 SGPA=2.333
THP=142.00 GPA HRS=142.00 GP= 386.00 TGPA=2.718

CONTINUED ON PAGE NO. 2

# NORTH CAROLINA STATE UNIVERSITY
## STUDENT ACADEMIC RECORD

REJECT DOCUMENT IF SIGNATURE BELOW IS DISTORTED AN OFFICIAL SIGNATURE IS WHITE WITH A RED BACKGROUND

Martha M. Welch, University Registrar

This officially sealed and signed transcript is printed on red SCRIP-SAFE security paper with the name of the University printed in small red type across the face of the document. A raised seal is not required. When photocopied the word COPY should appear. A BLACK ON WHITE OR A COLOR COPY SHOULD NOT BE ACCEPTED.

| STUDENT NAME | | |
|---|---|---|
| BLANKENSHIP MALCOLM B III | | |
| STUDENT NUMBER | DATE | PAGE NUMBER |
| 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 | 05/27/99 | 2 |
| STUDENT MAJOR | | CLASSIFICATION |
| COLLEGE OF TEXTILES<br>TXM TEXTILE AND APPAREL MANAGEMENT | | SR |

| COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS | COURSE | COURSE TITLE | GRADE | HOURS | HRS EARNED | GRADE PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|

DEGREES EARNED:
12/16/98 BS IN TEXTILE AND APPAREL MANAGEMENT
MINOR: ECONOMICS

CODE KEY:
R COURSE REPEATED W/O PENALTY

*** END OF TRANSCRIPT ***

FINISH FILE

347

A BLACK AND WHITE TRANSCRIPT IS NOT OFFICIAL TRANSCRIPT GUIDE PRINTED ON REVERSE

COPY OFFICIAL RECORD COPY OFFICIAL RECORD

# IMAGE NOT AVAILABLE

## DOCUMENT(S) MISSING OR CORRUPTED BY THE SYSTEM AND ARE NOT RETREIVABLE

**TO CORRECT THIS ERROR:**

- **Refer back to the document summary where you selected this document to review. Note the Form Name, Number, Title, Digital Document Serial, Date, and number of pages for the missing document.**

- **Make copies of the missing documents from your records and submit them with a cover letter to:**

  **COMMANDER**
  **NAVY PERSONNEL COMMAND PERS-312E1**
  **5720 INTEGRITY DR**
  **MILLINGTON TN 38055-3120**

- **Officers – submit documents directly.**
- **Enlisted members – contact your personnel officer or service record custodian for assistance.**

- **Contractual documents, and those that effect entitlements, i.e., DD 4, NAVPERS 1070/601, Enlistment Guarantees, DD 214, etc., should be certified.**

- **Do not send copies of missing Record of Emergency Data or SGLI documents. Execute a new document and on the cover letter request that this filler page be removed.**

- **For further guidance, email PERS-312E at: MILL_OMPF-CHG@navy.mil**




*Information contained on this CD is protected under 5 USC 522a (Privacy Act of 1974, PL 93-579). Disclosure of personal information, other than to the individual and to officials and employees of agencies established as routine users in the Record Systems Notices published in the Federal Register, is not permitted without the written consent of the individual.*

These pages are designed for Internet Explorer 5.5 with 16-bit color and a 1024x768 screen resolution.

# PAGE

# NOT

# AVAILABLE

**Please contact the Navy Personnel Command to obtain this document.**