IN THE UNITED STATES COURT OF FEDERAL CLAIMS

MALCOLM B. BLANKENSHIP III,
*Plaintiff,*
vs.

THE UNITED STATES OF AMERICA,
*Defendant*

REQUEST FOR
ENLARGEMENT OF TIME

---

**PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT**

**OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, plaintiff, Malcolm Blankenship III, respectfully requests a 45-day enlargement of time, to and including July 31, 2008, to file a response to the defendant's motion to dismiss. Our response is currently due on June 16, 2008. This is plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has spoken with defendant's counsel about this enlargement of time. Defendant's counsel stated that he does not oppose this enlargement.

The enlargement is necessary to allow sufficient time for plaintiff's counsel to review the administrative record and prepare the plaintiff's response to the motion to dismiss. For the foregoing reasons, plaintiff respectfully requests that the Court grant its motion for an enlargement of time of 45 days, to and including July 31, 2008, within which to file a response to the defendant's motion to dismiss.

Respectfully submitted,

William E. Cassara
Attorney for Plaintiff, Malcolm B. Blankenship III
918 Hunting Horn Way
Evans, GA 30809

Certificate of Filing

I hereby certify that on this 12th day of June, 2008, a copy of "Plaintiff's Unopposed Motion For An Enlargement Of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/S/
William E. Cassara
Counsel for Plaintiff